

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form.
See Privacy Act Statement before completing this form.

EEOC Charge No. 32A-2016-00322
CCRD Charge No. R20160020

## COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name (Charging Party) | | (Area Code) Telephone |
|---|---|---|
| Rebecca Leigh Brigham | | 303-913-6376 |
| Street Address | City, State, and Zip Code | County |
| 831 Centennial Drive | Bennett, CO 80102 | Adams |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name (Respondent) | Number of Employees | (Area Code) Telephone |
|---|---|---|
| Frontier Airlines | 15+ | 720-374-4200 |
| Street Address | City, State, and Zip Code | County |
| 7001 Tower Road | Denver, CO 80249 | Denver |

| Discrimination Based on: | Date Most Recent Discrimination Occurred |
|---|---|
| Disability(alcoholism), Retaliation | 11/14/15 |

I. **Jurisdiction:** The Colorado Civil Rights Division has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

II. **Personal Harm:** That on or about June 14, 2015, and thereafter, I was discriminated against in terms and conditions of employment based on my disability (alcoholism) and/or in retaliation for engaging in protected activity. That on or about November 14, 2015, I was discharged based on my protected class and/or in retaliation for engaging in protected activity.

III. **Respondent's Position:** Unknown.

IV. **Discrimination Statement:** I believe I was unlawfully discriminated against because of my disability and/or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1) On or about May 24, 2007, I began employment in the position of Flight Attendant for the Respondent and at all times I performed satisfactorily. 2) On or about June 4, 2015, I requested a reasonable accommodation from the Respondent in the form of not working layovers because layovers tended to aggravate my disability. Non-compliance with the Employee Assistance Program as it related to my alcoholism could be cause for termination, according to the employee handbook. If I worked layovers, I risked non-compliance. Nevertheless, the accommodation request was denied on this date. 3) On or about October 9, 2015, I went to work but my flight had been removed from my work schedule. As a result, I went to the general office to discuss this and again ask for reasonable accommodations in not working layovers. I was denied again. 4) On or about November 3, 2015, as a result of the Respondent not accommodating me, I had received termination level attendance points and was summoned to an "investigatory meeting". I told the Respondents in this meeting that they were in violation of the Americans with Disabilities Act and I again made my request for a reasonable accommodation, a request that the Union supported, but that the Respondents denied again. 5) On or about November 14,

2015, I received a letter from the Respondent terminating my employment. 6) I believe I was discriminated against based on my protected classes and/or in retaliation for engaging in protected activity.

V. **WHEREFORE:** The Charging Party prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 5/10/16     Charging Party/Complainant (Signature) *Rebecca J Brigham*



RECEIVED MAY 10 2016