## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**　　　　　　　　　　　　　　　　　　　　　　　　　　303-844-2527
　Judge

January 9, 2020

### MEMORANDUM

TO:　　　Jeffrey Colwell, Clerk

FROM:　　Judge Babcock　　　　　　　s/LTB

RE:　　　Civil Action No.  19-cv-03417
　　　　　Brigham v. Frontier Airlines, Inc.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp