# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03417-STV

REBECCA BRIGHAM,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED.R.CIV.P. 7.1, notice is hereby given by counsel of record for Frontier Airlines, Inc. ("Frontier"), that the following corporate interests are disclosed:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc.

2. Publicly held entities that own 10% or more of Frontier's stock: N/A.

Respectfully submitted this 3rd day of February, 2020.

    */s/ Carolyn B. Theis*
    Danielle L. Kitson
    Carolyn B. Theis
    LITTLER MENDELSON, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO  80202
    Telephone: 303.629.6200
    Facsimile: 303.629.0200
    Email:  dkitson@littler.com
           catheis@littler.com

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of February, 2020, I filed and served the foregoing **CORPORATE DISCLOSURE STATEMENT** via CM/ECF to the following:

John R. Crone
The Law Office of John R. Crone, LLC
4550 E. Cherry Creek Drive South, #1003
Glendale, Colorado 80246
john@crone-law.com

*Attorney for Plaintiff*

*s/Joanna Fox*
Joanna Fox, Legal Secretary

4834-7688-8499.1 057446.1017