IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: February 13, 2020 | Alfred A. Arraj United States Courthouse |

Civil Action No. 19-cv-03417-WJM-STV

<u>Parties</u>:                                                           <u>Counsel</u>:

REBECCA BRIGHAM                                John Reily Crone

     Plaintiff,

v.

FRONTIER AIRLINES, INC.                       Danielle L. Kitson

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:08 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **March 12, 2020**

Discovery Cut-off: **September 1, 2020**

Dispositive Motions Deadline: **October 15, 2020**

Parties shall designate affirmative experts **on or before May 1, 2020.**

Parties shall designate rebuttal experts **on or before June 1, 2020**.

Each side shall be limited to **two (2)** expert witness, absent further leave of court.

Each side shall be limited to **ten (10)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of

Court.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **December 14, 2020 at 10:30 a.m.** before Magistrate Judge Scott T. Varholak.  Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable William J. Martinez
The parties anticipate a four (4) day jury trial.

Court advises counsel to review Judge Martinez's practice standards.

Court advises counsel to review his practice standards especially with regard to the procedure for addressing discovery disputes.   Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

- Scheduling Order is signed and entered with interlineations on February 13, 2020.


HEARING CONCLUDED.
**Court in recess:    10:09  a.m.**
Total In-Court Time:     00:01

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534