# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03417-STV

REBECCA BRIGHAM,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND TO EXTEND EXPERT DISCLOSURE DEADLINES**

---

Defendant Frontier Airlines, Inc.'s ("Frontier") respectfully submits this Unopposed Motion for Extensions of Time to Respond to Plaintiff's Discovery Requests and to Extend Expert Disclosure Deadlines, stating as follows:

1. Given the current circumstances and the crisis in the airline industry due to COVID-19, Frontier needs additional time to finish gathering documents and information so that it may provide full and accurate responses to Plaintiff's First, Second, and Third Sets of Discovery Requests, which were served on March 13, 2020, April 1, 2020, and April 7, 2020 respectively.

2. Accordingly, Frontier respectfully requests an eighty (80) day extension of time to serve objections and responses to Plaintiff's First Set of Discovery Requests, a sixty-one (61) day extension of time to serve objections and responses to Plaintiff's Second Set of Discovery Requests, and a fifty-five (55) day extension of time to serve objections and responses to Plaintiff's

Third Set of Discovery Requests such that Frontier has up to and including June 1, 2020 to serve objections and responses to all three (3) of Plaintiff's pending discovery requests.

3. For the same reasons set forth in paragraph 1, which constitutes the good cause necessary to amend the Scheduling Order [Dkt. No. 15], Frontier needs additional time to evaluate whether to designate any experts and if so, retain them. *See Maddox v. Venezio*, 09-cv-01000-WYD-MEH, 2010 WL 2363555, at *1 (D. Colo. June 10, 2010) ("Prior to the expiration of a Scheduling Order deadline, a party is required to move for extension of time supported by a statement of good cause.").

4. Accordingly, Frontier respectfully requests a thirty (30) day extension of time such that the parties have up to and including June 1, 2020 to disclose experts and up to and including July 1, 2020 to disclose any rebuttal experts.

5. Pursuant to D.C.Colo.LCivR.7.1(A), on April 9, 2020, counsel for Frontier conferred with counsel for Plaintiff regarding the relief requested in this Motion. Counsel for Plaintiff agrees to provide Frontier with the extension requested so long as Plaintiff receives a mutual thirty (30) day extension to respond to Frontier's First Set of Discovery Requests such that Plaintiff has up to and including June 1, 2020 to serve objections and responses. Counsel for Frontier agrees to the mutual extension requested by counsel for Plaintiff. Counsel for Plaintiff does not oppose Frontier's proposed modifications to the Scheduling Order.

6. The extensions requested in this Motion will not prejudice any party and will not cause any undue delay of the proceedings. Pursuant to this Court's Scheduling Order, the Final Pretrial Conference in this case is currently not scheduled to take place until December 14, 2020. [Dkt. No. 15].

7. Frontier has not previously sought any extensions of time in this case.

8. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Frontier.

WHEREFORE, Frontier respectfully requests that the Court enter an Order allowing Frontier up to and including June 1, 2020 to serve objections and response to Plaintiff's First, Second, and Third Sets of Discovery Requests and that the Court modify the Scheduling Order [Dkt. No. 15] such that the parties have up to and including June 1, 2020 to disclose experts and up to and including July 1, 2020 to disclose any rebuttal experts.

Respectfully submitted this 15th day of April, 2020.

/s/ Danielle L. Kitson
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of April, 2020, I filed and served the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND TO EXTEND EXPERT DISCLOSURE DEADLINES** via CM/ECF to the following:

John R. Crone
The Law Office of John R. Crone, LLC
4550 E. Cherry Creek Drive South, #1003
Glendale, Colorado 80246
john@crone-law.com

*Attorney for Plaintiff*

*s /Joanna Fox*
Joanna Fox, Legal Secretary

4