IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03417-WJM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: June 16, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                              *Counsel:*

REBECCA BRIGHAM               John R. Crone

    Plaintiff,

v.

FRONTIER AIRLINES, INC.           Carolyn B. Theis
                                             Daniel L. Kitson

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   1:32 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the temporal scope of Plaintiff's deposition topics as set forth in the Joint Statement submitted by the parties.

Arguments by counsel.

Court in recess:     1:37 p.m.
Court in session:    1:46 p.m.

For the reasons set forth on the record, it is

**ORDERED:**      Defendant's witness shall be prepared to testify for the time frame of four years preceding Plaintiff's date of termination.

HEARING CONCLUDED.
**Court in recess:    1:52 p.m.**
Time In Court:        00:11

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.