# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,
a Colorado corporation,

       Defendant.

---

## ENTRY OF APPEARANCE – EVAN S. GRIMES

---

The undersigned attorney, Evan S. Grimes, hereby certifies that he is a member in good standing of the bar of this court, and enters his appearance in this matter on behalf of Plaintiff Rebecca Brigham. Please serve all pleadings, motions, responses, orders, and the like on the undersigned through the CM/ECF system or through the contact information listed below.

Respectfully submitted this 6th day of July, 2020.

                                       THE LAW OFFICE OF JOHN R. CRONE, LLC

                                       /s/ Evan S. Grimes
                                       Evan S. Grimes
                                       CO Bar No. 46845
                                       4550 E Cherry Creek Drive South, #1003
                                       Glendale, Colorado 80246

Telephone: (720) 660-5222
Email: evan@crone-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, a true and correct copy of the foregoing *Entry of Appearance – Evan S. Grimes* including any exhibits or documents, was filed using the CM/ECF system and served electronically upon Defendant through its attorneys of record.

By:   /s/ Evan S. Grimes
       Evan S. Grimes