# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03417-STV

REBECCA BRIGHAM,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

---

Defendant Frontier Airlines, Inc.'s ("Frontier"), by and through its undersigned counsel, respectfully submits this Unopposed Motion for Entry of Stipulated Protective Order, stating as follows:

1. Pursuant to FED. R. CIV. P. 26(c), this Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." One type of protective order—a blanket protective order—"place[s] upon the parties themselves, or others from whom discovery is sought, the initial burden of determining what information is entitled to protection." *Gillard v. Boulder Valley Sch. Dist. Re-2*, 196 F.R.D. 382, 386 (D. Colo. 2000). "Blanket protective orders routinely are approved by courts in civil cases, frequently on the stipulated request of the parties." *Id.*

2. Good cause exists to enter a blanket protective order in this case, as the litigation of this case may require the disclosure of confidential, non-public, sensitive, and/or proprietary business, employment, tax, financial, and personally identifiable information, documents and other materials.

3. Entry of the Stipulated Protective Order set forth in <u>Exhibit A</u> will protect against any injury associated with the misuse of disclosed or exchanged information.

4. Counsel for each party has reviewed and approved the proposed Stipulated Protective Order set forth in <u>Exhibit A</u>.

Respectfully submitted this 29th day of July, 2020.

*/s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
           catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on this 29th day of July 2020, I filed and served the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** via CM/ECF to the following:

John R. Crone
The Law Office of John R. Crone, LLC
4550 E. Cherry Creek Drive South, #1003
Glendale, Colorado 80246
john@crone-law.com

*Attorney for Plaintiff*

                                               *s /Joanna Fox*
                                               Joanna Fox, Legal Secretary