IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03417-WJM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: August 25, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                              *Counsel:*

REBECCA BRIGHAM                                           John Reily Crone
                                                                            Evan Scott Grimes
    Plaintiff,

v.

FRONTIER AIRLINES, INC.                                Danielle L. Kitson

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   1:34 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the following two issues: Issue No.1 - Whether or not an email produced by Defendant is privileged and Issue No. 2 - Assuming the email is privileged, has the Defendant waived the privilege by producing the email.

Arguments by counsel.

Arguments by counsel.

Statements by the Court.

**Court in recess:     2:29 p.m.**
**Court in session:   2:37 p.m.**

For the reasons set forth on the record, it is

**ORDERED:** With respect to <u>Issue No. 1 - Whether or not an email produced by Defendant is privileged</u>, the Court finds with the caveat as detailed on the record, that the email is privileged and only the portions as outlined on the record should be produced.

With respect to <u>Issue No. 2 - Whether the Defendant has waived the privilege by producing the document</u>, the Court finds that the privilege has not been waived and will therefore order it clawed back with the understanding that a redacted version of the document be produced.

HEARING CONCLUDED.
**Court in recess:    2:56 p.m.**
Time In Court:    01:14
To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.

(Note: Technological issues experienced during these proceedings which directly affected the recording of these proceedings)