IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03417-WJM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: September 10, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                              *Counsel:*

REBECCA BRIGHAM                                         John R. Crone
                                                                            Evan S. Grimes
 Plaintiff,

v.

FRONTIER AIRLINES, INC.                              Danielle L. Kitson
                                                                            Carolyn B. Theis
 Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   1:33 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the discovery dispute related to whether the Plaintiff's requested discovery served after the deadline for serving written discovery, should be answered by the Defendant.

Statements by the Court.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**        The Court will require the Defendant to answer the Interrogatory for the time frame of 2017 through the present.  The Court will not require Defendant to answer the Interrogatory for the time frame of November 14, 2011 through 2012.  The Court will allow the third party to respond

to the subpoena.  The Court will allow Defendant to conduct a Rule 30(b)(6) deposition of the Union if Defendant so desires.

HEARING CONCLUDED.

**Court in recess:**   2:10  p.m.
Time In Court:        00:37

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.