# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,
a Colorado corporation,

       Defendant.

---

## MOTION TO WITHDRAW EVAN S. GRIMES AS COUNSEL TO PLAINTIFF

---

      The undersigned attorney, Evan S. Grimes, has resigned from The Law Office of John R. Crone and therefore moves this court to withdraw his appearance on behalf of Plaintiff Rebecca Brigham in accordance with D.C.COLO.LAttyR 5(b).

      John R. Crone will continue to represent Plaintiff, and all future correspondence and pleadings should be addressed to his attention at the contact information on file with this court.

      Respectfully submitted this 30th day of September, 2020.

                                              THE LAW OFFICE OF JOHN R. CRONE, LLC

                                              /s/ Evan S. Grimes
                                              Evan S. Grimes
                                              CO Bar No. 46845
                                              4550 E Cherry Creek Drive South, #1003
                                              Glendale, Colorado 80246

Telephone: (720) 660-5222  
Email: evan@crone-law.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, a true and correct copy of the foregoing *Motion to Withdraw Evan S. Grimes as Counsel to Plaintiff*, was filed using the CM/ECF system and served electronically upon Defendant through its attorneys of record.

By:  /s/ Evan S. Grimes  
      Evan S. Grimes