IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03417-STV

REBECCA BRIGHAM,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**

      Defendant Frontier Airlines, Inc. and Plaintiff Rebecca Brigham respectfully submit this Joint Motion to Modify Scheduling Order to Extend Dispositive Motion Deadlines, stating as follows:

      1.     According to the Scheduling Order entered by this Court on [Dkt. #15], the deadline to file dispositive motions in this case is October 15, 2020.

      2.     "Prior to the expiration of a Scheduling Order deadline, a party is required to move for extension of time supported by a statement of good cause." *Maddox v. Venezio*, 09-cv-01000-WYD-MEH, 2010 WL 2363555, at *1 (D. Colo. June 10, 2010). "The 'good cause' standard requires the moving party to show that despite his diligent efforts, he could not have reasonably met the scheduled deadline." *Id.* (citing *Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001)).

      3.     Good cause exists to extend the deadline to file dispositive motions from October 15, 2020 to November 17, 2020.

4. The parties have agreed to mediate this case and a settlement conference has been scheduled to take place on November 3, 2020. The parties are hopeful that this case will be resolved during the settlement conference and therefore, to avoid unnecessarily incurring the costs of dispositive motion briefing prior to the conference, request that the Court extend the dispositive motion deadline from October 15, 2020 to November 17, 2020. Should the settlement conference be unsuccessful, two (2) weeks will allow sufficient time for the parties to prepare any dispositive motions for this Court's consideration.

5. This extension is not being sought for purposes of delay and no party will be prejudiced by it, particularly given that trial has not yet been set.

6. Defendant previously requested that the Court amend the Scheduling Order to provide a thirty (30) day extension of time to disclose expert witnesses and a fifty-five (55) day extension of time to respond to Plaintiff's written discovery requests [Dkt. #16], which this Court granted [Dkt. #24].

7. The undersigned counsel certify that a copy of this motion is being served on their respective clients.

WHEREFORE, the parties respectfully requests that the Court enter an Order allowing the parties to have up to and including **November 17, 2020** to file any dispositive motions.

Respectfully submitted this 14th day of October, 2020.

*s/John R. Crone*
John R. Crone, #48284
The Law Office of John R. Crone, LLC
4550 E. Cherry Creek Drive South, #1003
Glendale, Colorado 80246
Telephone: (303) 598-3526
john@crone-law.com

*s/Danielle L. Kitson*
Danielle L. Kitson, #34159
Carolyn B. Theis, #66937
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200

***ATTORNEYS FOR PLAINTIFF***

dkitson@littler.com
catheis@littler.com

***ATTORNEYS FOR DEFENDANT***