# FRONTIER AIRLINES

To: Rebecca Kruger, 13206
From: Robert Mitchell, inflight manager
Date: 17 November 2008
RE: Four Sick Instances Reminder

Hi, Rebecca,

As you know, Frontier takes a great deal of pride in maintaining an outstanding completion factor and on-time performance record with the Department of Transportation. This record positions us favorably with our customers and contributes to the recognition we receive such as "Best Low-Cost Carrier."

From an Inflight standpoint, we play a significant role in supporting the airline's success by maintaining a consistent level of dependability within our Flight Attendant workgroup. To accomplish this, it is important we advise you that our records reflect that you currently have 4 sick instances in a rolling 12 month period. The purpose of this letter is for advisement only. However, I ask that you review Flight Attendant Handbook 70.00 to understand our concern should you reach five instances within any 12-month period.

I have listed the dates below for your review. If you feel this is in error, have any questions, or need assistance, please stop by the Inflight office to see me or call any time.

Sick occurrences-
1. 12.22.7
2. 9.14.8
3. 9.28-30.8
4. 10.13-15.8

I appreciate your commitment to maintaining a dependable airline.

Sincerely,


Robert Mitchell
inflight manager

720.226.1583
rmitchell@flyfrontier.com