Frontier Airlines
Job Description

| Gray Area for Human Resources Use Only | |
|---|---|
| EEO1 Code: 9 | Reports To: Manager, Inflight Services |
| Job Title: Flight Attendant | Department Name: Inflight |
| Job Code: FFS1205 | Department #: |
| FLSA Status: Exempt | Structure or Grade: Structure |
| Job Family: 09 | # Weeks Vacation: 2 |
| Org. Band: Individual Contributor | WC Code: 7405 |
| | Creation/Revision Date: 2/24/14 (Revision) |

I. **Position Summary:** (Succinct statement (1 to 3 sentences) of the basic purpose of the position).

The Frontier Airlines Flight Attendant is essential to maintaining the well-being, safety, security and comfort of our passengers onboard our aircraft. The Flight Attendant performs a variety of services in order to maintain a high level of excellent customer service. Flight Attendants are involved in all passenger interactions in order to help answer any questions, address concerns, and sell products onboard. It is essential for all crew members to follow established FAA and Frontier guidelines in providing for the comfort and safety of passengers and respond to inflight emergencies and/or security concerns in the unlikely event they arise.

II. **Essential Functions:** (In order of importance, list only those functions that are necessary to carry out the purpose of the position. Include the percentage of time spent on each function.)

- Follows all Federal Aviation Regulations as required as well as all established Frontier Airlines Policies and procedures.
- Initializes and conducts emergency evacuation of cabin if necessary.
- Conducts preflight safety check of cabin emergency equipment.
- Ensures proper loading and storage of carry-on luggage prior to and during the flight.
- Ensures cabin safety and security during all phases of flight, including boarding and deplaning.
- Prepares and secures doors and announces departure/arrival information to passengers over the PA system.
- Provides instruction and demonstration of onboard safety features.
- Sets up galley, brews coffee, checks supplies, stows beverage carts/snacks and verifies count.
- Serves snacks and/or beverages (including alcohol), collects and stows all beverage and snack service items inflight and prior to landing, and informs passengers of all onboard products.
- Heavy lifting, pushing and/or pulling of objects up to 200 pounds occasionally and/or up to 50 pounds frequently
- Other duties as required

III. **Other Functions:** (Those that are marginally important to the position)

IV. **If management or supervisory position, which positions report directly to this one?**

V. **Qualifications:** (Formal education or training required; amount and type of prior experience required)

- High school graduate or GED required
- MUST BE 21 years of age to begin the interview process
- 1 to 2 years of customer service experience preferred
- Participate and comply with all DOT, FAA, and Frontier Airlines' regulations regarding drug and alcohol compliance of safety-sensitive transportation employees
- Willingness to work flexible hours/schedules including nights, weekends and holidays
- Valid passport is required, the ability to travel in and out of the United States, and the ability to travel to all current and future international destinations served by Frontier Airlines is required.
- Ability to sit in and be secured with seatbelt and shoulder harness in all jump seats without a seat belt extension
- Maintain a professional image and comply with all Flight Attendant uniform requirements, including no visible tattoos or multiple piercing

VI. **Knowledge, Skills and Abilities:** (Mental and physical abilities required for the position)

FRONTIER AIRLINES (R. BRIGHAM) - 0000093

ESI00000129-1

**EXHIBIT 23**

- Excellent interpersonal, oral, and written communication skills.
- Must be able to read, speak, write, and communicate in English fluently.
- Ability to communicate effectively with and reassure passengers in a hurried and stressful environment.
- Ability to work independently as a leader and as a team member among fellow employees and passengers.

### VII. Working Conditions:

**Equipment** – List all machines and equipment used directly in the performance of this position Includes, but not limited to: beverage/snack carts, galley equipment, POS devices/systems, flight stairs, aircraft cabin equipment including doors, and emergency equipment.

**Work Environment** – Describe the usual working environment (i.e. normal office, outdoors subject to weather variations, elevated noise levels etc.) Identify irregular work shifts, on-call, or multiple work location requirements.
- Working environment subject to varying climate conditions, air turbulence, changing locations, variable hours, dry air, noise levels from engines and other equipment, dim lighting and confined spaces.
- Working environment is typically fast-paced and physically demanding.
- Work shifts/hours vary including weekends, evenings and holidays.

**Physical Effort** – How much physical effort is regularly required in this position? (Occasionally means the activity exists up to one-third of the time. Frequently means the activity exists from one-third to two-thirds of the time).
- Perform frequent repetitive motions, to include bending at the waist and knees and sustaining those positions for extended periods of time.
- Must have 20/20 (or "sufficient") vision and hearing to safely perform the essential functions of the position.
- Ability to hear, interpret and respond to onboard chime systems, call buttons and announcements or direction given over interphone and public address system.
- Ability to stand throughout most of work shift.
- Perform in-flight duties while in a pressurized cabin for extended periods of time.
- Possess the physical strength to reach and operate all emergency equipment and exits.
- Operate door and window exits in manual and emergency modes. (Can include weight of 33 lb window exit and investigate door "emergency mode" resistance).
- Push/pull/move a galley cart weighing 100 lbs.
- Moderate physical activity required by handling objects up to 50 lbs occasionally and/or up to 35 lbs frequently.
- Ability to lift a 35 lb luggage (occasionally - bags heavier than 50 lbs) from the floor to 33" (i.e. floor to passenger seat).
- Ability to lift a 35 lb luggage from 33" to 67" (i.e. passenger seat to overhead compartment). Bags heavier than 35 lbs should be checked.
- Ability to reach into overhead compartments with a height of 67" and depth of 28".
- Ability to be properly secured in the cabin jumpseat by the safety belt and shoulder harness without the use of seatbelt extensions.
- Ability to balance and reach across seats and serve passengers.

Reviewed/Approved by: _____jm / Compensation_____ Date: \_\_\_\_2/24/13\_\_\_\_

**Disclaimer:** *The above statements are intended to describe the general nature and level of work being performed by the individuals assigned to this position. They are not intended to be an exhaustive list of all responsibilities, duties and skills required of individuals in this position. This position description is subject to change by the Company as the needs and requirements of the position change.*