# Treatment Plan

**Name:** Rebecca Brigham                    **Date of Update:** 5/1/2015

**DMS Diagnosis:**
Axis I: Generalized Anxiety Disorder                    Code #: 300.02
Diagnostic Criteria: changes in heart rate, change in breathing pattern, fearful, feels frozen.
Axis I (Secondary): Alcohol Withdrawal                    Code #: 291.81
Diagnostic Criteria: In recovery.
Axis II: No diagnosis.                    Code #: V71.09
Diagnostic Criteria:
Axis III: Thyroid removed September 2011
Axis IV (Circle):
Problems with primary support group           Yes/No        Problems related to the social environment    Yes/No
Educational Problems                          Yes/No        Occupational Problems                          Yes/No
Housing Problems                              Yes/No        Economic Problems                              Yes/No
Problems with access to healthcare services   Yes/No        Problems related to interaction with the       Yes/No
Other psychosocial and environmental problems Yes/No        legal system/crime
Axis V:
Current GAF:    67                                         Highest GAF in past year:

**Client's Goals for Treatment:**
1. Continued self-regulation skill set enhancement and utilization.
   a. Objective: meditation, reading AA big book, gardening, utilizing prayer
2. Rebecca would like to embrace and increase self-love, self-worth, and self-esteem.
   a. Objective: Rebecca will engage in a workbook regarding yogic philosophy on the yamas and niyamas via reading and journaling.
   b. Objective: Rebecca will reflect and write down the positive things she has done over the course of time to remind herself of her positive elements.
   c. Objective: Rebecca will utilize the first yama (non-violence) on self by reducing the amount of negative self-talk.
3. Rebecca will improve her health and mental health by slowly shifting her diet and nutrition base.
   a. Objective: Practicing mindfulness during meal times.
   b. Objective: Will grow a garden for food.

**Treatment Plan (Long-term goals):**
Rebecca would like to maintain sobriety throughout the lifespan. The listed goals are the pathway she has chosen to guide her through recovery and into sobriety.

**Criteria for Discharge:**
Rebecca will have maintained a full-time job without modifications for 6 full months.

**Estimated Length of Treatment, Modality, and Frequency:**
1. Individual treatment, one to two times monthly for six months (to be evaluated at that time).
2. Group therapy, weekly for six months (to be evaluated at that time).

_Merle M. Madrid, LCSW_                    1 May 15
Primary Therapist                          Date

_Rebecca L Brigham_                        5-21-15
Client/Guardian Signature                  Date

BrighamR_PlaintiffRecords0275

Name: Rebecca Brigham                     Date of Update: 5/1/2015

Additional Information:
Rebecca has identified triggers to cravings and opportunities to consume alcohol and those are on over night trips or anything longer than a given work day in her professional arena. At this time it would not be a good idea to encourage a vulnerable situation with a work schedule that serves as a temptation, if possible. Her treatment plan and progress towards goals will be reviewed every 90 days.

BrighamR_PlaintiffRecords0276