

Frontier Airlines, Inc.
7001 Tower Road
Denver, Colorado 80249

Rebecca L. Brigham
831 Centennial Drive
Bennett, CO 80102

Dear Rebecca

Congratulations on completion of your Substance Abuse Program and beginning the process of returning to work. Per company policy, you must complete a Non-DOT Return-To-Work drug (UA) and alcohol (BAT) test before you may be allowed to return. Upon receipt of verified negative results from these tests, you will be released to return to your scheduled shifts. Based on the letter I received from John H. Chapman your EAP Case Manager with Ceridian, your follow-up requirements is as follows:

- Random UA testing 12 times for first year.
- Weekly individual sessions for 6 months, followed by 6 months of weekly group sessions

All of these requirements have been determined by your Substance Abuse Professional (SAP) and are expected to cause very little conflict with your work schedule (with minimal flexibility provided by the Company depending on the program schedule). If you have issues completing any of these requirements outside of your normal work hours, you must contact me immediately. This contact must be done proactively, not at time of report or the day before. Doing so, will result in non-compliance and may be grounds for termination.

As a reminder, Frontier Airlines requires compliance with ALL additional treatment, after-care or support group services recommended by your SAP. Documentation of compliance may be requested by the Company at any time and non-compliance with any recommended treatment, aftercare or testing may result in your removal from the performance of your job duties and cause you to be subject to disciplinary action, up to and including termination of employment.

Again, congratulations on your success! Please feel free to contact me if you need additional assistance.

Regards,


Chris Benedict
Manager, Staffing and Compliance (ADPM), DER
Frontier Airlines, Inc.
Christopher.Benedict@flyfrontier.com

FLYFRONTIER.COM