## Comanche Crossing Counseling, LLC

Marla Madrid, LCSW - P.O. Box 554 - Strasburg, Colorado 80136 - 303.622.9280 - Fax: 303.622.9201

### INTAKE SHEET

NAME: Rebecca Brigham  DATE OF INTAKE: 6-13-14

DOB: 4-14-84  AGE: 30

MAILING ADDRESS: 831 centennial dr Bennett Co 80102

PHONE: (H) _____ (W) _____

(C) 303-913-6376 (F) _____

PHYSICAL ADDRESS: "

NEXT OF KIN: Sean Brigham  PHONE: 720-987-4274

ADDRESS: "

NAME OF INSURED: Rebecca Brigham  DOB: 4-14-84

ADDRESS: "  PHONE: _____

INSURED'S EMPLOYER: Frontier Airlines

ADDRESS OF EMPLOYER: 7001 Tower Rd

INSURANCE COMPANY: United Health care

ID#: _____

ADDRESS OF INSURANCE: _____

PRIMARY CARE PHYSICIAN: _____  PHONE: _____

ADDRESS OF PCP: _____

REASON FOR APPOINTMENT: Deal with Trigers of Alcoholism

## COMANCHE CROSSING COUNSELING, LLC
## Diagnostic Intake Summary
## and Treatment Plan

Name: Rebecca Brigham    Date of Intake: 6/13/2014

**Brief Identifying Data:**
Rebecca is a 30-year-old female with long red hair, average height, thin, friendly, wife, mother of two children, and resides in Bennett Colorado.

**Presenting Problem(s)/History of Current Situation:**
Rebecca is currently struggling with admitting to being an alcoholic. At this time she is ready to take a path to recovery.

**Brief Psychiatric History/Treatment:**
Rebecca and husband have been in couples treatment prior.

**Substance Abuse Information:**
Rebecca currently uses alcohol in private. She stated she has been drinking since the age of 14. She noted that her parents are functioning alcoholics. Her mother has anywhere from 2 to 5 glasses of wine at night and on average her father has ten beers. Rebecca currently drinks alone. She noted that her husband smokes pot.

**Medical Problems:**
Rebecca had her thyroid removed. She discovered a lump in her throat and while doctors wanted to wait to assess the problem she requested that the lump be removed.

**Current Medications:**
Levothyroxine, 100 mg. Zoloft, 10 mg.

**Prescribing Physician:**
Rebecca will provide information following session.

**Treatment Requested and Rationale for Request:**
Rebecca is currently utilizing her employee assistance program benefits. She would like to work on sobriety in a therapeutic setting. She would like to get at the root of the triggers, which currently she believes are fighting and stressors with husband.

**Client Strengths:**
Rebecca has been to AA meetings in the past. She also notes that she is artistic, enjoys painting, drawing, and gardening. She is into natural and holistic care.

**Family History:**
Rebecca has had a good 10 year battle with alcohol. She began drinking during early adolescence. Her parents have drink her entire life. Her mother works at the Denver Museum of nature and science. Her father's retired schoolteacher. She notes that father binges with drinking at times. This is mostly when mother is away from home. Rebecca married Sean approximately 4 years ago. The two have a daughter, Sylvia-3 and a son, 14 months. Recently, Rebecca noticed the jointing picked up again and she was consuming approximately a pint within an hour and found herself stumbling and slurring words with the kids around. Her husband recently took the children to Michigan and has returned alone so that he can support her. She feels incredibly grateful. She has hid alcohol from Sean for some time. Rebecca also

noted that she realizes she has been through postpartum depression and attempted to manage the depression with alcohol. Rebecca also has unresolved grief and loss as she lost a daughter on May 22, 2009. Her daughter was born at 22 and half weeks and it was a live birth. She was able to hold her daughter and connect with her for 45 minutes.

**Interpersonal Relationships:**
Rebecca is connected to husband, children, and family. She has friendships and acquaintance ships at work. She enjoys the community she lives in.

**Current or History of Physical/Sexual Abuse:**
None reported.

**Legal Problems/History:**
None.

**Developmental Issues:**
None.

**Work History/Vocational Needs:**
Rebecca is currently employed with frontier airlines as a flight attendant.

**Military History:**
None.

**Educational History:**
Rebecca is a high school graduate has also gone through certification program to become a flight attendant.

**Cultural/Religious Concerns-Issues:**
Rebecca stated that she is not sure what her beliefs around God are which is why she had a difficult time with AA meetings as they are religious centered. At this time she notes no cultural or religious concerns.

**Client Assessment Summary:**
Rebecca has been battling and struggling with alcohol for nearly 16 years. She has attempted to take herself off of alcohol from time to time with little success. There has been underlying and unresolved grief and loss throughout her lifetime and this could possibly be a trigger for the alcohol use. She has a strong support system with husband as he is connected and invested. Rebecca clearly feels this.

**DMS Diagnosis:**
Axis I:   Dysthymia                           Code #: 300.4
Diagnostic Criteria: postpartum depression, utilizing substances as a relief, sadness, feeling overwhelmed, anxious, feeling guilt, and at times hopeless.
Axis I (Secondary): Alcohol dependence        Code #: 303.90
Diagnostic Criteria:
Axis II:  None.                               Code #: V71.09
Diagnostic Criteria:
Axis III: Rebecca shared that she had her thyroid removed two years ago.
Axis IV (*Circle*):

| | | |
|---|---|---|
| Problems with primary support group | Yes  No | |
| Educational Problems | Yes  No | |
| Housing Problems | Yes  No | |
| Problems with access to healthcare services | Yes  No | |
| Other psychosocial and environmental problems | Yes  No | |
| Problems related to the social environment | Yes  No | |
| Occupational Problems | Yes  No | |
| Economic Problems | Yes  No | |
| Problems related to interaction with the legal system/crime | Yes  No | |

Axis V:
Current GAF:    65                    Highest GAF in past year:

BrighamR_PlaintiffRecords1031

**Client's Goals for Treatment:**
1. Rebecca will establish rapport and safety with clinician.
2. Rebecca will begin to manage urges and use of alcohol.

**Treatment Plan (Long-term goals):**
Rebecca will abstain from alcohol as part of recovery.

**Criteria for Discharge:**
Rebecca is voluntary and will be able to verbalize her progress and success towards treatment goals. Termination will be reviewed when goals are reviewed.

**Estimated Length of Treatment, Modality, and Frequency:**
1. Individual treatment, one to two times monthly for six months (to be evaluated at that time).
2. Group therapy, weekly for six months (to be evaluated at that time).
3. Family therapy, p.r.n. for six months (to be evaluated at that time).

**Additional Information:**

_Marla M. Meedwiel, LCSW_     24 June 14
Primary Therapist                         Date

BrighamR_PlaintiffRecords1032