# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

        Plaintiff,

v.

FRONTIER AIRLINES, INC.,
a Colorado corporation,

        Defendant.

---

### PLAINTIFF'S UNOPPOSED MOTION TO FILE RESTRICTED EXHIBIT

---

Plaintiff, by and through the undersigned, hereby submits *Plaintiff's Unopposed Motion to File Restricted Exhibit*. The undersigned counsel for Plaintiff conferred with counsel for Defendant, and Defendant indicated no opposition to the relief requested herein. In support of her Motion for Partial Summary Judgment (filed concurrently herewith), Plaintiff attached Exhibit 11, which consists of a document produced by Defendant in discovery and marked "Confidential" pursuant to the Protective Order [Dkt. 26] entered in this case.

Therefore, Plaintiff respectfully requests the Court grant this Motion thereby permitting Plaintiff to file Exhibit 11 to her Motion for Partial Summary Judgment as restricted.

Respectfully submitted this 17th day of November, 2020.

                                                THE LAW OFFICE OF JOHN R. CRONE, LLC

/s/ John R. Crone  
John R. Crone  
CO Bar No. 48284  
4550 E Cherry Creek Drive South, #1003  
Glendale, Colorado 80246  
Telephone: (303) 598-3526  
Email: john@crone-law.com  
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, a true and correct copy of the foregoing *Plaintiff's Unopposed Motion to File Restricted Exhibit*, including any exhibits, was filed using the CM/ECF system and served electronically upon Defendant through its attorneys of record.

By:   /s/ John R. Crone  
John R. Crone