FRONTIER

# Your Employee Handbook & Policy Guide

For a summary of changes click here

Uncontrolled copy when downloaded or printed
Refer to the Controlled Document Library for the most current version of this document

EXHIBIT 2



# RECORD OF REVISIONS

As revisions are received, post them as directed and sign off the boxes corresponding to the revision number.

| Revision Number | Revision Date | Date Posted | Posted By |
|---|---|---|---|
| 2 | 11/30/05 | 11/30/05 | Tech Pubs |
| 3 | 03/13/06 | 03/13/06 | Tech Pubs |
| 4 | 08/21/06 | 08/21/06 | Tech Pubs |
| 5 | 02/22/07 | 02/22/07 | Tech Pubs |
| 6 | 08/31/07 | 08/31/07 | Tech Pubs |
| 7 | 03/03/09 | 03/03/09 | Tech Pubs |
| 8 | 06/15/09 | 06/15/09 | Tech Pubs |
| 9 | 11/24/09 | 11/24/09 | Tech Pubs |
| 10 | 12/31/11 | 12/31/11 | Tech Pubs |
| 11 | 05/01/12 | 05/01/12 | Tech Pubs |
| 12 | 07/24/12 | 07/24/12 | TechPubs |
| 13 | 08/15/12 | 08/15/12 | Tech Pubs |
| 14 | 04/24/13 | 04/24/13 | Tech Pubs |
| 15 | 05/17/13 | 05/17/13 | Tech Pubs |
| 16 | 12/03/13 | 12/03/12 | Tech Pubs |
| 17 | 02/19/14 | 02/19/14 | Tech Pubs |
| 18 | 04/07/14 | 04/07/14 | Tech Pubs |
| 19 | 06/09/14 | 06/09/14 | Tech Pubs |
| 20 | 09/24/14 | 09/24/14 | Tech Pubs |
| 21 | 01/06/15 | 01/06/15 | Tech Pubs |
| 22 | 02/04/15 | 02/04/15 | Tech Pubs |
| 23 | 02/06/15 | 02/06/15 | Tech Pubs |
| 24 | 02/13/15 | 02/13/15 | Tech Pubs |
| 25 | 03/04/15 | 03/04/15 | Tech Pubs |
| 26 | 04/16/15 | 04/16/15 | Tech Pubs |
| 27 | 06/11/15 | 06/11/15 | Tech Pubs |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |



# RECORD OF TEMPORARY REVISIONS

After inserting each temporary revision, record the Revision Date, the Date Posted, and your initials next to the appropriate revision number. When instructed to remove the temporary revision, record the Date Removed and your initials next to each appropriate revision number.

| Temporary Revision Number | Temporary Revision Date | Date Posted | Posted By | Date Removed | Removed By |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |



# LIST OF EFFECTIVE PAGES

| Revision Number: 27 | 06/11/15 |
|---|---|

| Chapter/ Section/Page | Rev#/Date | Chapter/ Section/Page | Rev#/Date | Chapter/ Section/Page | Rev#/Date |
|---|---|---|---|---|---|
| 00.00 Pg. 1 | Rev5 02/22/07 | 05.05 Pg. 16 | Rev26 04/16/15 | 10.05 Pg. 13 | Rev17 02/19/14 |
| 00.00 Pg. 2 | Rev5 02/22/07 | 05.05 Pg. 17 | Rev26 04/16/15 | 10.05 Pg. 14 | Rev17 02/19/14 |
| 00.00 Pg. 3 | Rev27 06/11/15 | 05.05 Pg. 18 | Rev26 04/16/15 | 10.05 Pg. 15 | Rev17 02/19/14 |
| 00.00 Pg. 4 | Rev27 06/11/15 | 06.05 Pg. 1 | Rev15 12/03/13 | 10.05 Pg. 16 | Rev17 02/19/14 |
| 00.00 Pg. 5 | Rev8 06/15/09 | 06.05 Pg. 2 | Rev15 12/03/13 | 10.05 Pg. 17 | Rev17 02/19/14 |
| 00.00 Pg. 6 | Rev8 06/15/09 | 06.05 Pg. 3 | Rev17 02/19/14 | 10.05 Pg. 18 | Rev17 02/19/14 |
| 00.01 Pg. 1 | Rev26 04/16/15 | 06.05 Pg. 4 | Rev17 02/19/14 | 11.00 Pg. 1 | Rev17 02/19/14 |
| 00.01 Pg. 2 | Rev26 04/16/15 | 07.05 Pg. 1 | Rev10 12/31/11 | 11.00 Pg. 2 | Rev17 02/19/14 |
| 01.05 Pg. 1 | Rev17 02/19/14 | 07.05 Pg. 2 | Rev10 12/31/11 | 11.05 Pg. 1 | Rev19 06/09/14 |
| 01.05 Pg. 2 | Rev17 02/19/14 | 07.05 Pg. 3 | Rev17 02/19/14 | 11.05 Pg. 2 | Rev19 06/09/14 |
| 02.05 Pg. 1 | Rev25 03/04/15 | 07.05 Pg. 4 | Rev17 02/19/14 | 11.05 Pg. 3 | Rev17 02/19/14 |
| 02.05 Pg. 2 | Rev25 03/04/15 | 07.05 Pg. 5 | Rev17 02/19/14 | 11.05 Pg. 4 | Rev17 02/19/14 |
| 02.05 Pg. 3 | Rev25 03/04/15 | 07.05 Pg. 6 | Rev17 02/19/14 | 11.05 Pg. 5 | Rev17 02/19/14 |
| 02.05 Pg. 4 | Rev25 03/04/15 | 07.05 Pg. 7 | Rev17 02/19/14 | 11.05 Pg. 6 | Rev17 02/19/14 |
| 03.05 Pg. 1 | Rev22 02/04/15 | 07.05 Pg. 8 | Rev17 02/19/14 | 11.05 Pg. 7 | Rev17 02/19/14 |
| 03.05 Pg. 2 | Rev22 02/04/15 | 08.05 Pg. 1 | Rev17 02/19/14 | 11.05 Pg. 8 | Rev17 02/19/14 |
| 03.05 Pg. 3 | Rev25 03/04/15 | 08.05 Pg. 2 | Rev17 02/19/14 | 11.05 Pg. 9 | Rev22 02/04/15 |
| 03.05 Pg. 4 | Rev25 03/04/15 | 08.05 Pg. 3 | Rev10 12/31/11 | 11.05 Pg. 10 | Rev22 02/04/15 |
| 03.05 Pg. 5 | Rev25 03/04/15 | 08.05 Pg. 4 | Rev10 12/31/11 | 11.05 Pg. 11 | Rev17 02/19/14 |
| 03.05 Pg. 6 | Rev25 03/04/15 | 08.05 Pg. 5 | Rev10 12/31/11 | 11.05 Pg. 12 | Rev17 02/19/14 |
| 04.05 Pg. 1 | Rev17 02/19/14 | 08.05 Pg. 6 | Rev10 12/31/11 | 11.05 Pg. 13 | Rev17 02/19/14 |
| 04.05 Pg. 2 | Rev17 02/19/14 | 08.05 Pg. 7 | Rev17 02/19/14 | 11.05 Pg. 14 | Rev17 02/19/14 |
| 04.05 Pg. 3 | Rev17 02/19/14 | 08.05 Pg. 8 | Rev17 02/19/14 | 11.05 Pg. 15 | Rev17 02/19/14 |
| 04.05 Pg. 4 | Rev17 02/19/14 | 08.05 Pg. 9 | Rev17 02/19/14 | 11.05 Pg. 16 | Rev17 02/19/14 |
| 04.05 Pg. 5 | Rev17 02/19/14 | 08.05 Pg. 10 | Rev17 02/19/14 | 11.10 Pg. 1 | Rev17 02/19/14 |
| 04.05 Pg. 6 | Rev17 02/19/14 | 08.05 Pg. 11 | Rev17 02/19/14 | 11.10 Pg. 2 | Rev17 02/19/14 |
| 04.05 Pg. 7 | Rev14 04/24/13 | 08.05 Pg. 12 | Rev17 02/19/14 | 11.10 Pg. 3 | Rev17 02/19/14 |
| 04.05 Pg. 8 | Rev14 04/24/13 | 09.05 Pg. 1 | Rev17 02/19/14 | 11.10 Pg. 4 | Rev17 02/19/14 |
| 04.05 Pg. 9 | Rev17 02/19/14 | 09.05 Pg. 2 | Rev17 02/19/14 | 12.05 Pg. 1 | Rev10 12/31/11 |
| 04.05 Pg. 10 | Rev17 02/19/14 | 09.05 Pg. 3 | Rev17 02/19/14 | 12.05 Pg. 2 | Rev10 12/31/11 |
| 05.05 Pg. 1 | Rev23 02/06/15 | 09.05 Pg. 4 | Rev17 02/19/14 | 12.05 Pg. 3 | Rev24 02/13/15 |
| 05.05 Pg. 2 | Rev23 02/06/15 | 09.05 Pg. 5 | Rev27 06/11/15 | 12.05 Pg. 4 | Rev24 02/13/15 |
| 05.05 Pg. 3 | Rev23 02/06/15 | 09.05 Pg. 6 | Rev27 06/11/15 | 12.05 Pg. 5 | Rev17 02/19/14 |
| 05.05 Pg. 4 | Rev23 02/06/15 | 10.05 Pg. 1 | Rev14 04/24/13 | 12.05 Pg. 6 | Rev17 02/19/14 |
| 05.05 Pg. 5 | Rev23 02/06/15 | 10.05 Pg. 2 | Rev14 04/24/13 | 12.05 Pg. 7 | Rev17 02/19/14 |
| 05.05 Pg. 6 | Rev23 02/06/15 | 10.05 Pg. 3 | Rev14 04/24/13 | 12.05 Pg. 8 | Rev17 02/19/14 |
| 05.05 Pg. 7 | Rev26 04/16/15 | 10.05 Pg. 4 | Rev14 04/24/13 | 12.05 Pg. 9 | Rev17 02/19/14 |
| 05.05 Pg. 8 | Rev26 04/16/15 | 10.05 Pg. 5 | Rev10 12/31/11 | 12.05 Pg. 10 | Rev17 02/19/14 |
| 05.05 Pg. 9 | Rev26 04/16/15 | 10.05 Pg. 6 | Rev10 12/31/11 | 13.05 Pg. 1 | Rev10 12/31/11 |
| 05.05 Pg. 10 | Rev26 04/16/15 | 10.05 Pg. 7 | Rev10 12/31/11 | 13.05 Pg. 2 | Rev10 12/31/11 |
| 05.05 Pg. 11 | Rev26 04/16/15 | 10.05 Pg. 8 | Rev10 12/31/11 | 13.05 Pg. 3 | Rev17 02/19/14 |
| 05.05 Pg. 12 | Rev26 04/16/15 | 10.05 Pg. 9 | Rev14 04/24/13 | 13.05 Pg. 4 | Rev17 02/19/14 |
| 05.05 Pg. 13 | Rev26 04/16/15 | 10.05 Pg. 10 | Rev14 04/24/13 | 13.05 Pg. 5 | Rev17 02/19/14 |
| 05.05 Pg. 14 | Rev26 04/16/15 | 10.05 Pg. 11 | Rev17 02/19/14 | 13.05 Pg. 6 | Rev17 02/19/14 |
| 05.05 Pg. 15 | Rev26 04/16/15 | 10.05 Pg. 12 | Rev17 02/19/14 | 14.05 Pg. 1 | Rev16 12/03/13 |

| Chapter/ Section/Page | Rev#/Date |
|---|---|
| 14.05 Pg. 2 | Rev16 12/03/13 |
| 14.05 Pg. 3 | Rev16 12/03/13 |
| 14.05 Pg. 4 | Rev16 12/03/13 |
| 14.05 Pg. 5 | Rev16 12/03/13 |
| 14.05 Pg. 6 | Rev16 12/03/13 |
| 14.05 Pg. 7 | Rev16 12/03/13 |
| 14.05 Pg. 8 | Rev16 12/03/13 |
| 15.05 Pg. 1 | Rev20 09/24/14 |
| 15.05 Pg. 2 | Rev20 09/24/14 |
| 16.05 Pg. 1 | Rev21 01/06/15 |
| 16.05 Pg. 2 | Rev21 01/06/15 |
| 16.05 Pg. 3 | Rev21 01/06/15 |
| 16.05 Pg. 4 | Rev21 01/06/15 |
| 16.05 Pg. 5 | Rev21 01/06/15 |
| 16.05 Pg. 6 | Rev21 01/06/15 |

# LIST OF EFFECTIVE TEMPORARY REVISIONS

As Temporary Revisions are issued, a new list of Effective Temporary Revisions page, printed on yellow paper will be supplied. Retain the

"white" page in order to maintain manual currency as shown on the List of Effective Pages.

