

## 08.05.7   DOMESTIC ABUSE LEAVE

Employees who are victims of domestic abuse, stalking, or sexual assault may be eligible for up to three (3) unpaid working days in a 12-month period. The employee may use the leave to seek a civil protection order, obtain medical care or mental health counseling for himself or herself or children, secure their home or seek new housing, or seek legal assistance. Appropriate advance notice must be provided except in cases of imminent danger.

## 08.05.8   PARENTAL INVOLVEMENT LEAVE

Eligible regular full- and part-time active employees may qualify for Parental Involvement Leave. Parental Involvement Leave applies to parents or guardians of children in Kindergarten through grade 12, the child must be enrolled in a school in Colorado, and the parent or guardian must reside in Colorado. The provisions within this leave allow a parent or guardian to attend a child's academic activities without fear of jeopardizing the parent's or guardian's employment.

Leave may be granted for academic activities, such as Parent-Teacher conferences, meetings related to special education services, response to intervention, dropout prevention, attendance, truancy, or disciplinary action. Leave may not be taken for school plays or sporting events.

Employee must provide notice of need for leave at least one (1) calendar week in advance. Applications for Parental Involvement Leave must be submitted to Human Resources in writing at least one (1) week before the leave begins including written verification from the school or school district. In the event of an unforeseen emergency, request Parental Involvement Leave as soon as practicable. Written verification from the school or school district will be required upon returning to work.

FRONTIER AIRLINES (R. BRIGHAM) - 0000317



## 08.05.9   FUNERAL (BEREAVEMENT) LEAVE

Regular full-time employees are eligible to receive paid time-off, up to a maximum of five (5) calendar days (not to exceed 40 hours), to prepare for and/or attend the funeral services of an immediate family member. For the purpose of this policy, an immediate family member is defined as:

- spouse
- domestic partner (provided affidavit is on file)
- child
- step-child
- parent
- step-parent
- brother
- sister
- grandchild
- mother- or father-in-law

Two (2) days (not to exceed 20 hours) may be granted for an employee's brother- or sister-in-law, grandparent, or for the parents or siblings of a domestic partner.

Pay for bereavement will be at the employee's regular rate of pay, without shift differential or other premiums, and will not be used in the calculation of overtime. The Company may require verification of the need for the leave.

With management approval, available vacation time may be used or additional unpaid time-off granted for the purposes of attending the funeral of a family member not listed above or a neighbor or friend. Advance request must be made and approval is contingent upon operational need.

FRONTIER AIRLINES (R. BRIGHAM) - 0000318



# SAFETY AND HEALTH PROGRAM

## 09.05.1  SAFETY POLICY STATEMENT

**Frontier Airlines Safety Policy**

Safety and quality are fundamental priorities for Frontier.  Excellence in safety and the quality of service are vital components of our mission, and the source of Frontier's competitive advantage.  Frontier's leadership is committed to providing all employees with a safe and health workplace.  Each and every employee, from the office of the CEO to the frontline, is responsible for safety and quality performance.

Frontier Airlines is committed to the highest safety standards in every area of the operation, including all supply systems and services.  By developing, implementing and maintaining a robust Safety Management System (SMS), we ensure all aviation activities uphold the highest level of safety performance and comply with all local, state, and federal regulations applicable to our industry, and the international standards of the International Civil Aviation Organization (ICAO).  Frontier is committed to managing safety risk through the SMS to continuously improve the level of Safety throughout our organization.

Frontier will allocate appropriate resources to establish and maintain programs that, with each employee's help, improve safety standards and quality performance.  We demonstrate our continual commitment to safety by making safety excellence an integral part of all flight and ground activities through policies, procedures, and programs contained in our manual system.

A healthy safety culture is not only the result of a vibrant safety management system; it also encourages employee reporting, feedback and sharing of information.  Further, it establishes standards for acceptable behavior for all employees and defines unacceptable behavior that will not be tolerated.  Embedding a culture of safety in our daily activities reinforces that at all times, safety is paramount.

Frontier will measure safety performance by evaluating procedures, making changes accordingly, and settee realistic goals.  Frontier seeks to become more proactive and predictive in finding latent hazards and risks.  A key objective of the SMS is to minimize the risk associated with all aviation activities to a point as low as reasonably practicable and achievable.

All employees will be given adequate and appropriate safety information and training upon initial employment and throughout tenure.  Employees must show competency in safety matters and will only be allocated tasks that are commensurate with their skills.

While management sets safety objectives and evaluates the safety risk, every employee throughout the company plays an integral part in identifying hazards and promoting a positive safety culture.  As a condition of employment, compliance with the rules and procedures of the safety program is required of all employees regardless of position.  Working together, we can achieve our goal of always operating at the highest possible levels of safety and quality.

David Siegel
Chief Executive Officer

FRONTIER AIRLINES (R. BRIGHAM) - 0000319



## 09.05.2   WORKPLACE SAFETY

Safety is a state of mind - a result of exhibiting specific character qualities, competency and consistency, and common sense. Safety is part of the way we think and act. It's not just words but actions. Safety is all the things we do to eliminate or minimize the risk of loss to our people, property and processes.

Frontier's number one core value is Safety - People are Priceless. Practicing alertness, attentiveness, and cautiousness will result in a safe operation, whether working in the office or around our aircraft. These character qualities are especially important for you, your coworkers, our guests and our industry partners. Frontier is committed to the safety and health of all employees and recognizes the need to comply with regulations governing injury and accident prevention and employee safety. Maintaining a safe work environment requires the continuous cooperation of all employees.

Frontier strives to maintain safety and health practices consistent with the needs of our industry. If you are ever in doubt about how to safely perform a job, it is your responsibility to ask your manager or supervisor for assistance. Any suspected unsafe conditions and all injuries that occur on the job must be reported immediately. Compliance with these safety rules is considered a condition of employment. Therefore, it is a requirement that management make the safety of employees an integral part of her/his regular management functions. It is the responsibility of each employee to accept and follow the established safety regulations and procedures.

Frontier's Safety and Health Program is not carved in stone because it is a dynamic, common sense approach to providing our guests with the safest possible air transportation and you with a safe and healthy work environment. It is the responsibility of each of you to identify and report hazards or substandard conditions to your supervisor or the Safety Department.

## 09.05.3   REPORTING SAFETY ISSUES

All accidents, injuries, potential safety hazards, safety suggestions, and health and safety related issues must be reported immediately to your supervisor, your manager or the Safety Department. It is important to be truthful in reporting to ensure claims are handled properly and any existing safety hazards are corrected.

FRONTIER AIRLINES (R. BRIGHAM) - 0000320



If you or another employee is injured, you should first contact outside emergency response agencies, if needed, then your supervisor. If an injury does not require medical attention, a supervisor and First Report of Injury/Accident Form must be completed in case medical treatment is later needed.

A Worker's Compensation Claim must be completed in all cases in which an injury requiring medical attention has occurred. If you fail to report an injury you may jeopardize your right to collect workers' compensation payments as well as health benefits.

The Occupational Safety and Health Administration (OSHA) also provides for your right to know about any health hazards that might be present on the job. Should you have any questions or concerns, contact your supervisor or manager for more information. A Safety Incident Report should be made to Frontier as soon as possible, no later than 48 hours after the incident. The Incident Report is available at www.F9safety.com or the Report incident or injury button on www.myfrontier.org.

### 09.05.3.1  SAFETY HOTLINE

Frontier has implemented a Safety Hotline for any individual to voice a concern or problem. The safety hotline is a voice mail system that is monitored on a regular basis by Safety Department personnel. The use of the hotline is confidential and the caller can remain anonymous if desired. Callers may identify themselves and request they be informed of action taken on their concern.

Each of you has an inherent responsibility to help maintain a safe and healthful work environment. Accidents, hazards, and safety concerns should be reported truthfully and as they are discovered or observed.

The hotline is available 24 hours a day, seven days a week. When a hotline call is received, immediate action will be taken by Safety Department personnel.

Toll Free...................................... (888) 839-4510
Local...........................................(720) 374-SAFE (7233)
Fax.............................................. (720) 374-8030
Email ...........................................F9Safety@flyfrontier.com

FRONTIER AIRLINES (R. BRIGHAM) - 0000321



## 09.05.4  ON THE JOB INJURIES

Frontier works to provide a safe working environment for all employees. However, injuries on the job do occur.

### 09.05.4.1  Injuries

If you are injured on the job, you are responsible to notify your supervisor immediately. After appropriate actions are taken to ensure your wellbeing, you will be asked to provide information for or complete a 'First Report of Injury' and your supervisor will conduct an investigation.

### 09.05.4.2  Incidents & Accidents

If you are involved in an incident or accident, you may have to submit for a drug and alcohol test. At a minimum, you will be interviewed as to your involvement in the incident or accident. Your supervisor or manager will conduct an investigation and this may further warrant your participation in the investigation, documentation and conference call participation.

### 09.05.4.3  Protective Gear

Frontier supplies personal protective equipment (PPE) for jobs requiring such gear. The items provided are to protect you from illness and injury. PPE includes hearing protection, safety goggles, high visibility safety vests and gloves; this list is not all inclusive. Some PPE is shared and must not be removed from the workplace. Inoperative or ineffective PPE needs to be returned to your supervisor for replacement. All PPE is supplied and usage required under Federal Regulations 29CFR1910.

Because we care about your safety and well-being, wearing PPE as prescribed and designed is required and will be enforced to ensure hazards associated with the workplace are eliminated or minimized.

Lost time because of accident or illness is costly to you, your family, and to Frontier. Be alert to the fact that some accidents and illnesses, such as hearing loss, develop very subtly and slowly over time.

FRONTIER AIRLINES (R. BRIGHAM) - 0000322



## 09.05.5  WEAPONS

To the fullest extent permitted by applicable law, Frontier prohibits all persons who enter company property from carrying a handgun, firearm, knife, or other prohibited weapon of any kind regardless of whether the person is licensed to carry the weapon or not.

*NOTE: Individual state statutes define what is considered a prohibited weapon.*

The only exception to this guideline will be police officers, security guards or other persons who have been given written consent by Frontier to carry a weapon on company property.

Any employee disregarding this guideline will be subject to immediate termination of employment.

## 09.05.6  FIRE PREVENTION

An important part of fire prevention is to know the location of the fire extinguisher(s) in your area and make sure they are kept clear at all times. Notify your management if an extinguisher is used or if the seal is broken.

*NOTE: Fire extinguishers that are rated ABC can be used for paper, wood, or electrical fires.*

Make sure all flammable liquids, such as alcohol, are stored in approved and appropriately labeled safety cans and are not exposed to any ignition source.

## 09.05.7  HAZARD COMMUNICATION

In compliance with Occupational Safety and Health Administration (OSHA) Hazard Communication standards, Frontier has implemented the following communication methods for employees:

• Workplace Chemical Inventory Lists
• Intranet database containing MSDS Sheets
• PPE Hazard Assessment worksheets for various job functions

FRONTIER AIRLINES (R. BRIGHAM) - 0000323



## 09.05.8 AVIATION SAFETY ACTION PROGRAM (ASAP)

Pilots, Mechanics, Dispatchers and Flight Attendants participate in the Aviation Safety Action Programs (ASAP). ASAP identifies significant safety concerns and issues; operational deficiencies; non-compliance with regulations; deviations from company policies and procedures; and safety events. Safety issues are resolved through corrective actions rather than punishment or discipline. This program allows employees to voluntarily disclose mistakes or errors. The overall goal of ASAP is to improve awareness and identify operation deficiencies by facilitating an open line of communication between Pilots, Mechanics, Dispatchers, Flight Attendants and management. All directors and managers at Frontier have committed to their respective departments to promptly respond to a report that identifies problem areas.

ASAP is based on a partnership between the Federal Aviation Administration (FAA), Frontier and the unions representing each work group. These programs are intended to generate safety information that may not otherwise be obtainable.

FRONTIER AIRLINES (R. BRIGHAM) - 0000324



## INFORMATION TECHNOLOGY ACCEPTABLE USE POLICY

The wise use of technology is essential for Frontier's success. Frontier must have the full commitment and cooperation of all employees, contractors, vendors, partners, and associates so Frontier uses technology in a legal, ethical, and productive manner.

Frontier relies on its computer network to conduct its business. To ensure that its computer resources are utilized properly by its users, Frontier has created this Information Technology Acceptable Use Policy. The rules and obligations described in this Policy apply to all users of the Frontier computer network, wherever they may be located. Violations will be taken very seriously and may result in disciplinary action, including possible termination and/or civil and criminal liability. It is every user's duty to utilize the Frontier computer resources responsibly, professionally, ethically, and lawfully.

### 10.05.1   POLICY

The Computer Resources are the property of Frontier and may be used only for legitimate Frontier business purposes. Users are permitted access to the Computer Resources to assist them in performance of their jobs. Use of the Computer Resources is a privilege that may be revoked at any time.

#### 10.05.1.1   Scope

This policy applies to all equipment that is owned or leased by Frontier and governs the use of the following Frontier resources:

- Network Devices
- Laptops
- Operating Systems
- Personal Data Assistants (PDA)
- Applications
- Cell Phone/Smart Phone
- Databases
- Internet Use
- Remote Access Technologies
- E-mail Use

FRONTIER AIRLINES (R. BRIGHAM) - 0000325

**FRONTIER**

- Wireless Technologies
- Blogging
- Removable Electronic Media
- Social Media Forums
- Desktops

## 10.05.2   NO EXPECTATION OF PRIVACY

The computers and computer accounts given to users are to assist them in performance of their jobs. Users should not have an expectation of privacy in anything they create, store, send, or receive on the computer system. The computer system belongs to Frontier and may be used only for business purposes.

### 10.05.2.1    Waiver of Privacy Rights

Users expressly waive any right of privacy in anything they create, store, send, or receive on the computer or through the Internet or any other computer network via Frontier Computer Resources. Users consent to allowing authorized Frontier personnel to access and review all materials users create, store, send, or receive on the computer or through the Internet or any other computer network via Frontier Computer Resources. Users understand that Frontier may use human or automated means to monitor use of its Computer Resources.

### 10.05.2.2    Monitoring

Frontier does have, and will continue to have, systems in place for the purpose of monitoring all usage of the public Internet, Frontier systems, networks, and equipment via Frontier Computer Resources. These systems can and will monitor web site visits, chat-type messages, e-mail messages, newsgroup postings, and all files transferred to and from Frontier provided resources. Frontier will review and analyze usage patterns to ensure resources are being utilized within the scope of this and all other Frontier policies.

### 10.05.2.3    Deletion of Information

Deleting files or e-mail messages does not necessarily mean that there are not copies on the network or in storage, or that the information cannot be retrieved.

