# FRONTIER

**Inflight Dependability Performance Counseling Record**

Form Number: 30698
Effective Date: 07/14/08

EMPLOYEE NAME __Rebecca Kruger__
DEPARTMENT __Inflight Services__
POSITION __Flight Attendant__  DATE __9/5/07__

**TYPE OF PERFORMANCE COUNSELING:**
☐ Documented Verbal Warning  ☐ Written Warning  ☒ Final Termination Warning  ☐ Suspension
(Refer to Frontier Airlines Employee Handbook regarding performance and conduct for additional information.)

Was EAP offered?  ☐ YES  ☒ NO

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific; refer to previous performance counselings as appropriate.)

On 8/16/07, crew scheduling called reserve Flight Attendant Rebecca Kruger to give her an assignment. At that time, Rebecca informed crew scheduling that she was sick resulting in a missed trip.

On 8/23/07, Rebecca misplaced her keys and was unable to report for duty resulting in a missed trip.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Rebecca understands the importance of being dependable and available to crew scheduling while on reserve. She is expected to adhere to the policies and procedures outlined in the Frontier Airlines Flight Attendant Handbook.

Effective __8/23/07__, you begin a warning/suspension period for up to __365__ calendar days, ending __8/23/08__. You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued By:
SUPERVISOR SIGNATURE __[signature]__  Date __9/5/07__

I acknowledge and understand the following:

☐ The information in this document was discussed with me and my signature indicates that I have received a copy of the Performance Counseling Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☐ Failure to improve my performance and/or behavior as described may result in further action, including termination.

☒ I have the right to appeal this action in accordance with Frontier's Internal Appeal Procedures. If I choose to exercise that right, I must indicate that intention in writing to my Manager and Human Resources within (15) fifteen calendar days from the date I receive this notice. __N/A__

☐ I am not eligible to apply for another position within the Company for 90 days from the date of this action.

Employee Signature __Rebecca J. Kruger__  Date __9-16-07__

Document distribution: Signed Original to Human Resources; copies to both the named employee, and to the supervisor issuing the Performance

**EXHIBIT A**

FRONTIER AIRLINES (R. BRIGHAM) - 0001115

ESI00000008-1

**EXHIBIT 16**

EXHIBIT 4

8/24/07

# FRONTIER AIRLINES

To: Rebecca Kruger
From: Kari Thompson
Date: 8/23/07
Re: Dependability Record

_(handwritten above text: "sick & couldn't find keys")_

According to your record, you currently have 2 missed trips, 8/16/07 & 8/23/07. I would like the opportunity to discuss the occurrences with you. Please stop by the office on the 4th floor above Jimmy's the next time you fly or call to schedule an appointment. Thank you in advance for your time.

Kari Thompson
303-348-7609-W

8/29 Left voicemail to call me - KT
8/29 Called back - will call me this weekend once she is assigned a trip.

FRONTIER AIRLINES (R. BRIGHAM) - 0001116

ESI00000008-2

# FRONTIER AIRLINES

To: Rebecca Kruger, 13206
From: Robert Mitchell, Inflight manager
Date: 17 November 2008
RE: Four Sick Instances Reminder

Hi, Rebecca,

As you know, Frontier takes a great deal of pride in maintaining an outstanding completion factor and on-time performance record with the Department of Transportation. This record positions us favorably with our customers and contributes to the recognition we receive such as "Best Low-Cost Carrier."

From an Inflight standpoint, we play a significant role in supporting the airline's success by maintaining a consistent level of dependability within our Flight Attendant workgroup. To accomplish this, it is important we advise you that our records reflect that you currently have 4 sick instances in a rolling 12 month period. The purpose of this letter is for advisement only. However, I ask that you review Flight Attendant Handbook 70.00 to understand our concern should you reach five instances within any 12-month period.

I have listed the dates below for your review. If you feel this is in error, have any questions, or need assistance, please stop by the Inflight office to see me or call any time.

Sick occurrences-
1. 12.22.7
2. 9.14.8
3. 9.28-30.8
4. 10.13-15.8

I appreciate your commitment to maintaining a dependable airline.

