**FLYFRONTIER.COM**

Frontier Airlines, Inc.   P 720.374.4397   loa@flyfrontier.com
Frontier Center One   F 720.374.8013
7001 Tower Road
Denver, CO 80249

# FMLA DESIGNATION NOTICE

**Employee Name:** Rebecca Brigham     **Date:** 9/16/2014

We have received your request for leave under the Family Medical Leave Act (FMLA) and any supporting documentation that you may have provided. We received your most recent information on 9/12/2014 and have determined that:

☒ Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.

    You are approved for:     ☒ Continuous leave (single block of time)     ☐ Intermittent leave

    You are approved for:     ☒ Your own serious health condition     ☐ Family member: _____

*Please be sure to read the information in the "If your leave has been approved…" and "Employee Rights and Responsibilities" sections (page 1 and 2 of this document) carefully as it contains additional information that is relevant to you.*

☐ Your FMLA leave request <u>is not</u> approved for the following reason(s):

    ☐ Your leave has not been approved because the certification that you have provided is incomplete and/or insufficient to determine whether the FMLA applies to your leave request. You must provide the following information **no later than** _____ (unless it is not practicable despite your diligent, good faith efforts due to your own circumstances) or your leave may be denied. Information required: _____

    ☐ The FMLA does not apply to your leave request

    ☐ You have exhausted your leave entitlement

☐ We are exercising our right to have you obtain a second or third opinion medical certification at our expense and we will provide further details at a later time.

## IF YOUR LEAVE HAS BEEN APPROVED…

*Please read the following information carefully as it contains additional detail specific to your FMLA leave of absence and outlines your rights and responsibilities while on leave.*

- Provided there is no deviation from your anticipated leave schedule, the following time (number of hours, days, or weeks) will be counted against your leave entitlement: 9/7/2014-10/7/2014 FLA, 10/8/2014-11/7/2014 MED.

  *If the leave you require is unscheduled, it may not possible to provide the hours, days or weeks that will be counted against your FMLA entitlement at the time this Designation is sent. Please be advised that you have the right to request this information once in a 30 day period (provided that leave is taken in the 30 day period).*

- If you are certified for intermittent FMLA leave, the guidelines (i.e. frequency and duration) that your healthcare provider has provided for your leave are: _____.

**FLYFRONTIER.COM**

Frontier Airlines, Inc.  P 720.374.4397  loa@flyfrontier.com
Frontier Center One    F 720.374.8013
7001 Tower Road
Denver, CO 80249

## EMPLOYEE RIGHTS AND RESPONSIBILITIES WHILE ON FMLA LEAVE OF ABSENCE

- If your are approved for FMLA leave of absence for *your own serious health condition*, you will be required to present a fitness for duty certificate to be restored to employment if you are taking continuous leave. If such certification is not received in a timely manner, your return to work may be delayed until certification is provided.

- The FMLA requires that you notify us as soon as practicable if the dates of your scheduled leave change, are extended, or were initially unknown.

- While out on leave, you will be paid sick and/or vacation time in accordance with company policy and/or Collective Bargaining Agreement. Please be advised that if any time is paid out, time missed will still count toward your FMLA leave entitlement. Crew FMLA time will be tracked in days and non crew time will be tracked in hours.

  If you have elected Short Term Disability benefits and are approved to receive such, you may opt not to utilize accrued vacation time. If you meet this criteria and would like to preserve your vacation time, you must contact the Leave of Absence Department at LOA@flyfrontier.com to notify them of your election.

- Please note your schedule is your primary responsibility and you are responsible to call off your schedule through established department procedure notifying them of your absence. Employees must adhere to established company policy for calling in. After completing this step, please contact us the same day via email at LOA@flyfrontier.com or by voicemail at (720) 374-4245.

**If you have any questions about your FMLA leave of absence, please contact the Leave of Absence Department at LOA@flyfrontier.com or (720) 374-4397.**

Page **2** of **2**

FRONTIER AIRLINES (R. BRIGHAM) - 0001395