# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 17203748013 |
| FROM | Matt Riemann |
| DATE | 2014-11-08 00:29:37 GMT |
| RE | Rebecca Brigham Release |

## COVER MESSAGE

Rebecca Brigham Release Documentation.

Cordially,
Scot Spitler RAS
Registered Addiction Specialist
Clinical Supervisor of Outpatient Services
Discovery Transistions
sspitler@thediscoveryhouse.com<mailto:sspitler@thediscoveryhouse.com>
818-654-4907 Ext 310
818-514-2914 Fax

[https://lh5.googleusercontent.com/-
RrRUFV8KsJI/UuanRmLtluI/AAAAAAAABs/WhxfraK0xV8/w413-h134-
no/DTRANSITIOSN_4C.jpg]
[cid:image003.gif@01CFDC01.694596C0]
JACHO ACCREDITATION #515005
"Nothing is so strong as gentleness, and nothing is so gentle as true strength."
– Ralph W.
Sockman<http://www.goodreads.com/author/show/3445330.Ralph_W_Sockman>
This email and any files transmitted with it are confidential and are intended solely for
the use of the individual or entity to which they are addressed. This communication may
contain material protected by HIPAA legislation (45 CFR, Parts 160 164). If you are not
the intended recipient or the person responsible for delivering this email to the intended
recipient, be advised that you have received this email in error and that any use,
dissemination, forwarding, printing or copying of this email is strictly prohibited. If you
have received this email in error, please notify the sender by replying to this email and
then delete the email from your computer. All calls may be recorded for quality
assurance.

FRONTIER AIRLINES (R. BRIGHAM) - 0001624

# EXHIBIT 6



FRONTIER AIRLINES (R. BRIGHAM) - 0001625



FRONTIER AIRLINES (R. BRIGHAM) - 0001626



# Fax

| TO:FRONTIER LEAVE DEPTS | | FROM: | Scot Spitler@ Discovery Transitions |
|---|---|---|---|
| FAX:818 975-5096 | | PAGES:1 | |
| PHONE: | 818 654-4907 xt 310 | DATE: | November 7, 2014 |
| RE: REBECCA BRIGHAM | | CC: | |

☐ Urgent       ☐ For review       ☐ Please comment       ☐ Please reply       ☐ Please recycle

Comments:

Please find attacjed hereto, this clients return to full duty release.

FRONTIER AIRLINES (R. BRIGHAM) - 0001627

FRONTIER AIRLINES (R. BRIGHAM) - 0001628

FLYFRONTIER.COM

Frontier Leave Department
Fax: (720) 374-8013
loa@flyfrontier.com

## FRONTIER AIRLINES

### Fitness-for-Duty Certification

Employee name: _Rebecca Brigham_ Employee # _413206_ Department: _Inflight_

| INSTRUCTIONS | |
|---|---|
| Employee: | Have your health care provider review your attached job description and complete as appropriate. Return the completed form to the Frontier Leave of Absence Department at .(720) 374-8013 or loa@flyfrontier.com. Delays in returning this document to the Leave Department may result in a delay in your release to return to work. |
| Health Care Provider: | Please review the attached job description detailing the essential functions and requirements of the employee's position, complete sections 1-3 below, and return the completed form to the employee. |

1. Date employee's medical condition began: _9/7/14_

2. Please check one of the following:

   _X_ Employee is able to work a *full, regular schedule* with no restrictions, beginning _11/17/14_ (date).

   ___ Employee is able to return to work on a *reduced schedule* for _____ hours per _____ (day or week)

   from _____ (date) through _____ (date).

   ___ Employee is able to return to work *with restrictions* from _____ (date) through _____ (date).

   ___ Employee is *unable to return to work* until _____ (date).

3. If the employee has restrictions, please detail below:

   Standing (e.g., number of hours, etc.):
   _No Restrictions_

   Walking (e.g., number of hours, distance, etc.):
   _No Restrictions_

   Sitting (e.g., number of hours, etc.):
   _No Restrictions_

   Lifting/Pushing/Pulling (e.g., number of pounds, position, etc.):
   _No Restrictions_

Flyfrontier.com: More Choice. More Perks. More Savings.

FRONTIER AIRLINES (R. BRIGHAM) - 0001629

FLYFRONTIER.COM

Frontier Leave Department
Fax: (720) 374-8013
loa@flyfrontier.com

Carrying (e.g., number of pounds, distance, etc.):

NO Restrictions

Use of hands (repetitive motions, pushing, pulling):

NO Restrictions

Detail any additional restrictions below: NONE

Signature of Health Care Provider: Walter     Date: _____

Printed Name of Health Care Provider: Dr. Walter Thomas

Address: _____

Phone: (805) 527-1804

Page 2 of 2

FlyFrontier.com : More Choice. More Perks. Save Savings.

FRONTIER AIRLINES (R. BRIGHAM) - 0001630