

Frontier Airlines, I
Frontier Center On..
7001 Tower Road
Denver, CO 80249

P 720.374.4245
F 720.374.8013

loa@flyfrontier.com

# CERTIFICATION OF HEALTH CARE PROVIDER FOR EMPLOYEE'S SERIOUS HEALTH CONDITION
## (FAMILY AND MEDICAL LEAVE ACT)
## INTERMITTENT LEAVE OF ABSENCE

Frontier Contact: LOA Coordinator
LOA@flyfrontier.com

## EMPLOYEE INFORMATION

### TO BE COMPLETED BY EMPLOYEE

**EMPLOYEE:** Please complete this section before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Per 29 U.S.C. §§ 2613, 2614(c)(3), if requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. Per 20 C.F.R. § 825.313, failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request.

Employee Name: **Rebecca Brigham**  Employee ID #: **413206**
Employee Phone: **303-913-6376**  Job Title: **Flight Attendant**
Manager: **Stephany C.**  Base/Location: **Den**

## MEDICAL CERTIFICATION

### MEDICAL PROVIDER IS TO COMPLETE PARTS A AND B AND ANY ADDITIONAL INFORMATION

**MEDICAL PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

THE GENETIC INFORMATION NON-DISCRIMINATION ACT OF 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or their family member's genetic tests, the fact that an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual.

# FRONTIER

**PART A: MEDICAL FACTS**

Approximate date condition commenced: __June 2014__

Probable duration of condition: __Lifetime Recovery__

Date(s) you treated the patient for condition: __1-2 times per week except 9/7/14 - 11/7/14__

1. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?  ☐ No   ☐ Yes
   If yes, dates of admission: __Sept 7, 2014 - Nov 7, 2014__

2. Will the patient need to have treatment visits at least twice per year due to the condition?
   ☐ No   ☑ Yes

3. Was medication, other than over-the-counter medication, prescribed?
   ☐ No   ☑ Yes

4. Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?   ☐ No   ☑ Yes
   If yes, state the nature of such treatments and expected duration of treatment: __Psychiatrist w/ DOT__

5. Is the medical condition pregnancy?   ☑ No   ☐ Yes
   If yes, expected delivery date: _____

6. Use the information provided by the employer to answer this question. If the employer does not provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.
   Is the employee unable to perform any of his/her job functions due to their condition?
   ☑ No   ☐ Yes
   If so, identify the job functions the employee is unable to perform: _____

7. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   __Rebecca's diagnosis of 291.81 - Alcohol W/D (Primary) can last up to a year and results in anxiety, psychomotor agitation, insomnia episodes, and at times inability to carry out daily activity. Symptoms are decreasing at a steady rate. Cravings for alcohol persist. Relapse prevention is priority as this condition had been chronic__

(CONTINUED ON NEXT PAGE)

Page 2 of 4

BrighamR_PlaintiffRecords0671

**FRONTIER**

## PART B: AMOUNT OF LEAVE NEEDED

1. Please indicate if any of the following apply to the patient:

   ☑ They will experience intermittent incapacitation that will require FMLA Leave

   ☑ They will require treatment appointments for their condition

2. Please detail below based on your previous answer:

   - If you indicated that the patient will experience *intermittent incapacitation* requiring FMLA Leave, based upon the patient's medical history and your knowledge of the medical condition, please *estimate the maximum frequency and duration* of intermittent leave time they might require. Note that terms such as "indefinite, unknown, n/a and undetermined cannot be accepted and will result in a denial of the leave request:

   __4__ (Number)   ☐ hours   per   ☐ day        ☐ quarter
                    ☒ days          ☐ week       ☐ year
                                    ☒ month

   Please indicate the beginning and ending dates for the period of intermittent incapacitation:

   Begin (mm/dd/yyyy): __03/01/2015__   End (mm/dd/yyyy): __03/01/2016__

   - If you indicated that the employee will need to attend follow-up treatment appointments, is it medically necessary for the employee to be absent from work to attend these appointments?
     ☐ No   ☑ Yes

   If yes, please estimate treatment schedule:
   Frequency: __1x per week__
   Length of Appointment (including any recovery period): __2 hours +__

   If yes, please also provide a general description of this regimen (e.g. Physical Therapy, medication administration, etc.):

   __Rebecca is in the first phase of recovery from alcoholism. She is provided weekly therapeutic support and attends up to 2 group sessions per week to avoid relapse at this time. Within__

(CONTINUED ON NEXT PAGE)

**FRONTIER**

**ADDITIONAL INFORMATION** (Please identify the question number with your additional answer):

a year timeframe she is hopeful to be in a place that will allow her to scale back on the levels of support she currently needs. She continues to have setbacks and struggles as she is learning new skills and a shift in mindset to see recovery through her lifetime.

Signature of Health Care Provider: *Marla M. Madrid, LCSW*

Date: 10 MAR 15

Provider's Name (printed): Marla M. Madrid
Business Address: PO Box 554
Strasburg, CO 80136
Telephone: (720) 937.2332 (c)     Fax: (303) 622.9201
            303  622.9280 (o)
Type of practice / Medical specialty: Behavioral Health – Private Practice