| TR# | Date | Page Number |
|---|---|---|

FRONTIER AIRLINES (R. BRIGHAM) - 0000251



FRONTIER
EMPLOYEE HANDBOOK 00.00 Pg. 6

Page Intentionally
Left Blank

Rev8 06/15/09 List of Effective Temporary Revisions

FRONTIER AIRLINES (R. BRIGHAM) - 0000252



# TABLE OF CONTENTS

| Section | Subject | Page |
|---|---|---|
| 01.05 | Executive Statement | 1 - 2 |
| 02.05 | Introduction | 1 - 4 |
| 03.05 | Employment | 1 - 6 |
| 04.05 | Workplace Guidelines | 1 - 10 |
| 05.05 | Standards of Conduct | 1 - 18 |
| 06.05 | Compensation | 1 - 4 |
| 07.05 | Benefits | 1 - 8 |
| 08.05 | Leaves of Absence | 1 - 12 |
| 09.05 | Safety and Health Program | 1 - 6 |
| 10.05 | Information Technology Acceptable Use Policy | 1 - 18 |
| 11.05 | Anti-Drug Policy and Regulations | 1 - 16 |
| 11.10 | General Policies | 1 - 4 |
| 12.05 | Dependability | 1 - 10 |
| 13.05 | Corrective Action | 1 - 6 |
| 14.05 | Anti-Corruption Compliance Policy | 1 - 8 |
| 15.05 | Procurement Policy | 1 - 2 |
| 16.05 | Records Retention And Destruction Policy | 1 - 6 |



FRONTIER
EMPLOYEE HANDBOOK 00.01 Pg. 2

Page Intentionally
Left Blank

Rev26 04/16/15 Table of Contents

FRONTIER AIRLINES (R. BRIGHAM) - 0000254



# EXECUTIVE STATEMENT

## 01.05.1 WELCOME TO FRONTIER

Welcome to Frontier Airlines! As an ultra-low cost carrier, we provide consumers with choices. We offer a low base fare, and let our customers select the amenities that are important to them. Since our customers pay only for the product and services they actually use, we offer the best travel value in the industry.

We should think of each customer as a guest on our aircraft. We listen, take care of them when there is a problem, and always treat them with respect. Of course our primary mission is to ensure the safety of our guests and employees. Passengers want to be safely delivered to their destination, on time and with bags, while receiving consistent, friendly and professional customer service every time they fly with us.

Frontier is not just about the animals on our tails. It's about our employees, who are the very best and most professional in the industry. At Frontier, we are not just employees; we are a family and a team. We support and treat each other with dignity and respect. Working together, we can make a difference as we safely and reliably transport our passengers to their destination.

We offer a unique product - safety, reliability, choice, customer service and great employees, which equals great value for our guests.

Welcome to the Frontier team!

Sincerely,

David Siegel
Chief Executive Officer

## 01.05.2 EXECUTIVE STATEMENT ON SAFETY

# Frontier Airlines Executive Statement on Safety

Since Frontier Airlines began operating on July 5, 1994, there has been one underlying principle that has consistently guided our course: operate efficiently while exceeding the highest safety standards in the transportation industry.

Frontier is committed to the highest safety standards in our operation. When we say that our first fundamental is safety, we mean it. *People are priceless.*

Our first fundamental – Safety is the first priority and responsibility of every Frontier employee, whatever our job happens to be. We must never put at risk the lives of our customers, team members or anyone else. We must always act consistently with our primary commitment to safety.

It doesn't matter how good our on-time performance is or how much our customers love our service – if we aren't providing them with the highest level of safety every time they fly, we've failed.

The Chief Executive Officer (CEO) has the ultimate responsibility for the safety of Frontier's customers and employees. We will ensure that the necessary resources are committed throughout the organization to develop, maintain, and continually improve our safety culture.

One key element of improving safety is the implementation of a Safety Management System (SMS). Frontier is committed to implementing and maintaining a successful SMS. This program will provide Frontier with the framework for developing a system to ensure that hazards and risks are identified, managed, and mitigated or eliminated. It will require the commitment of all employees at all levels, including me and all of Frontier's senior leadership. Part of SMS is to set goals and objectives for safety improvement, document the procedures used to achieve those objectives, and periodically review and update those objectives. This includes providing you with a clear explanation of your role at Frontier, as well as the expectations of acceptable workplace performance.

We are committed to complying with all local, state and federal regulations applicable to our industry, as well as the international standards of the International Civil Aviation Organization (ICAO). These regulations are designed to provide the minimum acceptable level of safety, but it is our intention to go far beyond regulatory requirements.

To assist in improving safety, Frontier has developed a number of ways in which employees can report safety issues including incident reports, fatigue reports, Aviation Safety Action Program (ASAP) reports, and a phone-in safety hotline. New reporting tools will be rolled out in the future to make it even easier to report and communicate safety concerns without fear of any reprisal. I encourage you to uses these tools to report safety issues so that we can work together to fix them.

Communication is a two-way street. We will periodically update you with current safety related events and review our processes to ensure we are meeting safety objectives. Look for your managers to continually emphasize their support of our safety objectives, as well as update you on progress that we are making.

With your continued support, we will work together to build an organization in which every employee is a safety officer and achieve the high standards we have set for this airline.

Sincerely,

David Siegel
Chief Executive Officer



# INTRODUCTION

## 02.05.1 RESPONSIBILITY AND AUTHORITY

The Frontier Vice President, Human Resources & Labor Relations is responsible for the overall quality and has final authority for Frontier's Employee Handbook and the processes contained within. This individual has the authority, to the fullest extent set forth in the Vice President, Human Resources & Labor Relations job description, to take any lawful steps necessary to ensure compliance with the requirements set forth in this handbook.

The qualifications and work experience requirements for the Frontier Vice President, Human Resources & Labor Relations are contained in the job description filed with the Human Resources Department.

## 02.05.2 PURPOSE

This handbook is designed to acquaint you with Frontier and provide information about working at Frontier. The handbook is not all-inclusive, but is intended to provide you with a summary of some of Frontier's guidelines. This edition replaces all previously issued editions. For continuous updates of this manual check Frontier's intranet.

No employee handbook can anticipate every circumstance or question. After reading the handbook, if you have questions please talk with your immediate supervisor or Human Resources. Also, the need may arise to change the guidelines described in the handbook. Frontier reserves the right to interpret or change any guidelines or policies without prior notice.

If a policy in this section conflicts with a provision of a Collective Bargaining Agreement (CBA) or Departmental Guideline, the provisions in the CBA or Departmental Guideline will be followed. Departmental Guidelines may also have more complete information.



Employment with Frontier is considered "at-will". Employees have the right to end their work relationship with Frontier, with or without advance notice for any reason. Frontier has the same right. The language used in this handbook and any verbal statements made by management are not intended to constitute a contract of employment, either expressed or implied, nor a guarantee of employment for a specific duration. No representative of Frontier, other than the Chief Operating Officer (COO) of Frontier, has the authority to enter into an agreement of employment for any specified period. Such an agreement must be in writing and signed by the COO and the employee.

## 02.05.3 FRONTIER FUNDAMENTALS

Frontier Fundamentals help define who we are as a company and provide guidance as to how we should conduct ourselves.

**Safety**
Safety is the first priority and responsibility of every Frontier employee, whatever our job happens to be. We must never put at risk the lives of our customers, team-members or anyone else. We must always act consistently with our primary commitment to safety.

**Profit**
Frontier is in business to make a profit. If we fail to make a profit, we will ultimately go out of business. Safety is a prerequisite for profit.

**Honesty & Respect**
To earn the trust of our customers, vendors and of each other, we must act at all times with honesty and respect. Safety rests on a foundation of trust.

**Reliability**
Reliability is an operational imperative second only to safety. We believe that the factors that promote safety generally also promote reliability and that reliability is also consistent with profit.

**Value**
Customers will only fly Frontier if we are able to provide them with value. The primary way we are able to provide our customers with value is to offer them a better deal than they are able to find from our competitors.



**Friendliness**
We transform our guest experience by being positive, energizing, and friendly. We enjoy, and take pride in, what we do.

## 02.05.4 DEFINITIONS

Certain words and terms used throughout this manual are key to a proper understanding and interpretation of Frontier policies and programs. Working definitions of these words and terms follow:

- **Accounting:** Refers to the Chief Accounting Officer or his/her designee.
- **Company:** Refers to Frontier.
- **Computer Resources:** Refers to the entire Frontier computer network. Specifically, Computer Resources include, but are not limited to: host computers, file servers, application servers, communication servers, mail servers, fax servers, Web servers, workstations, stand-alone computers, laptops, Personal Data Assistants, software, data files, and all internal and external computer and communications networks (for example: Internet, commercial online services, value-added networks, e-mail systems) that may be accessed directly or indirectly from our computer, or are linked to our computer network.
- **Employee:** Refers to any current employee, whether active or on-leave.
- **Home Office:**

  Frontier Center One
  7001 Tower Road
  Denver, Colorado 80249
- **Human Resources (HR):** Refers to Frontier's Vice President, Human Resources & Labor Relations or his/her designee.
- **My Frontier or myfrontier.org:** The Frontier on-line information system that includes important forms, documents and references for Frontier employees.
- **Senior Management**: This includes the Chief Executive Officer (CEO), Chief Operating Officer (COO), and/or Chief Financial Officer (CFO).
- **Supervisor**: The person to whom you are immediately responsible during your work period.



- **Users:** Refers to all employees, independent contractors, consultants, temporary workers, business partners, vendors and other persons or entities that use our Computer Resources.

## 02.05.5 QUESTIONS

If you have any questions regarding any information contained in this employee handbook, please contact:

Frontier Human Resources
Frontier Center One
7001 Tower Road
Denver, Colorado 80249

or email: HR@flyfrontier.com. You may call the general office front desk and be transferred to HR as well. The number is (720) 374-4200.



# EMPLOYMENT

## 03.05.1 EQUAL OPPORTUNITY EMPLOYMENT

At Frontier, we wholeheartedly support and have a strong commitment to Equal Employment Opportunity (EEO) and Affirmative Action. Frontier is committed to providing equal employment opportunities for all persons regardless of race, color, religion, gender, gender variance, sexual orientation, age, genetic information, marital status, national origin, citizenship status, disability, military, veteran status, and any other bases protected by federal, state, or local laws.

Equal opportunity extends to all aspects of the employment relationship including: hiring, training, employee development, promotions, transfers, compensation, benefits, working conditions, reduction in work force, social and recreation programs, termination, and other terms and conditions of employment.

Our Vice President, Human Resources & Labor Relations has been named our EEO Coordinator. The EEO Coordinator will be available to any member of management or any employee who may have a question concerning this policy and its implementation.

## 03.05.2 EMPLOYEE DEFINITIONS AND SENIORITY

All employment at Frontier is considered "at-will". Employment can be terminated at any time with or without cause. At the time you are hired, you are classified as a regular full-time, regular part-time, or scout employee. In addition, you are classified as either hourly or salaried.

### 03.05.2.1 Regular Full-time Employee

Definition: an employee who is normally scheduled for and works at least an average of 30 hours per week. Regardless of average hours worked per week, pilots and flight attendants are classified as regular full-time employees (flight attendants must meet the collective bargaining agreement requirements for the flight attendant work group to qualify as full time unless a flight attendant bids for and is assigned part-time status).



The employee's seniority date will be determined by Human Resources. Employees hired on the same day will have their seniority determined by the last four digits of the social security number with the higher being more senior.

**03.05.2.2 Regular Part-time Employee**

Definition: an employee who is normally scheduled for and works at least an average of 16 but less than 30 hours per week. Regular part-time employees are eligible for limited benefits on different terms and conditions than described for regular full-time employees in this employee handbook.

**03.05.2.3 Scouts**

Definition: an employee who is typically scheduled for no more than 15 hours per week and performs guest service functions, such as wheelchair assistance, supervision of unaccompanied minors, driving electric carts, security screening, monitoring of passenger movement, assisting with bags, and other miscellaneous tasks.

**03.05.2.4 Initial Employment Evaluation Period - New Hires**

For most employees at the Company, the Initial Employment Evaluation Period is defined as the initial, continuous nine (9) month period of active employment with Frontier. The initial period allows you to determine if you have made the right career decision and for Frontier to determine whether your initial work performance meets our needs and standards. During and after this initial evaluation period your employment with Frontier will remain "at-will".

**03.05.2.5 Job Postings, Transfers and Promotions**

We would like you to grow and progress in your career as an employee of the Frontier family. This section applies to employees interested in applying for a transfer or being considered for a promotion to an open or new position in Frontier. Except certain management positions, most openings within Frontier are posted in UltiPro.

If you are a current employee interested in applying for a posted position, you must request a job transfer using the Employee Transfer Request Form in UltiPro. Print this form, complete it and present it to your manager for approval. This Form must be approved by your manager before you apply online. If you apply online before completing this process you will not be able to move forward and will be removed from consideration.