FRONTIER AIRLINES (R. BRIGHAM) - 0000326



EMPLOYEE HANDBOOK                                          10.05  Pg. 3

## 10.05.3   PROHIBITED ACTIVITIES

### 10.05.3.1     Inappropriate or Unlawful Material

The use of Computer Resources to access, transmit, store, display, or request inappropriate or unlawful material is prohibited. Inappropriate or unlawful material includes, but is not limited to, materials (including messages, images, video, or sound) that are fraudulent, harassing, embarrassing, sexually explicit, obscene, profane, intimidating, defamatory, racist, or that otherwise violate Frontier Airline's harassment policy or create a hostile working environment. Users encountering or receiving this kind of material should immediately report the incident to their Supervisors.

### 10.05.3.2     Prohibited Uses

Without prior written permission from the Chief Information Officer (CIO), Frontier Computer Resources may not be used for dissemination or storage of commercial or personal advertisements, solicitations, promotions, destructive programs (that is, viruses or self-replicating code), political material, or any other unauthorized use.

### 10.05.3.3     Waste of Computer Resources

Users may not deliberately perform acts that waste Computer Resources or unfairly monopolize resources to the exclusion of others. These acts include, but are not limited to: watching videos online, streaming audio, sending mass mailings or chain letters, spending excessive amounts of time on the Internet, playing games, engaging in online chat groups, printing multiple copies of documents, or otherwise creating unnecessary network traffic, or any other act that interferes with daily assigned duties.

### 10.05.3.4     Misuse of Software

Without prior written authorization from the Chief Information Officer (CIO) or their authorized representative, users may not do any of the following: (1) copy software for use on their home computers; (2) provide copies of software to any independent contractors or clients of Frontier or to any third person; (3) install software on any of Frontier workstations or servers; (4) download any software from the Internet or other online service to any of Frontier workstations or servers; (5) modify, revise, transform, recast, or adapt any software; or (6) reverse-engineer, disassemble, or de-compile any software. Users who become aware of any misuse of software or violations of copyright law should immediately report the incident to their Supervisors.

Rev14 04/24/13                          Information Technology Acceptable Use Policy

FRONTIER AIRLINES (R. BRIGHAM) - 0000327



**10.05.3.5    Communication of Trade Secrets**

Unless expressly authorized in writing by the Chief Information Officer (CIO), sending, transmitting, or otherwise disseminating proprietary data, trade secrets, or other confidential information of Frontier is strictly prohibited. Unauthorized dissemination of this information may result in substantial civil liability as well as severe criminal penalties under the Economic Espionage Act of 1996.

**10.05.3.6    System Integrity**

No activities should be engaged in with the intent to degrade system performance. No attempt should be made to prevent an authorized user access to a system resource. No attempt should be made to circumvent, or attempt to circumvent, security measures in place to gain access to resources for which proper authorization has not been given. No programs, utilities, or scripts should be run that would reveal weaknesses in the security of any system resources. No programs, utilities, or scripts should be run on Frontier resources that would reveal weaknesses in the security of any non-Frontier system resources.

**10.05.3.7    Commercial Use**

Frontier resources should not be used for any purpose that is competitive to Frontier or for any purpose that may constitute a conflict of interest with Frontier.

## 10.05.4  PASSWORDS

**10.05.4.1    General Guidelines**

All technologies connected to Frontier network or that have access to sensitive, confidential, or private information on them must be secured with a user ID and password, or another approved authentication method. None of the authentication (user ID, password, token, etc.) methods may be generic or shared when accessing systems described above.

**10.05.4.2    Responsibility for Passwords**

Users are responsible for safeguarding their passwords for access to the computer system. Individual passwords should not be printed, stored online, or given to others. Users are responsible for all transactions made using their passwords. No user may access the computer system with another user's password or account. Users of Frontier systems must never, under any circumstances, give out their user identity and/or

FRONTIER AIRLINES (R. BRIGHAM) - 0000328



password. This includes requests made by apparent trusted parties. Any incidents of anyone attempting to obtain passwords are to be immediately reported to the IT Service Desk, Information Security, or a Supervisor. When users are creating passwords, they should use only passwords considered secure. All passwords must change every forty-five (45) days. Where not possible or appropriate they must change every ninety (90) days. When a user knows his or her password has been compromised, it must be reported immediately and a new password obtained.

### 10.05.4.3    Password Creation

To create a secure password, the following requirements should be met:

- All passwords will be a minimum of eight (8) characters.
- They must contain characters from three of the following four categories:
  - English uppercase characters (A through Z)
  - English lowercase characters (a through z)
  - Base 10 digits (0 through 9)
  - Non-alphanumeric characters (for example: !, @, #, $, %)
- Passwords should not be derived from common dictionary words.
- Passwords should not be a date such as birthday or anniversary.
- Passwords should not be a proper name, such as that of a spouse or child.

For your assistance, here is a list of "don'ts":

- Don't reveal a password over the phone to ANYONE.
- Don't reveal a password in an e-mail message.
- Don't reveal a password to your manager.
- Don't reveal a password to anyone on the Information Technology staff.
- Don't talk about a password in front of others.
- Don't hint at the format of a password (e.g., "my family name").
- Don't reveal a password on questionnaires or security forms.
- Don't share a password with family members.
- Don't reveal a password to co-workers while on vacation.
- Don't use Company names (Frontier, etc.) or common airline terms in or as your password.

FRONTIER AIRLINES (R. BRIGHAM) - 0000329



### 10.05.4.4    Passwords Do Not Imply Privacy

Use of passwords to gain access to the computer system or to encode particular files or messages does not imply that users have an expectation of privacy in the material they create or receive on the computer system. Frontier has global passwords that permit it access to all material stored on its computer system-regardless of whether that material has been encoded with a particular User's password.

## 10.05.5  SECURITY

### 10.05.5.1    Accessing Other User's Files

Users may not alter or copy a file belonging to another user without first obtaining permission from the owner of the file. Ability to read, alter, or copy a file belonging to another user does not imply permission to read, alter, or copy that file. Users may not use the computer system to "snoop" or pry into the affairs of other users by unnecessarily reviewing their files and e-mail.

### 10.05.5.2    Accessing Other Computers and Networks

A user's ability to connect to other computer systems through the network or by a modem does not imply a right to connect to those systems or to make use of those systems unless specifically authorized by the operators of those systems.

### 10.05.5.3    Computer Security

Each user is responsible for ensuring that use of outside computers and networks, such as the Internet, does not compromise the security of the Frontier Computer Resources. This duty includes taking reasonable precautions to prevent intruders from accessing Frontier's network without authorization and to prevent introduction and spread of viruses.

### 10.05.5.4    System Access

Requests for new user-IDs and changed privileges will be documented and approved by the user's manager and the data owner before a Systems Administrator fulfills these requests. Any user account modification requests such as adding or changing access will be initiated through the Information Technology Help Desk. New account passwords and user-IDs will be distributed to the requesting user's manager in a sealed envelope marked Confidential. No passwords or user-IDs are to be delivered in any unsealed envelope. Upon first logon, the default password will be changed to meet

FRONTIER AIRLINES (R. BRIGHAM) - 0000330



Guidelines set for passwords. Revocation for terminations will be implemented as outlined in Termination Procedures.

### 10.05.5.5    Credit Card Data Confidentiality

All Frontier employees that have access to credit card data must take great care in protecting this data from disclosure to unauthorized parties or transmitting the credit card data in a format that might be exposed.

The following rules apply to all employees who have access to credit card data:

- Credit Card Numbers are not to be sent via end-user messaging technologies such as e-mail, instant messaging or chat/forum sessions.
- Explicit approval from management must be given to access any systems that contain credit card data and access can only be from approved locations. Only users with a business need may view full credit card numbers.
- All users that access systems that contain credit card data must be authenticated with user ID and password before accessing credit card data. No group, shared, or generic accounts and passwords can be used on systems that contain credit card data.
- Access to systems that contain credit card data can only be from Company-approved devices.
- All users accessing applications that contain credit card data remotely must automatically or manually disconnect from remote-access sessions after a 15 minute period of inactivity.
- All vendors, consultants or 3rd parties accessing credit card data must have activation of remote-access technologies only when needed and with immediate deactivation after use.
- All users are prohibited from copying, moving, or storing of credit card data onto local hard drives and removable electronic media when accessing such data via from the local network or remote-access technologies.

FRONTIER AIRLINES (R. BRIGHAM) - 0000331



## 10.05.6  E-MAIL USE

E-mail is made available to approved users solely for the purpose of facilitating effective business operations. All users of e-mail must gain access to use this technology via a formal request sent to the IT Service Desk and must be approved by the user's manager.

- All users are responsible for their e-mail activity and are encouraged to use e-mail in a judicious and ethical manner at all times.
- E-mail is to be used for business purposes, but may be used for personal necessities from time to time as long as the personal use does not violate any other portion of the Computer Usage policies.
- Connections to the internet for the use of e-mail are to be conducted through Frontier approved technologies and resources only.
- No insecure ports, protocols or services are to be used for e-mail activities.
- Users are not allowed to send or intentionally receive offensive material via e-mail including, but not limited to pornography and other material deemed offensive in nature.
- Users may not use e-mail to facilitate personal financial gain while at work.
- Users may not use e-mail to incite violence or conduct any other activity deemed criminal or offensive in nature.
- Any activity that may potentially compromise the organization's network infrastructure, cause harm to other related systems or pose a significant financial, operational or business threat to the organization because of misuse of e-mail will not be tolerated.
- Violation of these usage policies is grounds for being reprimanded, suspended or terminated.

FRONTIER AIRLINES (R. BRIGHAM) - 0000332



## 10.05.7   VIRUSES

### 10.05.7.1    Virus Detection

Viruses can cause substantial damage to computer systems. Each user is responsible for taking reasonable precautions to ensure he/she does not introduce viruses into Frontier network. To that end, all material received via e-mail, on a disk or other magnetic or optical medium, and all material downloaded from the Internet or from computers or networks that do not belong to Frontier MUST be scanned for viruses and other destructive programs before being placed onto the computer system. Users should understand that their home computers and laptops might contain viruses. It is the user's responsibility to ensure all e-mails sent to/from, or disks, files and media transferred from these computers to the Frontier network are scanned for viruses.

### 10.05.7.2    Accessing the Internet

To ensure security and avoid the spread of viruses, users accessing the Internet through a computer attached to the Frontier network must do so through an approved Internet firewall. Accessing the Internet directly by modem is strictly prohibited unless the computer you are using is not connected to the Frontier network.

## 10.05.8   ENCRYPTION SOFTWARE

### 10.05.8.1    Use of Encryption Software

Users may not install or use encryption software on any of Frontier's computers without first obtaining written permission from their Supervisor. If encryption software is approved for use, the storage of the key must be approved by the Manager of Information Security. A copy of each key must be shared with Chief Information Officer (CIO) or Manager of Information Security.

### 10.05.8.2    Export Restrictions

The federal government has imposed restrictions on export of programs or files containing encryption technology (such as e-mail programs that permit encryption of messages and electronic commerce software that encodes transactions).

FRONTIER AIRLINES (R. BRIGHAM) - 0000333



## 10.05.9   INFORMATION TECHNOLOGY RESOURCES

### 10.05.9.1   Purchasing

Any party considering evaluating and/or purchasing hardware and/or software not already installed should contact the Information Technology Service Desk for assistance prior to purchasing or attempting to install the software. Any request for additional hardware and/or software requires approval from the individual's Supervisor and the Chief Information Officer (CIO). All computing hardware and software for use by Frontier will be purchased through the Frontier Information Technology department.

### 10.05.9.2   Management

No computer systems, electronic devices (tablets, PDAs, smart phones, etc.) and/or networks will be attached to the Frontier infrastructure without the express written consent of the Chief Information Officer (CIO). All routers, switches, and firewalls attached to or part of the Frontier network infrastructure will be installed and managed by Frontier's Information Technology personnel. This includes any form of wireless network devices.

### 10.05.9.3   Disclosure of Information

At no time will any information regarding Frontier's information technology infrastructure be released to any third party without the written consent of the Chief Information Officer (CIO).

## 10.05.10 MISCELLANEOUS

### 10.05.10.1   Archiving and Backup

Employees who have computers connected to Corporate Computer systems are required to store documents and Frontier information on the designated file servers. The IT department will backup all data stored on file servers.

### 10.05.10.2   Compliance with Applicable Laws and Licenses

In their use of Computer Resources, users must comply with all software licenses, copyrights, and all other state, federal and international laws governing intellectual properly and online activities.

FRONTIER AIRLINES (R. BRIGHAM) - 0000334



### 10.05.10.3   Violation Reporting

Users will promptly report all information security violations, alerts, warnings, suspected vulnerabilities and the like to the IT Service Desk (support@flyfrontier.com) or (720) 374-4400. Users are prohibited from utilizing Frontier's systems to forward such information to other users, whether the other users are internal or external to Frontier. In the event passwords or other system access control mechanisms are lost, stolen, or disclosed, or suspected of being lost, stolen or disclosed, the IT Service Desk should be notified immediately. All suspected data breaches, unusual system behavior, such as missing files, frequent system crashes, misrouted messages, and the like should be immediately reported to the IT Service Desk (support@flyfrontier.com or (720) 374-4400. The specifics of security problems or incidents should not be discussed openly but should instead be shared on a need-to-know basis. In the event of a compromise to any Frontier system, no generalities or details should be made available to any person outside of Frontier without written consent from the Chief Information Officer (CIO). Where deemed appropriate by Frontier management, all attempts will be made to ensure the anonymity of any individual disclosing or reporting a violation or incident.

### 10.05.10.4   Amendments and Revisions

This Policy may be amended or revised from time to time as the need arises. Users will be provided with copies of all amendments and revisions.

### 10.05.10.5   Variance Policy

Policies are meant to be the general guidelines for Frontier. As with any policy, instances may occur where normal operations may need to be, for a time, outside the scope and/or guidelines of a policy. To this end, the Information Security Policy Variance Form should be used. This form should be filled out as a joint effort between the requesting party and Frontier's' Information Technology personnel. Any variance requested must be approved by the Chief Information Officer (CIO) prior to being accepted as a variance.

### 10.05.10.6   Company Information

Do not distribute (in any form, including electronically) any confidential Frontier information; negatively referencing Frontier employees, clients, customers or partners. Do not post pictures of Frontier property without express permission from the office of Marketing and Branding.