Sincerely,


Robert Mitchell
Inflight manager

720.226.1583
rmitchell@flyfrontier.com

FRONTIER AIRLINES (R. BRIGHAM) - 0001117

ESI00000008-3

# FRONTIER AIRLINES

To: Rebecca Kruger, 13206
From: Robert Mitchell, inflight manager
Date: 29 December 2008
RE: Four Sick Instances Reminder

Hi, Rebecca,

As you know, Frontier takes a great deal of pride in maintaining an outstanding completion factor and on-time performance record with the Department of Transportation. This record positions us favorably with our customers and contributes to the recognition we receive such as "Best Low-Cost Carrier."

From an Inflight standpoint, we play a significant role in supporting the airline's success by maintaining a consistent level of dependability within our Flight Attendant workgroup. To accomplish this, it is important we advise you that our records reflect that you currently have 4 sick instances in a rolling 12 month period. The purpose of this letter is for advisement only. However, I ask that you review Flight Attendant Handbook 70.00 to understand our concern should you reach five instances within any 12-month period.

I have listed the dates below for your review. If you feel this is in error, have any questions, or need assistance, please stop by the Inflight office to see me or call any time.

Sick occurrences-
1. 9.14.8   (I am not counting the instance from 12.22.7, which has "dropped off".)
2. 9.28-30.8
3. 10.13-15.8
4. 12.3-7.8

I appreciate your commitment to maintaining a dependable airline.

Sincerely,


Robert Mitchell
member, inflight manager team

720.226.1583
rmitchell@flyfrontier.com

**FRONTIER** — Inflight Performance Counseling Record

Form Number: 30696
Effective Date: 04/10/08

EMPLOYEE NAME: Rebecca Kruger, 13206
DEPARTMENT: Inflight
POSITION: Flight Attendant
DATE: 2.16.9

**TYPE OF PERFORMANCE COUNSELING:**
☑ Documented Verbal Warning ☐ Written Warning ☐ Final Termination Warning ☐ Suspension
(Refer to Frontier Airlines Employee Handbook regarding performance and conduct for additional information.)

Was EAP offered? ☐ YES ☑ NO

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific; refer to previous performance counselings as appropriate.)

Rebecca had her fifth sick instance within the last 12 months, and we discussed it briefly on the concourse today. The active instances are: 9.14.8, 9.28-30.8, 10.13-15.8, 12.3-7.8, and 1.19.9. According to the Flight Attendant Handbook (FAH) 70.00, p. 1, four sick instances are allowed in any 12-month period without penalty. The fifth within 12 months results in a documented verbal warning.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

I expect Rebecca to manage her dependability in accordance with Frontier's sick leave policy, as well as her own health needs. Failure to do so will result in additional and progressive action in accordance with the FAH.

Rebecca informed me that she may be applying for intermittent FMLA to cover absences due to pregnancy. I encourage her to review FAH 80.00, pp. 3-4, especially the requirement to provide a medical release ASAP concerning her ability to continue flying.

*Note that while individual sick instances remain active for 365 days, the level of discipline will adjust downward as the number of instances remaining within any 12-month period decreases.

Effective 1.19.9, you begin a warning/suspension of 365* calendar days, ending 1.18.10.
You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued By:
SUPERVISOR SIGNATURE: Robert N__ll
Date: 2·16·9

I acknowledge and understand the following:

☑ The information in this document was discussed with me and my signature indicates that I have received a copy of the Performance Counseling Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☑ Failure to improve my performance and/or behavior as described may result in further action, including termination.

☐ [N/A] I have the right to appeal this action in accordance with Frontier's Internal Appeal Procedures. If I choose to exercise that right, I must indicate that intention in writing to my Manager and Human Resources within (15) fifteen calendar days from the date I receive this notice.

☑ I am not eligible to apply for another position within the Company for 90 days from the date of this action.

Employee Signature: Rebecca J Kruger
Date: 2-21-09

Document distribution: Signed Original to Human Resources; copies to both the named employee, and to the supervisor issuing the Performance Counseling Record.

FRONTIER AIRLINES (R. BRIGHAM) - 0001119

ESI00000008-5

# FRONTIER AIRLINES

To:     Rebecca Kruger # 13206
From:   Jerry Arellano
Date:   October 21, 2009
RE:     Sick Instances

Hi Rebecca,

As you know, Frontier takes a great deal of pride in maintaining an outstanding completion factor and on-time performance record with the Department of Transportation. This record positions us favorably with our customers and contributes to the recognition we receive such as "Best Low-Cost Carrier."