This is a two-step process that must be followed for transfer consideration. For additional information, see details under "my company/job openings" in UltiPro.

All interview/transfer requests must be signed by your current manager and received by the "close date" indicated on the internal job posting in order to be considered for the position. Most positions will normally be posted for five (5) working days. External recruiting may be conducted concurrently with the internal job posting.

Employees will be screened, interviewed if qualified, and tested (if required) as all other candidates for that position. It is your responsibility to arrange for time off to interview for the position. Employee eligibility will be based on, but not limited to:

- Time in Present Position: May not be less than nine (9) continuous months of employment in present position. This time period may be waived by the Director or Vice President of the department.
- Present Job Performance/Work Habits: Employees that are or have been at a Final Written Warning level of discipline regarding work habits (attendance, behavior, safety, etc.) in the last twelve months will not be eligible for transfer unless otherwise mandated by a seniority integration agreement or other binding agreement.
- Qualifications, skills and ability to meet criteria of position.
- Active status: If you are not on active status you must gain approval from Human Resources at the time you apply for a transfer or promotion.

If you request and are awarded a transfer you are expected to honor that award. If you are awarded a position and then decline, you may be prohibited from bidding on future openings for a period of three (3) months from the date you decline. When transferring to a new department, your seniority date for salary adjustments, furloughs and bidding work schedules and vacations will be your transfer date. If you transfer from a non-safety sensitive position into a safety sensitive position you will be required to submit to a pre-employment drug screen.

## 03.05.3 RELOCATION REIMBURSEMENT

Relocation guidelines apply to current employees eligible for relocation in the following circumstances:

- Frontier requests the employee to relocate.

- The employee's promotion within Frontier requires relocation.

*NOTE: Promotion, for relocation purposes, is defined as moving from a management position to another management position, or moving from a non-management position to a management position.*

Employees relocating for personal reasons or lateral transfers (e.g., moving as a customer service agent from a station to Denver or to another station) will not receive financial assistance with relocation.

Employees moving at Frontier's request or due to a promotion will be granted three (3) paid days off to move to their new location. Additional non-work time needed to complete the move will be unpaid.

## 03.05.4 90 DAY REHIRE POLICY

An employee who separates from the company and is rehired within 90 days will have their seniority restored for purposes of sick and vacation accrual rates, and travel. Prior corrective action will be reinstated as well.

## 03.05.5 REDUCTION IN WORK FORCE

When economic conditions require a reduction in work force, the following criteria will be used as a guide to determine which employees will be retained:

### 03.05.5.1 Employees in Exempt (Salaried) Positions:

Will be based on job performance, work experience, qualifications, knowledge and ability, operational needs and other relevant factors, including length of service.

### 03.05.5.2 Employees in Non-Exempt (Hourly) Positions:

Will be based on time in position (seniority) unless department guidelines differ.

Employees (Exempt and Non-Exempt) affected by a reduction in work force may:

- Be offered a Company Offered Leave of Absence.
- Be separated from employment at Frontier and be eligible for rehire should economic conditions permit. If rehired on or before the 365th day following the date of furlough, the employee's seniority date will be adjusted for time away. The employee's vacation accrual will have



been paid so the accrual process will begin again. Accrual rate for vacations and sick leave will be at the employee's adjusted seniority date. Any corrective action in effect at the time of reduction in force will be reinstated at the same level, upon re-employment. If an employee does not return to active status on or before the 365th day following the furlough date, the employee's furlough status will become a termination.

Health insurance coverage will be extended through the last day of the month of termination. In addition, health insurance can be continued in accordance with the Consolidated Omnibus Budget Reconciliation Act ("COBRA"), which gives workers who lose their health benefits and their families the right to choose to continue group health benefits provided by their group health plan for limited periods of time under certain circumstances such as involuntary or voluntary job loss and other life events.

## 03.05.6 NOTICE TO EMPLOYER

In order to determine security clearance status, and general employment eligibility any employee charged with a felony must notify management and Human Resources within 24 hours of the charges via e-mail at HR@flyfrontier.com. If the employee does not have access to e-mail, the employee must call HR at (720) 374-4200 (ask to be transferred to HR). All criminal convictions, including misdemeanors must be reported to your Manager and Human Resources within 48 hours. In both cases, appropriate legal documentation must be provided within 72 hours.

An employee whose driver's license is suspended or revoked must notify his or her Manager and Human Resources within 24 hours of notification of revocation or suspension, if a driver's license is required for the employee's position.

Frontier reserves the right to take action up to and including termination of employment in any of these situations.



EMPLOYEE HANDBOOK 03.05 Pg. 6

Page Intentionally
Left Blank

Rev25 03/04/15 Employment

FRONTIER AIRLINES (R. BRIGHAM) - 0000266

# WORKPLACE GUIDELINES

## 04.05.1 WORK SCHEDULES

An airline is a 24-hour, seven-day-a-week operation. The normal workweek consists of five days, each eight hours long, Monday through Friday. The General Office's regular operating hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday. For individual field stations, hours of operation vary according to flight operational needs. Flexible work schedules (e.g., four 10-hour shifts) are available at the discretion of the department's management.

### 04.05.1.1 Business Hours

Management will schedule/determine your particular work hours and meal period.

### 04.05.1.2 Meal and Break Periods

Meal and break periods are scheduled depending on the needs of each department. You are free from all work duties during meal and break periods.

The airline operation and flight operations provide substantial periods of inactivity for many employees. These periods shall serve as breaks. Normally, breaks will be scheduled at two different intervals, one prior to your meal period and one after your meal period. If you work in a department where breaks are not directly assigned, please coordinate with your co-workers to maintain adequate coverage at all times.

### 04.05.1.3 Time Off Clock (TOC)

On occasion, job demands will decrease the number of employees needed on duty. When this situation occurs, Frontier may choose to minimize cost by allowing individuals to leave work early or report to work later without pay. TOC is ALWAYS voluntary and cannot be mandated. In such cases the following procedure will apply:

1. A list will be maintained at the job location to allow every employee the opportunity to indicate if they would like to leave early or come in later than the start time.
2. If the opportunity for TOC materializes, the manager will go to the list and award the opportunity to the most senior person based on their scheduled shift and then seniority date.



3. At times, advance TOC may occur for days or weeks at a time. If this takes place the manager will award the time off based on seniority within affected shifts.

### 04.05.1.4 Swapping/Trading Shifts and Days Off

Swapping or trading shifts, and days off may be permitted providing your supervisor determines the swap will not interfere with the smooth and efficient operation of your department. Frontier will not be responsible for recouping any lost hours due to swaps under any circumstances, including termination (either voluntary or involuntary) of the employment of one of the individuals involved in the swap. Swapping or trade shifts that result in understaffing may result in disciplinary action for all involved, up to and including termination of employment. Your supervisor or the Director or Vice President of the department reserves the right to limit or eliminate all swapping either temporarily or permanently. Refer to your department guidelines for swap/trade specifics.

### 04.05.1.5 Severe Weather and Emergency Conditions

We will, at all times, be considered open for business. Usually, in the event of severe weather conditions or other emergencies, the COO or your department head may decide to close a Frontier location prior to the opening of business or during the business day. Your department head or Corporate Communications will notify you as soon as possible.

Non-exempt hourly employees will be paid for hours they have worked up to the time the location closes during the business day. If the business is closed prior to the beginning of the day, hourly employees will not be paid unless they are asked to, and are able to report to work, or they use accrued vacation time. In no event may an employee use sick leave to be paid for missing work due to severe weather.

Employees will be held accountable according to department attendance standards for days missed beyond those identified by management as severe weather days.

### 04.05.1.6 Assigning Duties and Responsibilities

Duties and responsibilities are assigned to other qualified personnel when someone is out of the office. This is accomplished via company email agreement between the individual and the designee. To ensure those outside the department are aware the temporary contact change, an 'out of office' message is created by the individual in Frontier's calendar system and an out of office voice mail greeting if appropriate.



## 04.05.2 DRESS CODE

We expect our employees to wear clothing appropriate to the jobs being performed. For uniformed personnel, this means wearing the prescribed uniform. All other employees, while at work, should dress in a manner that allows them to present themselves well to the customer and create a professional work environment. If your manager feels your attire is out of place, you may be asked to leave your workplace until you are properly attired.

*NOTE: Please refer to applicable department policies for specific guidelines (including uniform requirements) as different departments may have unique dress code requirements.*

## 04.05.3 PARKING

You are provided with parking accommodations at your location of employment with Frontier. This benefit is provided by Frontier at no cost to you for one location only. A company parking pass must be returned upon your separation from Frontier. To the extent permitted by applicable law, you may be charged based on airport/parking fees if you fail to return a pass at separation or lose your pass.

## 04.05.4 TELEPHONE USAGE

Many customers and other people may form an opinion of Frontier based on your telephone conversations with employees or others. Because many may overhear conversations, telephone courtesy is vital. In order to keep telephone lines open for business calls, you are discouraged from making or receiving personal calls unless absolutely necessary. Personal calls, if necessary, should be made on your own time during your break or lunch period. Excessive personal calls or misuse of the telephone will result in disciplinary action. Making unauthorized long distance personal telephone calls at Frontier's expense is prohibited.

## 04.05.5 IDENTIFICATION BADGES

You are issued Frontier identification badges and access cards at the beginning of your employment and you are required to wear these badges whenever on Company premises. It is the responsibility of all Frontier employees to maintain security at Frontier's facilities at all times.



Your Frontier identification badge and access cards must be returned upon separation of employment from Frontier. To the extent permitted by applicable law, you will be charged a fixed amount if you fail to return a badge or access card at separation. You will also be responsible for replacement fees if your badge or access cards are lost or stolen. Your Frontier ID must be displayed on the outermost garment. If you encounter any individual not properly displaying Frontier identification on Frontier property, ask for proper identification. If identification is not provided, notify Frontier's Security Department immediately.

Vendors and various Technical Representatives from other companies performing work for Frontier over an extended period of time, normally considered over 30 days, may be issued a Company temporary vendor badge. These badges must be requested and approved by a Director or Vice President of the department.

All visitors to Frontier's General Office are required to register with the receptionist and receive a visitor badge.

## 04.05.6 CHARITABLE SPONSORSHIP REQUEST

Frontier strives to support nonprofit organizations' charitable efforts in the communities we serve. Forms and program policies can be found at: http://www.flyfrontier.com/who-we-are/company-info/corporate-responsibility/charitable-sponsorship-request



## 04.05.7 INSPECTION

To help maintain a safe, healthy and efficient working environment, Frontier reserves the right to conduct inspections of personal items brought onto Frontier premises. If a manager determines a search is necessary, your cooperation is required as a condition of employment.

An employee is subject to questions and personal property search at management's discretion. Personal items include items carried onto Company property such as backpacks, purses, etc. Any item you do not want searched should not be brought onto Company property. A search may also include areas such as Company vehicles, offices, cubicles, lockers, desks, filing cabinets, computer files, electronic mail and voice mail.

A company initiated search does not imply accusation or guilt. However, your cooperation is necessary. If you refuse, your employment with Frontier is subject to discipline up to and including termination.

## 04.05.8 OUTSIDE EMPLOYMENT

If you wish to work for another Company while employed with Frontier, you may do so as long as the outside employment does not constitute a conflict of interest (see 05.05.13 *Conflict of Interest*), as determined by Frontier. If you are in doubt as to whether working for another employer would constitute a conflict of interest; contact your manager or Human Resources for clarification.

## 04.05.9 RESIGNATION AND TERMINATION

Should an employee decide, for any reason, to separate their employment with Frontier, they must (1) provide notice of resignation in written form at least two (2) weeks prior to their final date of employment and (2) be in good standing as of their final date of employment (i.e. cannot be on corrective action at Final Termination Warning level or under investigation) to be considered eligible for rehire. Furthermore, any employee wishing to retire and possessing sufficient age and years of service to do so, must provide notice of their resignation in writing at least two (2) weeks in advance of their final date of employment. Failure to do so will result in denial of retirement benefits.

An employee may not resign or retire in order to avoid an active investigation or termination of employment for cause.



An exiting employee may be asked to grant an exit interview. Their manager or Human Resources representative may discuss the exiting employee's reasons for leaving and any other impressions that they may have about their time with Frontier.

Employees rehiring within 90 days of their separation of employment will not forfeit seniority (i.e. will have their seniority "bridged"). (Reference 03.05.04)

Should Frontier terminate an employee because of a reduction in the work force or elimination of a position, Frontier will attempt to give the employee notice in written form at least two (2) weeks prior. Any employee whose job is eliminated is encouraged to review any job openings at Frontier. At the time of separation all employees must complete a termination checkout form with their supervisor, manager or Human Resources. Also, you must return any Company property you have in your possession prior to leaving Frontier. This will include, but is not limited to: Company issued uniforms, identification badges, flight vouchers, employee handbooks, Company controlled manuals, tools, keys, credit cards, Company monies or any other Frontier property.