FRONTIER AIRLINES (R. BRIGHAM) - 0000335



**EMPLOYEE HANDBOOK**                                                      10.05  Pg. 12

## 10.05.11 EMPLOYEES SOCIAL MEDIA USAGE POLICY

Frontier Airlines recognizes the importance of social media for its employees and encourages employees to use social media within the parameters of the Social Media Usage Policy and in a way that does not violate company policies, including our Standards of Conduct.

It is important to note that all Frontier Airlines social media policies are meant to supplement the Company's existing policies regarding both employee conduct and computer usage. Frontier's Employee Handbook should always be the first reference for questions on these matters. The social media policy is meant to provide both clarification and guidance for activity in the social media realm. Where no policy or guideline exits, employees are expected to use their professional judgment and take the most prudent action possible. Further, employees should check with their managers or supervisors if they are uncertain about the appropriateness of a social media posting or a particular use of social media. **Violation of this policy may lead to discipline up to and including the immediate termination of employment.**

> *NOTE:  As used in this policy, "social media" includes, but is not limited to, online forums such as blogs, industry message boards, and social networking sites, including Twitter, Facebook, Google+, foursquare, Instagram, FlyerTalk, etc.*

### 10.05.11.1  Use of Company Facilities and Computers

Company facilities and computers may not be used for personal social media use. The company monitors the use of its facilities and employee computers to ensure compliance with its policies. Please refer to the *Information Technology Acceptable Use Policy* in the Employee Handbook for more guidelines on computer and Internet usage.

### 10.05.11.2  Useful Tips When Using Social Media

- **Be transparent:** If your posts or communication on social media mention Frontier, its products or services, employees, customers, and/or competitors, you need to be clear that you work for the company, and your post is your opinion, not that of the Company. To help reduce the potential confusion you will need to put the following notice in a reasonably prominent place on the front page of your site/profile:

FRONTIER AIRLINES (R. BRIGHAM) - 0000336



| EMPLOYEE HANDBOOK | 10.05  Pg. 13 |
|---|---|

    -   *The views expressed here are mine alone and do not necessarily reflect the views of my employer, Frontier Airlines.*

*NOTE:   Employees must keep in mind that information posted on a social media site that violates company policy and/or federal, state or local law will not be protected by the disclaimer to shield them from disciplinary action.*

- **Customer Engagement:** We have a dedicated social media team tasked with responding to customer inquiries or criticism. Our official Frontier Social Media team is responsible for engaging customers through our page. Do not respond to customer inquiries or comments directed specifically to the Company or asking for an official Company response.

- **Support the Social Media Team:** If you see a comment, positive or negative, that is not directed explicitly to our Facebook page or Twitter accounts please feel free to direct the passenger to our official accounts so they can get the necessary help. Please direct the users to the to the official Frontier social media accounts, listed at the end of this section.

- **Be Professional:** Remember, you are responsible for what you write or present on social media. Ask yourself: Would you want your boss to see it? How about your family?

- **Emergency Response:** Never comment on any content when Frontier is in a crisis situation. Frontier has trained individuals for these types of situations.

- **Company Business:**
  -   Do not discuss private company business or co-workers on your social media sites; doing so can put as at a competitive disadvantage or harm the reputation of those with whom we work. If you want to discuss something that is company-sensitive, please as Corporate Communications first. Ask yourself: Will sharing this information get me in trouble and is it public knowledge?
  -   Do not tweet or post directly to the media - including agents of the media, websites or social media sites of the media, or employees of the media - with statements or pictures that reference Frontier Airlines; this includes, but is not limited to, statements about or pictures of our passengers, airports that we serve, aircraft and/or employees.

Rev17 02/19/14           **Information Technology Acceptable Use Policy**

FRONTIER AIRLINES (R. BRIGHAM) - 0000337



- **Ask for Permission:** Do not identify or reference company employees, clients, customers or partners without expressed permission. Do not post pictures of Frontier Airlines passengers on the Internet without express permission from the customer and CorpComm.

Social media is important for interactions with our customers and is a very public space in which we interact with competitors, customers, media, and even our fellow employees. Our Social Media team reserves the right to remove any inflammatory, negative, or inappropriate posts from our social media channels. This is especially important for our employees; if the Social Media team does in fact need to remove your comment an email will be sent to your management to inform them of the incident. We support each other on a daily basis in the office and at the airport, which must carry over into the social media sphere.

### 10.05.11.3   Use of Company's Logo or Trademark

Frontier and its employees must adhere to very strict copyright licenses. Therefore, under no circumstance can employees use professionally produced images of the livery (tails) or logos. on any type of personal website, blog, social networking site, etc., without approval from Corporate Communications. Any and all existing unapproved postings must be taken down.

### 10.05.11.4   Press Inquiries

Certain social media usage may generate media inquiries. If a member of the media contacts you about a Frontier related posting or requests Frontier information of any kind, do not reply, and contact Corporate Communications immediately at F9CorpComm@flyfrontier.com. You may also reach out to Corporate Communications for clarification on whether certain information has been publicly disclosed before you comment about it.

### 10.05.11.5   Temporary Suspension of Website or Blog

Frontier may request that you temporarily confine your website or blog commentary to topics unrelated to the Company. If these requests are not honored, the Company may ask that you temporarily suspend your website or blog activity altogether, if it is necessary to ensure compliance with securities regulations or other laws.

### 10.05.11.6   On-Duty Use of Social Media

The job duties of certain Frontier employees may call for the use of social media while at work. Employees may engage in social media activity during work time provided it is directly related to their work, approved by

FRONTIER AIRLINES (R. BRIGHAM) - 0000338



their manager, and does not identify or reference company clients, customers, or vendors without express permission. As you are aware, Frontier monitors employee use of company computers and the Internet, including employee blogging and social networking activity. Please refer to the Information Technology Acceptable Use Policy in the Employee Handbook for more guidelines on Internet usage.

### 10.05.11.7   Official Frontier Airlines Social Media Accounts

Twitter:

- @FlyFrontier
  This is our main account used for marketing messages.

- "@FrontierCare
  This is the account used for customer service via Twitter.

Facbook:

- www.facecbook.com/flyfrontier

Instagram

- @FlyFrontier

Foursquare:

- www.foursquare.com/flyfrontier

FlyerTalk

- F9 Direct

FRONTIER AIRLINES (R. BRIGHAM) - 0000339



## 10.05.12 LEARNING MANAGEMENT SYSTEM POLICY

### Chief Executive Officer (CEO)

(Ops Spec A025)

The Chief Executive Officer (CEO) for Frontier Airlines has authority over the Chief Information Officer (CIO) for Frontier Airlines information technology initiatives. The Chief Information Officer (CIO) is ultimately responsible for Frontier's Learning Management System (LMS) access control requirements and system audit procedures. The Chief Information Officer (CIO) reports directly to Frontier's Chief Executive Officer (CEO).

### Frontier Program Manager

(Ops Spec A025)

The Program Manager has direct authority for Frontier's LMS, called eLearn. The Program Manager actively monitors access control requirements and system audit procedures to confirm accuracy of the database based on the processes contained in this section.

### Training Departments

Each Frontier Training Department is responsible for developing and implementing processes to accommodate the company policy for access controls and database accuracy.

### 10.05.12.1   User Accounts and Access

#### Creating Accounts

**Employees**
All active employees have an account created the first time they login to the Learning Management System (LMS) with their network username and password.

**Vendors**
All vendor accounts are created based on a management or approved representative submission. Each department reviews and approves the request for accounts to be created and forwards that request to Information Technology (IT) or is given permissions to add individuals.

FRONTIER AIRLINES (R. BRIGHAM) - 0000340



**EMPLOYEE HANDBOOK**        **10.05  Pg. 17**

## Removing Access to the Learning Management System

### Employees

All employees lose login access to the LMS the moment they go on a leave of absence or they are no longer employed with the company.

### Vendors

All vendor accounts will be removed from the LMS when either one of the following occurs:

- They have not logged in for a period of 18 months
- IT or the designee is told by a department that a certain vendor employee is no longer employed

  NOTE:   *Each department is required to conduct a quarterly audit. See below.*

## Access Controls

### Authenticated User

By default, all users are created with authenticated user access, which means they can only login to the LMS and view the company directory.

### Student Role

A user is not given student access to a course unless they know the password to enroll given by the instructor. The instructor may also manually enroll the user into a course.

## Department Administrators

Certain employees, appointed by a Vice President (VP) or Director of a department are given access at the department level to do the following:

- Moves, additions, changes or deletions of a course (not grades or history) within the department
- Delegate users to other roles including course creator, instructor, and non-editing teacher
- Change permission of other users at a department level only

IT will send a list of all non-student roles to the department representative on a quarterly basis for audit purposes.

## Grade & Database Integrity

1. The company maintains a backup of the entire system for three months

2. The system keeps a backup of all grades indefinitely

---

Rev17 02/19/14        **Information Technology Acceptable Use Policy**

FRONTIER AIRLINES (R. BRIGHAM) - 0000341



3.  The system keeps a copy of all grades in three different tables within the system. For example, if a user completed a quiz as part of their training, the quiz score is kept in the following tables:

   a.  The Quiz_Grade Table

   b.  The LMS_Grade Table (Current grade history)

   c.  The LMS_Grade_GradeHistory Table which shows all current and all past grade events in the event another quiz attempt was taken

FRONTIER AIRLINES (R. BRIGHAM) - 0000342



# CHAPTER 11 – DRUG AND ALCOHOL-FREE POLICIES AND REGULATIONS

## TABLE OF CONTENTS

| Section | Subject | Page |
|---|---|---|
| **11.05** | **Anti-Drug Policy and Regulations** | 1 |
| | DOT Testing (Drug & Alcohol) | 2 |
| | Consequences For Violating The Rules Of The AMPP | 5 |
| | Processes and Test Results | 7 |
| | Notice to the Federal Air Surgeon | 8 |
| | Non-DOT Company Testing (Drug & Alcohol) | 10 |
| | Consequences for Violating the Rules of the AMPP | 13 |
| | Drug and Alcohol- Free Workplace Policies | 14 |
| | Recreational Use/Medical Marijuana | 15 |
| **11.10** | **General Policies** | 1 |
| | Prescription (Rx) and Over-the-Counter (OTC) Drugs | 1 |
| | Prescription Medication – Safety Concerns | 1 |
| | Prohibited Conduct | 2 |
| | Disciplinary Action | 2 |
| | Search Policy | 3 |
| | Testing Employees Based on Reasonable Suspicion | 3 |
| | Training Requirements | 3 |
| | Employee Assistance Following Self Disclosure | 4 |
| | Financial Assistance for Treatment | 4 |
| | Confidentiality | 4 |

FRONTIER AIRLINES (R. BRIGHAM) - 0000343



FRONTIER AIRLINES (R. BRIGHAM) - 0000344



## ANTI-DRUG POLICY AND REGULATIONS

The Department of Transportation/Federal Aviation Administration (DOT/FAA), in November 1988, issued regulations to implement an Anti-drug program for employees who perform safety-sensitive and/or security related functions. These regulations prohibit the on-or-off duty use of illegal drugs. Illegal drugs or "drugs" include the following substances: Marijuana, Cocaine, Opiates, Phencyclidine, Amphetamines, and MDMA. Drug tests are accomplished by testing a urine specimen in accordance with DOT regulations contained in 49 CFR Part 40.

The use and consumption of drugs or alcohol by employees detrimentally affects a wide range of areas, from their personal job performance and safety of their co-workers to general productivity, morale and efficiency.

In order to maintain a safe working environment, ensure quality workmanship, promote maximum productivity and preserve the reputation of Frontier, a comprehensive alcohol and drug screening program has been established.

The Drug and Alcohol Misuse Prevention Policies and Programs in this manual define the regulations set forth by the DOT/FAA and are strictly enforced by Frontier. Frontier reserves the right to make any policy more stringent than DOT/FAA regulations. Frontier has also established its own policies with respect to employees who use illegal drugs and/or misuse alcohol. These include non-federally mandated testing. A Prescription (Rx) and Over-the-Counter (OTC) Policy is included in the Anti-Drug and Alcohol Misuse and Prevention Policy as part of the provisions set forth by Frontier 's authority.

The policy emphasizes safety and explains the responsibility of the employee and a prescribing physician. Any employee who works for Frontier is deemed to have implied consent with these policies. These policies can be found at the end of this chapter.

| Program Manager | HR Compliance |
|---|---|
| Jerry Arellano | Phone: 720-936-3704 |
| Phone: 720-374-4594 | |

Frontier has contracted with C/TPA, First Lab to help administer this government mandated program and keep all airline certificates in compliance with DOT/FAA testing regulations.

**Program procedures and forms can be found at:**

http://www.myfrontier.org/hr/Compliance/Compliance.asp

FRONTIER AIRLINES (R. BRIGHAM) - 0000345



## 11.05.1   DOT TESTING (DRUG & ALCOHOL)

### 11.05.1.1   Employees Subject to Testing

The following positions are subject to testing under the DOT: Pilots, Flight Attendants, Flight Instructors, Dispatchers, Ground Security Coordinators, Security Screeners, and Air Traffic Controllers. All of these positions are considered to be safety-sensitive and apply to all employees and management personnel who could possibly perform any of these duties. Mechanics are also subject to DOT testing, which includes anyone doing inspection, overhaul, repair, preservation, the replacement of parts, and anyone doing preventative maintenance, such as simple or minor preservation operations and the replacement of small standard parts not involving complex assembly operations. To help with the clarification of which positions are safety-sensitive, all applicable maintenance positions will be noted with "DOT safety-sensitive position as reviewed by the Director of Maintenance". Any employee transferring from a non safety-sensitive position to a DOT covered safety-sensitive position will be subject to the federally mandated testing. These employees are subject to the following types of testing:

### 11.05.1.2   Pre-Employment Drug Testing

A Pre-Employment test is administered when a candidate is offered a safety-sensitive position. When instructed to report for pre-employment testing, a candidate must do so within 48 hours of notification unless otherwise specified. An employee transferring from any position that is not classified as safety-sensitive into a safety-sensitive position is required to submit to a pre-employment drug screen under the Department of Transportation and be tested for drugs of abuse.

### 11.05.1.3   Random

An employee is considered to be performing a safety-sensitive function during any period in which he or she is ready and available to perform, actually performing, or just performed such functions. Testing takes place during work hours. The employee must cease performing safety-sensitive functions and proceed to the collection site immediately. Tests are conducted throughout the system at any base or station conducive to completion. Testing may also occur if an employee is "readily available" to perform safety-sensitive functions. For example, it is possible for an employee to be tested during recurrent/upgrade training if their status would allow them to perform their safety-sensitive functions if pulled from the training due to an emergency or shortage of qualified

FRONTIER AIRLINES (R. BRIGHAM) - 0000346



employees. Random selections are made by First Lab based on the FAA required annual testing rate.