From an Inflight standpoint, we play a significant role in supporting the airline's success by maintaining a consistent level of dependability within our Flight Attendant workgroup. To accomplish this, it is important we advise you that our records reflect you have 4 sick instances in a rolling 12 month period. The purpose of this letter is for advisement only. However, I would like to suggest you review the Flight Attendant Handbook to understand our concern should you have an additional occurrence within the next 12 month window.

I have listed the dates below for your review. If you feel this is in error, have any questions or need assistance, please feel free to stop by the Inflight office to see me or call me at 303-348-1043.

Sick occurrences-
1. 12/03/08
2. 01/19/09
3. 09/20/09
4. 10/10/09

Thank you for considering the importance of maintaining a dependable airline.

Sincerely,

Jerry Arellano
Manager, Inflight Administration
303-348-1043
garellano@flyfrontier.com

# FRONTIER AIRLINES

To: Rebecca Kruger # 13206
From: Jerry Arellano
Date: January 12, 2010
RE: Sick Instances

Hi Rebecca,

As you know, Frontier takes a great deal of pride in maintaining an outstanding completion factor and on-time performance record with the Department of Transportation. This record positions us favorably with our customers and contributes to the recognition we receive such as "Best Low-Cost Carrier."

From an Inflight standpoint, we play a significant role in supporting the airline's success by maintaining a consistent level of dependability within our Flight Attendant workgroup. To accomplish this, it is important we advise you that our records reflect you have 4 sick instances in a rolling 12 month period. The purpose of this letter is for advisement only. However, I would like to suggest you review the Flight Attendant Handbook to understand our concern should you have an additional occurrence within the next 12 month window.

I have listed the dates below for your review. If you feel this is in error, have any questions or need assistance, please feel free to stop by the Inflight office to see me or call me at 303-348-1043.

Sick occurrences-
1. 01/19/09
2. 09/20/09
3. 10/10/09
4. 01/01/10

Thank you for considering the importance of maintaining a dependable airline.

Sincerely,

Jerry Arellano
Manager, Inflight Administration
303-348-1043
garellano@flyfrontier.com

# FRONTIER. 
**Inflight Performance Counseling Record**

Form Number: 30696
Effective Date: 04/10/08

EMPLOYEE NAME  Rebecca Kruger #413206
DEPARTMENT  Inflight Services
POSITION  Flight Attendant                                           DATE  03/29/12

**TYPE OF PERFORMANCE COUNSELING:**
☐ Documented Verbal Warning   ☒ Written Warning   ☐ Final Termination Warning   ☐ Suspension
(Refer to Frontier Airlines Employee Handbook regarding performance and conduct for additional information.)

Was EAP offered?   ☐ YES   ☒ NO

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific; refer to previous performance counselings as appropriate.)
On 03/16/12, you incurred a sixth (6th) sick instance within a 12-month rolling period, which warrants a Written Warning. This Written Warning will include sick instances effective 05/13/11 through 03/16/12.

Previous sick instances:

05/13/11
05/27/11
08/16/11
09/02/11
09/30/11
03/16/12

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Rebecca, we expect you to manage your dependability in accordance with the Company's dependability policy (FAH 85.00, pg 2) and to make on-time performance and dependability a suitably high priority in your personal planning. Failure to do so will result in additional and progressive action up to and including termination in accordance with the FAH.

Note: This occurrence will remain active for 365 days; however, the level of discipline will adjust as previous occurrences roll off due to the rolling 12-month period.

Effective 03/16/12_____, you begin a warning/suspension of 365 calendar days, ending 03/15/13_____.
You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued By:
SUPERVISOR SIGNATURE _____[signature]_____                                Date 3/29/12

I acknowledge and understand the following:

☒ The information in this document was discussed with me and my signature indicates that I have received a copy of the Performance Counseling Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☒ Failure to improve my performance and/or behavior as described may result in further action, including termination.

☐ I have the right to appeal this action in accordance with Frontier's Internal Appeal Procedures. If I choose to exercise that right, I must indicate that intention in writing to my Manager and Human Resources within (15) fifteen calendar days from the date I receive this notice.