To the extent permitted by applicable laws, failure to return Frontier property may lead to a deduction in your final paycheck for an amount equal to the value of the unreturned items. A final accounting of your accrued, but unused vacation time, if any, will be included in your final paycheck. On the other hand, if your used vacation that has not been accrued, to the extent permitted by applicable laws, hours will be deducted from your final paycheck. To the extent permitted by applicable laws, if an employee resigns, Frontier will pay any accrued, but unused vacation pay awarded in the current calendar year only if the employee has at least one year of service.



## 04.05.10 EXPENSE REIMBURSEMENT /ALLOWANCE

Frontier reimburses certain reasonable expenses incurred directly related to Frontier business when you travel and within the guidelines set forth below. Frontier will reimburse you for meals, travel, and related expenses when you are required to travel on company business. Frontier does not expect employees to be financially burdened due to required business travel. The reimbursement policies are designed to supplement the higher cost of meals and incidentals while traveling, but are not designed to replace what you would otherwise incur on a daily basis.

### 04.05.10.1 Lodging

Frontier maintains a list of which hotels must be used in each city to ensure that the lodging will be direct billed to Frontier. Lodging must be booked through Corporate Travel via Frontier Business Travel Request Form.

### 04.05.10.2 Meals and Incidentals:

You will receive $1.65 per hour in meal reimbursement for time spent away from your normal work location, outside of your metropolitan area. You should not expect reimbursement for meals and incidentals if you are performing work away from your normal work location, but are still within the same metropolitan area. Frontier does not expect to reimburse you for the time incurred in your normal daily commute.

- If you leave your home, the trip time commences upon departure and ends upon your return minus your normal daily commute time.
- If you leave from your work location and return to your home, the hours should be reduced by half your normal daily commute time.

If during your trip a meal is purchased by someone else or the hotel provides a meal, you should adjust your meal reimbursement hours by the following guidelines:

- Breakfast - reduce by 5 hours
- Lunch - reduce by 7 hours
- Dinner - reduce by 12 hours

If you request reimbursement for more than the rate per hour above allows, then itemized receipts are required. This expense reimbursement requires approval of your Director or Vice President. Frontier does not reimburse for entertainment expenses (movies, videos, concert tickets, music downloads etc.). Frontier does not reimburse for alcoholic beverage purchases.



### 04.05.10.3 Rental Cars

Occasionally, Frontier will approve the use of rental cars. If a rental car is required for Company travel, the following guidelines should be followed: when picking up a rental car all additional insurance is to be waived as well as the tank refueled before returning the vehicle. GPS systems and other upgrades will not be approved or paid by Frontier. Car rentals must be booked through Corporate Travel via Frontier Business Travel Request Form and approved by your Director or Vice President. A rental car should be requested for any vehicle travel above 100 average miles per day instead of driving your personal vehicle.

## 04.05.11 USE OF PERSONAL VEHICLE

The use of a personal vehicle for company purposes, beyond your normal commute to work, is reimbursable. In lieu of using your personal vehicle, you should request a rental car if their work assignment requires you to drive more than an average of 100 miles per day. Generally, any miles exceeding your normal commute (mileage to where you normally work) or use of your personal car after arriving at your base location will be reimbursed.

*NOTE: For the purposes of mileage reimbursement the Denver General Office and the Denver International Airport are considered the same location.*

### 04.05.11.1 Mileage Reference Guide

- DEN GO to UAL Simulator Center.................................. 12.4 miles
- Mileage is calculated based on miles driven, but should not exceed the calculated mileage of online map services (i.e., Google Maps, MapQuest, etc.) or similar services.

### 04.05.11.2 Other

Any request for reimbursement for any item not covered above requires Director written approval. Expense policies may be reviewed by internal audit for compliance by submitters and approvers.

## 04.05.12 HOW TO SCHEDULE COMPANY TRAVEL

All travel for Company business must be arranged through Corporate Travel.



When traveling on Company business, complete the Frontier Business Travel Request Form, found on Ultipro; click on Electronic Forms and send it to Corporate Travel at F9corporatetravel@flyfronter.com.

All Flight and Hotel requests must be approved by a Manager or above. All car rentals and expenses outside of the standards require the Director or Vice President's written approval.

## 04.05.13 HOW TO SUBMIT AN EXPENSE FORM

To obtain reimbursement for travel costs, you must complete an Expense Report. When traveling, all expenses for each trip must be included on an Expense Report. You can obtain the expense report on UltiPro.

- Click on My Company and choose electronic forms from the dropdown menu.
- Click on Employee Expense Form.
- Please complete the form and submit it along with a legible copy of any supporting documentation, if applicable, to your Manager or Director for approval. Supporting documentation should include legible itemized receipts.
- The approved expense report should be sent to the Accounts Payable department for processing via e-mail (ap@flyfrontier.com) or Company mail (Attn: AP Expense Claims at DEN GO).

It is your responsibility to submit your expense report each week as you incur authorized, reimbursable expenses. In order for the Company to keep records and accounting accurate and current, expense reports or vouchers older than 90 days may not be honored.

*NOTE: If no receipt or documentation is available, then the employee must attach a statement detailing such expenditures.*

EMPLOYEE HANDBOOK 04.05 Pg. 10

Page Intentionally
Left Blank

Rev17 02/19/14 Workplace Guidelines

FRONTIER AIRLINES (R. BRIGHAM) - 0000276



# STANDARDS OF CONDUCT

Frontier Airlines is proud of the fundamentals established to help guide our employees through their employment with the company.

To ensure that our mission is achieved, standards of conduct are needed as a guideline to help everyone work together efficiently, effectively, and harmoniously. By accepting employment with Frontier Airlines, you have a responsibility to the company and to your fellow employees to use good judgment and appropriate behavior when dealing with customers, suppliers and each other. Failure to do so may result in corrective action, up to and including termination of employment. The purpose of standards of conduct is not to restrict your rights, but rather to be certain that you understand what conduct is expected and necessary. When each person is aware that he/she can fully depend upon fellow workers to follow the standards of conduct, our organization will be a better place for everyone to work.

Frontier depends on its employees to conduct themselves in a professional manner and to treat each other with respect. Employees are not to engage in behavior that could bring discredit to Frontier. Physical violence is never acceptable behavior. Work areas are expected to be free from inappropriate posters or pictures (hard copy or in the computer) and avoid language or jokes that could offend others. Employees are expected to communicate effectively with everyone they work with when performing their duties. However, it is completely acceptable for employees to speak another language while engaged in personal conversation.

Dishonesty, theft, willful destruction of company property or other violations of these standards of conduct will not be tolerated and could lead to corrective action, up to and including termination of employment. If you witness any act that violates this policy, report the incident immediately to a supervisor, or manager.

## 05.05.1 ANTI-DISCRIMINATION

Frontier Airlines is committed to treating every patron with courtesy and respect. Frontier prohibits its employees from discriminating against patrons based on race, color, national origin, ancestry, religion, gender, or age. Improper discrimination will not be tolerated. Frontier's non-



discrimination policy applies to all interactions between Frontier employees and patrons. Frontier employees shall not use race, color, ethnicity, national origin or religion to assess whether a patron should be reported to law enforcement, except where those factors are part of a description of a particular suspect.

## 05.05.2 HARASSMENT

Frontier employees are expected to show genuine respect and kindness to each other. We want to guard against inappropriate comments, unwise jesting, improper actions or indiscrete situations that could be misunderstood by others.

Frontier complies with federal and state equal employment opportunity laws and strives to keep the workplace free from all forms of unlawful harassment. The Company does not and will not permit employees to engage in unlawful discriminatory practices, sexual harassment, or harassment based on race, color, religion, gender, sexual orientation, gender identity, marital status, national origin, creed, age, disability, genetic information, or veteran status, as well as any other status protected by applicable federal or local law. Unlawful harassment by any employee, supervisor, manager, or person doing business with the Company is strictly prohibited.

Frontier also strives to provide and foster a safe environment, free from workplace violence, where people can work without fear of psychological or physical harm. Frontier considers harassment in all forms to be a serious offense and prohibits retaliation against anyone who reports any such violation. Harassment is unwelcome behavior that creates an intimidating, hostile, or offensive work environment that unreasonably interferes with an individual's work performance, or otherwise affects an individual's employment opportunities.

Workplace violence is any behavior that management identifies as (i) verbally or physically threatening; (ii) intimidating; or (iii) harassing in nature. This includes racially motivated comments, religious epithets, sabotage, vandalism of personal and company property, or verbal or physical threats of any kind.



If you believe you have been subjected to harassment, or workplace violence, you should directly inform the offending person that his or her conduct is unwelcome and must stop. If you feel uncomfortable in doing so, if you do not wish to communicate directly with the offending person, or if your communication is unsuccessful, immediately bring the matter to the attention of your manager or Human Resources. You may also use the Company hotline, but please note that anonymous complaints are inherently more difficult to investigation and resolve. Any complaint concerning these issues will be promptly investigated and handled as confidentially as possible.

Any employee found to have engaged in conduct that violates this policy will be subject to immediate corrective action, up to and including termination from employment.

Frontier prohibits retaliation against any employee for making any good faith complaint regarding conduct prohibited by this policy, or for participating in any investigation concerning such a complaint. If you believe you have been subject to any such retaliation you must promptly notify the Vice President, Human Resources & Labor Relations, or a designee.

Frontier recognizes that false accusations of harassment can have serious effects on innocent employees. As such, we will approach each complaint investigation with the interests of all employees in mind. We trust that all employees will act in good faith in reporting harassment.

**05.05.2.1 Sexual Harassment**

Because sexual harassment raises issues that are, to some extent, unique, Frontier believes it warrants separate emphasis. Frontier strives to provide all employees with an enjoyable work environment that is free from all forms of illegal discrimination, including sexual harassment. The term "work environment" includes any location in which an employee is performing any duty or interacting with other employees in the scope of their employment, including Company social functions.

Frontier strongly opposes sexual harassment and inappropriate sexual conduct. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature, when:

- Submission to such conduct is made explicitly or implicitly a term or condition of employment;

- Submission to or rejection of such conduct is used as the basis for decisions affecting an individual's employment; or
- Such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

All employees are expected to conduct themselves in a professional and business-like manner at all times. Inappropriate conduct that could lead to a claim of sexual harassment is expressly prohibited by this policy. Such inappropriate conduct includes, but is not limited to, sexually implicit communications whether in:

- Written form: cartoons, posters, calendars, notes, letters, electronic mail
- Verbal form: comments, jokes, foul or obscene language of a sexual nature, gossiping or questions about another's sex life, or unwanted requests for dates
- Physical gestures and other nonverbal behavior: unwelcome touching, grabbing, fondling, kissing, massaging, and brushing up against another's body

If you believe you have been subjected to any such conduct, you should directly inform the offending person that his or her conduct is unwelcome and must stop. If you feel uncomfortable in doing so, if you do not wish to communicate directly with the offending person, or if your communication is unsuccessful, immediately bring the matter to the attention of your manager or Human Resources. You may also use the Company hotline, but please note that anonymous complaints are inherently more difficult to investigation and resolve. Any complaints concerning these issues will be promptly investigated and handled as confidentially as possible. If a determination is made that an employee engaged in inappropriate conduct, that employee will be subject to disciplinary action, up to and including termination from employment.

## 05.05.3 AMERICANS WITH DISABILITIES ACT (ADA)

### 05.05.3.1 Policy

It is everyone's responsibility to adhere and support the Americans with Disabilities Act (ADA). This includes all leadership, staff and employees.



It is the policy of Frontier to not discriminate against qualified individuals with disabilities in regard to application procedures, hiring, advancement, discharge, compensation, training, or other terms, conditions, and privileges of employment.

Additionally, the ADA requires employers to reasonably accommodate a qualified individual with a disability. It is the policy of Frontier to comply with all federal, state, and local laws concerning the employment of persons with disabilities.

Frontier will reasonably accommodate qualified individuals with a disability so they can perform the essential functions of the job in question.

An individual, who can be reasonably accommodated for the job in question, without undue hardship, will be given the same consideration for that position as any other employee or applicant.

All employees are required to comply with safety standards. Applicants who pose a direct threat to the health or safety of other individuals, including customers and co-workers, in the workplace, which threat cannot be eliminated by reasonable accommodation, will not be hired. Current employees who pose a direct threat to the health or safety of other individuals, including customers and co-workers, in the workplace will be placed on appropriate leave until an organizational decision has been made in regard to the employee's immediate employment situation.

The Human Resources Department is responsible for implementing this policy, including resolution of reasonable accommodation, safety, and undue hardship issues.

### 05.05.3.2 Definitions

In implementing this policy, Frontier will be guided by the then- applicable definitions stated in the ADA or in case law construing the ADA, and applicable state and local law. In the event of any conflict between definitions in the ADA and definitions in this policy, the legal definitions will control. The following discussion is provided for general guidance of employees and applicants in understanding the policy of Frontier.