### 11.05.1.4 Post-Accident

A Post-Accident test must be conducted as soon as possible after a DOT accident; testing must be initiated no later than 32 hours for drug and no later than 8 hours for alcohol. This testing will apply to any safety-sensitive employees performing safety-sensitive functions whose performance may have been a contributing factor to the accident, or cannot be completely discounted as a factor in the accident. Employees are relieved of performing their duties until negative test results are received. As long as the result is negative, the employee will be paid for lost time. (In the case of injury to the employee, obtaining necessary medical assistance will take priority over the testing. In such cases, testing must be accomplished as soon as medically reasonable, within the time restrictions placed by the DOT/FAA.)

The following is the definition of a DOT accident: An occurrence associated with the operation of an aircraft with the intention of flight, and all such persons have disembarked, in which any person suffers death or serious injury, OR in which the aircraft receives substantial damage. (14 CFR Part 121, 49 CFR Part 40) If any of the criteria are not present in the situation, it is probable cause for NON DOT Post-Accident testing per company policy.

### 11.05.1.5 Reasonable Suspicion

Reasonable Suspicion testing observations may occur during, just proceeding, and/or at the end of the work shift. As long as the result is negative, the employee may return to work and will be paid for lost time. See Frontier's Reasonable Cause/Suspicion Policy for more information regarding procedures.

*NOTE: In circumstances requiring Post-Accident or Reasonable Suspicion testing, management or designee must escort the employee to the collection site and arrange for transportation home.*

FRONTIER AIRLINES (R. BRIGHAM) - 0000347



### 11.05.1.6  Prohibited Usage

Alcohol is defined as the intoxicating agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohol, including methyl or isopropyl alcohol. Alcohol use is defined as the consumption of any beverage, mixture, or preparation, including any medication, containing alcohol.

> NOTE:   Frontier's policy and DOT/FAA regulations prohibit reporting for or remaining on duty while having an alcohol concentration of 0.04 or greater

### 11.05.1.7  Pre-Duty Use

Any employees performing the listed safety-sensitive functions are subject to alcohol testing and must refrain from consuming any alcohol (not just alcohol beverages) whenever they are performing, ready to perform, or immediately available to perform these functions. Employees will normally be asked to test for alcohol when they have reported to work. In addition, no covered employee shall perform any of the listed safety-sensitive functions within eight (8) hours after consuming alcohol.

Example: 1

Our Ground Security Coordinators are on call to perform ground security coordinator functions at any time during their work day. Even though these functions might not be performed during the regular work day, the individual would be subject to testing the entire workday because he is immediately available to perform the functions of the ground security coordinator.

Example: 2

A Pilot on-call for duty while at home has not violated the regulations if he has an alcoholic beverage unless he reports for duty within eight (8) hours of consuming such alcohol. He is not subject to alcohol testing until he reports for work. Therefore, if he is called to work and has consumed alcohol within the eight (8) hour time frame, he would have to decline to report until eight (8) hours have passed with no alcohol consumption. Therefore, an employee on call for duty at home is still not to consume any alcohol until their duty day is complete. A Pilot waiting to fly an aircraft in the employee's lounge is subject to testing as he is immediately available to fly the aircraft.

FRONTIER AIRLINES (R. BRIGHAM) - 0000348



Example: 3

An administrative employee who is available to perform aviation screening duties from 8 a.m. to 12 noon in order to cover for an absent employee would be subject to testing during those hours even if no covered functions were actually performed

### 11.05.1.8  On-Duty Use

Covered employees may not consume alcohol while performing safety-sensitive functions. This prohibition also applies to covered employees who are at work and immediately available to perform safety-sensitive functions

### 11.05.1.9  Following an Accident

Covered employees with knowledge of an accident involving an aircraft for which they performed a safety-sensitive function at or near the time of the accident may not use alcohol for eight (8) hours after the accident unless they have been given a post-accident test, or Frontier has determined that their performance could not have contributed to the accident.

*NOTE:  Accident is defined as an occurrence associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and the time that all such persons have disembarked, and in which any person suffers death, or serious injury or in which the aircraft receives substantial damage.*

## 11.05.2   CONSEQUENCES FOR VIOLATING THE RULES OF THE AMPP

### 11.05.2.1  Consequences

Employees will be terminated who:

- Receive a verified confirmed positive alcohol test result equal to or greater than 0.04.
- Fail to report to a designated collection site as directed within an allotted time frame.
- Refuse to take the test.
- Fail to provide a sufficient amount of breath (without adequate medical explanation and documentation).

FRONTIER AIRLINES (R. BRIGHAM) - 0000349



- Tamper with, adulterate, or substitute the test.

In the event any employee is found to have an alcohol concentration of 0.02 or greater but less than 0.04, that employee will be immediately removed from performing job functions, until the employee is retested with a result below 0.02, or until the start of the employee's next regularly scheduled duty period, if it occurs at least 8 hours following administration of the test. For the first offense the employee will be placed on a written warning. For the second offense the employee will be placed on a final termination warning. Further violations will result in employment separation.

### 11.05.2.2  Removal From Safety-Sensitive Functions

Covered employees are prohibited from performing safety-sensitive functions if they have engaged in prohibited conduct under the FAA rule or other DOT agency's alcohol misuse rule (including refusal to submit to random, reasonable suspicion, or post-accident testing). Such employees will be immediately removed from duty and as per Company Policy will be subject to discipline up to and including termination.

### 11.05.2.3  Refusal to Submit to Testing

Covered employees may not refuse to submit to a post-accident, random, reasonable suspicion, or follow-up alcohol test. Frontier will not permit an employee who refuses to submit to such a test to perform or continue to perform safety-sensitive functions. Employees who refuse to submit to the required testing will be immediately removed from duty and will be subject to discipline up to and including termination. DOT/FAA regulations define a refusal as listed below.

- Failure to appear for any test within a reasonable time, as determined by the employer, consistent with applicable DOT agency regulations or company policies, after being directed to do so by the employer
- Failure to remain at the testing site until the testing process is complete
- Failure to provide sufficient breath for any test required by this part or DOT agency regulations, and/or company policies
- Failure to provide a sufficient amount of breath when directed, and it has been determined, through a required medical evaluation, that there was no adequate medical explanation for the failure

FRONTIER AIRLINES (R. BRIGHAM) - 0000350



- Failure or declining to take an additional test the employer or collector has directed you to take
- Failure to undergo a medical examination or evaluation, as directed by the employer as part of the insufficient breath procedures
- Failure to cooperate with any part of the testing process
- Failure to sign the certification at Step 2 on the Alcohol Testing Form

*NOTE: More information on refusals can be found in 49 CFR Part 40.261.*

## 11.05.3  PROCESSES AND TEST RESULTS

### 11.05.3.1  Protection of Specimens

The FAA regulations require a "chain of custody" form to follow along with the sample. This provides for accountability and control from the point of collection to the final disposition of the sample. Strict procedures are used when collecting, transferring and storing samples. You watch your sample being placed in a tamper proof package and sign the chain of custody form, which ensures the sample goes through the process intact.With each transfer of possession the chain-of-custody form is dated, signed and annotated as to the purpose of the transfer. The collection of split samples is mandatory for all aviation employers. If the result of the primary specimen is confirmed positive, the employee has 72 hours after receiving notice that the Medical Review Officer has verified the test as positive in which to exercise their option to request a test of the split specimen.

### 11.05.3.2  Specimen Destinations

Urine analysis specimens are sent to Health and Human Services approved laboratories (e.g. LabCorp, Quest) under contract with First Lab. All urine specimens will be screened by immunoassay for the five (5) restricted drugs. Any urine specimen screened positive by immunoassay will be retested by gas chromatography/mass spectrometry (GC/MS).

### 11.05.3.3  Medical Review Officer (MRO)

A Medical Review Officer (MRO) is a licensed physician responsible for receiving laboratory results generated by an agency's drug testing program that has knowledge of substance abuse disorders and has appropriate medical training to interpret and evaluate an individual's

FRONTIER AIRLINES (R. BRIGHAM) - 0000351



positive test result together with his or her medical history and all other relevant biomedical information. FAA regulations call for an independent Medical Doctor to review and interpret all test results. This is to ensure the maximum amount of fairness and confidentiality to the employee.The RAA Anti-Drug Consortium contracts with the Medical Review Officer, who has an extensive background in occupational health and drug abuse programs.

### 11.05.3.4  Positive Test Result
The First Lab Medical Review Officer (MRO) will review the test results of any "positive urine specimens." He/she will confirm that proper procedures were followed in the handling and analysis of the urine specimen. He/she will also review and interpret all specific test results.The MRO will then contact the employee directly to inform them of the "positive urine specimen" and to discuss possible legitimate medical or other reasons to account for the positive laboratory findings. When such legitimate reasons are found, the "positive urine specimen" becomes a negative test result and no further action is taken. When neither reasonable medical cause, nor lack of proper quality control of lab procedures are found, a "verified positive test" is determined. The MRO will then forward the name of the employee who has the "verified positive test" to Company Management and to the required FAA officials.

## 11.05.4  NOTICE TO THE FEDERAL AIR SURGEON
Any covered employee who holds an airman medical certificate issued under 14 CFR Part 67 and violates the provision of these rules will be reported to the Federal Air Surgeon within two (2) business days.

### 11.05.4.1  Notice of Refusals
Any covered employee who holds an airman certificate issued under 14CFR Part 61, Part 63 or Part 65 and refuses to submit to required random, post-accident, reasonable suspicion or follow-up drug testing will be reported to the FAA within two (2) business days. DOT/FAA regulations define a refusal as listed below:

- Failure to appear for any test within a reasonable time, as determined by the employer, consistent with applicable DOT agency regulations or company policies, after being directed to do so by the employer
- Failure to remain at the testing site until the testing process is complete

FRONTIER AIRLINES (R. BRIGHAM) - 0000352

**FRONTIER**

- Failure to provide a urine specimen for any drug test required by this part or DOT agency regulations, and/or company policies
- In the case of a directly observed or monitored collection in a drug test, failure to permit the observation or monitoring of your provision of a specimen
- Failure to provide a sufficient amount of urine when directed, and it has been determined, through a required medical evaluation, that here was no adequate medical explanation for the failure
- Failure or declining to take an additional drug test the employer or collector has directed you to take
- Failure to undergo a medical examination or evaluation, as directed by the MRO as part of the drug test verification process
- Failure to cooperate with any part of the testing process (e.g., refuse to empty pockets when so directed by the collector; behave in a confrontational way that disrupts the collection process)
- As an employee, if the MRO reports that you have a verified adulterated or substituted test result, you have refused to take a drug test

*NOTE:   More information on refusals can be found in 49 CFR Part 40.191.*

### 11.05.4.2   Permanent Disqualification from Service

If a covered employee is determined to have violated the on-duty use of drugs and/or alcohol, they are permanently precluded from performing the safety-sensitive duties they performed before such a violation.There are two circumstances under which employees who engage in prohibited use of drugs and/or alcohol are absolutely barred from performance of the same duties performed before the determination of such use

- Two Verified Positive Drug Tests

  If an employee is determined to have two verified positive drug tests after September 19, 1994, then they are permanently precluded from performing the safety-sensitive function they performed before the second drug test. The bar on two-time violators applies to both persons who have gone through rehabilitation and to those who after evaluation were determined not to need treatment.

- On Duty Use of a Prohibited Drug

FRONTIER AIRLINES (R. BRIGHAM) - 0000353



If an employee is determined to have used a prohibited drug while performing a safety-sensitive function after September 19, 1994, then they are permanently precluded from performing that safety-sensitive function for an employer.

## 11.05.5   NON-DOT COMPANY TESTING (DRUG & ALCOHOL)

### 11.05.5.1   Employees Subject to Testing

All company employees are subject to testing under company policy or the DOT. These employees are subject to the following types of testing below:

### 11.05.5.2   Pre-Employment Testing

A candidate must pass a pre-employment test. When instructed to report for pre-employment testing, a candidate must do so within 48 hours of notification unless otherwise specified.

### 11.05.5.3   Post-Accident

A Post-Accident test must be completed as soon as possible after any accident. The testing will apply to any employees whose performance may have been a contributing factor to the accident, or cannot be completely discounted. With management discretion (and approval from the Drug and Alcohol Program Manager, Drug and Alcohol Program Administrator, Director of Human Resources, or Director of Operations) the employee may return to work following the test if a Rapid Test kit is used, and a negative result is received. If a Rapid Test kit is not used, the employee is suspended pending receipt of the result. As long as the result is negative, the employee may return to work and will be paid for lost time. (In the case of injury to the employee, obtaining necessary medical assistance will take priority over the testing. In such cases, testing must be accomplished as soon as medically reasonable).

### 11.05.5.4   Reasonable Suspicion

If Frontier has determined that reasonable suspicion exists, an employee may be requested to submit to a test. Observations may occur during, just proceeding, and/or at the end of the work shift. With management discretion (and approval from the Drug and Alcohol Program Manager, Drug and Alcohol Program Administrator, Vice President, Human Resources & Labor Relations, or Director of Operations) the employee may return to work following the test if a Rapid Test kit is used and a negative result is received. If a Rapid Test kit is not used, the employee is suspended pending receipt of results. As long as the result is negative,

FRONTIER AIRLINES (R. BRIGHAM) - 0000354



the employee may return to work and will be paid for lost time. Refer to Frontier's Reasonable Suspicion Policy for more information regarding procedures.

*NOTE:  In circumstances requiring Post-Accident or Reasonable Suspicion testing, management or designee must escort the employee to the collection site and arrange for transportation home.*

### 11.05.5.5  Return-to-Work and Follow-Up

A Return-to-Duty and Follow-Up tests are administered only when an employee has disclosed an addiction and requests assistance prior to any test notification. Upon completion of an approved rehabilitation program, the employee is allowed to return to work after he/she has taken a return-to-duty test with negative results. Frontier requires full compliance with any additional treatment or aftercare recommended by a Substance Abuse Provider. Documentation of compliance may be requested at any time. The employee will also be placed in the Follow-up testing program which consists of unannounced testing at least six (6) times within the first twelve (12) months and up to sixty (60) months after as Frontier deems necessary. Non-compliance with any portion of recommended treatment, aftercare or testing may result in disciplinary action up to and including suspension or termination.

### 11.05.5.6  Prohibited Usage

Alcohol is defined as the intoxicating agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohol, including methyl or isopropyl alcohol. Alcohol use is defined as the consumption of any beverage, mixture, or preparation, including any medication, containing alcohol.