☒ I am not eligible to apply for another position within the Company for 90 days from the date of this action.

Employee Signature ___Rebecca L Kruger___                          Date 3/30/12

Document distribution: Signed Original to Human Resources; copies to both the named employee, and to the supervisor issuing the Performance Counseling Record.

Attendance Warning - Verbal      CM sent on 7/3/13           Page 1 of 1



Frontier Airlines, Inc.   P 720.374.4200   frontierairlines.com
Frontier Center One      F 720.374.4375
7001 Tower Road
Denver, CO 80249

## Attendance Warning

Name: REBECCA BRIGHAM                    Employee #: 413208
Department: Inflight                     Date: 7/3/2013
Date of Hire: 05/24/2007

__X__ Verbal        ____ Written        ____ Final        ____ Termination

As of 02/08/2013, in the past twelve (12) months of active service, you have accumulated four (4) separate occurrences involving your attendance. Per the Associate Handbook, four (4) occurrences will place you on a verbal warning for attendance.

The occurrences are listed as follows:

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 03/16/2012 | UNA | DEN | 1 |
| 08/10/2012 | Sick | DEN | 1 |
| 09/30/2012 | Sick | DEN | 1 |
| 12/01/2012 | Sick | DEN | 1 |
| 02/08/2013 | MED | DEN | 1 |

This letter serves as a record of the above disciplinary action and a notice advising you that your behavior must be corrected immediately. Although this responsibility falls to you, management is here to assist you in doing so. Should you have any questions or concerns regarding your situation, please do not hesitate to contact your base supervisor or myself to discuss.

Any future dependability/attendance issues or violations of job performance can lead to further disciplinary action, up to and including termination. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is needed.

If you have any questions, please don't hesitate to contact the Inflight Reliability team at inflight.reliability@rjet.com.

Thank You
Inflight Management

cc: Personnel File

A whole different animal.

http://cats/Search.aspx                                       7/3/2013

FRONTIER AIRLINES (R. BRIGHAM) - 0001123

ESI00000008-9

**Williams, JaJuan**

From: Williams, JaJuan
Sent: Tuesday, September 03, 2013 10:53 AM
To: Brigham, Rebecca L.
Subject: Personal Counseling Record

# FLYFRONTIER.COM

Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM
Department: Inflight
Date of Hire: 05/24/2007

Employee #: 413206
Date: 9/3/2013

___Verbal    _X_Written    ___Suspension    ___Final Warning

As of 08/30/2013, in the past twelve (12) months of active service, you have accumulated six (6) separate Occurrences involving your attendance. Per the Frontier Employee Handbook, six (6) Occurrences will place you on a Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 03/16/2012 | UNA | DEN | 1 |
| 08/10/2012 | Sick | DEN | 1 |
| 09/30/2012 | Sick | DEN | 1 |
| 12/01/2012 | Sick | DEN | 1 |
| 02/08/2013 | MED | DEN | 1 |
| 08/30/2013 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ultipro for your reference.

**Time Period Within Previous 12 Months**

| Number of Occurrences | 4 | 6 | 7 | 8 |
|---|---|---|---|---|
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via Anthem (1-800-865-1044) or the AFA (1-800-424-2406).

Any future Dependability/Attendance Issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

If you have any questions, please don't hesitate to contact your Inflight Supervisor.

1

FRONTIER AIRLINES (R. BRIGHAM) - 0001124

ESI00000008-10

Williams, JaJuan

# FLYFRONTIER.COM

Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM                          Employee #: 413206
Department: Inflight                           Date: 09/28/2013
Date of Hire: 05/24/2007

____Verbal          ____Written          ____Suspension          __X__Final Warning

As of 09/27/2013 in the past twelve (12) months of active service, you have accumulated seven (7) separate occurrences involving your attendance. Per the Frontier Employee Handbook, seven (7) Occurrences will place you on a Final Termination Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 08/10/2012 | Sick | DEN | 1 |
| 09/30/2012 | Sick | DEN | 1 |
| 12/01/2012 | Sick | DEN | 1 |
| 02/08/2013 | MED | DEN | 1 |
| 08/30/2013 | Sick | DEN | 1 |
| 09/12/2013 | Sick | DEN | 1 |
| 09/27/2013 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ultipro for your reference.