- "Disability" refers to a physical or mental impairment that substantially limits one or more of the major life activities of an individual. An individual who has such an impairment, has a record of such an impairment is also deemed a "disabled individual". An individual may also be deemed "disabled" if that person is regarded as having such an impairment. However, in the "regarded as" instance, the situation is more complicated. Under amendments to the ADA in 2008, if the condition is transitory and minor, defined as having an actual or expected duration of 6 months or less, then the condition does not normally qualify as a disability under federal law.

  Generally, ameliorative measures such as medications and medical devices will not be considered in making a disability determination, although ordinary eyeglasses may be taken into consideration. So, for example, the mere fact that a person wears ordinary eyeglasses will not qualify that person as "disabled." On the other hand, the fact that a person has a hearing aid or takes medications to address the impairment will not disqualify that person as being "disabled" if the person otherwise meets the definition of "disabled."
- "Major life activity" may include things such as caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating or working. A "major life activity" may also include bodily functions such as functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive systems.
- "Direct threat to safety" refers to a significant risk to the health or safety of the employee in question or to others that cannot be eliminated by reasonable accommodation.
- "A "qualified individual with a disability" refers to an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the employment position that the individual holds or has applied for.
- "Reasonable accommodation" refers to making existing facilities readily accessible to and usable by individuals with disabilities, including but not limited to: job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, adjustment or modification of examinations, adjustment or modification of training materials, adjustment or modification of policies, and similar activities.



- "Undue hardship" refers to an action requiring significant difficulty or expense by the employer. The factors to be considered in determining an undue hardship include: (1)The nature and cost of the accommodation; (2) The overall financial resources of the facility at which the reasonable accommodation is to be made; (3) The number of persons employed at that facility; (4) The effect on expenses and resources or other impact upon that facility and/or the other employees at that facility; (5) The overall financial resources of Frontier; (6) The overall number of employees and facilities; (7) The operations of the particular facility as well as the entire Company; (8) The relationship of the particular facility to Frontier. These are not all of the factors but merely examples.
- "Essential job functions" refers to those activities of a job that are the core to performing the job in question.

### 05.05.3.3 PROCEDURE

A qualified employee with a disability who would like to receive a reasonable accommodation should complete the Employee Accommodation Request Form and contact Human Resources, at *hr@flyfrontier.com* or call (720) 374-4200 and ask to be transferred to Human Resources. The employee should provide information about the nature of his or her disability, and request an accommodation. Once Human Resources receives an employee's documentation, they will engage in an interactive process with the employee. This interactive process consists of discussion among the employee, the employee's supervisor or manager, and Human Resources in an effort to determine the most appropriate workplace accommodation. Human Resources may ask for additional documentation of the employee's medical condition, and based on that information, will determine whether a reasonable accommodation is appropriate based on the impact of a disability. Under the law, the Company chooses which reasonable accommodation is appropriate.



#### 05.05.3.4 CONFIDENTIALITY

Information acquired by Human Resources including disability information, medical information or diagnoses, psychological information, case notes, and records will be maintained confidentially. Information relating to a person's disability is confidential and may only be released with the person's permission. In limited circumstances, sharing of disability-related information is permissible on a need-to-know basis. For example, when an employee receives a workplace accommodation, only the details of the accommodation are shared with the employee's supervisor.

#### 05.05.3.5 COMPLAINT PROCEDURE

A person with a disability who believes his or her disability is not being accommodated, or who has experienced discrimination or harassment on the basis of disability, may file a complaint with the Vice President, Human Resources & Labor Relations or designee.

Issues that may form the basis of a complaint include, but are not limited to, a denial of a requested accommodation, the inadequacy of an accommodation, the inaccessibility of a program or activity due to disability, and discrimination or harassment based on disability.

### 05.05.4 WHISTLEBLOWER POLICY

**Policy for Reporting Complaints Regarding Accounting, Internal Accounting Controls or Audit Matters**

#### 05.05.4.1 Introduction

Frontier Airlines, Inc. ("Frontier") is committed to high standards of ethical, moral and legal business conduct. It seeks to facilitate disclosure regarding accounting and auditing matters, encourage proper individual conduct, and provide notice to the Audit Committee of potential accounting problems before they have serious consequences. Accordingly, Frontier has established the procedures set forth below for the receipt, retention and treatment of complaints regarding accounting, internal accounting controls or auditing matters (collectively, "Accounting Matters"). These procedures have been developed to ensure that Frontier employees can submit concerns regarding questionable Accounting Matters in a confidential, anonymous manner without fear of dismissal or retaliation of any kind.



**Scope of Matters Covered**

These procedures relate to complaints or concerns regarding Accounting Matters, including, without limitation, the following:

- fraud or deliberate error in the preparation, evaluation, review or audit of any financial statement of Frontier
- fraud or deliberate error in the recording or maintaining of financial records of Frontier
- deficiencies in or noncompliance with Frontier's internal accounting controls
- misrepresentations or false statements to or by an officer of Frontier or an accountant regarding a matter contained in the financial records, financial reports or audit reports of Frontier
- deviation from full and fair reporting of Frontier's financial condition
- conduct which may reasonably be believed to be a violation of the Foreign Corrupt Practices Act or other anti-corruption laws
- unlawful activities; or
- mail fraud, wire fraud, bank fraud, or securities fraud

**Submission and Receipt of Complaints**

**General** Persons with complaints or concerns regarding Accounting Matters should promptly report them to the Company's General Counsel by mail addressed to General Counsel, Frontier Airlines, 7001 Tower Road, Denver, CO 80249, or by email to whistleblower@flyfrontier.com. The General Counsel will maintain the confidentiality and anonymity of persons making complaints to the fullest extent practicable and subject to existing legal or regulatory requirements.

**Anonymous Third Party Whistleblower Hotline Service** Frontier employees who have complaints or concerns regarding Accounting Matters may, rather than submitting such complaints directly to the Company through its General Counsel, submit them confidentially and anonymously by voice mail through Frontier's Whistleblower Hotline Service. All Complaints submitted to the Hotline Service will initially be reviewed by Frontier's Vice President of Human Resources. The Hotline Service voicemail may be reached by calling 800-837-9023.

**Content of Complaints**

To assist in the response to or investigation of a complaint, the complaint



should be factual rather than speculative, and contain as much information as possible to allow for proper assessment of the nature, extent and urgency of the matter that is the subject of the complaint. Complaints that contain unspecified wrongdoing or broad allegations without verifiable evidentiary support will be less likely to result in investigation. Anyone filing a complaint concerning a violation or suspected violation of Accounting Matters must be acting in good faith and have reasonable grounds for believing the information disclosed indicates a violation. Any allegations that prove not to be substantiated and have been made maliciously or with knowledge of their falsity will be viewed as a serious disciplinary offense.

**Retention of Complaints**

Written copies of all complaints will be retained by Frontier (as appropriate) in accordance with the Company's Records Retention and Destruction Policy and applicable law.

**Treatment of Complaints**

All complaints will be taken seriously and addressed promptly, discreetly and professionally. If the Vice President of Human Resources determines that a complaint submitted to the Whistleblower Hotline pertains to an Accounting Matter, he/she will submit the complaint to the General Counsel for investigation. The General Counsel will evaluate each complaint and may conduct an investigation based upon such complaint. A summary of complaints received under this policy will be communicated to the Audit Committee on a quarterly basis (or a more frequent basis should conditions warrant more timely action). The Audit Committee may, at any time, request a briefing by the General Counsel or other person(s) conducting an investigation regarding their findings. The Audit Committee shall have full authority to determine the corrective action, if any, to be taken in response to a complaint.



**Non-Retaliation**

It is Frontier's policy to comply with all applicable laws that protect our employees against unlawful discrimination or retaliation by us or our agents as a result of their lawfully reporting information regarding, or their participation in, investigations regarding Accounting Matters. If any employee believes that he or she has been subjected to any harassment, threat, demotion, discharge, discrimination or retaliation by Frontier or its agents for reporting complaints regarding Accounting Matters in accordance with this policy, he or she may file a complaint with our Vice President of Human Resources. If it is determined that an employee has experienced any improper employment action in violation of this policy, we shall promptly take appropriate corrective action.

## 05.05.5 EMPLOYMENT OF RELATIVES AND PERSONAL RELATIONSHIPS IN THE WORKPLACE

The employment of relatives or individuals involved in a dating or personal relationship may cause potential or actual conflicts of interest or favoritism, or the appearance of a conflict or favoritism. Frontier recognizes that even the appearance of potential conflict or favoritism can damage credibility, impair department morale, and undermine an employee's effectiveness. Accordingly, Frontier does not permit employees who are related or involved in a dating or personal relationship to have direct supervisory authority over one another. Frontier considers "direct supervisory authority" to include situations where one individual has direct influence over another individual's employment through decisions, recommendations, or judgment related to such matters as assessment of performance, work responsibilities, salary, career growth, or discipline.

Frontier permits the employment of relatives or individuals involved in a personal relationship if their employment does not, in the opinion of the Senior Director of HR or the department head, create an actual, potential, or perceived conflict of interest. Employees who have relatives seeking employment at Frontier or who are involved in a dating or personal relationship with individuals seeking employment at Frontier, which may violate this policy, must disclose the relationship to the Vice President or Director in charge of the department and Human Resources.



Additionally, if an employee becomes related to another employee, or involved in a dating or personal relationship with another employee, and either employee has direct supervisory authority over the other, the relationship must be immediately reported to the Vice President or Director in charge of the department and to Human Resources.

For the purpose of this guideline, a relative is defined as spouse, domestic partner (with an affidavit on file), parent, grandparent, child, grandchild, brother, sister, brother-in-law, sister-in-law, father-in-law, mother-in-law, stepparent, stepbrother, stepsister and stepchild.

## 05.05.6   COMPANY PROPERTY AND VEHICLE USAGE

Employees may not use Company equipment and tools for personal use.

If you are authorized to operate a Frontier vehicle in the course of your assigned work, or if you operate your own vehicle in performing your job, you must adhere to the following rules:

- You must be a licensed driver in your state of residence or as required by your airport authority.
- Frontier provides insurance on Company vehicles; however, you will be considered completely responsible for your actions, including fines, moving or parking violations incurred.
- Persons unauthorized or not employed by Frontier cannot operate or ride in a Company vehicle.
- Prior to operation of any Company vehicle, your manager or designated person will train you on the appropriate steps to take if you are involved in an accident.
- We encourage you to keep the vehicle clean at all times and to wash and vacuum the vehicle as often as necessary. You will be reimbursed for your reasonable expense of keeping the vehicle clean. Please retain any receipts for reimbursement.

You may be excluded from driving a Company vehicle if you have had a major traffic violation within the last 5 years including:

- A DWI, drug violation or refusal to take a blood alcohol test;
- Excessive speeding (15mph above the speed limit);
- Reckless driving or racing;
- License revocation or suspension;
- Leaving the scene of an accident;
- Any felony involving the use of an auto; or



- More than 2 moving violations (speeding, improper lane change, etc.).

## 05.05.7 SMOKING ON COMPANY PREMISES

Frontier is committed to providing its employees with a comfortable working environment. Due to the well-documented dangers of tobacco smoke, Frontier seeks to limit the usage of tobacco on its various premises. Employees are strongly encouraged not to smoke. All enclosed areas will be considered nonsmoking areas and all airport locations are subject to the regulations put in place by airport authorities. Additionally, Frontier complies with the Colorado Clean Air Act and all other applicable state laws. Employees in Colorado are not permitted to smoke within a 15-foot radius of designated entry ways.

## 05.05.8 PERSONAL PROPERTY

Frontier assumes no responsibility for the loss of or damage to an employee's personal property on Company premises or aircraft. Employees are responsible for securing their personal property and should not leave items unattended.

## 05.05.9 PERFORMANCE REVIEWS

Because it is important to have clear and consistent feedback given to you, it is our policy for supervisors to conduct performance reviews with you on a periodic basis. During the first nine (9) months of the initial employment period, you may be subject to periodic informal reviews by your supervisor. Upon completion of your one (1) year anniversary you may receive a formal performance review. You may receive periodic performance reviews thereafter.

## 05.05.10 BUSINESS ETHICS POLICY

### 05.05.10.1 Access to Personnel Files

Personnel files are maintained on each employee. The purpose of a personnel file is to maintain an accurate record of each Employee's work history, current employment and benefit status with Frontier. Company forms, documents and correspondence relevant to an employee's status are maintained and protected in either a permanent file or electronically



stored within UltiPro. Each employee has the responsibility to ensure that their records are current. Any updates or changes to the following should be entered into UltiPro by the employee within one business day:

- Name
- Address
- Telephone number
- Dependents
- Marital Status
- Beneficiary Information
- Medical, Dental Benefit Status (but not medical information)
- Contact in case of emergency
- Withholding tax information (W-4)

All changes should be made online through the UltiPro system.