*NOTE:  Frontier's policy and DOT/FAA regulations prohibit reporting for or remaining on duty while having an alcohol concentration of 0.04 or greater.*

### 11.05.5.7  Pre-Duty Use

Any employees performing the listed safety-sensitive functions are subject to alcohol testing and must refrain from consuming any alcohol (not just alcohol beverages) whenever they are performing, ready to perform, or immediately available to perform these functions. Employees will normally be asked to test for alcohol when they have reported to work. In addition, no covered employee shall perform any of the listed safety-sensitive functions within eight (8) hours after consuming alcohol

FRONTIER AIRLINES (R. BRIGHAM) - 0000355



**Example:** 1

Our Ground Security Coordinators are on call to perform ground security coordinator functions at any time during their work day. Even though these functions might not be performed during the regular work day, the individual would be subject to testing the entire workday because he is immediately available to perform the functions of the ground security coordinator.

**Example:** 2

A Pilot on-call for duty while at home has not violated the regulations if he has an alcoholic beverage unless he reports for duty within eight (8) hours of consuming such alcohol. He is not subject to alcohol testing until he reports for work. Therefore, if he is called to work and has consumed alcohol within the eight (8) hour time frame, he would have to decline to report until eight (8) hours have passed with no alcohol consumption. Therefore, an employee on call for duty at home is still not to consume any alcohol until their duty day is complete. A Pilot waiting to fly an aircraft in the employee's lounge is subject to testing as he is immediately available to fly the aircraft.

**Example:** 3

An administrative employee who is available to perform aviation screening duties from 8 a.m. to 12 noon in order to cover for an absent employee would be subject to testing during those hours even if no covered functions were actually performed

### 11.05.5.8  On-Duty Use

Covered employees may not consume alcohol while performing safety-sensitive functions. This prohibition also applies to covered employees who are at work and immediately available to perform safety-sensitive functions.

### 11.05.5.9  Following an Accident

Covered employees with knowledge of an accident involving an aircraft for which they performed a safety-sensitive function at or near the time of the accident may not use alcohol for eight (8) hours after the accident unless they have been given a post-accident test, or Frontier has

FRONTIER AIRLINES (R. BRIGHAM) - 0000356



determined that their performance could not have contributed to the accident.

> NOTE:  Accident is defined as an occurrence associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and the time that all such persons have disembarked, and in which any person suffers death, or serious injury or in which the aircraft receives substantial damage

## 11.05.6  CONSEQUENCES FOR VIOLATING THE RULES OF THE AMPP

### 11.05.6.1  Consequences

Employees will be discharged who:

- Receive a verified confirmed positive alcohol test result equal to or greater than 0.04.
- Fail to report to a designated collection site as directed within an allotted time frame.
- Refuse to take the test.
- Fail to provide a sufficient amount of breath (without adequate medical explanation and documentation).
- Tamper with, adulterate, or substitute the test.

In the event any employee is found to have an alcohol concentration of 0.02 or greater but less than 0.04, that employee will be immediately removed from performing job functions, until the employee is retested with a result below 0.02, or until the start of the employee's next regularly scheduled duty period, if it occurs at least 8 hours following administration of the test. For the first offense the employee will be placed on a written warning. For the second offense the employee will be placed on a final termination warning. Further violations will result in employment separation.

### 11.05.6.2  Removal From Safety-Sensitive Functions

Covered employees are prohibited from performing safety-sensitive functions if they have engaged in prohibited conduct under the FAA rule or other DOT agency's alcohol misuse rule (including refusal to submit to random, reasonable suspicion, or post-accident testing). Such employees will be immediately removed from duty and as per Company Policy will be subject to discipline up to and including termination.

FRONTIER AIRLINES (R. BRIGHAM) - 0000357



### 11.05.6.3  Refusal to Submit to Testing

Covered employees may not refuse to submit to a post-accident, random, reasonable suspicion, or follow-up alcohol test. Frontier will not permit an employee who refuses to submit to such a test to perform or continue to perform safety-sensitive functions. Employees who refuse to submit to the required testing will be immediately removed from duty and will be subject to discipline up to and including termination. DOT/FAA regulations define a refusal as listed below:

- Failure to appear for any test within a reasonable time, as determined by the employer, consistent with applicable DOT agency regulations or company policies, after being directed to do so by the employer
- Failure to remain at the testing site until the testing process is complete
- Failure to provide sufficient breath for any test required by this part or DOT agency regulations, and/or company policies
- Failure to provide a sufficient amount of breath when directed, and it has been determined, through a required medical evaluation, that there was no adequate medical explanation for the failure
- Failure or declining to take an additional test the employer or collector has directed you to take
- Failure to undergo a medical examination or evaluation, as directed by the employer as part of the insufficient breath procedures
- Failure to cooperate with any part of the testing process
- Failure to sign the certification at Step 2 on the Alcohol Testing Form

*NOTE:   More information on refusals can be found in 49 CFR Part 40.261.*

## 11.05.7  DRUG AND ALCOHOL- FREE WORKPLACE POLICIES

You, our employee, are Frontier's most valuable resource and for that reason, your health and safety are of paramount concern. Frontier is committed to maintaining a safe work place free from the influence of drugs and alcohol. Drug and alcohol abuse imperils your health and well being and our guests. The unlawful manufacture, distribution, dispensation, possession, use or being under the influence of illegal drugs or other controlled substances or alcohol, in the workplace, is inconsistent with the law and Company Policies.



Employees are required to report to work in appropriate mental and physical condition to perform their jobs in a satisfactory and safe manner. Given the nature of our business and our obligation to ensure flight safety, Frontier has adopted the following policies. We ask for your full cooperation in supporting these policies and educating others regarding the risks associated with substance abuse.

## 11.05.8   RECREATIONAL USE/MEDICAL MARIJUANA

While some states have enacted various marijuana laws permitting the use of marijuana for medical and/or recreational use, the federal government continues to classify marijuana as a Schedule I controlled substance with no recognized or authorized use. For employees who test positive for marijuana on a DOT or Non-DOT drug test, marijuana use cannot be accepted by the MRO as "authorized medical use of a controlled substance" and the test will be reported as positive. A verified positive drug test is a violation of Company policy and will result in disciplinary or employment actions as described herein.

FRONTIER AIRLINES (R. BRIGHAM) - 0000359



Page Intentionally
Left Blank

FRONTIER AIRLINES (R. BRIGHAM) - 0000360



## GENERAL POLICIES

### 11.10.1  PRESCRIPTION (RX) AND OVER-THE-COUNTER (OTC) DRUGS

#### 11.10.1.1  Employee's Responsibility

Prescription drugs are medications prescribed by a physician for a specific medical purpose. These medications are controlled due to their potential for abuse or harm. They are meant to be taken under the supervision of a physician who can monitor the effect and modify the dosage or discontinue its use as a person's condition warrants. The prescription defines how much of the drug to take, how often, and for how long. A prescription drug that is not taken according to the directions may be addictive, harmful or deadly.

Employees have the responsibility to explain their job duties to their physicians and ensure the use of prescribed medication will not pose a safety risk. In the interest of protecting our employees and our guests, safety-sensitive employees must make sure that any prescribed drug or combination of drugs being taken will not adversely impact their job performance. If a test result indicates the presence of a prescribed medication, the Medical Review Officer (MRO) will contact the donor. The donor should be prepared to offer prescription and physician information.

### 11.10.2  PRESCRIPTION MEDICATION – SAFETY CONCERNS

If a drug test result indicates the presence of a medication, the MRO will contact the donor. If the donor reports the use of a medication(s) that may pose a significant safety risk or make the employee medically unqualified for a safety-sensitive position, the MRO will place a "Safety Concern" or "Medical Concern" on the result. The employee will be sent to a licensed physician approved by the company to determine if the medication can be changed to one that does not make the employee medically unqualified or does not pose a significant safety risk.

> NOTE:   Frontier reserves the right to deny safety-sensitive positions, or remove from safety-sensitive positions, anyone who has a condition or medication that causes a safety concern.

FRONTIER AIRLINES (R. BRIGHAM) - 0000361



### 11.10.3 PROHIBITED CONDUCT

The following situations or conditions are examples of violations of Frontier's Drug and Alcohol-Free Workplace Policies while reporting to work, or being on or leaving duty.

- The sale, manufacture, distribution, use, purchase or possession of, non-prescribed drugs (meaning non-prescribed narcotics, hallucinogenic drugs, marijuana or other non-prescribed controlled substances), or equipment, products, materials which are used, intended for use, or designed for use with such drugs, is prohibited while on Company property or during work hours.
- Reporting to work or being at work while under the influence of, or impaired by, alcohol or non - prescribed drugs is prohibited. An employee who has an alcohol level of greater than .04% is deemed to be under the influence according to this policy.
- Reporting to or being at work with any amount of illegal or prohibited or non-prescribed drugs in the employee's body.
- Reporting to or being at work while under the influence of or using prescribed narcotics or drugs, or over-the-counter medication may also be prohibited where, in the opinion of Frontier, such use prevents the employee from performing the duties of his or her job or poses a risk to the safety of the employee or other persons or property.
- Possessing, using or transferring illegal drugs while on Company premises while on or off duty. Company premises include offices, work locations, desks, lockers, parking lots, any vehicle or aircraft used for company operations or any property under the control of Frontier.
- The use of illegal or synthetic marijuana products is prohibited under this policy.

### 11.10.4 DISCIPLINARY ACTION

Any violation of Company policies referred to in this Chapter, including the refusal to submit immediately to a requested search or test, or a positive result on such test(s), may result in disciplinary action up to and including immediate discharge.

> NOTE: It is important to remember that all employees are covered under Frontier policies and may be tested under those policies at any time. Frontier reserves the right to notify the FAA of failure of any company drug or alcohol test; DOT or NON-DOT.

FRONTIER AIRLINES (R. BRIGHAM) - 0000362



## 11.10.5  SEARCH POLICY

Where there is reason to believe an employee is under the influence of or impaired by alcohol or drugs, or in the possession or control of prohibited alcohol or drugs; Frontier may search any company property and/or an employee's personal property on company property. This includes, but is not limited to vehicles, handbags, briefcases, his/her person and/or property.

Company property covered in this policy includes property of any nature owned, controlled or used by Frontier, including but not limited to parking lots, offices, desks, file cabinets, lockers and company vehicles.

## 11.10.6  TESTING EMPLOYEES BASED ON REASONABLE SUSPICION

At least two (2) supervisors, one of whom is trained in the detection of the symptoms of possible drug or alcohol use, shall substantiate or concur in the decision to test an employee who is reasonably suspected of drug or alcohol use.The decision to drug test must be based on reasonable and articulated belief that an employee is using a prohibited drug or alcohol on the basis of specific physical, behavioral, and/or performance indicators.

## 11.10.7  TRAINING REQUIREMENTS

FAA regulations state that supervisory personnel who will determine when an employee is subject to testing based on reasonable cause shall receive training on specific, physical, behavioral, and performance indicators of probable drug use and the physical, behavioral, and performance indicators of probable alcohol use.Attendance is required at Initial Training at the time of hire or promotion into a supervisory position and at recurrent training as provided by the Company

## 11.10.8  EMPLOYEE ASSISTANCE FOLLOWING SELF DISCLOSURE

Frontier has established an Employee Assistance Program (EAP) which is available to assist employees with substance abuse problems. This program is available to employees who voluntarily seek assistance before

FRONTIER AIRLINES (R. BRIGHAM) - 0000363



a situation arises which could lead to a disciplinary termination. Employees may apply for FMLA or medical leave in association with their treatment for substance abuse. If this is the case, the application will be considered self-disclosure and the employee will be responsible for complying with return to work, follow-up testing and any other applicable policies or procedures.

Contact the Drug and Alcohol Program Manager or Drug and Alcohol Program Administrator for assistance enrolling in the Drug and Alcohol EAP Program.

Following an employee's completion of a rehabilitation program they are required to pass a drug/alcohol test prior to returning to work. Frontier requires compliance with any additional treatment, aftercare or support group services recommended by a Substance Abuse Provider.

Documentation of compliance may be requested at any time. The employee will also be placed in the Follow-up testing program which consists of unannounced testing at least six (6) times within the first twelve (12) months and further unannounced testing continuing up to sixty (60) months after as Frontier deems necessary. Non-compliance with any portion of recommended treatment, aftercare or testing may result in removal from performance of safety-sensitive functions.Whether an employee will be granted the opportunity for assistance under this program upon voluntary disclosure for a second time will be at the sole discretion of Frontier.

## 11.10.9  FINANCIAL ASSISTANCE FOR TREATMENT

Frontier's group health insurance programs provide limited coverage for certain rehabilitation services. Please consult the Program Manager or Program Administrator, for specific details.

## 11.10.10 CONFIDENTIALITY

Test results will be reported and maintained on a confidential basis, except when disclosure is necessary to respond to a challenge regarding the validity of the result, per government regulation or necessary for responding to individual employee situations.

FRONTIER AIRLINES (R. BRIGHAM) - 0000364



## DEPENDABILITY

It is essential for any organization to have employees in their workstations at their expected times for the orderly operation of their business and Frontier is no exception. We understand employees are absent on occasion or are late to work for reasons beyond their control. For that reason, tracking attendance, absences or tardiness, is not intended to reflect negatively on any employee, but to treat everyone fairly and impartially.

You are expected to return to active status after any absence or leave as soon as you are capable of resuming your job duties. You should personally contact your supervisor through local reporting procedures. If your supervisor is unavailable, you should contact the next level of management available. Flight crewmembers should contact Crew Scheduling.

Frontier recognizes that some reasons for absence are appropriately excluded from being counted towards corrective action. Absences for approved leaves shall not be counted, provided proper documentation is produced and approved in advance of the event, or if unforeseeable, within the required time frame after the event.

Absences or tardiness due to previous overtime, road trips, scheduled training classes, weather conditions or individual (such as a recognized disability-related situation) or facility/business conditions will be handled on an individual basis as approved by the manager of the department.

Attendance records are not part of an employee's personnel record unless disciplinary action is necessary. The actual attendance record will be maintained by each employee's immediate supervisor/manager.

The policies stated in this section supersede and replace all prior conduct and disciplinary policies and procedures. If a policy in this section conflicts with a provision of a collective bargaining agreement or the department's handbook, the provisions in the collective bargaining agreement or the department's handbook will be followed.

Anyone that calls in sick prior to a vacation or holiday, has a pattern of absence during specific days of the week, has a pattern of absence as soon as an occurrence has dropped off, takes days off under the guise of illness or not receiving an approved vacation then calling in sick may be subject to corrective action, up to and including separation from Frontier.