**Time Period Within Previous 12 Months**

| Number of Occurrences | 4 | 6 | 7 | 8 |
|---|---|---|---|---|
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via Anthem (1-800-865-1044) or the AFA (1-800-424-2406).

Any future Dependability/Attendance Issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

Thank You
Inflight Management

1

FRONTIER AIRLINES (R. BRIGHAM) - 0001125

ESI00000008-11

Williams, JaJuan

*CM 10/22*

# FLYFRONTIER.COM

Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

**Name:** REBECCA BRIGHAM　　　　　　　　　　**Employee #:** 413206
**Department:** Inflight　　　　　　　　　　　　　　**Date:** 10/18/2013
**Date of Hire:** 05/24/2007

___Verbal　　　　___Written　　　　___Suspension　　　　_X_Final Warning

As of 10/18/2013 in the past twelve (12) months of active service, you have accumulated seven (7) separate occurrences involving your attendance. Per the Frontier Employee Handbook, seven (7) Occurrences will place you on a Final Termination Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 08/10/2012 | Sick | DEN | 1 |
| 09/30/2012 | Sick | DEN | 1 |
| 12/01/2012 | Sick | DEN | 1 |
| 02/08/2013 | MED | DEN | 1 |
| 08/30/2013 | Sick | DEN | 1 |
| 09/12/2013 | Sick | DEN | 1 |
| 09/27/2013 | Sick | DEN | 1 |
| 10/18/2013 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ulitpro for your reference.

| | Time Period Within Previous 12 Months | | | |
|---|---|---|---|---|
| Number of Occurrences | 4 | 6 | 7 | 8 |
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via Anthem (1-800-865-1044) or the AFA (1-800-424-2406).

Any future Dependability/Attendance issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

Thank You
Inflight Management

*[Signature: Rebecca Y Brigham]*

1

Attendance Warning - Verbal     *CM 3/6/15*     Page 1 of 1



Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM     Employee #: 413206
Department: Inflight     Date: 3/6/2015
Date of Hire: 05/24/2007

__X__ Verbal     ____ Written     ____ Suspension     ____ Final Warning

As of 02/28/2015, in the past twelve (12) months of active service, you have accumulated four (4) separate occurrences involving your attendance. Per the Associate Handbook, four (4) occurrences will place you on a Verbal Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 01/19/2014 | Sick | DEN | 1 |
| 10/10/2014 | MED | DEN | 1 |
| 01/21/2015 | Sick | DEN | 1 |
| 02/01/2015 | Sick | DEN | 1 |
| 02/28/2015 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ultipro for your reference.

| | Time Period Within Previous 12 Months | | | |
|---|---|---|---|---|
| Number of Occurrences | 4 | 6 | 7 | 8 |
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance Issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

If you have any questions, please don't hesitate to contact your Inflight Supervisor.

Thank You
Inflight Management

cc: Personnel File
AFA

*[signature]*     3/13-15

http://f9cats/Search.aspx     3/6/2015

FRONTIER AIRLINES (R. BRIGHAM) - 0001127

ESI00000008-13

CM-3/12/15

# FRONTIER.

**Inflight Performance Counseling Record**

Form Number: 30696
Effective Date: 04/10/08

EMPLOYEE NAME  Rebecca Bringham #413206
DEPARTMENT  Inflight Services
POSITION  Flight Attendant            DATE  03/12/2015

**TYPE OF PERFORMANCE COUNSELING:**
☐ Documented Verbal Warning   ☑ Written Warning   ☐ Final Termination Warning   ☐ Suspension
(Refer to Frontier Airlines Employee Handbook regarding performance and conduct for additional information.)

Was EAP offered?  ☐ YES   ☑ NO

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific; refer to previous performance counselings as appropriate.)

On March 12, 2015, Rebecca called in sick with less than 2 hours to report time. Per Article 8, Section D, #3 of the Flight Attendant Contract, A 2-hour notice prior to report time is required when calling in sick as a Line Holder or as a Reserve who has previously been given a trip assignment and a 3-hour notice for a Reserve Flight Attendant who has not been previously assigned a trip.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Rebecca, we expect you to manage your dependability in accordance with the Company's dependability policy (FAH 85.00, pg 2) and to make on-time performance and dependability a suitably high priority in your personal planning. Failure to do so will result in additional and progressive action up to and including termination in accordance with the FAH.