All records maintained in the personnel files of employees are Frontier's property. Employees are allowed to review their own personnel file in the presence of a representative of the Human Resources Department. No employee may remove, machine copy or alter any documentation in their personnel file except as required by applicable law. Upon request, Frontier will provide information to outside organizations about current and former Company employees. The information that Frontier will release is limited to dates of employment, job title and verification of wages. No other information is provided without written consent from the employee or as required by law.

## 05.05.11 CONFIDENTIAL INFORMATION

Frontier considers all non-public information about Frontier, and our employees to be highly confidential.

- Company information includes, but is not limited to operating and financial information; compensation data; marketing strategies; pending projects and proposals; and operations or maintenance manuals.
- Employee information includes, but is not limited to employee and dependent names; employee and dependent addresses; employee and dependent phone numbers; employee and dependent social security numbers; employee and dependent dates of birth; any other personally identifiable information.



Individuals who manage or use this type of information are required by Frontier to protect this information from unauthorized modification, disclosure, and destruction. The means of protection used shall be commensurate with the risk of exposure, the value of the information and the available computing resources. Employees are not authorized to gather, maintain, or disseminate personally identifiable information for any purpose or remove such information from Frontier's premises without written permission as permitted by applicable law, except when required for a business purpose or in the ordinary daily course of performing duties on behalf of Frontier. All requests to release such information must be directed to the Director or Vice President of the department or Human Resources. Personally identifiable information should not be transmitted to anyone outside Frontier without proper safeguards to protect the data during transit. Personally identifiable information should not be stored on an unencrypted laptop or on CD, DVD, memory stick, or any other form of portable media. Human Resources will take reasonable steps, in conjunction with technical assistance from Information Technology, to protect personal data from unauthorized access, including developing other personal identification methods and limiting access to such data to those employees with a business need to know. All departments maintaining paper or electronic personal data should follow similar protection procedures, including discontinuing the use or dissemination of social security number as an identifier on documents and reports. Social security number confidentiality will be maintained to the fullest extent required by law.

## 05.05.12 GIFTS OR TIPS

Approval from management is required before an employee may accept a gift of any kind from a customer, supplier or vendor representative, unless the gift is valued at less than $50. The term "gift" in this policy is used in its broadest sense and includes gifts, entertainment, services and favors. This policy is not intended to prohibit ordinary business entertainment or items representing reasonable Frontier advertising, publicity, or sales promotions. Accepting tips from customers is also prohibited. If a customer insists on tipping, you should graciously state you are happy to help, but that Frontier employees do not accept tips. If you are pressed to accept a tip, you should turn the money in to the general tip fund from which management pays for employee recognition and activities.



## 05.05.13 CONFLICT OF INTEREST

A conflict of interest will occur in situations where the personal interests of the employee conflict with their duties and responsibilities to Frontier. This includes an actual conflict or the appearance of a conflict of personal and business interests. You may not engage in outside business interests or employment including independent consulting services which compete with Frontier. Non-management positions with other airlines are generally not considered conflicts of interest. A conflict of interest that interferes with your Frontier responsibilities and duties or is detrimental to Frontier's image or interest is not permitted. You are required to disclose all outside employment to your management.

Approval from the Chief Financial Officer (CFO) is required before an employee may buy stock or otherwise take an ownership interest in any private placement, Initial Public Offering (IPO) or pre-IPO of any Company that is or may become a supplier or vendor.

## 05.05.14 CONFIDENTIAL INFORMATION AND INSIDER TRADING

As an essential part of our work, we have access to a large amount of Frontier's operational, financial, and corporate information, some of it highly confidential and of considerable value to Frontier™. Each person who possesses or uses this confidential information holds a special position of trust and confidence. We have an important responsibility to keep this information confidential until Frontier Corporate Communications makes it public via press release, conference call, the website, or through another public venue. This means you should not discuss this material information outside of work and should only discuss it at work when necessary. Please reference Media Contact and Official Statements on Behalf of Frontier, section 05.05.17 for further details.



We also have an important responsibility to avoid trading in Company stock before material information is disclosed to the public. Company policy is to publicly disclose material information on a prompt and timely basis in accordance with the federal securities laws. Trading in Company stock on the basis of material information before it is made public is not only against Frontier's policy, it is also illegal. This illegal insider trading can cause significant harm to Frontier's reputation for integrity and ethical conduct and result in significant liability for the individuals participating in the insider trading. Accordingly, all employees must comply with the procedures described in this policy. Individuals who fail to comply with this policy are subject to disciplinary action and potential violations of the federal securities laws.

Under the federal securities laws, an employee who possesses material nonpublic information or "inside information" is an "insider." As an insider, you are subject to legal action if you buy or sell stock on the basis of this inside information. As an insider, you can also be subject to legal action if you cause others to buy or sell Company stock on the basis of this inside information. While it is impossible to label clearly what is inside information, some of the general areas include earnings or financial results, favorable or unfavorable business developments, labor negotiations, major new contracts, daily and month-to-date load factors, on-time performance, *EarlyReturns®* numbers, average fares, city opening plans, unusual gains or losses in major operations, major marketing changes, and significant capital investment plans.

## 05.05.15 SOLICITATION

Solicitation refers to the act of approaching another (in person, by mail, or through any electronic medium) with the intent to petition or request support (such as, monetary support or personal commitment).

> **Example:** Distribute literature, hold meetings, send electronic mail, conduct surveys, place receptacles for donations or communications, or post advertisements on bulletin boards on behalf of non-Frontier business enterprises.

Solicitation in working areas during working times is prohibited unless prior authorization has been obtained from the Human Resources Department. In limited circumstances, approval for solicitation related to charitable events or organizations can be obtained. Examples include fund raising activities for employee hardship (applies to the employee and not the employee's family member). Authorization may also be given



to an organization with which Frontier has established a business-related partnership. All employee or vendor requests must be approved in advance by Frontier Human Resources.

Working areas are any areas where employees conduct or may conduct work on behalf of Frontier and may include break rooms if work, such as briefings, is conducted there. All the crew lounges are considered work areas. Working time does not include such time as before or after work, breaks, or lunch periods. Nonemployees must not solicit or distribute merchandise or literature on Frontier's premises without approval from Human Resources.

## 05.05.16 USE OF COMPANY LOGO AND NAME

Frontier logos may not be used without prior written consent from Frontier's Marketing department. It is a violation of our agreement with Frontier's Airline Partners to use their names, logos, or its subsidiaries without prior written consent. All requests for the use of these names and logos should be directed to a Director or Vice President of the department for approval.

## 05.05.17 MEDIA CONTACT AND OFFICIAL STATEMENTS ON BEHALF OF FRONTIER

As a Frontier employee, you will likely have access to a significant amount of information about Frontier, because Frontier values open and honest communication with its employees. Frontier also values and works very hard to maintain an appropriate image within the aviation, business, and consumer markets via positive relationships with the media. Frontier employees must comply with certain disclosure laws and regulations. Accordingly, employees must obtain approval from Corporate Communications prior to speaking with the media about Frontier. These simple procedures allow Frontier to maintain its public image, provide a consistent and appropriate message to the media and general public, and ensure compliance with the disclosure laws and regulations. If you have any questions regarding media or external communications, please contact your department head and/or Corporate Communications at CorpComm@flyfrontier.com.



Case No. 1:19-cv-03417-WJM-STV Document 38-3 filed 11/17/20 USDC Colorado pg 50 of 71

# COMPENSATION

## 06.05.1 PAY PERIOD

Frontier operates on a bi-weekly pay system with twenty-six (26) pay periods a year. Generally, the pay period begins on Monday and ends on Sunday. Payday for most employees is the Thursday immediately following the day upon which the pay period ends. Paychecks will be distributed so that they are available to employees on every other Thursday.

### 06.05.1.1 Direct Deposit

Direct payroll deposit is the automatic deposit of your pay into the financial institution account(s) of your choice. In addition, it may be possible for you to authorize Frontier to make additional deductions from your paycheck, such as for Christmas Clubs, credit union loan payments, or payroll savings plans. Employees may contact management, utilize Ultipro, or e-mail *F9payroll@flyfrontier.com* for details and the necessary authorization forms.

FRONTIER AIRLINES (R. BRIGHAM) - 0000295



## 06.05.2 OVERTIME PAY

### 06.05.2.1 Exempt (Salaried) Employees

Exempt employees such as management and other administrative positions are paid on a salaried basis.

Salaried employees are not eligible for overtime pay due to their exempt status under applicable law and do not receive "step" increases. Salaried employees are evaluated annually and may receive salary adjustments based on their performance and Frontier's current policies. All salary adjustments are at the discretion of Frontier. If a salary adjustment becomes effective during a pay period, it will become effective for the entire pay period.

### 06.05.2.2 Non-Exempt (Hourly) Employees

Non-exempt employees normally are classified as hourly and their pay is determined by either a pay structure (i.e., customer service agent, reservation agent, etc.) or a grade level. Many hourly job categories consist of a starting pay rate, a series of periodic pay increases or "steps," and a maximum pay rate. If a "step" increase becomes due during the pay period, it will become effective for the entire pay period. No employee is allowed to be paid at an "off the scale" rate without the written authorization of the CFO or COO. Hourly pay scales are reviewed and may be adjusted at the discretion of Frontier. Hourly employees are eligible to receive overtime in accordance with applicable laws and Frontier policy.

## 06.05.3 OVERTIME

Sometimes business conditions and demands require that overtime be worked by employees. Employees will be given as much notice as possible when overtime will be required. However there will be times, due to operational requirements, that it will not be possible to give any notice prior to being required to work overtime.

As permitted by the "air carrier exemption" to the Fair Labor Standards Act, full-time and part time hourly employees overtime premium is paid at a rate equal to one and one-half (1 1/2) times the base rate of pay for each hour worked in excess of eighty (80) hours in any pay period. Managers and other overtime exempt personnel are paid on a salary basis.



Actual vacation time, sick time and bereavement/funeral pay will not be used in the calculation of overtime. At no time will an employee be paid at the overtime rate for time incurred because of a shift trade. All shift trades will be paid at the employee's regular rate of pay, unless the trade is a Company directive based on business demands. All overtime must be approved by the employee's Supervisor. For purposes of calculating overtime, the normal workweek begins at 12:01 a.m. on Monday and ends at 12:00 midnight on Sunday. Employees working in California are governed by that state's overtime rules: Please contact Human Resources or your manager for more information.

**06.05.3.1 Paycheck Errors**

Occasionally errors will occur in an employee's payroll check. If you think you have been paid incorrectly or an improper deduction was taken from your pay, contact your supervisor or manager immediately. The supervisor will investigate and resolve the issue with the Payroll Department. All paycheck errors must be reported on a Payroll Discrepancy form and signed by your supervisor. These forms must then be forwarded to the Payroll Department. A paycheck cannot be initiated until the Payroll Department receives the Payroll Discrepancy form. Overpayments must be reported immediately by you to your supervisor or manager, and Payroll and will be corrected at that time, to the extent permitted by law, or on your next paycheck, or as otherwise allowed by law.

**06.05.3.2 Hours of Work and Time Records**

We serve our customers every day of the year. Work schedules must provide adequate coverage each day of the week and in some departments, twenty-four (24) hours a day. Therefore, many employees will be assigned to a rotating shift and/or days off work schedule.

**06.05.3.3 Timekeeping Policy**

Federal and State regulations require Frontier to accurately record time worked for employees. As such, it is the responsibility of each employee to follow the approved timekeeping process utilized by their respective work-group. Failure to follow the applicable process may result in disciplinary action.

Falsification or misrepresentation of time or attendance information is grounds for immediate termination of employment.



## 06.05.4 TRAINING AND TRAVEL TIME COMPENSATION

At times, Frontier may require you to travel to different locations on company business or for job-related training. If you are traveling on company business (includes training), you will be paid at your straight time rate. As a guide, travel time will include one hour prior to a flight's scheduled departure. If a flight is delayed or space available status requires taking another flight; you will be paid straight time for the additional time. This guideline applies to all non-exempt hourly employees.

The overtime rate of one and one-half times your hourly rate will be paid only if actual work or work and training exceeds eighty (80) hours in any pay period for non-exempt employees. Travel time is not to be included in the calculation of time worked for paying the overtime rate of one and one- half times your hourly rate.



# BENEFITS

This information is not intended to function as a Summary Plan Description (SPD). In preparing this information, we have tried to accurately summarize the provisions of our benefits plans in clear, understandable language. However, if there is any conflict between this information and the formal plan documents, the plan documents shall govern.

Frontier provides a benefits program for eligible employees. In addition to receiving a salary and having an equal opportunity for professional development and advancement, you may be eligible to enjoy other benefits. Frontier also provides industry leading flight benefits (refer to Ultipro for *Employee Travel Policies*).