FRONTIER AIRLINES (R. BRIGHAM) - 0000365



### 12.05.0.1 Occurrences of Absenteeism/Tardiness for Non Crew

The focus of this program shall be frequency of "occurrences" of absenteeism/tardiness based on a cumulative occurrence system. An occurrence shall be a continuous absence from scheduled duty or reporting late to work or failing to complete a scheduled shift. Occurrences of absenteeism/tardiness will vary in duration according to the nature of the event, and may range from 6 minutes (tardiness) to several weeks or more for a single event within a rolling twelve-month period. (Example: Reporting late more than 2 hours for a scheduled duty shift or an entire day's absence for a cold is one occurrence. Three consecutive day's absence due to having the flu shall be one occurrence or event.) If an absence is expected to last more than one week for a single event, the employee must apply for an approved leave. If a leave is not approved, each day the employee is absent beyond the first week will count as an additional occurrence.

Occurrences for absenteeism/tardiness shall occur and accumulate, beginning at 0 resulting in termination at 8, within an active rolling twelve-month period. Occurrences will be issued as follows:

**A. Tardiness/Lateness = 1/2 Occurrence**

An employee reports 6 minutes late but less than 2 hours late for a scheduled duty shift or fails to complete the scheduled shift.

**B. Absenteeism/Sick Call = 1 Occurrence**
- An employee is absent from scheduled work (more than 2 hours) or scheduled duty shift.
- Employee fails to return to work from vacation or leave on the day and time set for return.
- An employee who shows up more than 2 hours late may be subject to being sent home without pay for any time not worked.

**C. No Call/No Show = 2 Occurrences**

An employee fails to report an absence prior to the scheduled start of their shift or return to work from vacation or leave on the day and time set for return. Two (2) consecutive days without authorization or no call/no show notification to management will be considered a voluntary termination. The only exception for an employee unable to "no call/no show" is if they are personally hospitalized or otherwise unable to call due to unusual circumstances that are beyond the control of the employee. Two (2) NCNS within 12 months will, regardless of occurrence total, be grounds for termination.

FRONTIER AIRLINES (R. BRIGHAM) - 0000366



### 12.05.0.2   Occurrences of Absenteeism/Tardiness for Flight Attendants

The focus of this program shall be frequency of "occurrences" of absenteeism/tardiness based on a cumulative occurrence system. An occurrence shall be a continuous absence from scheduled duty or reporting late to work or failing to complete a scheduled shift. (Example: Reporting late more than 2 hours for a scheduled duty shift or an entire day's absence for a cold is one occurrence. Three consecutive day's absence due to having the flu shall be one occurrence or event). If an absence is expected to last more than one week for a single event, the employee must apply for an approved leave. If a leave is not approved, each day the employee is absent beyond the first week will count as an additional occurrence.

Occurrences shall occur and accumulate within an active rolling twelve-month period, beginning at 0 and resulting in termination at 8, within an active rolling twelve-month period. Occurrences will be issued as follows:

- **Tardiness/Lateness = 1/2 Occurrence**

  An employee reports less than 2 hours late for a scheduled duty shift or fails to complete the scheduled shift.

- **Absenteeism/Sick Call = 1 Occurrence**
    - An employee is absent from scheduled work (more than 2 hours) or scheduled duty shift.
    - Employee fails to return to work from vacation or leave on the day and time set for return.
    - An employee who shows up more than 2 hours late may be subject to being sent home without pay for any time not worked.

- **No Call/No Show = 2 Occurrences**

  An employee fails to report an absence prior to the scheduled start of their shift or return to work from vacation or leave on the day and time set for return. Two (2) consecutive days without authorization or no call/no show notification to management will be considered a voluntary termination. The only exception for an employee unable to "no call/no show" is if they are personally hospitalized or otherwise unable to call due to unusual circumstances that are beyond the control of the employee. Two (2) NCNS within 12 months will, regardless of occurrence total, be grounds for termination.

FRONTIER AIRLINES (R. BRIGHAM) - 0000367



### 12.05.0.3  Progressive Policy

Corrective action is progressive in nature, but may be implemented or accelerated at any step, including termination, depending upon the severity of the situation and prior discipline for performance. Example: In the case of a no call/no show and an employee's failure to properly notify their supervisor/manager of absence pursuant to this policy for a period of two or more days, termination will be warranted on the first offense or considered voluntary separation of employment. Any step of corrective action may be issued without issuing the prior corrective action warnings if the employee accumulates the applicable number of occurrences.

| Time Period | Within Previous 12 Months | | | |
|---|---|---|---|---|
| Number of Occurrences | 4 | 6 | 7 | 8 |
| Type of Corrective Action | Verbal | Written | Final Suspension | Termination |

### 12.05.0.4  Corrective Actions for Excessive Dependability Occurrences

#### Step 1 - Verbal Warning

After the accumulation of 4 Dependability Occurrences within an active rolling twelve-month period, the employee will be notified by their supervisor/manager that their Dependability is a problem that needs their attention. During this discussion, the supervisor/manager will review the Dependability policy with the employee and ensure that the employee: 1) has a copy of the policy; 2) understands the policy, and: 3) the employee understands the corrective steps that will be taken if there are continued problems with Dependability. The employee is to sign that they have received a copy of the Attendance Policy. This First Warning and signature of receipt of this policy will be forwarded to the Human Resources Department and placed in the employee's personnel file.

#### Step 2 - Written Warning

After accumulating 6 Dependability Occurrences of tardiness/absence within an active rolling twelve month period, the employee will be given a Warning Letter to inform the employee that their Dependability is unacceptable and must improve. The letter will describe corrective actions that may be taken, up to and including termination if poor Dependability continues. This Warning Letter will be placed in the employee's personnel file.

FRONTIER AIRLINES (R. BRIGHAM) - 0000368



### Step 3 - Final Warning/Suspension

If an employee accumulates 7 Dependability Occurrences in an active rolling twelve-month period, the employee will be issued a Final Warning Letter that their Dependability is unacceptable and that they will receive a three day unpaid suspension from work. The timing of the suspension will determined by the manager and Human Resources and based on operational needs. The employee will be informed that this is the final warning before termination. This Final Warning Letter will be placed in the employee's personnel file.

### Step 4 - Discharge or Termination

If the employee accumulates 8 Dependability Occurrences within a rolling twelve-month period, the employee will be subject to termination of employment with Frontier.

### 12.05.0.5   Notification

Employees (not spouses, relatives or others, except in unusual circumstances) must personally contact their immediate supervisor or their supervisor's manager through local reporting procedures (Crews should contact Crew Scheduling) prior to the beginning of their scheduled shift if it will be necessary for the employee to be absent or late to work. If the employee knows in advance that they will be absent, notification should be made as far in advance as possible.

### 12.05.0.6   Management Guidelines

Corrective actions should be administered by the employee's direct supervisor/manager within five (5) working days after the employee returns to work, unless unusual circumstance or other business demands prevail. Any level of discipline shall be reviewed and approved by the supervisor's manager prior to communications with the employee.

Management and Human Resources have the discretion to suspend an employee (with or without pay) pending an investigation before termination.

*NOTE:  The appropriate Vice President of the Department must approve all terminations prior to informing the employee by any supervisor or manager. The Senior Director, Human Resources should also be notified in advance of any termination.*

FRONTIER AIRLINES (R. BRIGHAM) - 0000369



### 12.05.0.7   Attendance Awards/Point Deductions

In an effort to recognize employees who achieve perfect attendance for a sustained period of time and to allow more flexibility, all regularly scheduled, non-salaried employees are eligible to receive the following attendance awards:

### Three Months - Rolling Calendar (Begins at last attendance occurrence)

Perfect Attendance is defined as no attendance occurrences (tardy, absence, NCNS, etc.) other than approved vacations. Absence from work due to any type of approved leave of absence (LOA) will be counted as an attendance occurrence when determining Perfect Attendance.

After a block of 3 consecutive months of Perfect Attendance, an employee will earn back ½ occurrence; this ½ occurrence will be credited to their total. The employee may accumulate up to -2 (negative 2) occurrences. At no time can an employee's occurrence total ("occurrence bank") be lower than -2 (negative 2). If an employee is at -2 occurrences and becomes eligible to receive a Perfect Attendance award, no occurrences will be earned back (credited to their bank).

After receiving a Perfect Attendance award for 3 months of Perfect Attendance, an employee cannot earn additional occurrence credits under this provision until they have completed an additional 3 months of Perfect Attendance. For example, if an employee had no occurrences from March 1 through May 31, the employee would earn back ½ occurrence. In order to earn an additional ½ occurrence credit, the employee must then have Perfect Attendance from June 1 through August 31.

Perfect Attendance credits will be redeemed to cover future occurrences. Credits redeemed for an occurrence will not be added back to the point total when the occurrence rolls off.

### Six Months

In addition to any earned Occurrence bank credits, each full-time employee who attains a consecutive six-month period of perfect attendance will be entitled to 4 hours of paid time off for each such period. An additional 4 hours will be awarded for each 12 consecutive months of perfect attendance. If an employee has perfect attendance for a rolling 12-month period, the employee would receive 4 hours of paid time off for the first six month period, 4 hours of paid time off for the second six month period, and 4 hours of paid time off for the rolling 12-month period, for a maximum attendance award of 12 hours.

FRONTIER AIRLINES (R. BRIGHAM) - 0000370



Each part-time employee who attains a consecutive six-month period of perfect attendance will be entitled to 3 hours of paid time off for each such period. An additional 3 hours will be awarded for each rolling 12-month period of perfect attendance. If a part-time employee has perfect attendance for a rolling 12-month period, the employee would receive 3 hours of paid time off for the first six month period, 3 hours of paid time off for the second six month period, and 3 hours of paid time off for the rolling 12-month period, for a maximum attendance award of 9 hours.

### Flight Attendants

Full-time Flight Attendants achieving perfect attendance for a period of 6 consecutive months will be entitled to an award equal to 2 hours of pay for each 6-month period. An additional 2 hours will be awarded for perfect attendance over a rolling 12-month period. The maximum attendance award per 12-month period shall be 6 hours for full-time Flight Attendants.

Part-time or job share Flight Attendants achieving perfect attendance for a period of 6 consecutive months will be entitled to 1 hour of pay for each 6-month period. An additional 1 hour will be awarded for perfect attendance over a rolling 12-month period. The maximum attendance award per 12-month period shall be 3 hours for part-time and job share Flight Attendants.

FRONTIER AIRLINES (R. BRIGHAM) - 0000371



## 12.05.1  GENERAL GUIDELINES

### 12.05.1.1  Probationary Employees

Newly hired employees at 9 or less months of employment may be terminated at any level of the corrective action process unless otherwise covered under a collective bargaining agreement.

### 12.05.1.2  Transfers/Promotions

**Corrective Action - Time Period**

Any corrective action administered under the Dependability policy will remain in effect for an active twelve-month period from the date of the warning at the level it was issued, even if the employee's Dependability Occurrences fall below the most recent disciplinary level. At the end of the twelve month period, the corrective action will no longer be effective, provided no other warnings have occurred. Example: A written warning for absence given on May 1 will no longer be effective on May 1 of the following year. Second example: If a final written warning was given for attendance on July 12, while the first written warning was still in effect (from May 1), the final written warning will remain in effect until twelve months have passed from the date it was issued (July 12), provided no other warnings have occurred. Regardless of the number and type of warning letters currently in effect, when 8 Occurrences are accumulated in a 12 month period, the employee will be subject to discharge or termination. The corrective action will remain in the employee's file.

### 12.05.1.3  Effect of Disciplinary Actions on Leaves of Absences

Any employee with a corrective action who is absent on any type of leave of absence in excess of thirty (30) days (example: Military, Medical, Personal, Workers' Comp, FMLA, STD, etc.) will have his/her corrective action effective period (rolling 12 month period) extended by the duration of their leave of absence.

### 12.05.1.4  Effect of Disciplinary Actions/Suspensions on Retiree Flight Benefits

Any employee who has been given notice of a hearing or suspension which could lead to employment termination will not be eligible for retiree flight benefits as outlined in the Travel Handbook.

FRONTIER AIRLINES (R. BRIGHAM) - 0000372



### 12.05.1.5  Doctor's Statement(s)/Other Documentation

For absences affecting three or more workdays, a Doctor's statement(s) may be required. It is the employee's responsibility to provide Doctor's statement(s) or ensure statements are sent to their supervisor in a timely manner. It is not the responsibility of the supervisor or Frontier to follow up for the employee when the employee returns to work. In addition, the employee's manager may require a Doctor's statement(s) or other supporting documentation from other individuals or sources, for any Dependability Occurrences.

All Doctor's statement(s) submitted must include the names of treating physician(s), relevant dates/times under their care, and when the employee may return to work. A doctor's note does not excuse an employee's requirement to apply for a leave of absence (reference 08.05); a doctor's note only consolidates absences after the first week. An employee must apply for a leave of absence for one week (as defined by the employee's work schedule).

### 12.05.1.6  Status To Return - Company's Right

Frontier reserves the right to send an employee to a Doctor of its choosing, at Frontier's expense, to assist Frontier in determining an employee's ability to report, return or remain at work. Failure by an employee to cooperate in this matter could be subject to corrective action up to and including termination.

### 12.05.1.7  Falsified Claims

An employee who is found to have falsified a sick claim, failed to return from sick leave or a leave of absence as soon as physically able to do so or who is found to have incurred an event of absenteeism for a reason that was not beyond the control of the employee could be subject to corrective action up to and including termination.

FRONTIER AIRLINES (R. BRIGHAM) - 0000373

Case No. 1:19-cv-03417-WJM-STV    Document 38-4    filed 11/17/20    USDC Colorado    pg 58 of 81


Page Intentionally
Left Blank

FRONTIER AIRLINES (R. BRIGHAM) - 0000374



## CORRECTIVE ACTION

### 13.05.1  INTRODUCTION

Corrective action will be administered if an employee does not exhibit behaviors conducive to expectations explained in this manual. Violations of conduct, safety, other general rules, operating procedures and/or regulations will subject you to corrective actions up to and including separation from Frontier.

Any level of corrective action shall be reviewed and approved by the direct supervisor's manager before meeting with an employee. It is also recommended that a supervisor or manager consult with Human Resources to ensure corrective action is administered with regard to appropriate laws, regulations and/or policies.

In general, the following steps will be taken in any corrective proceeding and the process will generally be progressive in nature. However, in the case of flagrant, serious or continuous violations, at the discretion of Frontier, corrective action may begin at any of the levels listed below or may lead to termination of employment. For further information concerning the Appeal Process regarding corrective actions, see13.05.3 below.

**Step 1:**
A Documented Verbal Warning is the first step in corrective action. The supervisor and employee should discuss the issue clearly and set expectations going forward. The supervisor should log the discussion for future reference. If the behavior or situation continues or if other violations occur the next step will be administered.