Note: This occurrence will remain active for 365 days; however, the level of discipline will adjust as previous occurrences roll off due to the rolling 12-month period.

Effective 03/11/15, you begin a warning/suspension of 365 calendar days, ending 03/11/16.
You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued By:
SUPERVISOR SIGNATURE  _Jeff Varney_   Date 3-13-15

I acknowledge and understand the following:

☑ The information in this document was discussed with me and my signature indicates that I have received a copy of the Performance Counseling Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☑ Failure to improve my performance and/or behavior as described may result in further action, including termination.

☐ I have the right to appeal this action in accordance with Frontier's Internal Appeal Procedures. If I choose to exercise that right, I must indicate that intention in writing to my Manager and Human Resources within (15) fifteen calendar days from the date I receive this notice.

☐ I am not eligible to apply for another position within the Company for 90 days from the date of this action.

Employee Signature  _Rebecca J Brigham_    Date 3-13-15

Document distribution: Signed Original to Human Resources; copies to both the named employee, and to the supervisor issuing the Performance Counseling Record.

FRONTIER AIRLINES (R. BRIGHAM) - 0001128

ESI00000008-14

Attendance Warning - Written                                    CM 3/16/15   Page 1 of 1



Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

**Name:** REBECCA BRIGHAM                          **Employee #:** 413206
**Department:** Inflight                                       **Date:** 3/16/2015
**Date of Hire:** 05/24/2007

____Verbal        __X__Written        ____Suspension        ____Final Warning

As of 03/12/2015, in the past twelve (12) months of active service, you have accumulated six (6) separate Occurrences involving your attendance. Per the Frontier Employee Handbook, six (6) Occurrences will place you on a Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 01/19/2014 | Sick | DEN | 1 |
| 10/10/2014 | MED | DEN | 1 |
| 01/21/2015 | Sick | DEN | 1 |
| 02/01/2015 | Sick | DEN | 1 |
| 02/28/2015 | Sick | DEN | 1 |
| 03/12/2015 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ultipro for your reference.

| | Time Period Within Previous 12 Months | | | |
|---|---|---|---|---|
| **Number of Occurrences** | 4 | 6 | 7 | 8 |
| **Type of Corrective Action** | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

If you have any questions, please don't hesitate to contact your Inflight Supervisor.

Thank You
Inflight Management

cc: Personnel File
AFA

http://f9cats/Search.aspx                                                     3/16/2015

FRONTIER AIRLINES (R. BRIGHAM) - 0001129

ESI00000008-15

Cm 5/14



Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

**Name:** REBECCA BRIGHAM           **Employee #:** 413206
**Department:** Inflight            **Date:** 5/12/2015
**Date of Hire:** 05/24/2007

___ Verbal        _X_ Written        ___ Suspension        ___ Final Warning

As of 05/12/2015, in the past twelve (12) months of active service, you have accumulated six (6) separate Occurrences involving your attendance. Per the Frontier Employee Handbook, six (6) Occurrences will place you on a Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 10/10/2014 | MED | DEN | 1 |
| 01/21/2015 | Sick | DEN | 1 |
| 02/01/2015 | Sick | DEN | 1 |
| 02/28/2015 | Sick | DEN | 1 |
| 03/12/2015 | Sick | DEN | 1 |
| 05/12/2015 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ulitpro for your reference.

**Time Period Within Previous 12 Months**

| Number of Occurrences | 4 | 6 | 7 | 8 |
|---|---|---|---|---|
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

If you have any questions, please don't hesitate to contact your Inflight Supervisor.

Thank You
Inflight Management

cc: Personnel File
AFA


# FRONTIER AIRLINES

Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM                                Employee #: 413206
Department: Inflight                                 Date: 5/26/2015
Date of Hire: 05/24/2007

____ Verbal          ____ Written          ____ Suspension          __X__ Final Warning

As of 05/26/2015 in the past twelve (12) months of active service, you have accumulated seven (7) separate occurrences involving your attendance. Per the Frontier Employee Handbook, seven (7) Occurrences will place you on a Final Termination Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 10/10/2014 | MED | DEN | 1 |
| 01/21/2015 | Sick | DEN | 1 |
| 02/01/2015 | Sick | DEN | 1 |
| 02/28/2015 | Sick | DEN | 1 |
| 03/12/2015 | Sick | DEN | 1 |
| 05/12/2015 | Sick | DEN | 1 |
| 05/26/2015 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ulitpro for your reference.