## 07.05.1 ELIGIBILITY

Eligibility for benefits is based on your job classification, full-time (FT) or part-time (PT). More details regarding specific benefits coverage is available to you and your dependents as defined in the benefit summary plan descriptions (SPDs) that can be obtained from Human Resources or on Frontier's intranet.

### 07.05.1.1 Medical, Dental, Vision Care Coverage

Employees (including spouse, qualifying dependents and domestic partners) who meet the eligibility requirements may participate in Frontier 's health and welfare benefit programs. Frontier offers a comprehensive program that includes Medical, Dental and Vision coverage in addition to Short Term Disability and Company paid Life insurance. Frontier also offers various Flexible Spending Accounts. More detailed information can be found at www.myfrontier.org (UltiPro) or your Benefit Enrollment Guide.

Frontier defines Domestic Partner as your lifetime partner of the same sex if the following criteria apply:

- Same sex couple that share common necessities of life
- Neither partner is legally married to someone else
- Partners are not related by blood
- Partners are at least 18 years of age
- Are each other's sole lifetime partner and intend to remain so

- Are responsible for each other's common welfare and financial obligations
- Have resided together for at least 12 consecutive months and will continue to reside together during period covered on benefits
- Have provided a notarized copy of an Affidavit, Declaration or Registration of Domestic Partnership that has been filed with appropriate County or State offices. If such document is not recognized in state of residence copies of at least 2 of the following must be provided:
  - Deed showing joint ownership of property
  - Joint credit cards
  - Lease stating both partners' names as lessees
  - Joint checking
  - Will which designates the other as primary beneficiary or grants them a durable power of attorney. For a domestic partner to be considered for coverage, a Domestic Partner Affidavit provided by Frontier must be completed and returned to the Benefits Department.

Information on Company-sponsored benefit plans is outlined in respective plan summaries on UltiPro at www.myfrontier.org. Frontier reserves the right to modify or terminate, in whole or part any plan at any time. New employees may enroll in the health and welfare benefit program within 31 days of employment, and all employees may make health and welfare benefit plan elections during Open Enrollment each year. Otherwise, health and welfare benefit elections may not be changed during the year unless a Qualified Family Status Change (QFSC) has occurred and the employee requests the change through Frontier 's Benefits Department within 31 days of the qualifying event. Refer to the plan summaries or the Benefit Enrollment Guide for more information.

**07.05.1.2 Employee Assistance Program (EAP)**

The Employee Assistance Program is a no-cost, confidential assistance program available to you to help address the personal issues you and your dependents may be facing. Trained clinicians are available 24 hours a day, 7 days a week. Additionally, assistance is available for you or a member of your family who has questions concerning legal, family, or financial issues, child care, elder care, relationships, substance abuse or addiction questions and concerns, work-related issues and any mental health issue.



Confidentiality is one of the most important aspects of this program. If you contact the Employee Assistance Program directly, no one in Frontier will know unless you tell them. No information concerning the nature of your problem will be released without your written consent, unless provided for by law.

### 07.05.1.3 401(k) Plan

Employees who meet the eligibility requirements may participate in Frontier's 401(k) Retirement Plan. More detailed information can be found on UltiPro at www.myfrontier.org. Eligible employees may enroll in the 401(k) plan at any time.

## 07.05.2 PAID HOLIDAYS

Frontier observes the following holidays:

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Friday following Thanksgiving
- Christmas Day

Full-time hourly employees will receive 8 hours of Holiday Pay plus 1 ½ times their regular rate of pay for actual hours worked on the holiday. Part-time, hourly employees will receive 1 ½ times their regular rate of pay for actual hours worked on the holiday and holiday pay at straight time for actual hours worked up to maximum of 8 hours.

Salaried employees regularly scheduled to work a company observed holiday will receive an additional day off other than the actual holiday (within 90 days). If this is not possible, the employee will receive an additional 8 hours holiday pay. In no circumstance will an employee be paid more than 8 hours. Salaried employees who are not scheduled to work on a holiday do not receive any additional holiday pay, but can take a deferred holiday (additional day off at the discretion of the manager). If Deferred Holidays are not taken, they are not paid out. Those who are part of an employee group, such as management or office staff, not subject to shift work and rotating days off, will receive a day off with pay in observance of each holiday.



Part-time, hourly employees are not eligible for holiday pay if they do not work the holiday or if they work on a holiday as a result of a shift trade.

To receive holiday pay, employees are required to work their last, full scheduled shift prior to the holiday, their full scheduled shift on the holiday itself, and their first, full scheduled shift after the holiday, except for authorized absences, such as vacation or leave of absence, that have been approved in advance by your manager. This rule applies should the holiday fall on the employee's scheduled day off or scheduled work day. Holiday pay will not be paid if the employee is on an approved unpaid leave for the entire workweek. If the employee calls in sick on the holiday, they are not eligible for holiday pay, only sick pay.

## 07.05.3 VACATIONS

In the year that the employee is hired, vacation hours will be awarded in the following manner, based on the quarter hired by Frontier:

### 07.05.3.1 Vacation time:

| **Full-time (Scheduled for and Work 30 Hours per Week)** | |
|---|---|
| **Years of Continuous Employment** | **Total Accrual Hours** |
| Less than one completed year | 1st Quarter (Jan-Mar)=60<br>2nd Quarter (Apr-Jun)=40<br>3rd Quarter (Jul-Sep)=20<br>4th Quarter (Oct-Dec)=0 |
| One completed year, but less than seven completed years | 80 hours |
| *Note: If your seven (7) year anniversary falls July 1st or later, 80 hours will be awarded on January 1st.* | |
| Seven (7) or more completed years | 120 hours |
| *Note: If your seven (7) year anniversary is before July 1st, 120 hours will be awarded on January 1st.* | |
| **Part-time (Scheduled for and Work 16-29 Hours per Week)** | |
| **Years of Continuous Employment** | **Total Accrual Hours** |
| Less than one completed year | 1st Quarter (Jan-Mar)=30<br>2nd Quarter (Apr-Jun)=20<br>3rd Quarter (Jul-Sep)=10<br>4th Quarter (Oct-Dec)=0 |
| One or more completed years | 40 hours |

- Will be awarded each January 1st

FRONTIER AIRLINES (R. BRIGHAM) - 0000302



- Cannot be carried over from one year to the next
- Continues to be accrued during a leave of absence that is less than 30 days. If a leave extends past 30 days, vacation will be pro-rated based on the length of the leave.

Your vacation will be accrued during the year awarded. In the year in which you leave Frontier, the accrued vacation will be prorated and compared to the balance used. To the fullest extent permitted by applicable law, vacation hours used, but not accrued, will be deducted from your final paycheck. In the event you change status from part-time to full-time or full-time to part-time, there will be a reconciliation of accruals for vacation and sick hours based on the effective date of the change.

On rare occasion, Frontier may request you cancel or postpone vacation because of operational requirements. If asked by Frontier to cancel scheduled vacation 60 days prior to the end of the year, you may be allowed and use the carry-over the scheduled vacation hours for a maximum of 90 days into the new year. You will not be able to cash in your vacation time for additional pay. The business reason for the carry-over must be documented in writing by your manager and approved by Human Resources. Vacation is paid at your regular base rate of pay at the time the vacation is used.

Vacation period will normally be weekly "blocks" and generally will consist of five (5) workdays. Employees may take vacation time in increments of less than one week, provided it is approved by your manager. Requests should be in written form and approved by your manager. No compensatory time off (comp time) for salaried employees is allowed. Any time taken off during a two week pay period must be accounted for as either vacation or sick as applicable. The method of scheduling vacation period may vary from department to department.

## 07.05.4 SICK LEAVE

Sick leave is a form of insurance that accrues in an account and serves to protect you and your income in the event of an unexpected, non-work related illness, injury, accident, or prolonged medical condition that prevents you from working. It is advisable for all employees to make every effort to accumulate as much sick leave as possible to give themselves and their families the maximum protection available. Sick hours may be used only for the employee's own illness or for that of their immediate



family members. For the purpose of this family, "immediate family members" are defined as: spouse or domestic partner (provided an affidavit is on file with the company) and dependent children living in the same household. Sick leave is not another form of vacation, nor is it intended to give the employee paid time off for personal business or recreation. Abuse, including excessive use of sick leave, will lead to corrective action. An employee may be required to provide documentation from a healthcare provider in support of their need for sick leave.

Employees who are unable to report to work due to illness or injury should notify their immediate supervisor at least two (2) hours prior to the start of each shift. The employee's immediate supervisor must also be contacted on each additional day of absence, except when the employee is on approved medical leave, family leave, short-term disability or leave associated with a Worker's Compensation claim.

A sick bank account is maintained for each regular employee and they are eligible to accrue sick time following the completion of six (6) months of employment. Sick hours are accrued and credited to the employee's account on the pay period following eligibility or their anniversary, according to the following schedule:

The following guidelines exist regarding use of sick leave:

| Years of Service | Full-Time Employees | Part-Time Employees |
|---|---|---|
| Six Months or More | 12 hours | 6 hours |
| Completion of First Year | 24 hours | 12 hours |
| Completion of Second Year | 40hours | 20 hours |
| Completion of Third Year | 48 hours | 24 hours |
| Completion of Fourth Year | 56 hours | 28 hours |
| Completion of Fifth Year and Every Year Thereafter | 72 hours | 36 hours |

- Paid sick hours accrued are cumulative up to a maximum of 360 hours for full-time employees and 180 hours for part-time.
- Employees classified as regular full-time and regular part-time are eligible to accrue sick leave.
- Scouts are not eligible for sick leave.
- All sick pay use remains subject to Supervisor approval and, upon request, doctor verification.



- Accumulated sick hours in your account will not be paid upon termination of employment. Upon notification of resignation, either verbally or in writing, sick time may not be paid without medical documentation to support the absence.
- Sick leave will be paid at the employee's regular rate of pay without shift differential. Sick leave will not be included in the calculation of overtime.
- Sick leave may be used in minimum increments of one hour.
- Sick leave may not be used for planned doctor or dentist appointments, or preventative care appointments. However, sick leave may be used for an initial doctor or dentist appointment that is the result of an unexpected illness or injury. Scheduled follow-up visits may not be covered with sick leave.



EMPLOYEE HANDBOOK 07.05 Pg. 8

Page Intentionally
Left Blank

Rev17 02/19/14 Benefits

FRONTIER AIRLINES (R. BRIGHAM) - 0000306



# LEAVES OF ABSENCE

Frontier recognizes there are unexpected circumstances that may require an employee to be absent from work for a period of time. To accommodate your needs, Frontier has the following leaves of absence types available for eligible employees (not including Scouts): FMLA Medical Leave, FMLA Family Leave, FMLA Military Caregiver Leave, FMLA Military Qualifying Exigency Leave, Non-FMLA Medical Leave, Personal Leave, Military Leave, Jury Duty Leave, and Bereavement Leave. Other types of leaves may be available under state law. Contact the Leave of Absence department for additional details.

While on any type of leave in effect for 7 days or longer, travel privileges will be suspended for the duration of the leave. Exceptions to this policy will be considered on a case-by-case, individual basis. To request consideration of a travel request while on a leave in excess of 7 days, please contact the Leave of Absence Department (*LOA@flyfrontier.com*).

If you are on any approved leave, your group medical, dental, vision, life and disability insurance coverage continues under the same terms as if you continued to work for the first ninety (90) days of the absence from work. After 90 days, coverage will continue, if you elect; however, premium payments will be at full cost, paid by you. Coverage will not continue unless payment is made in a timely manner. You will be notified of the specific arrangements for maintaining coverage and making your share of premium payments at the time the leave is requested.

Employees with an outstanding 401(k) loan will be required to continue loan payments while on a leave. If you no longer are receiving a paycheck, you should arrange repayment of the loan to Principal Financial by contacting them directly. You also may be eligible for a temporary suspension of loan repayments for a limited time while on medical leave. Please contact the Human Resources Benefits Department for more information.

Employees on a leave of absence should check with their manager and Human Resources to determine eligibility for schedule bidding participation.



Employees may apply for FMLA or medical leave in association with their treatment for substance abuse. If this is the case, the application will be considered self-disclosure and the employee made eligible for additional assistance - as outlined in Frontier's Drug and Alcohol-Free Policies and Regulations (Employee Assistance Following Self Disclosure). The employee's return to work will be governed by the policies and processes detailed in the same section.

## 08.05.1 ELECTION DAY

Since the polls are open for long periods, employees are encouraged to vote before or after regular working hours. If necessary, managers are authorized to grant a reasonable period of time, up to three (3) consecutive hours, during the workday to vote. Employees who do not have three (3) consecutive hours available during polling hours outside of their normal work schedule must request time off for voting in writing at least two (2) days in advance.