**Step 2:**
A Written Warning will be issued. The supervisor should meet with the employee to further discuss the continued behavior and explain the severity of the written warning. If the behavior or situation continues or if other violations occur the next step will be administered.

FRONTIER AIRLINES (R. BRIGHAM) - 0000375



### Step 3:
A Final Warning/Suspension will be given. This may include a three day suspension from work without pay based on operational need. The supervisor should meet with the employee to discuss the situation.

### Step 4:
Discharge or Termination is the final step. If a situation or violation(s) has not been corrected or continues to occur, at the supervisor's discretion, the employee may be suspended (with or without pay) pending discharge review.

## 13.05.2   GENERAL GUIDELINES

### 13.05.2.1   Corrective Action Letter to Employee

#### (PCR - Performance Counseling Record)
During the corrective action discussion, the supervisor and employee should review the Corrective Action policy to ensure the employee knows the steps of the process. A copy of the PCR will also be provided to the employee and the employee will be encouraged to sign it. All original letters and PCRs and signature of receipt of this policy will be forwarded to the Human Resources Department (HR). HR will place the documents in the employee's Personnel File.

#### Corrective Action - Five Working Days
Corrective actions should be administered within five (5) working days (or sooner) after the violation or conduct, or when the employee returns to work, by the direct supervisor, unless unusual circumstance or other business demands exist. The supervisor and Human Resources has the discretion to suspend an employee (with or without pay) pending investigation prior to termination.

#### Corrective Action - Accelerated
The corrective action process is progressive in nature but may be implemented or accelerated at any step depending upon the severity of the situation. For example, if an employee does not call or show for his/ her shift (no call - no show) for a period of two or more days, separation will be considered voluntary.

FRONTIER AIRLINES (R. BRIGHAM) - 0000376



### 13.05.2.2   Effect of Disciplinary Actions on Transfers/Promotions

Employees on a final written warning level of discipline will not be eligible for Employee initiated transfers or promotions within a twelve month period from the date of the final warning unless otherwise covered under a collective bargaining agreement, the department's handbook or Frontier determines, at its discretion, that an exception should be made due to current business needs.

### 13.05.2.3   Effect of Disciplinary Actions on Probationary Employees

Newly hired or probationary Employees at 9 or less months of employment may be terminated at any level during the disciplinary action process unless otherwise covered under a collective bargaining agreement or the department's handbook.

### 13.05.2.4   Disciplinary Action - Time Period

Any level of disciplinary action dispensed will remain in effect for a twelve-month period from the date of the warning at the level it was administered. At the end of the twelve month period, the disciplinary action will no longer be effective provided no other warnings have occurred.

> **Example:**   A first written warning for absence given on May 1 will no longer be effective on May 1 of the following year.

> **Example:**   If a second written warning was given for performance on July 12 of the same year, the second written warning will remain in effect until twelve months have passed from the date it was issued (or until July 12 of the following year) at the level it was issued. At the end of this twelve month period, the disciplinary action would no longer be in effect provided no other warnings have occurred. Disciplinary actions will remain in the Employee's file, even when they are no longer in effect, and Frontier may consider the conduct that led to the performance warning when determining the level of discipline to issue for similar conduct in the future. For some Employees covered under a collective bargaining agreement the disciplinary action may no longer be effective unless otherwise required for compliance regarding the Pilot Record Improvement Act (PRIA).

## 13.05.3   APPEAL PROCESS

In the course of your employment with Frontier, a situation may arise where you question the applicability of a Company policy or practice with

FRONTIER AIRLINES (R. BRIGHAM) - 0000377



**EMPLOYEE HANDBOOK**                                                    **13.05  Pg. 4**

respect to corrective action that has been taken against you. Our aim is to ensure that all employees are treated fairly and in accordance with Frontier policies and procedures.

As an employee, you have a right to present your appeal without fear of reprisal of any sort. An employee must complete the probationary period in order to utilize the appeal process. Appeals of discipline are allowable only at the written warning level or above. Any time period stated in this policy does not include weekends or holidays. Frontier believes that it is in the best interest of all parties to resolve any concerns in a prompt and fair fashion. Accordingly, the following procedure has been established to provide Frontier and the employee an avenue to address his/her concerns regarding disciplinary actions at the written warning level or above:

**13.05.3.1**

Any employee with a concern should first discuss the matter with their manager in an effort to resolve the problem before initiating the appeal process.

If the matter is not resolved the employee should submit a written statement to Human Resources, F9HRCommunications@FlyFrontier.com, within five (5) business days from the date of the cause of the appeal. Failure to make the submission within this time period will result in a waiver of appeal rights. The written statement must identify the basis for the appeal request and contain the full detailed complaint, including specific events, dates, names of parties involved, witnesses, policy that was violated, etc.

Human Resources will facilitate a telephonic hearing, which will be heard by the next level manager or appropriate designee not intimately involved in the decision that is being appealed.

An employee may ask another employee who is in good standing to join the telephonic hearing. This supporting employee can listen, but may not participate unless asked to do so by the Company representatives. Confidential hearing details should not be discussed outside of the hearing.

A decision will be communicated to the employee as soon as possible following the hearing. If an employee does not receive the decision within fourteen (14) calendar days they can contact the Human Resources representative who facilitated the appeal to inquire about the status. This decision is final and binding.



### 13.05.3.2  Actions Not Appealable

The following actions are not appealable:

- Any disciplinary action, regardless of nature, that does not result in a Written Warning level of discipline or above;
- Actions caused by a reduction in workforce;
- Actions affecting an employee who is employed on a temporary basis or an employee who is in training;
- Non-selection for promotion when the sole basis for the appeal is the allegation by the employee that they are better qualified than the candidate selected for the position;
- Rate of pay;
- Performance evaluations;
- Company or employee benefits;
- Bonuses or profit sharing, or lack thereof;
- Work schedules; or
- Group appeals.

Disciplinary action resulting from gross misconduct or from violations of the Dependability Policy is also not eligible for appeal. In these situations, Human Resources will perform a secondary review of the disciplinary action to ensure consistency with established policy.

All employees covered by the appeal process have the right to present their complaint or appeal free from fear of reprisal, interference or discrimination. Any violation of this right will subject the violator to corrective action and should be reported to Human Resources.

FRONTIER AIRLINES (R. BRIGHAM) - 0000379



Page Intentionally
Left Blank

FRONTIER AIRLINES (R. BRIGHAM) - 0000380



## ANTI-CORRUPTION COMPLIANCE POLICY

This policy outlines Frontier's expectations of its employees who conduct company business with foreign customers, contractors, government officials, commercial partners or any other individuals covered by the Foreign Corrupt Practices Act ("FCPA") or any other applicable anti-corruption laws. Frontier's policy is to fully comply with the letter and spirit of the FCPA and all other anti-corruption laws to which it may be subject.

Specifically, it is Frontier's policy that Frontier personnel and third parties acting on its behalf shall not corruptly pay, offer, promise or authorize, or take, solicit or accept for his or her personal benefit, any bribe, kickback illicit payment or advantage, in money or in any kind, to or from any foreign official or to or from any other person or entity, including any representative of any actual or potential customer, partner or other counterparty. This policy applies to prohibit corrupt offers or payments to government personnel and private parties inside or outside the United States. In addition, this policy prohibits Frontier personnel from soliciting or receiving any bribe, kickback or other corrupt inducement.

### 14.05.1  THE FCPA'S GENERAL PROHIBITION AGAINST CORRUPT PAYMENTS

The FCPA makes it an offense to corruptly pay, offer to pay, promise, authorize the payment of or give anything of value, directly or indirectly, to a foreign official, a foreign political party (or official thereof) or candidate for foreign office for the purpose of: (1) influencing any official act or decision; (2) inducing those officials, parties or candidates to do or omit to do any act in violation of a lawful duty; (3) securing any improper business advantage; or (4) obtaining or retaining business for or with, or otherwise directing business to any person or entity.

Criminal penalties for violating the FCPA are quite severe. A corporation may be fined as much as $2,000,000 per violation, and criminal penalties regularly exceed $10,000,000. Individuals who violate the FCPA may be fined as much as $250,000 and imprisoned for up to five (5) years or more. In addition, corporations and individuals can be fined up to $10,000 for each civil violation of the FCPA's anti-bribery provision. Frontier is not permitted to reimburse any individual against whom a fine is imposed.

FRONTIER AIRLINES (R. BRIGHAM) - 0000381



**EMPLOYEE HANDBOOK**                                    **14.05  Pg. 2**

### 14.05.1.1  Anything of Value

The corrupt payment under the law and this policy is not limited to money. Payment includes "anything of value" including non-monetary gifts, free trips and other forms of non-cash favors. Consummation of an improper payment is not required - meaning, a corrupt offer violates the FCPA and this policy. Any offer or payment - regardless of value - that is intended to corruptly influence someone violate the law and this policy.

### 14.05.1.2  Foreign Official

The categories of "Foreign Officials" who are covered by the FCPA and this policy are very broad. A Foreign Official includes:

- any official, officer, employee or representative of any federal, state, provincial, county or municipal government, or government agency or department, outside the United States;
- any official, officer, employee or representative of any commercial enterprise that is owned or controlled by any non-U.S. government (for example, a state-owned airline or state-owned utility); and
- any official, officer, employee or representative of any public international organization, such as the International Monetary Fund, the European Union or the World Bank.

In addition to Foreign Officials, the FCPA also prohibits corrupt payments to any non-U.S. political party, party official or candidates for non-U.S. political office (collectively, "Other Covered Parties").

### 14.05.1.3  To Obtain or Retain Business of To Gain Any Other Business Advantage

"To obtain business or any advantage" is also very broad and additionally includes any kind of favor or preferential treatment. The FCPA and this policy prohibit corrupt payments in any circumstance, including, without limitation:

- corrupt payments made to obtain approval of licenses or permits, to circumvent the approval process for licenses or permits or to avoid or reduce the cost of obtaining licenses or permits;
- corrupt payments made to avoid or reduce any airport, overfly or other fees, rate, taxes or charges;
- corrupt payments made to secure favorable business treatment, for instance, favorable treatment at airports, market access or other advantageous commercial benefit;

FRONTIER AIRLINES (R. BRIGHAM) - 0000382

**FRONTIER**

- corrupt payments made to induce a public official to use his influence to assist in obtaining or retaining business or directing business to any person; and
- corrupt payments made to secure any other advantage.

## 14.05.2   OTHER ANTI-CORRUPTION LAWS

In addition to the FCPA, it is Frontier's policy that all personnel must comply with other applicable anti-corruption laws of the United States and other countries where we do business, which make it illegal to offer or pay bribes, kickbacks or other corrupt inducements to employees or representatives of wholly private enterprises. For this reason, this policy prohibits making these kinds of corrupt payments to any person, including employees or representatives of private companies.

Frontier personnel also are strictly prohibited from accepting, soliciting or receiving corrupt payments.

In addition, while the FCPA is focused on corrupt payments to Foreign Officials, Frontier personnel also are required to comply with other U.S. federal and state laws that may prohibit making corrupt payments to U.S. federal, state and local officials or in purely commercial transactions.

## 14.05.3   RELATIONSHIPS WITH THIRD PARTIES

The FCPA prohibits both direct and indirect payments. Thus, a company and its agents or representatives will be liable under the law even if they attempt to "funnel" a payment indirectly to a public official by using a third party as the conduit. As a result, a company can face FCPA liability based on improper payments made by its agents, consultants, joint venture partners or other business partners. Thus, it is Frontier's policy never to use any third party to make corrupt payments, directly or indirectly, to Foreign Officials, Other Covered Parties or any other person.

Frontier will conduct reasonable due diligence prior to engaging a third party and will include in new contractual agreements with third parties anti-corruption provisions specifically designed to mitigate against the risk of potential bribes or other illicit payments. Frontier will monitor its existing relationships with third parties and will be aware of "Red Flags," or signs that a third party may be involved in corrupt activities. See Exhibit 1 ("Examples of Third Party Red Flags").

FRONTIER AIRLINES (R. BRIGHAM) - 0000383



**EMPLOYEE HANDBOOK** 14.05 Pg. 4

## 14.05.4   RECORD KEEPING REQUIREMENTS

It is Frontier's policy that personnel maintain the Company's books, records and accounts in reasonable detail, accurately and such that they fairly reflect all transactions and dispositions of assets. Frontier prohibits the mischaracterization or omission of any transaction on the Company's books or any failure to maintain proper accounting controls that result in such a mischaracterization or omission. No undisclosed or unrecorded funds, assets or liabilities should be established for any purpose.

## 14.05.5   EMPLOYEE RESPONSIBILITY

There are severe consequences of violating any laws governing anti-corruption. The consequences of failing to comply with the FCPA or other anti-corruption laws can result in civil and/or criminal fines against the Company and can subject the employee to prosecution, criminal fines, and imprisonment, as well as disciplinary action by the Company, up to and including, termination.

All team members are expected to conduct the Company's business with integrity and a manner that complies with the FCPA and other anti-corruption laws. If at any time any team member has a question about anti-corruption law and how it may apply to our business, he or she should consult with his or her supervisor or Frontier's Chief Accounting Officer & Vice President, Treasury at Holly.Nelson@flyfrontier.com and (720) 374-4297.

All conduct with outside parties should be in a strictly professional, business-like manner to avoid any potential or actual violation of the FCPA or other anti-corruption laws.

Each Frontier team member is expected to report any: (1) potential violations of this policy or any applicable anti-corruption law, including the FCPA; (2) solicitation or request for a bribe or illicit payment from any Foreign Official or any other person; or (3) discussion of a bribe or potential illicit payment or solicitation with any third party, to their immediate supervisor or Holly Nelson, Frontier Chief Accounting Officer & Vice President, Treasury. Supervisors who receive such reports should promptly notify Ms. Nelson, who shall coordinate appropriate action. It is Frontier's policy that personnel never will be subjected to any retribution for good-faith reports under this policy.

FRONTIER AIRLINES (R. BRIGHAM) - 0000384



### 14.05.5.1   Education and Guidance

This Policy only summarizes the FCPA and other anti-corruption laws.

Frontier will provide education and training on this policy, the FCPA and other anti-corruption laws to senior management and other appropriate Frontier personnel likely to have contact with Foreign Officials or Other Covered Parties on Frontier's behalf. These personnel will annually certify their compliance with this policy. See Exhibit 2 ("Certification under The Foreign Corrupt Practices Act and Other Applicable Anti-Corruption Laws").

## 14.05.6   FURTHER INFORMATION

Any questions about this policy or compliance with the FCPA or other anti-corruption laws should be directed to Frontier's Chief Accounting Officer & Vice President, Treasury.