**Time Period Within Previous 12 Months**

| | | | | |
|---|---|---|---|---|
| **Number of Occurrences** | 4 | 6 | 7 | 8 |
| **Type of Corrective Action** | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance Issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

Thank You
Inflight Management

FRONTIER AIRLINES (R. BRIGHAM) - 0001131

ESI00000008-17

*CW/7/10/15*



Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM　　　　　　　　　　Employee #: 413206
Department: Inflight　　　　　　　　　　　　　　Date: 7/03/2015
Date of Hire: 05/24/2007

___Verbal　　　　　___Written　　　　　___Suspension　　　　_X_ Final Warning

As of 07/03/2015 in the past twelve (12) months of active service, you have accumulated seven (7) separate occurrences involving your attendance. Per the Frontier Employee Handbook, seven (7) Occurrences will place you on a Final Termination Written Warning Level.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date | Display Code | Bid Base | Count |
|---|---|---|---|
| 10/10/2014 | MED | DEN | 1 |
| 01/21/2015 | Sick | DEN | 1 |
| 02/01/2015 | Sick | DEN | 1 |
| 02/28/2015 | Sick | DEN | 1 |
| 03/12/2015 | Sick | DEN | 1 |
| 06/11/2015 | Sick | DEN | 1 |
| 07/03/2015 | Sick | DEN | 1 |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ulitpro for your reference.

**Time Period Within Previous 12 Months**

| Number of Occurrences | 4 | 6 | 7 | 8 |
|---|---|---|---|---|
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

Thank You
Inflight Management

cc: Personnel File
AFA

C M 8/12/15



Inflight: 303-342-7707
Fax: 303-348-1035

## Attendance Warning

Name: REBECCA BRIGHAM           Employee #: 413206
Department: Inflight             Date: 8/07/2015
Date of Hire: 05/24/2007

____Verbal         ____Written         ____Suspension         __X__Final Warning

As of 08/07/2015 in the past twelve (12) months of active service, you have accumulated eight (8) separate occurrences involving your attendance. Per the Frontier Employee Handbook, eight (8) Occurrences will place you on a Final Termination Written Warning Level. With the MED counting as one point, you will be granted a reprieve bringing your point total back down to 7.

You have the right to AFA Union Representation. It is your responsibility to arrange a meeting/conference call with your Supervisor and Representative should you want to discuss your attendance record further.

| OCC Date   | Display Code | Bid Base | Count |
|------------|--------------|----------|-------|
| 10/10/2014 | MED          | DEN      | 1     |
| 01/21/2015 | Sick         | DEN      | 1     |
| 02/01/2015 | Sick         | DEN      | 1     |
| 02/28/2015 | Sick         | DEN      | 1     |
| 03/12/2015 | Sick         | DEN      | 1     |
| 06/11/2015 | Sick         | DEN      | 1     |
| 07/03/2015 | Sick         | DEN      | 1     |
| 08/07/2015 | Sick         | DEN      | 1     |

The Frontier Airlines Employee Handbook Section 12.05 outlines the Flight Attendant Dependability Expectations. The Employee Handbook can be located on Ulitpro for your reference.

**Time Period Within Previous 12 Months**

| Number of Occurrences     | 4      | 6       | 7             | 8           |
|---------------------------|--------|---------|---------------|-------------|
| Type of Corrective Action | Verbal | Written | Final Warning | Termination |

This letter will serve as your Personal Counseling Record (PCR). Please keep this for your records. Upon your next return to work, please stop by the Inflight Office to sign a copy of this PCR.

Your Inflight Supervisors are here to address any concerns you may have. Should you need to contact the Leave Department for questions about a possible leave, please email them at LOA@flyfrontier.com. In addition, EAP Services are available through the Company via UNUM (1-800-854-1446) or the AFA (1-800-424-2406).

Any future Dependability/Attendance issues can lead to Progressive Discipline. This letter will stay in your file for one year of active service and will be removed at that time if no other disciplinary action is required.

Thank You
Inflight Management

cc: Personnel File
AFA