## 08.05.2 JURY DUTY

Frontier recognizes jury duty as a civil responsibility. Upon receipt of the jury summons, immediately present the summons or copy of the summons to your manager. Also provide the following:

- The date to report for jury duty
- The name and location of the court
- Approximate duration of jury duty obligation, if known

When released or excused early from jury duty during scheduled work hours, employees are expected to report for work. Employees that serve on jury duty will be paid regular straight time for all normally scheduled work hours up to two (2) weeks. Within 30 days of return from jury duty, management may request a court validated "Statement of Attendance" indicating the dates of attendance on jury duty. Failure to provide proof of attendance may result in corrective action and pay suspension.

Employees who are required to appear in court for their own alleged violation or for personal reasons will not be compensated for any hours missed from work.



## 08.05.3 PERSONAL LEAVE

Regular full- and part-time employees who have completed one year of service may apply for a personal leave of absence without pay. Requests for a personal leave of absence must be presented to your supervisor in writing no later than two (2) weeks in advance of the first day of the requested leave. Scouts are not eligible for a personal leave. Personal leave may not be granted for reasons such as taking other employment or taking an extended vacation. A personal leave of absence will be granted for a period not to exceed three (3) months, provided it does not create a hardship on the department or necessitate the hiring and training of a replacement. A personal leave of absence is granted at Frontier's discretion based on business needs. Employees may use any accrued vacation time while on a personal leave of absence.

Sick time and vacation will not accrue during a personal leave. An employee on approved Personal Leave will have his/her group medical, dental, vision, life and disability insurance coverage continued under the same terms as if the employee continued to work; however, the employee must make arrangements with Human Resources to pay the cost for these plans while on leave.

## 08.05.4 FAMILY AND MEDICAL LEAVE

### 08.05.4.1 Overview

The Family and Medical Leave Act of 1993 (FMLA) allows eligible employees to take unpaid leave from their job for special family, military and medical situations, while protecting their jobs and health benefits while on leave. To be eligible for this leave, you, as the employee must meet the minimum eligibility requirements listed below.

### 08.05.4.2 To Apply

To apply for FMLA a request must be submitted to the Frontier Human Resources Leave Coordinator via e-mail at *LOA@flyfrontier.com*. Frontier requires medical certification supporting the need for the leave due to your own serious health condition or that affecting an immediate family member. If the leave is foreseeable, you must provide written notice of the need for FMLA leave 30 days before the anticipated leave and if the leave is due to an emergency or unforeseen circumstances, then you



must provide written notice of the need for FMLA leave as soon as practicable. Failure to return FMLA forms may result in the delay or denial of the leave. If you are on FMLA leave for your own serious health condition, your are required to furnish a return to work notice from your physician to the Leave Coordinator prior to your return to work, unless the leave is intermittent, in which case, a return to work notice may be required only if Frontier has a significant safety concern.

**08.05.4.3 Basic Leave Entitlement**

Eligible employees may take up to 12 weeks of unpaid leave in a 12-month period, rolling backward from the date the leaves begins, FMLA may be granted for:

- The employee's own serious health condition (as defined below), which prevents the employee from being able to perform the functions of his or her job;
- Caring for the employee's spouse, child under 18 years of age (or older if disabled), domestic partner (provided an affidavit is on file), or parent with a serious health condition;
- The birth, adoption or foster care placement of a child, or the care of or bonding with a child, if leave is taken within the first 12 months after birth or placement.

**08.05.4.4 Military Leave Entitlement**

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty in a foreign country from the National Guard or Reserves may use their 12 week basic FMLA leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings. An employee taking leave for a qualifying exigency is limited to a total of 12 weeks in the rolling 12-month period for any combination of the basic reasons and the qualifying exigency. If the qualifying exigency leave qualifies for leave under state law, the leaves will run concurrently.

Military Caregiver Leave permits you, if eligible, to take up to 26 weeks of leave during a single 12-month period to care for a covered service member who is your spouse, son, daughter, parent, or nearest blood relative ("next of kin"). A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of active duty rendering him or her medically unfit to perform duties for which the



service member is undergoing medical treatment, recuperation, or therapy; is in outpatient status; or is on the temporary disability retired list. A covered service member is also a "veteran" who is undergoing medical treatment, recuperation, or therapy, for a serious injury or illness and who was a member of the Armed Forces (including a member of the National Guard or Reserves) at any time during the period of 5 years preceding the date on which the veteran undergoes that medical treatment, recuperation, or therapy. A "veteran" is a person who served in the active military, naval, or air service and who was released or discharged under conditions that were not dishonorable. If you are taking leave to care of a covered service member you are limited to a total of 26 weeks of leave for any combination of reasons covered by the FMLA in a single 12-month period.

**08.05.4.5 Qualifying Serious Health Conditions**

A serious health condition is an illness, injury, impairment, or physical or mental condition involving:

- An overnight stay in a hospital, hospice or residential medical care facility, including any period of incapacity and/or subsequent treatment;
- Inability to work for more than three (3) full consecutive days, treatment by a health care provider within seven (7) days of the first day of incapacity, and either:
  1. 1 or more additional treatments by a health care provider within 30 days of the first day of incapacity, or
  2. a regiment of treatment under the health care provider's supervision;
- Pregnancy or prenatal care;
- A chronic condition that continues over an extended period of time, even if episodic in nature, and requires at least two (2) visits to a health care provider each year;
- A permanent or long-term condition for which treatment may not be effective, but for which the person is under the continuing supervision of a health care provider; or
- A condition requiring multiple treatments by a health care provider for restorative surgery after an accident or other injury or a condition that would likely result in a period of incapacity for at least three (3) days in the absence of medical treatment.



### 08.05.4.6 Measuring the 12-month Period

The 12-month period during which qualified military caregiver leave may be taken is the 12-month period measured forward from the date the first FMLA leave began. However, the 12-month period during which any other form of FMLA leave may be taken is a rolling 12-month period, measured backward from the date the leave starts.

### 08.05.4.7 Eligibility Requirements

Employees may qualify for FMLA leave if they meet the following criteria:

- They have worked for Frontier for at least 12 months;
- They worked at least 1,250 hours in the 12 months prior to starting the leave; and
- They work at a site where there are at least 50 employees within a 75-mile radius.

Flight crewmembers are eligible for FMLA:

1. If they have worked or been paid for 60% minimum guarantee in the preceding 12 months; and
2. The employee has worked or been paid 504 hours (excluding personal commute time, or vacation, medical and sick leave).

Spouses who are both employees of Frontier are limited to a combined total of 12 weeks (or 26 weeks for qualified military caregiver leave) in a 12-month period, except that if the FMLA leave is for one of the spouse's or their child's serious health condition then each spouse may take up to 12 weeks of FMLA leave in a 12-month period.

*NOTE: In cases where an employee is not eligible for FMLA, for example in a work location with fewer than 50 employees within a 75-mile radius, the Company may consider alternative options for providing requested time off, with benefits similar to those offered under FMLA.*

*NOTE: Approved time off the clock (TOC) will not be credited for purposes of FMLA eligibility.*

### 08.05.4.8 Use of FMLA Leave on an Intermittent Basis

In certain instances, leave can be taken intermittently or on a reduced leave schedule. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations.



Employees should note their work schedule remains their primary responsibility. Employees must adhere to Frontier's policy for reporting an absence, even when the intermittent leave has been approved. After reporting their absence, employees should send an e-mail to *LOA@flyfrontier.com* with their name, ID number, and the dates of their absence. This e-mail must be received as soon as practicable, usually the same day of the absence or the next day. Upon receipt the Leave of Absence Department will review the request for approval and submit notification to your appropriate management team.

### 08.05.4.9 Employee Responsibilities

When their need is foreseeable, employees must provide 30 days advance notice of the need to take FMLA leave. When a 30 day notice is not possible, the employee must provide notice as soon as practicable – usually the same day or day after learning of the need for leave - and must comply with Frontier's normal call-in procedures. An employee who fails to provide adequate notice of an unforeseeable leave and comply with call-in procedures may be denied such leave. In addition, any employee who fails to comply with Frontier's absence-reporting procedures may be subject to appropriate disciplinary action, up to and including termination of employment.

Employees must provide sufficient information for Frontier to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Employees must inform Frontier if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees may be required to provide a certification and periodic recertification supporting the need for leave.

All employees must provide a return to work notice from their physician prior to their anticipated return-to-work date from a continuous leave for their own serious health condition.

Employees who are on FMLA leave are required to use banked sick time (to the extent the reason for the absence is covered by the Sick Leave Policy) and then accrued vacation time in conjunction with the FMLA leave. However, employees on FMLA leave may opt not to utilize accrued vacation time only if they are approved to receive Short Term Disability (STD) benefits. To ensure the preservation of their accrued vacation time, an employee in this situation must contact Frontier's Leave of Absence Department (*LOA@flyfrontier.com*) to inform them of the decision.



**08.05.4.10 Benefits While on FMLA Leave**

All deductions, such as medical, dental, vision, life insurance, health care flexible spending account coverage, and 401(k) will continue for the time period that you are being paid from your accrued sick or vacation.

When accrued sick and vacation days are exhausted, the balance of your leave will be unpaid and you must pay your premiums. Failure to do so will result in coverage lapsing under the terms of the plan.

Employees who fail to return to work at the end of FMLA leave may be required to reimburse Frontier for the amount it paid for health insurance premiums during the leave. Vacation, sick time and other employment benefits do not accrue while the employee is on an approved leave. Holiday or funeral pay will not be granted during the leave. Company seniority and department seniority will not be affected by the use of FMLA leave. Pass benefits are suspended for all leaves in excess of seven (7) days, unless an exception is granted in accordance with the pass policy.

**08.05.4.11 Return to Work**

Prior to returning to work, employees who are taking FMLA leave for their own serious health condition must provide a fitness for duty certification from a health care provider, certifying that the employee is able to perform the essential functions of his or her job. The employee's return to work may be delayed until such a certification is received.



## 08.05.5 MEDICAL LEAVE (WHEN NOT ELIGIBLE UNDER FMLA)

Medical leaves are never guaranteed. If it is determined the leave may not be granted, your employment is subject to termination. Regular full-time and part-time employees who have been employed by Frontier for at least 30 continuous days and who do not meet the eligibility requirements for FMLA may be provided a medical leave of absence for limited circumstances. Non-FMLA leave may be used only for the employee's own illness or injury. Employees classified as on-call, or scout are not eligible for a medical leave.

For a medical leave to be granted, the following conditions must be met:

- The employee has completed 30 continuous days of employment with Frontier.
- For foreseeable absences, the employee must provide Frontier with at least 30 days notice. For unforeseeable absences, the employee must notify management as soon as possible of the need for medical leave.
- Management approves the leave prior to the start date.

If a Non-FMLA leave cannot be granted, the employee will have the opportunity to resign from Frontier.

Frontier will require medical certification supporting the need for leave due to a serious health condition affecting an employee. When planning medical treatment, you must consult with your management and make a reasonable effort to schedule the leave so as not to unnecessarily disrupt operations, subject to the approval of the health care provider. Except in emergencies, you are required to give your management as much notice as possible when you plan to start your leave and when you plan to return from leave. Employees who are on medical leave are required to use banked sick time (to the extent the reason for the absence is covered by the sick leave policy) and then accrued vacation time in conjunction with the medical leave.



Seniority for pay and benefit purposes will continue to accrue for the duration of the approved leave. Company seniority will not be affected by taking a medical leave. Individual department policies or union contracts should be referenced with regard to departmental seniority. Pass benefits are suspended while on medical leave in excess of seven (7) days, unless an exception is granted in accordance with the pass policy. If you are enrolled at the time your leave begins, you may continue medical, dental, vision, life, health care flexible spending account coverage while you are on an approved medical leave; however, you must make arrangements with Human Resources to pay your share of the cost for these plans while you are on leave. Vacation, sick leave, and other employment benefits do not accrue while you are on an approved leave.

## 08.05.6 MILITARY LEAVE

Employees are granted unpaid military leaves of absence, subject to federal law. If you are a member of the U.S. Armed Forces or National Guard, you are granted an unpaid leave of absence when called for active duty or training. This time is granted in addition to your accrued vacation and sick time. However, if you desire to use your vacation time for this purpose, you may voluntarily do so if you make a request in writing to your management prior to the start of your leave. A copy of military orders or drill schedules may be faxed to the Human Resources Leave of Absence Department at 720-374-8013. Reinstatement from Military Leave shall be granted in accordance with state and federal laws.

The period an individual has to make application for reemployment or report back to work after military service is based on time spent on military duty. For service of less than 31 days, the service member must return at the beginning of the next regularly scheduled work period on the first day after release from service, taking into account safe travel home plus an eight-hour rest period. For service of more than 30 days but less than 181 days, the service member must submit an application for reemployment within 14 days of release from service. For service of more than 180 days, an application for reemployment must be submitted within 90 days of release from service.

Contact Human Resources for detailed information regarding Military Leave.