<u>Exhibit 1 - Examples of Third Party Red Flags</u>

The following are examples of "Red Flags," namely circumstances where anti-corruption risk is higher or signs that a Third Party may potentially be involved in corrupt activities. This list is not exhaustive. Personnel should report to the Chief Accounting Officer & Vice President, Treasury any circumstances that suggest improper payments or illegal activity.

- The Third Party, or a director, officer or employee of the Third Party (if a company), is a Foreign Official or Other Covered Party, or an immediate family member of a Foreign Official or Other Covered Party;
- The Third Party is owned in whole or in part, or controlled, by a government, Foreign Official or immediate family member of a Foreign Official;
- A Foreign Official recommended that the Company use the Third Party;
- The Third Party lacks experience with the product or industry, or lacks qualified staff or adequate facilities for the contemplated tasks;
- The Third Party refuses to cooperate with reasonable anti-corruption diligence requests or provides false information in response to diligence requests;

**FRONTIER AIRLINES (R. BRIGHAM) - 0000385**

**FRONTIER**

- The Third Party has a reputation for impropriety, unethical or illegal conduct, or corruption; has been the subject of allegations or investigations related to integrity; or is new to the business such that its reputation cannot be verified;
- The Third Party insists on sole control of government interactions or restricts Company access;
- The Third Party refuses to enter into a written contract or agreement without legitimate commercial justification;
- The Third Party requests an unreasonably high margin, fee, commission or compensation; seeks reimbursement for unusually high expenses; or seeks other unusual payment arrangements;
- The Third Party requests payment up-front without legitimate commercial justification;
- The Third Party requests payments to third countries (i.e., where the payee is not located) or third parties;
- The Third Party requests payments in cash or bearer instruments;
- Payments are allowed or made outside the scope of or not in accordance with the agreement;
- The Third Party requests advance of funds without a documented and legitimate basis for funds;
- The Third Party seeks reimbursement of any expenses without proper documentation;
- Reimbursement is requested or made for expenses incurred by, or for, a Foreign Official or Other Covered Party;
- Any payments are made to a Foreign Official or Other Covered Party not in accordance with the Company's policies and procedures;
- The Third Party seeks reimbursements of costs that are unrelated to a business purpose;
- The Third Party refuses to cooperate with reasonable requests to facilitate any investigation of allegations of misconduct related to the agreement; or
- The Third Party refuses to make certifications of compliance with the FCPA or other applicable anti-corruption laws or places unreasonable limits on such certifications.

FRONTIER AIRLINES (R. BRIGHAM) - 0000386



### Exhibit 2 - Certification under The Foreign Corrupt Practices Act and Other Applicable Anti-Corruption Laws

The undersigned, being an employee or agent of Frontier Airlines, Inc. ("Frontier") a Colorado corporation (the "Company"), for purposes of insuring the Company's compliance with the provisions of The Foreign Corrupt Practices Act of 1977, as amended (the "FCPA") and other applicable anti-corruption laws, does hereby certify as follows:

1. I have read the Frontier Anti-Corruption Compliance Policy ("Policy") and have not violated the Policy.

2. I have not offered, made a gift, paid, transferred or promised, nor do I have any knowledge of any offer, gift, payment, transfer, or promise by any officer, director, employee, consultant or independent contractor retained by the Company, to any officer or employee of, or any person acting in an official capacity on behalf of, a foreign or U.S. government or any department, agency, or instrumentality thereof for the purpose of:
   a. inducing the recipient to affect the enactment, promulgation or passage of legislation or regulations;
   b. inducing the recipient to perform or refrain from performing any official responsibilities for the benefit of the Company;
   c. inducing the recipient to direct business opportunities to the Company; or
   d. inducing the recipient to divert business opportunities to the Company.

3. I have not engaged in, nor do I have any knowledge of others engaging in, any:
   a. tampering or falsification of the Company's business or accounting records for the purpose of disguising any activities referenced above;
   b. payment of unreasonably high compensation to consultants hired to assist the Company with operations or contractual negotiations in any foreign countries;
   c. bribes, kickbacks or other corrupt or illicit payments made on the Company's behalf to any person, including representatives or employees of private companies;
   d. solicitation or acceptance of any bribe, kickback or other corrupt payment from any person in violation of applicable law.

FRONTIER AIRLINES (R. BRIGHAM) - 0000387

**FRONTIER**

EMPLOYEE HANDBOOK                                        **14.05  Pg. 8**

4. To my knowledge, the Company is in compliance with the national and local laws applicable to the Company in each foreign jurisdiction in which it conducts business.

5. I will comply with the Policy in the future in relation to my employment with Frontier.

6. I am not a Foreign Official or Other Covered Party (as defined in the Policy).

7. If subsequent developments cause this Certification to no longer be accurate, I will immediately advise the Chief Accounting Officer & Vice President, Treasury of such change in circumstances.

IN WITNESS WHEREOF, I have signed this Certificate on this ___ day of _____, 2013.

_____

Signature

_____

Name

_____

Title

FRONTIER AIRLINES (R. BRIGHAM) - 0000388



## PROCUREMENT POLICY

### 15.05.1  INTRODUCTION

The purpose of this policy is to ensure that goods and services purchased by the Company are obtained in a cost effective manner and in compliance with federal regulations.

### 15.05.2  SCOPE

This policy applies to any employees authorized to initiate and/or approve purchases on behalf of the Company.

### 15.05.3  OVERVIEW

The Company requires buyers to perform some measure of cost/price analysis when making purchases or engaging third party vendors. Buyers shall avoid purchasing unnecessary items. All vendor bids and quotations must be evaluated on the basis of product quality, technical compliance with specifications, total cost, and the vendor's acceptance of the Company's terms and conditions

Before beginning vendor selection, buyers must be sure that they have a clear and accurate description of the requirements for the material, product, or service being acquired so that a fair and equitable comparison of the price and/or cost can be made. Whenever possible, three price quotes should be obtained for all goods and services.

### 15.05.4  CODE OF CONDUCT

All employees and representatives of the Company are expected to conduct themselves in a professional and ethical manner, maintaining high standards of integrity and the use of good judgment.

- Employees are expected to be principled in their business interactions.

FRONTIER AIRLINES (R. BRIGHAM) - 0000389



**EMPLOYEE HANDBOOK**                                    **15.05  Pg. 2**

- No employee, officer, director, or agent of the Company shall participate in the selection or award of a bid or contract if a conflict of interest is real or apparent to a reasonable person. Conflicts of interest may arise when any employee, officer, director, or agent of the Company has a financial, family or any other beneficial interest in the vendor firm selected or considered for an award.

- No employee, officer, director, or agent of the Company shall do business with, award contract to, or show favoritism toward a member of his/her immediate family, spouse's family or to any company, vendor or concern who either employs or has any relationship with a family member.

- No employee, officer, director, or agent of the Company shall discriminate against minority and/or women-owned businesses in the procurement of goods, supplies and services.

- Procurement awards will be reviewed annually to assure compliance with this policy.

FRONTIER AIRLINES (R. BRIGHAM) - 0000390



## RECORDS RETENTION AND DESTRUCTION POLICY

## 16.05.1  INTRODUCTION

Frontier Airlines, Inc. (the "Company") has implemented the following Records Retention Policy (the "Policy") to ensure the efficient and lawful management of records that are created or maintained by or on behalf of the Company, whether paper or electronic ("Records"). This Policy applies to all Company employees or individuals working on behalf of the Company.

## 16.05.2  SCOPE

Federal and state law requires certain Records to be retained for specific periods of time. This Policy is intended to provide clear guidance to help ensure that our Records are managed in an efficient and lawful manner. Company employees must follow the directives set forth in this Policy, including the retention of Records set forth in Document Retention Schedule (Section VI), so that the Company complies with federal, state and local Record management laws. The early destruction of Records required to be retained under local, state or federal law can result in civil or criminal penalties for individual employees and the Company. Failure to comply with this Policy may also result in an employment action, including suspension or termination.

## 16.05.3  OVERVIEW

### 16.05.3.1  Responsibility for Records

The responsibility over each Record rests with the individual or department that has access to and decision-making authority over that Record.

FRONTIER AIRLINES (R. BRIGHAM) - 0000391



### 16.05.3.2   Records Retention Administration

**Legal Department**
The Company's Legal Department shall be responsible for the drafting, revision and final interpretation of the Policy and shall update executive management on all compliance matters related thereto. It shall also serve as the initial point of contact for Company employees regarding the proper treatment of Records. In difficult or close cases, the General Counsel will be consulted for a final determination as to the appropriate retention period.

**Records Retention Committee**
Implementation and enforcement of the Policy shall be managed by the Records Retention Committee (the "Committee"). The Committee shall include the General Counsel (Chair), VP, Human Resources, Chief Accounting Officer, and VP, CIO. The Committee shall meet as frequently as necessary to maintain this Policy, but at least once per year.

### 16.05.3.3   The Official Record
Only one copy, in either paper or electronic format, of any particular Record is considered the "official" Record. It is the "official" Record copy which must be retained to meet legal, tax and auditing requirements. Duplicate copies of Records are to be destroyed as soon as they are no longer operationally necessary.

### 16.05.3.4   Electronic Records
The same Records management principles apply to Records on computers and other digital media as to those on paper.

### 16.05.3.5   Electronic Mail
All email to be retained must be placed in an electronic subfolder created within the Inbox. Any email in the following folders: General Inbox, Sent Items or Deleted Items will be permanently deleted after 90 days. The Company performs electronic mail deletions in order to manage and conserve electronic data storage resources.

### 16.05.3.6   Destruction of Records
A Record shall be destroyed unless: 1) it falls under a category that is assigned a retention period in Section VI; or 2) it must be retained to comply with other legal, tax, auditing, regulatory or business operational purposes. Once the conditions in 1) and/or 2) expire, each Record shall be destroyed.

FRONTIER AIRLINES (R. BRIGHAM) - 0000392



The method of destruction should be consistent with the type of Record being destroyed. Confidential Records should be disposed of in a manner that prevents them from being accessible to others (e.g., shredding, incineration in an authorized facility, etc.).

All electronic archives/backup tapes will be permanently erased by the IT Department thirty (30) days after creation.

## 16.05.4   TEMPORARY POLICY SUSPENSION

Upon becoming aware of potential or actual litigation, or a governmental audit, investigation or other similar proceeding involving the Company, the Company's General Counsel will notify affected Company employees of Records that could be subject to a document destruction suspension. A suspension on document destruction shall remain in effect until the matter is resolved, and the General Counsel authorizes its resumption.

## 16.05.5   AUDIT

The Company's Internal Audit Department shall periodically audit for compliance with this Policy.

## 16.05.6   RECORD RETENTION SCHEDULE

The following retention schedule assigns minimum timeframes a Record must be retained for the most common types of Records that have legal retention restrictions or potential long-term historical or operational value.

| RETENTION CATEGORY | RETENTION PERIOD |
|---|---|
| ACCOUNTING<br><br>Includes Records related to: banking activities; banking accounts; accounts payable/receivable; uncollected accounts; policy/audit compliance; general ledger; insurance policies; payroll; wage and income tax statements; and other accounting documents such as reports and statements. | 8 years<br><br>(10 years for fixed assets) |

FRONTIER AIRLINES (R. BRIGHAM) - 0000393



EMPLOYEE HANDBOOK                                                16.05  Pg. 4

| RETENTION CATEGORY | RETENTION PERIOD |
|---|---|
| AGREEMENTS<br><br>Includes Records related to contractual or other legally binding agreements between the Company and outside parties. | 5 years after agreement expires |
| COMMUNICATIONS<br><br>Includes Records related to press releases and media kits. | 5 years |
| CREDIT<br><br>Includes Records related to loan or credit agreements, note purchase agreements, bonds, debentures and indentures and related loan documentation. | 3 years after repayment or redemption |
| HUMAN RESOURCES<br><br>Includes Records related to personnel matters, employment contracts, payment of wages, leave Records, immigration Records, job evaluations, safety and accident reports, employment complaints, and company-sponsored benefit plans. | 7 years after the employee leaves the Company |
| LEGAL DOCUMENTS<br><br>Includes Records related to: legal compliance; deeds of ownership; federal, state or local tax returns; site or employee security reports; company's acquisition or divestitures of assets; Intellectual Property; and organizational and governance matters of the Company (including SEC filings, annual reports, articles of incorporation, board books or other presentations made to the Board of Directors, by-laws, stock Records, and minute books). | Permanent |

FRONTIER AIRLINES (R. BRIGHAM) - 0000394



| RETENTION CATEGORY | RETENTION PERIOD |
| --- | --- |
| MAINTENANCE RECORDS<br><br>Includes aircraft maintenance and inspection records required to be preserved under lease agreements - in particular, sections of lease agreements addressing return conditions. | See 14 CFR 121.380 and applicable lease agreement |
| REGULATORY DOCUMENTS<br><br>Includes government filings, government correspondence, or Records required to be kept by the U.S. government or a state government. This includes Records related to the U.S. Department of Agriculture, U.S. Department of Labor, U.S. Internal Revenue Service, U.S. Federal Trade Commission, U.S. Food and Drug Administration, U.S. Department of Homeland Security and U.S. Department of Health. | Record requires a longer retention period |

FRONTIER AIRLINES (R. BRIGHAM) - 0000395



Page Intentionally
Left Blank

FRONTIER AIRLINES (R. BRIGHAM) - 0000396



| | REVISION FILING INSTRUCTIONS/HIGHLIGHTS |
|---|---|

# Employee Handbook

REVISION NUMBER: **27**                    REVISION DATE: **06/11/15**

Instructions:
1. Insert the attached revision as instructed below.
   - Pages to be removed are listed in the left-hand column. A horizontal line in this column means no pages are to be removed.
   - Pages to be inserted are listed in the middle column. A horizontal line in this column means no pages are to be inserted.
   - A description of the revision is found in the right-hand column.
2. Fill in the Revision Date, Date Posted, and Posted By fields on the Record of Revisions page.

| REMOVE PAGES | ADD PAGES | REVISION HIGHLIGHTS |
|---|---|---|
| | **Preface** | |
| 00.00 Pg. 3, 4 | 00.00 Pg. 3, 4 | Revised List of Effective Pages |
| | **Chapter 9- Safety and Health Program** | |
| 09.05 Pgs. 5 - 6 | 09.05 Pgs. 5 - 6 | pg 5- no change<br>pg 6- Added "Flight Attendants" to two sentences in the first paragraph; revised language in 2nd paragraph to read "and the unions representing each work group" |

FRONTIER AIRLINES (R. BRIGHAM) - 0000397