1               CIVIL ACTION NO. 19-cv-03417-STV

2

3   REBECCA BRIGHAM,

4            Plaintiff,

5   vs.

6   FRONTIER AIRLINES, INC.

7           Defendant.

8   _____/

9

10

11           TRANSCRIPTION OF RECORDING:

12        BrighamR_Plaintiff Records0633 [6-4-15]

13

14

15

16

17

18

19



20   H+G

21

22   Hunter + Geist, Inc.

23   303.832.5966   1900 Grant Street, Suite 1025   ▪ www.huntergeist.com
   800.525.8490   Denver, CO 80203   ▪ scheduling@huntergeist.com

24                  Your Partner in Making the Record

25

Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004274

EXHIBIT 8

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

```
 1                    CIVIL ACTION NO. 19-cv-03417-STV

 2

 3   REBECCA BRIGHAM,

 4             Plaintiff,

 5   vs.

 6   FRONTIER AIRLINES, INC.

 7             Defendant.
     _____/

 8

 9

10

11               TRANSCRIPTION OF RECORDING:

12       BrighamR_Plaintiff Records0633 [6-4-15]

13

14

15

16

17

18

19

20

21

22

23

24

25
```

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004275

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015                    Page 2
REBECCA BRIGHAM v. FRONTIER AIRLINES

1     REBECCA BRIGHAM:      I am heading into the

2     Frontier Airline's general office.                      It's

3     2:17 on June 4th.

4         UNIDENTIFIED SPEAKER:      Thank you for

5     calling Frontier Airline's corporate office.

6     How may I direct your call?

7         UNIDENTIFIED SPEAKER:      Hi.     I just called

8     and I don't actually need (indiscernible)

9     because the young lady (indiscernible) told me

10    that I can no longer log onto (indiscernible)

11    apparently --

12        UNIDENTIFIED SPEAKER:      Uh-huh.

13        UNIDENTIFIED SPEAKER:      (Indiscernible)

14        UNIDENTIFIED SPEAKER:      Hold just one --

15        UNIDENTIFIED SPEAKER:      How would I get a

16    copy (indiscernible).

17        UNIDENTIFIED SPEAKER:       okay.     Hold for

18    just one moment.

19      So I set up a (indiscernible) John since

20    he was the help desk.         Who should she go to

21    (indiscernible)?

22        UNIDENTIFIED SPEAKER:      Hi.

23        REBECCA BRIGHAM:      Hi.     I'm here to see

24    Cassandra.      I was supposed to be here at 2:30.

25    I'm a little early.

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

1     UNIDENTIFIED SPEAKER:        Okay.

2     (Indiscernible) have a seat.

3     REBECCA BRIGHAM:        Okay.

4     UNIDENTIFIED SPEAKER:        Do you have an

5     I.D.?

6     REBECCA BRIGHAM:        Yeah, in the car.        Let

7     me grab it.

8        Going to grab my I.D.

9     UNIDENTIFIED SPEAKER:        You said Cassandra?

10    REBECCA BRIGHAM:        Cassandra.

11    UNIDENTIFIED SPEAKER:        (Indiscernible) for

12    you, Cassie.

13       (Background conversation.)

14    UNIDENTIFIED SPEAKER:        Thank you so much.

15    Let's stay in touch sure.

16    UNIDENTIFIED SPEAKER:        Keep in touch.

17    Take care.

18    REBECCA BRIGHAM:        You're fine.

19    CASSANDRA:        Rebecca?

20    REBECCA BRIGHAM:        Yeah, hi.

21    CASSANDRA:        Hello.

22       How are you?

23    UNIDENTIFIED SPEAKER:        Good.        How are you?

24    CASSANDRA:        Good.        How have you been?

25    UNIDENTIFIED SPEAKER:        Great.

FRONTIER AIRLINES (R. BRIGHAM) - 0004277

1      (Indiscernible conversation.)                    (Walking.)

2      CASSANDRA:     (Indiscernible) right in.

3      JERRY:     I'm Jerry.

4      REBECCA BRIGHAM:       Rebecca.

5      JERRY:     How you doing?

6      REBECCA BRIGHAM:       Jerry --

7      (Indiscernible.)

8      JERRY:     Yes.     We might have spoken way

9      back when.

10      REBECCA BRIGHAM:       Way back in the

11      (indiscernible).

12      JERRY:     Yes.    How are you?

13      REBECCA BRIGHAM:       Good.

14      JERRY:     Your hair's gotten much shorter.

15      REBECCA BRIGHAM:       Yes, I chopped it.

16      REBECCA BRIGHAM:       So Jerry's coming in on

17      behalf of kind of the paperwork --

18      REBECCA BRIGHAM:       Okay.

19      CASSANDRA:     -- that's received.          Based on

20      your schedule --

21      REBECCA BRIGHAM:       Uh-huh.

22      CASSANDRA:     -- I was able to accommodate

23      and help you yesterday for your trips today and

24      the --

25      REBECCA BRIGHAM:       Right.

FRONTIER AIRLINES (R. BRIGHAM) - 0004278

1      CASSANDRA:        -- next few days.

2      Unfortunatley, like, I'm only allowed a little

3      leeway --

4      REBECCA BRIGHAM:        Right.

5      CASSANDRA:        -- to do things like that.               So

6      yesterday when you reached out to me, based on

7      the circumstances, I was like, yes, you

8      definitely --

9      REBECCA BRIGHAM:        Right.

10     CASSANDRA:        -- need to be removed.

11     REBECCA BRIGHAM:        Right.

12     CASSANDRA:        But now kind of with the

13     paperwork that we've received.

14     REBECCA BRIGHAM:        Uh-huh.

15     CASSANDRA:        Moving forward like, there's

16     not a whole lot that I can do to help out --

17     REBECCA BRIGHAM:        Okay.

18     CASSANDRA:        -- in regards to the layovers.

19     REBECCA BRIGHAM:        Right.

20     CASSANDRA:        So that's kind of where Jerry

21     is gonna --

22     REBECCA BRIGHAM:        Okay.

23     CASSANDRA:        -- come into play with that

24     scenario.

25     REBECCA BRIGHAM:        Okay.

1    CASSANDRA:       So I just in kind of wanted to

2    touch base with you on that.

3    REBECCA BRIGHAM:       Yeah.     Sure.

4    CASSANDRA:       To make sure it's okay.

5    REBECCA BRIGHAM:       Oh, yeah.

6    CASSANDRA:     Okay.

7    REBECCA BRIGHAM:       You're good.

8    CASSANDRA:       Okay.     So I know that that's

9    what you're talking about with the big

10   struggle --

11   REBECCA BRIGHAM:       Yes.

12   CASSANDRA:       -- with layovers.

13   REBECCA BRIGHAM:       Yes.

14   CASSANDRA:       And looks like you are doing a

15   lot more with your program.

16   REBECCA BRIGHAM:       Yes.

17   CASSANDRA:       I'm going to call it.

18   REBECCA BRIGHAM:       Yeah.

19   CASSANDRA:       Okay.     So I'll let Jerry kind

20   of.

21   REBECCA BRIGHAM:       Okay.

22   CASSANDRA:       Take over from here.

23   JERRY:       So Cassie and I had a good

24   opportunity to kind of review what the doctor

25   indicated and what the requirements are.

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015                    Page 7
REBECCA BRIGHAM v. FRONTIER AIRLINES

1    Things of that nature.

2        REBECCA BRIGHAM:      Okay.

3        JERRY:      So what we ended up doing, we

4    wanted to make sure that first let's see

5    Rachel's okay.        So that was one of the reasons

6    that we wanted to pull you off of that --

7        REBECCA BRIGHAM:      Rachel?

8        JERRY:      I'm sorry, Rebecca.

9        REBECCA BRIGHAM:      I'm like who's Rachel?

10       CASSANDRA:      She's like wait.

11       (Talking simultaneously.)

12       REBECCA BRIGHAM:      Doing in another person.

13       JERRY:      Right exactly.        My apologies

14       REBECCA BRIGHAM:      No, you're good.

15       JERRY:      So we wanted to make sure that you

16   were okay.

17       REBECCA BRIGHAM:      Okay.

18       JERRY:      And so based on the conversation

19   that Cassie had with you, we felt that it was

20   definitely urgent for us to get you off that

21   3-day trip.

22       REBECCA BRIGHAM:      Yes.

23       JERRY:      So with that, we looked at your

24   schedule.      We see that you've been bidding

25   primarily turns --

FRONTIER AIRLINES (R. BRIGHAM) - 0004281

1    REBECCA BRIGHAM:      Right.

2    JERRY:      -- what we call based on

3    seniority.

4    REBECCA BRIGHAM:      Uh-huh.

5    JERRY:      But one of the concerns that we

6    have is, you have I think an overnight at the

7    end of this month.

8    REBECCA BRIGHAM:      There's two.

9    JERRY:      Two.

10    REBECCA BRIGHAM:      There's two.      I think

11    they're Indie.      They're just like the redeyes,

12    yeah.

13    JERRY:      (Indiscernible) concerns for you.

14    REBECCA BRIGHAM:      Yes.      I won't do

15    layovers.      So my only other option is pretty

16    much if somebody doesn't take it, I mean, I

17    don't have a lot of money, but I can offer like

18    20 bucks for somebody to pick it up or

19    something, and if that doesn't happen, then I

20    would use my intermittent FMLA.

21    JERRY:      So they did an audit of the

22    intermittent FMLA and you've exhausted what

23    you've been actually allowed.

24    REBECCA BRIGHAM:      Okay.

25    JERRY:      So you can only qualify for a

FRONTIER AIRLINES (R. BRIGHAM) - 0004282

1   maximum of 12 weeks.

2       REBECCA BRIGHAM:       Okay.

3       JERRY:       Within a rolling calendar year.

4       REBECCA BRIGHAM:       Right.

5       JERRY:       (Indiscernible).

6       REBECCA BRIGHAM:       Because it switched to

7   rolling calendar, right?

8       JERRY:       Yeah, so you've exhausted that

9   amount.

10      REBECCA BRIGHAM:       Okay.

11      JERRY:       And that's so I had Shelly, she's

12  a supervisor of LOA do an audit.

13      REBECCA BRIGHAM:       Okay.

14      JERRY:       She said unfortunately there's no

15  more for you to use of that piece.

16      REBECCA BRIGHAM:       Okay.

17      JERRY:       Your only other option would be to

18  apply for personal leave for those incidences.

19      REBECCA BRIGHAM:       Okay.

20      JERRY:       But that aside, the biggest

21  concern, we wanted to make sure is what can we

22  do --

23      REBECCA BRIGHAM:       Uh-huh.

24      JERRY:       -- to better support you in terms

25  of our hands are pretty tied with --

FRONTIER AIRLINES (R. BRIGHAM) - 0004283

1     REBECCA BRIGHAM:        Right.

2     JERRY:        -- trying to do schedule

3     adjustments.

4     REBECCA BRIGHAM:        Right.

5     JERRY:        And as Cassie said, that it was a

6     one-time ability for us to do that.

7     REBECCA BRIGHAM:        Uh-huh.        And I

8     appreciate it.

9     JERRY:        And I'm not sure we would be able

10    to have that flexibility in the future.

11    REBECCA BRIGHAM:        Right.

12    JERRY:        So we wanted to see what other

13    options might be available to you.

14    REBECCA BRIGHAM:        Okay.

15    JERRY:        And I wanted to see how you

16    thought about maybe other opportunities, or is

17    this the flight attnedant position --

18    REBECCA BRIGHAM:        Like finding a new job

19    you mean?

20    JERRY:        Or just is the flight attendant

21    position the one for you given what you're

22    going through right now?

23    REBECCA BRIGHAM:        I love the fact that it

24    has so much flexibility and the fact that I can

25    work five days --

1      JERRY:       Right.

2      REBECCA BRIGHAM:       -- or I can work one --

3      JERRY:       Exactly.

4      REBECCA BRIGHAM:       -- in a week.       That for

5   me is awesome.

6      JERRY:       Okay.

7      REBECCA BRIGHAM:       The layovers, of course

8   I'm not senior enough to hold that.

9      JERRY:       Right.

10      REBECCA BRIGHAM:       So that's the one --

11   like, I won't do layovers.              So it's -- then it

12   does come down to evaluating, okay -- they say

13   not to make any major changes in the first year

14   of recovery if you can help it.              Now, if

15   Frontier were to go under, not that I think it

16   would, and then those are things that are

17   beyond your control.

18      JERRY:       Right.

19      REBECCA BRIGHAM:       But if there are things

20   that you can control and kind of keep it an

21   even keel --

22      JERRY:       Okay.

23      REBECCA BRIGHAM:       -- so you don't throw

24   yourself out of whack --

25      JERRY:       Uh-huh.

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

1     REBECCA BRIGHAM:          -- so I have not

2  honestly -- at one point I had thought about

3  transferring internally into the company.

4     JERRY:     Okay.

5     REBECCA BRIGHAM:      Into like an inflight

6  manager's position or something like that.

7  However, there's no in flight positions

8  available.

9     JERRY:     Well, let me ask you --

10     REBECCA BRIGHAM:      Uh-huh.

11     JERRY:      -- is relocation an opportunity?

12  Is that like something --

13     REBECCA BRIGHAM:      Wait.

14     JERRY:     So they just announced they're

15  going to open up a base in Orlando.

16     REBECCA BRIGHAM:      Oh, yeah.

17     JERRY:     So.

18     REBECCA BRIGHAM:      No.

19     (Talking simultaneously.)

20     REBECCA BRIGHAM:      I'm like what do you

21  mean.

22     JERRY:      -- open up.

23     REBECCA BRIGHAM:      Is there an office in

24  like Lakeland?          No.

25     CASSANDRA:      So there would be an

FRONTIER AIRLINES (R. BRIGHAM) - 0004286

1    opportunity in inflight.                    Unless somebody from

2    Denver decides to say, hey, I want the

3    Orlando --

4        REBECCA BRIGHAM:        Right.

5        JERRY:        -- then there's an opportunity

6    that might possibly open up here.

7        REBECCA BRIGHAM:        Right.        Right.        Yes.

8    And right now with my family and --

9        JERRY:        Perfect.

10       REBECCA BRIGHAM:        -- my husband just

11   started his own business.

12       JERRY:        Okay.

13       REBECCA BRIGHAM:        And my main thing also

14   is health insurance.

15       JERRY:        Right.

16       REBECCA BRIGHAM:        Mean I have to carry

17   health insurance for my husband and the kids,

18   and of course myself, but I'm more concerned

19   about them.

20       JERRY:        Okay.

21       REBECCA BRIGHAM:        So, yeah, I just -- I

22   don't know where to go from here.

23       JERRY:        Okay.

24       REBECCA BRIGHAM:        Before it wasn't an

25   issue.        I was always able to swap my trips out

FRONTIER AIRLINES (R. BRIGHAM) - 0004287

1     for turns.

2          JERRY:        Right.

3          REBECCA BRIGHAM:        But last month and this

4     month were the months where I could not get rid

5     of them.

6          JERRY:        Especially now that we're going

7     into out busy season.

8          REBECCA BRIGHAM:        Exactly.

9          JERRY:        The way the flying has been

10    completely revamped.

11         REBECCA BRIGHAM:        Uh-huh.

12         JERRY:        It's kind of making it difficult.

13         REBECCA BRIGHAM:        Yes.

14         JERRY:        Let's do this, since we've got a

15    bit of time before the end of the month --

16         REBECCA BRIGHAM:        Uh-huh.

17         JERRY:        -- kind of see how things are

18    going.     See if you can drop those trips.

19    Continue --

20         REBECCA BRIGHAM:        Okay.

21         JERRY:        -- doing what you're doing with

22    your bidding.

23         REBECCA BRIGHAM:        Okay.

24         JERRY:        Because I did see -- we were

25    looking at your schedule and we see that you're

1    getting a good chunk of turns for the most

2    part.

3        REBECCA BRIGHAM:      Uh-huh.

4        JERRY:      See if you can drop and swap, or

5    maybe put incentives out there for folks who --

6        REBECCA BRIGHAM:      Right.

7        JERRY:      -- take those friendships you so

8    you can manage that better.

9        REBECCA BRIGHAM:      Right.

10       JERRY:      And hopefully that will work for

11   you down the road.

12       REBECCA BRIGHAM:      Okay.

13       JERRY:      So we just want to kind of have

14   that face-to-face conversation to see.

15       REBECCA BRIGHAM:      Yeah, no, that's

16   awesome.

17       JERRY:      -- if there's anything else --

18       REBECCA BRIGHAM:      So thank you.

19       JERRY:      -- that we can do.

20       REBECCA BRIGHAM:      No, that's pretty much

21   my only area of concern, and then now that I

22   have, exhausted my intermittent FMLA, what am I

23   going to do if something arises where I need to

24   get to a meeting rather than get on the

25   airplane?

FRONTIER AIRLINES (R. BRIGHAM) - 0004289

1      JERRY:      Okay.

2      REBECCA BRIGHAM:      What are my options

3   going from there?

4      JERRY:      Cassie.

5      REBECCA BRIGHAM:      So if it is something,

6   you know, where you have to be compliant on

7   their side.

8      REBECCA BRIGHAM:      Uh-huh.

9      CASSANDRA:      In regards to meetings and

10   things like that.

11      REBECCA BRIGHAM:      Uh-huh.

12      CASSANDRA:      I mean, it's something that

13   you have to bring to my attention as quickly as

14   possible.      It can't be like five minutes

15   before, hey, I forgot or, hey, you know, I

16   scheduled this meeting.          Kind of keeping me in

17   the loop as well.

18      REBECCA BRIGHAM:      Right.

19      CASSANDRA:      Because like we stated in the

20   very beginning when we bring you back to work,

21   like it says that you have to be compliant on

22   their side as well --

23        REBECCA BRIGHAM:  Right.

24      CASSANDRA:      -- as our side.          So in those

25   scenarios, like, yes, we want to make sure that

FRONTIER AIRLINES (R. BRIGHAM) - 0004290

1    you're getting the treatment that you need and

2    that we're here to support you.

3        REBECCA BRIGHAM:      Okay.

4        CASSANDRA:      You know, to get the treatment

5    that you need.

6        REBECCA BRIGHAM:      Right.

7        CASSANDRA:      But it's just keeping me in

8    the loop to make sure that I'm aware of what's

9    going on as well.

10       REBECCA BRIGHAM:      Okay.    Because sometimes

11   like something will -- some event or something

12   will happen that will sort of trigger me.

13       JERRY:      Okay.

14       REBECCA BRIGHAM:      No matter what it is.

15   Like last month like I told you it was the

16   six-year anniversary of my daughter's death,

17   and that was only -- such a hard month and I

18   went to so many meetings, and it was my first

19   time going through it sober.              So when it comes

20   to stuff like that, when I talk to my sponsor

21   and I talk to her about what's going on and

22   what I'm struggling with at the moment, and her

23   first response is always, "Get to a meeting.

24   Get to one now."

25           CASSANDRA:   In the event that that happens

FRONTIER AIRLINES (R. BRIGHAM) - 0004291

1    and that's what she's recommending.

2         REBECCA BRIGHAM:        Uh-huh.

3         CASSANDRA:        I don't know who she is and

4    you don't have to give me that information.

5         REBECCA BRIGHAM:        Right.

6         CASSANDRA:        As long as she's documenting

7    as well.

8         REBECCA BRIGHAM:        Okay.

9         CASSANDRA:        She has her documentation, I

10   have my documentation, and it comes together.

11        REBECCA BRIGHAM:        Okay.

12        CASSANDRA:        You should be fine.

13        REBECCA BRIGHAM:        Okay.        Perfect.

14        CASSANDRA:        Okay?

15        REBECCA BRIGHAM:        Okay.

16        JERRY:        Definitely keep in communication

17   with Cassie.

18        REBECCA BRIGHAM:        Okay.        Perfect.

19        JERRY:        That way she's up-to-date on

20   what's going.

21        REBECCA BRIGHAM:        Okay.

22        JERRY:        But she'll definitely be the one

23   to contact.

24        REBECCA BRIGHAM:        Perfect.

25        JERRY:        If there's anything outside of the

FRONTIER AIRLINES (R. BRIGHAM) - 0004292

1    program or anything like that, you can always

2    give me a call.

3        REBECCA BRIGHAM:       Okay.

4        JERRY:       And I can try and help you through

5    that process as well.

6        REBECCA BRIGHAM:       Okay.    Perfect.

7        So, yeah, I think that I'll just keep our

8    fingers crossed for the end of the month and I

9    guess cross that bridge when it comes if --

10   yeah, I don't know what to do.

11       JERRY:       Okay.

12       REBECCA BRIGHAM:       I guess we'll figure it

13   out.

14       JERRY:       All right.       That's all we can do.

15       REBECCA BRIGHAM:       Right, I know, and I

16   don't want to -- you can throw yourself for a

17   loop if you think too far ahead like, uhhh

18   (phonetic).

19       JERRY:       Right.    Right.

20       REBECCA BRIGHAM:       So, yeah, I guess we'll

21   just cross that bridge when it comes, but I

22   know that I will not do another layover at this

23   point in my recovery.

24       JERRY:       Okay.

25       REBECCA BRIGHAM:       I just ...

FRONTIER AIRLINES (R. BRIGHAM) - 0004293

1    JERRY:    It sounds like you're doing

2    everything that you need to take care of

3    yourself.

4    REBECCA BRIGHAM:    Yes.

5    JERRY:    And go to meetings and things like

6    that, which is good.

7    REBECCA BRIGHAM:    Yes.    Yes.

8    JERRY:    So keep on that --

9    REBECCA BRIGHAM:    And then my other

10   question I was just thinking of today, so for

11   me to become compliant with part of Frontier's

12   requirement was that I meet with a therapist

13   once a week.

14   JERRY:    Okay.

15   REBECCA BRIGHAM:    Is there any way to

16   submit -- because my copays are $55 a week.

17   JERRY:    Okay.

18   REBECCA BRIGHAM:    Is there any way to

19   submit to get any type of help with that when

20   funds are short?    I was just curious because it

21   is a requirement, if that's something that

22   Frontier would help out with, or if I'm pretty

23   much --

24   JERRY:    Yeah, unfortunately, we don't --

25   we don't reimburse for those costs.

1     REBECCA BRIGHAM:      Right.      Okay.

2     JERRY:      But there's a program which -- I

3     just recently came back to Frontier.              Is the

4     Hopely still in place?

5     CASSANDRA:      I think it is because --

6     REBECCA BRIGHAM:      I did, and I applied for

7     that.

8     JERRY:      Oh, you did?      Okay.

9     REBECCA BRIGHAM:      And I got nowhere with

10    that.      I had gotten some assistance with

11    some medical -- not past due, but when I was on

12    leave --

13    JERRY:      Yeah.

14    REBECCA BRIGHAM:      -- when I went on for my

15    son when he was born, they had helped me out.

16    So it was within the two years.              They wanted me

17    to still submit for help, but they said that

18    based on when I submitted, they weren't able to

19    help at that time.              There were other people

20    that were --

21    JERRY:      Okay.

22    REBECCA BRIGHAM:      -- a little more dire

23    straits.      Which is fine.

24    CASSANDRA:      Have you reached out to UNIF

25    (phonetic) at all?

FRONTIER AIRLINES (R. BRIGHAM) - 0004295

1    REBECCA BRIGHAM:      Oh, the um ...

2    CASSANDRA:      I know that they're like our

3    substance abuse, our EEAP (phonetic).

4    REBECCA BRIGHAM:      Uh-huh.

5    CASSANDRA:      But I'm wondering if they have

6    anything.

7    JERRY:      Any programs.

8    CASSANDRA:      Or could like refer you to

9    like, hey, you know, we don't specifically,

10   but, hey, you might try reaching out to ...

11   REBECCA BRIGHAM:      To these people.      Okay.

12   CASSANDRA:      To these people and they could

13   help.

14   JERRY:      That's true.

15   REBECCA BRIGHAM:      Okay.    That's awesome.

16   CASSANDRA:      They're kind of the only one I

17   can think of at the moment.

18   REBECCA BRIGHAM:      Right.    Okay.    Awesome.

19   CASSANDRA:      If I think think of some more

20   ideas --

21   REBECCA BRIGHAM:      Then let me know.

22   CASSANDRA:      I'll let you know.

23   REBECCA BRIGHAM:      Yeah, for sure because I

24   can reach out to them and just see what options

25   are out there for them to help cover some of

FRONTIER AIRLINES (R. BRIGHAM) - 0004296

1    the finances with counseling.

2        JERRY:      Okay.    All right.        And that was

3    it.

4        REBECCA BRIGHAM:       Okay.    Awesome.

5        JERRY:      Thank you for coming in.

6        REBECCA BRIGHAM:       Yeah.    No.    Thank you,

7    guys.    It's so much easer to have a face to

8    face rather than over the phone.

9        Um, I'm trying to think if there's

10   anything else I needed to ask, and, of course,

11   I don't remember.        So, yeah, okay.        Perfect.

12       CASSANDRA:      I don't know -- like your

13   husband, because you say like he's

14   self-employed --

15       REBECCA BRIGHAM:       Yes.

16       CASSANDRA:      -- and just started his

17   business --

18       REBECCA BRIGHAM:       Uh-huh.

19       CASSANDRA:      -- and then with you, I mean I

20   I don't know like hours worked and things like

21   this, I'm just throwing this out there --

22       REBECCA BRIGHAM:       Uh-huh.

23       CASSANDRA:      -- but I know that if you

24   contact like Medicaid --

25       REBECCA BRIGHAM:       Uh-huh.

FRONTIER AIRLINES (R. BRIGHAM) - 0004297

1    CASSANDRA:        -- and you tell them your

2    scenario.

3    REBECCA BRIGHAM:        Uh-huh.

4    CASSANDRA:        There's an -- I think even on

5    the website.        Like if you go to Medicaid, it

6    will run you through and ask you like all these

7    questions.

8    REBECCA BRIGHAM:        Uh-huh.

9    CASSANDRA:        It asks you like how many

10   people are in your household, the income for

11   the month.

12   REBECCA BRIGHAM:        Okay.

13   CASSANDRA:        Like, if you just had a baby.

14   If you've inquired medical bills.

15   REBECCA BRIGHAM:        Uh-huh.

16   CASSANDRA:        Like, it brings you like this

17   whole thing, and then at the very end.

18   REBECCA BRIGHAM:        Uh-huh.

19   CASSANDRA:        It will give you printout and,

20   that printout says what you can qualify for

21   REBECCA BRIGHAM:        Oh, cool.        Okay.

22   CASSANDRA:        So that's another thing that I

23   can think of --

24   REBECCA BRIGHAM:        Cool.

25   CASSANDRA:        -- that might help you as

H+G   Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

1    well.

2        REBECCA BRIGHAM:    Okay.    Perfect.

3        CASSANDRA:     But, yeah, if I think of any

4    more, I'll let you know.

5        REBECCA BRIGHAM:     Awesome.    Well, thank

6    you guys so much.

7        JERRY:      Thank you.

8        REBECCA BRIGHAM:     And then I'll just be in

9    contact with you at the end of the month if I'm

10   not able to get rid of those, and we'll just

11   kind of see what to do.

12       CASSANDRA:     Okay.

13       REBECCA BRIGHAM:     I guess.     And then my

14   other question is, I think that -- because with

15   her doing an audit, is it going to go back and

16   take out some of those intermittent FMLAs?

17       REBECCA BRIGHAM:     No.

18       REBECCA BRIGHAM:     Okay.

19       JERRY:     No.    So we -- I asked her to leave

20   everything as is --

21       REBECCA BRIGHAM:     As is, okay.

22       JERRY:     -- (indiscernible) moving forth.

23   We (indiscernible).

24       REBECCA BRIGHAM:     Okay.    Right.    Exactly.

25   So moving forth.

1    And then is there any way that we -- I can

2    get a printout or whatever from her to see when

3    intermittent FMLAs drop off from last year.

4        JERRY:    Yes.

5        REBECCA BRIGHAM:    That way I can kind

6    of --

7        JERRY:    Definitely.

8        REBECCA BRIGHAM:    -- have that.    Because

9    if I have like four that are going to drop off.

10       JERRY:    Right.

11       REBECCA BRIGHAM:    Like next week --

12       JERRY:    Right.

13       REBECCA BRIGHAM:    -- then I know that

14   those two are covered.

15       JERRY:    Excellent.

16       REBECCA BRIGHAM:    Just in case.

17       JERRY:    Okay.

18       REBECCA BRIGHAM:    So if while I'm here, if

19   I could try and get some type of something like

20   that, or even.

21       JERRY:    So Shelly's working from home.

22       REBECCA BRIGHAM:    Oh, okay.

23       JERRY:    So I have to shoot her an email.

24       REBECCA BRIGHAM:    Okay.

25       JERRY:    But I can have her email that to

FRONTIER AIRLINES (R. BRIGHAM) - 0004300

1    you.

2         REBECCA BRIGHAM:       That's perfect.

3         JERRY:      Okay?

4         REBECCA BRIGHAM:       Yeah.

5         JERRY:      Do you have her email address?

6         CASSANDRA:       Yep.

7         JERRY:      Okay.    Perfect

8         REBECCA BRIGHAM:       Okay.    Awesome.

9         JERRY:       I'll have her send you the break

10   down.

11        REBECCA BRIGHAM:       Okay.

12        JERRY:       And then I'll have her explain

13   when you will requalify, or what days would

14   rule off where you'll get some additional time

15   added to your FMLA.

16        REBECCA BRIGHAM:       Okay.    Perfect.     And

17   then my other question is going to be to her

18   is, even though I'm exceeded, as stuff drops

19   off do we just start counting these, or are we

20   just starting over from this day?

21        JERRY:    Let me check with her.

22        REBECCA BRIGHAM:       Okay.

23        JERRY:       That's a question she would have

24   to answer.

25        REBECCA BRIGHAM:       Okay.    Perfect.     Yeah,

FRONTIER AIRLINES (R. BRIGHAM) - 0004301

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

1    if you could just check with her on that just

2    so I'm -- I know exactly where I stand with

3    that.

4        JERRY:      Okay.    Makes sense.

5        REBECCA BRIGHAM:      Okay.

6        JERRY:      Definitely.

7        REBECCA BRIGHAM:      And then would I also

8    talk to leave of absence to do like, let's say

9    at the end of the month those two days --

10       JERRY:      Uh-huh.

11       REBECCA BRIGHAM:      -- and I contact you,

12   like I haven't been able to get rid of them,

13   how do I -- do I contact leave of absence to do

14   a personal leave for those trips or ...

15       JERRY:      You need to work with your manager

16   Kari Thompson.    I would start with her first.

17       REBECCA BRIGHAM:      Okay.

18       JERRY:      And ultimately --

19       REBECCA BRIGHAM:      And I think my manager's

20   Stephanie.

21       JERRY:      Oh, Stephanie.      Okay.

22       REBECCA BRIGHAM:      She's the one that knows

23   my situation.

24       JERRY:      Continue working with Stephanie.

25       REBECCA BRIGHAM:      Okay.    I'm like ...

FRONTIER AIRLINES (R. BRIGHAM) - 0004302

1    CASSANDRA:      I was going to say, yeah, you

2    don't have to disclose anything.

3    JERRY:     Correct.

4    REBECCA BRIGHAM:      Right.

5    CASSANDRA:      You just, yeah.

6    REBECCA BRIGHAM:      Okay.     And I did

7    disclose to Stephanie.

8    JERRY:     Okay.

9    CASSANDRA:      Okay.

10   REBECCA BRIGHAM:      So knows.      She's in the

11   loop.     JJ knows and Jeff knows.

12   JERRY:     Okay.

13   REBECCA BRIGHAM:      And Fadia (phonetic) did

14   until she left, but those are the ones, I'd

15   like to keep them ...

16   JERRY:     Just keep working with Stephanie.

17   CASSANDRA:      Yeah.

18   REBECCA BRIGHAM:      Okay.

19   JERRY:     She'll definitely be your best

20   person --

21   REBECCA BRIGHAM:      Okay.

22   JERRY:     -- working through that.

23   REBECCA BRIGHAM:      Perfect.

24   JERRY:     Um, depending how many days were

25   those going to be?

FRONTIER AIRLINES (R. BRIGHAM) - 0004303

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015                Page 30
REBECCA BRIGHAM v. FRONTIER AIRLINES

1    REBECCA BRIGHAM:       They're just two days.

2    JERRY:      Just two days --

3    REBECCA BRIGHAM:       They were like -- like,

4  they were the weird like report day, like where

5  you report at like 11 something at night.

6    JERRY:      Okay.

7    REBECCA BRIGHAM:       And then you do the link

8  to Indie.        You stay for like 10 to 12 hours or

9  whatever.

10    JERRY:      Okay.

11    REBECCA BRIGHAM:       And then work a couple

12  flights home.

13    JERRY:      Perfect.

14    REBECCA BRIGHAM:       So technically, it's two

15  days.

16    JERRY:      Two days, okay.

17    REBECCA BRIGHAM:       So that would be four

18  total.

19    JERRY:      The other option, if you come

20  across one where maybe it's four days --

21    REBECCA BRIGHAM:       Uh-huh.

22    JERRY:       -- to qualify for a medical leave,

23  non FMLA medical leave, it has to be a minimum

24  of three days.

25    REBECCA BRIGHAM:       Minimum of three.        Okay.

FRONTIER AIRLINES (R. BRIGHAM) - 0004304

1    JERRY:      Minimum of three.      Just keep that

2    in mind if you come across a situation --

3    REBECCA BRIGHAM:      Okay.

4    JERRY:      Granted, those are still based on

5    operational (indiscernible) demands.

6    REBECCA BRIGHAM:      Right.

7    JERRY:      But it still gives you an option.

8    REBECCA BRIGHAM:      And then my other

9    concern, though, with going on a medical leave,

10   even if it's for that just four days or

11   whatever, that counts as a point.

12   JERRY:      Oh.

13   REBECCA BRIGHAM:      As per our contract, it

14   counts as a point.

15   JERRY:      Okay.

16   REBECCA BRIGHAM:      Now, I have been told

17   that if you get to the final term -- or to the

18   termination --

19   JERRY:      Uh-huh.

20   REBECCA BRIGHAM:      -- they will take those

21   away before they can actually terminate you.

22   JERRY:      Okay.

23   REBECCA BRIGHAM:      I mean, that's what I

24   was told.      I don't know if that's actually

25   accurate or not.

FRONTIER AIRLINES (R. BRIGHAM) - 0004305

1      JERRY:      Let me research that for you.

2      REBECCA BRIGHAM:      Okay.      Perfect.

3      JERRY:      And I I'll find out.

4      REBECCA BRIGHAM:      Okay.

5      JERRY:      Because I need to know for myself.

6      REBECCA BRIGHAM:      Awesome.

7      JERRY:      Okay.      Any other questions?

8      REBECCA BRIGHAM:      No, that's it.          I think

9      I will contact Stephanie and see.

10     JERRY:      Perfect.

11     REBECCA BRIGHAM:      Just kind of let her --

12     that way she's in the loop --

13     JERRY:      Okay.

14     REBECCA BRIGHAM:      -- a little bit too.

15     JERRY:      Maybe she has other options that

16     she could --

17     REBECCA BRIGHAM:      Right.      True.

18     JERRY:      -- or somebody that knows that

19     might pick up those trips from you.

20     REBECCA BRIGHAM:      Right.      Exactly.      Throw

21     it out there.

22     JERRY:      Perfect.      Yeah.      It doesn't hurt.

23     REBECCA BRIGHAM:      Perfect.      And then I

24     also am going to going to reach out to her

25     about that I may have to do a request for

1    personal leave for these -- those two to two

2    days.

3        JERRY:       Perfect.

4        REBECCA BRIGHAM:      Yeah, and then I guess

5    do my bid and see what I get for --

6        JERRY:       Excellent.

7        REBECCA BRIGHAM:      -- July.

8        JERRY:       And maybe things change where your

9    seniority goes up and --

10       REBECCA BRIGHAM:      Right.

11       JERRY:       -- because --

12       REBECCA BRIGHAM:      Well, with the Orlando

13   base, I mean.

14       JERRY:       There's a lot of people --

15       REBECCA BRIGHAM:      Lots of people that want

16   to go.

17       JERRY:       There's a lot (indiscernible).

18       REBECCA BRIGHAM:      And as long as they're

19   senior to me, I'm good.

20       JERRY:       Exactly.      You never know, but

21   there's a lot of people that commute right now.

22   So that might be the case.

23       REBECCA BRIGHAM:      Exactly.      But from my

24   understanding, Frontier is not growing,

25   correct?      Just kind of letting --

1      JERRY:       We just ordered 12 aircraft.

2      REBECCA BRIGHAM:       Okay.    So then w're --

3      JERRY:       We're expanding and we are growing

4   quite a bit.

5      REBECCA BRIGHAM:       Okay.    In Denver?

6      JERRY:       In Denver.

7      REBECCA BRIGHAM:       Okay.

8      JERRY:       Growing, I don't know in Denver.

9   Growing as a company.

10      REBECCA BRIGHAM:       As a company.

11      JERRY:       Yes.

12      REBECCA BRIGHAM:       Because my own -- my

13   main concern also going forward from here --

14      JERRY:       Uh-huh.

15      REBECCA BRIGHAM:       -- and this is way down

16   the road, but I mean, if they're not going to

17   grow Denver and people are going to Orlando or

18   whatever --

19      JERRY:       Yeah.

20      REBECCA BRIGHAM:       -- and it shrinks, I

21   mean, I will have to pin up my wings if I ever

22   go back on reserve, because there's no possible

23   way to do any of that.          So I guess that was

24   just a future way down the road, don't want to

25   think too much about it.

FRONTIER AIRLINES (R. BRIGHAM) - 0004308

1      JERRY:        Right.

2      REBECCA BRIGHAM:        But if Denver is not

3  growing, then --

4      JERRY:        That's true.

5      REBECCA BRIGHAM:        -- that's something else

6  I have to consider.

7      JERRY:        I know we're growing, but I don't

8  know where those flights necessarily are going

9  to be.

10     REBECCA BRIGHAM:        Right.

11     JERRY:        Because we're tasked to hiring

12  500 --

13     REBECCA BRIGHAM:        Oh.

14     JERRY:        -- flight attendants.

15     REBECCA BRIGHAM:        Wow.

16     JERRY:        So it depends on where those --

17  they're going to be based.              Right now,

18  obviously, Orlando's going to be primarily

19  where a lot of people will be going.

20     REBECCA BRIGHAM:        Right.

21     JERRY:        Where that leaves Denver it's

22  unknown?

23     REBECCA BRIGHAM:        Okay.    Perfect.        And

24  then my other question, which is totally just

25  curiosity, somebody -- I mean, of course flight

1   attendants, we like to talk all the time.                              Is

2   attrition really that bad right now.

3        JERRY:       Yeah --

4        REBECCA BRIGHAM:       Is it?        Okay.

5        JERRY:       And it's primarily the junior

6   folks.

7        REBECCA BRIGHAM:       That's what I've heard

8   too.

9        JERRY:       They're not lasting that long.

10  They come on board, the reserve is not what

11  they thought it was, and as soon as they come

12  in they're leaving quite a bit.                      But

13  attritian's pretty high.

14       REBECCA BRIGHAM:       Okay.

15       JERRY:       To the point where we can't even

16  keep them.

17       REBECCA BRIGHAM:       Wow.

18       JERRY:       So, yeah, it's interesting.

19       REBECCA BRIGHAM:       Wow.

20       JERRY:       And with all the other airlines

21  hiring, a lot of them are jumping to the big

22  carriers.

23       REBECCA BRIGHAM:       Yep.

24       JERRY:       Primarily Delta and United.

25       REBECCA BRIGHAM:       Yep.    Which is -- wow.

FRONTIER AIRLINES (R. BRIGHAM) - 0004310

1      JERRY:        Yeah, quite a few of them have

2    left.

3      REBECCA BRIGHAM:       Yeah.

4      JERRY:       It is interesting.

5      REBECCA BRIGHAM:       I know, right, what can

6    you do?      Yeah.     All right.        Well thank you guys

7    so much for meeting with me.

8      JERRY:       You bet.

9      REBECCA BRIGHAM:       And, yeah, I'll just be

10    in touch with you, like, as I need to.

11      CASSANDRA:      Okay.     And then now that I

12    know that she has, you know, your information

13    as well as like, I'll just --

14      REBECCA BRIGHAM:       Yeah, Stephanie is in

15    the loop protection on all that stuff.                 So ...

16      CASSANDRA:      Okay.     If you come up with any

17    questions or concerns, you know, just contact

18    me or Jerry.

19      REBECCA BRIGHAM:       Okay.     Perfect.

20      JERRY:       Excellent.

21      REBECCA BRIGHAM:       Awesome.     Thank you guys

22    so much.

23      And I'll just be in touch with you

24    whenever

25      CASSANDRA:      Okay.

FRONTIER AIRLINES (R. BRIGHAM) - 0004311

1      JERRY:       Have a good rest of your day.

2      REBECCA BRIGHAM:       Okay.    You too, Jerry.

3   Thank you.

4      REBECCA BRIGHAM:       Make sure I didn't leave

5   anything.      I always leave my phone in my

6   pocket.

7      (Background conversation.)

8      REBECCA BRIGHAM:       Yeah, thank you.

9   (Indiscernible).

10      (Background conversation.)

11      REBECCA BRIGHAM:       Right.    Exactly.      If is

12   he still gonna -- I know when I first started

13   he was like the drug administrator or whatever

14   called us.

15      CASSANDRA:       (Indiscernible) when he left

16   the company (indiscernible) to go to a

17   different airline now he came back.                So

18   (indiscernible)

19      REBECCA BRIGHAM:       Okay.

20      CASSANDRA:       So the reason why

21   (indiscernible) you were kind of

22   (indiscernible) here (indiscernible) manager.

23      REBECCA BRIGHAM:       Right.

24      CASSANDRA:       Like, he'll just

25   (indiscernible)

1     REBECCA BRIGHAM:     Okay.    Awesome.    And

2     then my other question is, how do I find out if

3     there are any other options for internal

4     transfers besides like inflight managers?  I

5     mean.

6         CASSANDRA:      Did you check the website?

7         REBECCA BRIGHAM:      I don't -- what -- is it

8     just on the --

9         CASSANDRA:      So if you go to

10    myfrontier.org.

11        REBECCA BRIGHAM:      Okay.

12        CASSANDRA:      It's on there.

13        REBECCA BRIGHAM:      Okay.

14        CASSANDRA:      Myfrontier.org on the section

15    there's like departments.              All kinds of stuff

16    across the top.

17        REBECCA BRIGHAM:      Okay.

18        CASSANDRA:      There's a hole bunch of links.

19    There's a drop down that says all about

20    hostings.      You should be able to see them.  I

21    don't know how frequently they post them or

22    when it's updated.      But I know --

23        REBECCA BRIGHAM:      Nice.    Okay.    Because

24    that's always an option.            If it's the not

25    looking like it's going to be easy at all to

1    get rid of layovers, I guess that's an option

2    to kind of transfer somewhere else.

3         And then, I don't know -- sorry, I have a

4    million questions.

5         CASSANDRA:      No problem.

6         REBECCA BRIGHAM:      Like if I were to, let's

7    say I were transfer out to receptionist.            Okay?

8    I do the option of going back to inflights?

9         CASSANDRA:      So (indiscernible).

10        REBECCA BRIGHAM:      Okay.

11        CASSANDRA:      I'm going to verify this

12   because (indiscernible).

13        REBECCA BRIGHAM:      Okay.

14        CASSANDRA:      If you transfer, and then you

15   say I want it go back to the line, right?

16        REBECCA BRIGHAM:      Right.

17        CASSANDRA:      So I'm not 100 percent sure

18   how this works, and I will verify it with

19   Jerry, but I can also just randomly throw it

20   out there to (indiscernible) inflight and ask.

21        REBECCA BRIGHAM:      Okay.

22        CASSANDRA:      I believe as long as you

23   maintain your certifications --

24        REBECCA BRIGHAM:      Okay.

25        CASSANDRA:      -- and stay current or --

1      REBECCA BRIGHAM:        Yeah.

2      CASSANDRA:       As long as you stay current

3  you're okay.        So let's say like you've been

4  gone for a year because I think -- do they

5  expire yearly?

6      REBECCA BRIGHAM:        Well, the way that it

7  works is you're on leave longer than a year,

8  you have to do like a three day --

9      CASSANDRA:       Like a recert type thing?

10     REBECCA BRIGHAM:        Yes.

11     CASSANDRA:       Yeah.     So I think like in that

12  scenario, as long as there was a demand for

13  them, you would go back, but you would go

14  through that three-day first.

15     REBECCA BRIGHAM:        Okay.

16     CASSANDRA:       To get everything.          I believe.

17     REBECCA BRIGHAM:        Okay.

18     CASSANDRA:       And I'll double-check that for

19  you.

20     REBECCA BRIGHAM:        Okay.    Awesome.     Yeah,

21  because I'm just -- because then if were to

22  eventually -- like, let's say next month that's

23  all I get is trips and I can't get rid of them,

24  and then if I were to transfer somewhere into

25  the company, I would just want to know that

FRONTIER AIRLINES (R. BRIGHAM) - 0004315

1    when -- like, let's say after hiring all these

2    flight attendants and then Denver, like a bunch

3    of senior people go to Orlando, my seniority

4    would jump up, you know, and then all of a

5    sudden I'd be able to hold (indiscernible).  I

6    would much rather probably go back to the line.

7    So I would want to make sure that --

8        CASSANDRA:      Your question is

9    (indiscernible) decide to go back what the

10   process (indiscernible)

11       REBECCA BRIGHAM:      Yes, like --

12       (Talking simultaneously.)

13       REBECCA BRIGHAM:      -- if I keep my

14   seniority and what the process is like.           Do you

15   have to make like let's say a six-month

16   commitment at the other position?

17       CASSANDRA:      I think that no matter what it

18   is, like your position, I'm pretty sure it is

19   six months.

20       REBECCA BRIGHAM:      Okay.

21       CASSANDRA:      They don't allow anybody to

22   transfer.

23       REBECCA BRIGHAM:      So just go --

24       CASSANDRA:      Unless there's like a

25   circumstances where a manager is like, no, it's

1    okay.       Like, they give their approval, but

2    those are like few --

3        REBECCA BRIGHAM:        Okay.

4        CASSANDRA:        -- where that happens.

5        REBECCA BRIGHAM:        And then my other

6    question is, is there an option for -- you

7    know, how like OJI, you come to the GO and you

8    do whatever.       Is that ever an option if they're

9    like -- let's say, because I don't want to get

10   in trouble.       I don't want to get these sick

11   instances or (indiscernible) instances, points.

12   You know, is there ever an option that if it

13   comes down to it -- like this three day that I

14   had you pull me off.

15       CASSANDRA:        Uh-huh.

16       REBECCA BRIGHAM:        Like, let's say that

17   happens again, let's say it's next month or

18   whatever, I mean, is there an option for me to

19   come work at the GO and file paperwork or

20   something?       That way it's not like anybody --

21   nobody thinks that I'm like, oh, she just wants

22   these days off so she's trying to get out of

23   it.       Because that's not it at all.             I mean, I

24   would have loved to picked up a turn today and

25   tomorrow.       You know what I mean?        But is that

1    an option to kind of that way I can still

2    get -- it wouldn't be like a point.                     Like,

3    instead of getting a point, I would come to the

4    GO and work, or inflight paperwork.                Whatever

5    it may be.        I don't know if that's actually an

6    option, but ...

7         CASSANDRA:        And I honestly don't know, but

8    that's another thing that I can ask.

9         REBECCA BRIGHAM:          Okay.

10        CASSANDRA:        And just -- I mean, I'm not

11   going to say that I'm asking on your behalf.

12        REBECCA BRIGHAM:          Right.

13        CASSANDRA:        I'm just going to throw it out

14   there and say, hey, you know --

15        (Talking simultaneously.)

16        REBECCA BRIGHAM:          Just be like --

17        CASSANDRA:        Yeah.

18        REBECCA BRIGHAM:          Right.

19        CASSANDRA:        (Indiscernible) happens in the

20   future, like is this something that we can do.

21        REBECCA BRIGHAM:          Right.

22        CASSANDRA:        And then I can definitely let

23   you know that one as well.

24        REBECCA BRIGHAM:          Okay.      Awesome.      Yeah,

25   and just -- I just kind of want to know all

1     like of my options I guess, you know.

2           CASSANDRA:      Yeah.

3           REBECCA BRIGHAM:      Just like because I've

4     been a flight attendant for eight years.  I

5     don't know what else I'd want to do.                You know,

6     like, I love it.

7           CASSANDRA:      Yeah.

8           REBECCA BRIGHAM:      Like, I get a lot of

9     time with my kids.          Like, I wouldn't get that 9

10    to 5.      I'd get like the weekends, you know, and

11    it's like pick them up after a long day of

12    work.     You know, like have just enough time to

13    do dinner, bath bed.          You know.

14          CASSANDRA:      That's exactly how it is.

15          REBECCA BRIGHAM:      Being a flight attendant

16    it's like -- I mean.

17          CASSANDRA:      You have a lot more

18    flexibility.

19          REBECCA BRIGHAM:      Yeah, and like I've been

20    doing a lot of those early morning Dallas turns

21    where, I mean, you have to be at the airport at

22    5 in the morning, but I land at 10:30.                So then

23    I just go.      I can pick up my kids.          We've got

24    the whole afternoon and whole night together.

25    So it's like, yeah, I don't know what else I'd

1    want to do that would allow me that type of

2    time with them, you know?

3        CASSANDRA:        Yeah.

4        REBECCA BRIGHAM:        So it's hard to know

5    what to do.

6        CASSANDRA:        I totally understand.

7        REBECCA BRIGHAM:        Yeah.

8        CASSANDRA:        I would definitely, like I

9    said, I would go to Medicaid.                    Even though

10   you're (indiscernible) from Medicaid.

11       REBECCA BRIGHAM:        Right just see where we

12   stand.

13       CASSANDRA:        And also like, if you want to

14   apply for Medicaid because you don't make a

15   certain amount --

16       REBECCA BRIGHAM:        Uh-huh.

17       CASSANDRA:        -- in a monthly, you can

18   qualify for it.

19       REBECCA BRIGHAM:        Right.

20       CASSANDRA:        But then there's all kinds of

21   things too, you know what I mean, like that pop

22   up on there as options.                    So like it could say,

23   you know, like if you go to your -- I don't

24   know where you live.            Like (indiscernible) you

25   live, you go to them and, you know, ask first.

1   Things like doctor bills and things like that.

2   There might be some kind of program where they

3   say, you know, we can give you like a lump sum

4   towards that, or --

5       REBECCA BRIGHAM:      Okay.

6       CASSANDRA:      -- we can refer or, you know,

7       REBECCA BRIGHAM:      Right.

8       CASSANDRA:      They could probably be a good

9   source, but I would also reach out to UNIM

10  (phonetic).

11      REBECCA BRIGHAM:      Okay.

12      CASSANDRA:      UNIMs told me a couple of

13  times, oh, no, it's not just that, like we have

14  interpreters.          We have like people who can help

15  you.     Like, (indiscernible) you need a rental

16  car.     Just like a whole bunch of information

17  they told us that I didn't even know existed

18  with them.

19      REBECCA BRIGHAM:      Nice.     Well, cool.      I'll

20  definitely -- yeah, tomorrow I'll probably sit

21  down and figure out where to, you know --

22  because, I mean, honestly, it's like $220 a

23  month that we're paying for me to go see the

24  therapist, you know.          And it's great, but I'm

25  like it's so breaking the bank right now, and

FRONTIER AIRLINES (R. BRIGHAM) - 0004321

1    I'm like, oh, my God.          And I just kind of

2    figured since it was a requirement, I'm like,

3    well, maybe since they're requiring it, maybe

4    they would take care of some of it.          Like,

5    split the bill with me, but, honestly, I'll get

6    in touch with you and then figure it out.

7        CASSANDRA:     Yeah, see what they have.

8    They might have some good recommendations.

9        REBECCA BRIGHAM:     Okay.    Cool.

10       CASSANDRA:     And if I think of any, I'll

11   definitely --

12       REBECCA BRIGHAM:     Yeah.

13       CASSANDRA:     Get in touch with you and let

14   you know --

15       REBECCA BRIGHAM:     Yeah.

16       CASSANDRA:     (indiscernible) think about --

17   (indiscernible).          I might reach out to some of

18   my, you know, people that are in the hospital.

19       REBECCA BRIGHAM:     Uh-huh.

20       CASSANDRA:     And just ask them like what

21   they do.

22       REBECCA BRIGHAM:     Okay.

23       CASSANDRA:     With people.     You know, a lot

24   of them, they set up a payment plan for things

25   like that.

1       REBECCA BRIGHAM:        Right.

2       CASSANDRA:      Some of them (indiscernible)

3   oh, no, you have to, you know, this company

4   or --

5       REBECCA BRIGHAM:        Right.    Just have to

6   apply.

7       CASSANDRA:      Right.

8       REBECCA BRIGHAM:        Okay.    Cool.

9       CASSANDRA:      So I'll definitely keep in

10  touch with you on that.

11      REBECCA BRIGHAM:        Perfect.    Okay.    Thank

12  you so much, Cassandra.

13      CASSANDRA:      You're welcome.    If you

14  (indiscernible) give me a call (indiscernible)

15      REBECCA BRIGHAM:        Perfect.    Awesome.    And

16  then so what I'll do is, if you don't want to

17  call me later and you just want to put all this

18  stuff in an email, just feel free to do that,

19  or you can give me a call too.

20      CASSANDRA:      Uh-huh (indiscernible).

21      REBECCA BRIGHAM:        Right.    Oh, I don't

22  know.    Let me give it to you.

23      CASSANDRA:      Okay.

24      REBECCA BRIGHAM:        Really quick.

25      REBECCA BRIGHAM:        It's Rebecca Brigham.

1    CASSANDRA:    No periods or anything, right?

2    REBECCA BRIGHAM:    No.

3    CASSANDRA:    All together.    Okay.

4    REBECCA BRIGHAM:    At -- no, the Number 4.

5    Sorry.

6    CASSANDRA:    Rebecca Brigham4?

7    REBECCA BRIGHAM:    4@gmail.com.

8    CASSANDRA:    Okay.    Perfect.

9    REBECCA BRIGHAM:    Yeah.

10    CASSANDRA:    That works.

11    REBECCA BRIGHAM:    Perfect.    And then, um,

12    yeah, I'll just be in touch with you towards

13    the end of the month and let you know where

14    we're at for those, and then I'll talk to

15    Stephanie.    I work again Sunday.    So I'll talk

16    to her on Sunday.

17    CASSANDRA:    (Indiscernible).

18    REBECCA BRIGHAM:    Uh-huh.

19    CASSANDRA:    Can you (indiscernible)?

20    REBECCA BRIGHAM:    Not if they are actually

21    on like --

22    CASSANDRA:    Because I know they can be on

23    call.

24    REBECCA BRIGHAM:    Right, if they're on

25    call, I can't give it to them.    The only way

1    for them to take it is if I call in.

2         CASSANDRA:        Right.

3         REBECCA BRIGHAM:        But if they're on days

4    off and they want to make extra money and

5    they're not going to do one of the one in seven

6    violations, then they can break it up in a

7    heartbeat.        So what I think I'm going to do,

8    we've got like a flight attendants Facebook

9    page or whatever.        So I'll probably post the

10   two trips on there, and just say 20 bucks and

11   you'll be (indiscernible) if you can pick

12   either one of these up.        Because money talks

13   with flight attendants.        Like, huh, I could use

14   20 bucks and it's only technically kind of a

15   one.

16        CASSANDRA:        Okay.

17        REBECCA BRIGHAM:        So, yeah.        So I think

18   I'm going to do that and just hopefully we

19   don't have to do that.        And then if it does

20   come down to like what I was talking about in

21   there, like if there's like a panic moment

22   where I have to go to a meeting, I will just

23   have -- I'll just give you a call first.

24        CASSANDRA:        Uh-huh.

25        REBECCA BRIGHAM:        Depending on -- like,

FRONTIER AIRLINES (R. BRIGHAM) - 0004325

1    sometime's it's like three hours

2    (indiscernible) and my sponsor will be like get

3    to a meeting.           Do you want me to contact

4    scheduling very first so they can get somebody

5    to cover it?           Like, and I'll just say remove

6    pending paperwork, and then reach out to you,

7    and then I can get (indiscernible) say

8    something that, you know, she went to a meeting

9    this day because -- you know, she probably

10   won't tell you exactly what's going on.

11       CASSANDRA:        Right.

12       REBECCA BRIGHAM:         But it was my

13   recommendation that she get to a meeting

14   immediately.          And then I can get that on to

15   you, and then I don't know how to have that

16   coded.      You know, what I mean like ...

17       CASSANDRA:        That's something

18   (indiscernible) --

19       REBECCA BRIGHAM:         Okay.

20       CASSANDRA:        -- because as long as like

21   she's providing something because you're being

22   compliant with what she's telling you

23   (indiscernible) in time.             So as long as there's

24   documentation that (indiscernible) to you.

25       REBECCA BRIGHAM:         Right.

1      CASSANDRA:       (indiscernible) okay, she dis

2    what she's (indiscernible).                Now --

3      REBECCA BRIGHAM:        Okay.

4      CASSANDRA:       -- what do we do.         You know,

5    what I mean?

6      REBECCA BRIGHAM:        Right.

7      CASSANDRA:       So that it's not affecting

8    your --

9      REBECCA BRIGHAM:        Perfect.       Awesome.

10    Okay.    I think that's it for questions.

11    CASSANDRA:        Okay.

12    REBECCA BRIGHAM:        Well, thank you.

13    CASSANDRA:        Yeah.

14    REBECCA BRIGHAM:        And then if you could

15    give that email to Jerry, and just have him

16    send me an email.

17    CASSANDRA:        I'll give it to Shelly so that

18    way she can look at your (indiscernible) --.

19    REBECCA BRIGHAM:        Awesome.

20    CASSANDRA:        -- that way you know about the

21    drop offs also.

22    REBECCA BRIGHAM:        Perfect.

23    CASSANDRA:        Okay.

24    REBECCA BRIGHAM:        Thank you so much --

25    CASSANDRA:        You're welcome.

FRONTIER AIRLINES (R. BRIGHAM) - 0004327

1    REBECCA BRIGHAM:     -- Cassandra.

2    CASSANDRA:     Good luck.

3    REBECCA BRIGHAM:     Thanks.

4    UNIDENTIFIED SPEAKER:     (Indiscernible).

5    REBECCA BRIGHAM:     What's that.

6    UNIDENTIFIED SPEAKER:     Does it start with

7    a beep.

8    REBECCA BRIGHAM:     It does.     Thanks.     Have

9    a good one.

10    Buy, ladies.

11    UNIDENTIFIED SPEAKER:     Bye.     Have a good

12    one.

13    (End of recording.)

14

15

16

17

18

19

20

21

22

23

24

25

H+G   Hunter + Geist, Inc.    800.525.8490     scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004328

BrighamR Plaintiff Records 0633 (6415)

55

| 1 | CERTIFICATE |
|---|---|

2

3      I, ERINN GREEN, Professional Court

4  Reporter/Transcriptionist, do hereby certify that I

5  was authorized to transcribe the foregoing recorded

6  proceeding, and that the transcript is a true and

7  accurate transcription of my shorthand notes, to the

8  best of my ability, taken while listening to the

9  provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events

14  of this cause, and that I am not related to any of

15  the parties thereto.

16

17      Dated this 22nd day of January, 2020.

18

19

20  _____

21   ERINN L. GREEN, Professional Court Reporter
    Notary Public, State of Florida

22

23

24

25

U.S. LEGAL SUPPORT
866-339-2608

FRONTIER AIRLINES (R. BRIGHAM) - 0004329

BrighamR_Plaintiff Records 0633 (06.04.15)  06/04/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES                    Page 56

## $

**$220** 47:22

**$55** 20:16

## 1

**10** 30:8

**100** 40:17

**10:30** 45:22

**11** 30:5

**12** 9:1 30:8 34:1

## 2

**20** 8:18 51:10,14

**2:17** 2:3

**2:30** 2:24

## 3

**3-day** 7:21

## 4

**4** 50:4

**4@gmail.com** 50:7

**4th** 2:3

## 5

**5** 45:10,22

**500** 35:12

## 9

**9** 45:9

## A

**ability** 10:6

**absence** 28:8,13

**abuse** 22:3

**accommodate** 4:22

**accurate** 31:25

**added** 27:15

**additional** 27:14

**address** 27:5

**adjustments** 10:3

**administrator** 38:13

**affecting** 53:7

**afternoon** 45:24

**ahead** 19:17

**aircraft** 34:1

**airline** 38:17

**Airline's** 2:2,5

**airlines** 36:20

**airplane** 15:25

**airport** 45:21

**allowed** 5:2 8:23

**amount** 9:9 46:15

**anniversary** 17:16

**announced** 12:14

**apologies** 7:13

**apparently** 2:11

**applied** 21:6

**apply** 9:18 46:14 49:6

**approval** 43:1

**area** 15:21

**arises** 15:23

**asks** 24:9

**assistance** 21:10

**attendant** 10:20 45:4, 15

**attendants** 35:14 36:1 42:2 51:8,13

**attention** 16:13

**attnedant** 10:17

**attribute** 15:25

**attrition** 36:2

**audit** 8:21 9:12 25:15

**aware** 17:8

**awesome** 11:5 15:16 22:15,18 23:4 25:5 27:8 32:6 37:21 39:1 41:20 44:24 49:15 53:9,19

## B

BrighamR  Plaintiff Records 0633 (06.04.15)  06/04/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

**baby** 24:13

**back** 4:9,10 16:20 21:3 25:15 34:22 38:17 40:8, 15 41:13 42:6,9

**background** 3:13 38:7, 10

**bad** 36:2

**bank** 47:25

**base** 6:2 12:15 33:13

**based** 4:19 5:6 7:18 8:2 21:18 31:4 35:17

**bath** 45:13

**bed** 45:13

**beep** 54:7

**beginning** 16:20

**behalf** 4:17 44:11

**bet** 37:8

**bid** 33:5

**bidding** 7:24 14:22

**big** 6:9 36:21

**biggest** 9:20

**bill** 48:5

**bills** 24:14 47:1

**bit** 14:15 32:14 34:4 36:12

**board** 36:10

**born** 21:15

**break** 27:9 51:6

**breaking** 47:25

**bridge** 53:6

**Brigham** 2:1,23 3:3,6, 10,18,20 4:4,6,10,13,

15,16,18,21,25 5:4,9,
11,14,17,19,22,25 6:3,
5,7,11,13,16,18,21 7:2,
7,9,12,14,17,22 8:1,4,8,
10,14,24 9:2,4,6,10,13,
16,19,23 10:1,4,7,11,
14,18,23 11:2,4,7,10,
19,23 12:1,5,10,13,16,
18,20,23 13:4,7,10,13,
16,21,24 14:3,8,11,13,
16,20,23 15:3,6,9,12,
15,18,20 16:2,5,8,11,
18,23 17:3,6,10,14
18:2,5,8,11,13,15,18,
21,24 19:3,6,12,15,20,
25 20:4,7,9,15,18 21:1,
6,9,14,22 22:1,4,11,15,
22,25 24:3,8,12,15,18,
21,24 25:2,5,8,13,17,
18,21,24 26:5,8,11,13,
16,18,22,24 27:2,4,8,
11,16,22,25 28:5,7,11,
17,19,22,25 29:4,6,10,
13,18,21,23 30:1,3,7,
11,14,17,21,25 31:3,6,
8,13,16,20,23 32:2,4,6,
8,11,14,17,20,23 33:4,
7,10,12,15,18,23 34:2,
5,7,10,12,15,20 35:2,5,
10,13,15,20,23 36:4,7,
14,17,19,23,25 37:3,5,
9,14,19,21 38:2,4,8,11,
19,23 39:1,7,11,13,17,
23 40:6,10,13,16,21,24
41:1,6,10,15,17,20
42:11,13,20,23 43:3,5,
16 44:9,12,16,18,21,24
45:3,8,15,19 46:4,7,11,
16,19 47:5,7,11,19
48:9,12,15,19,22 49:1,
5,8,11,15,21,24,25
50:2,4,7,9,11,18,20,24
51:3,17,25 52:12,19,25
53:3,6,9,12,14,19,22,24
54:1,3,5,8

**Brigham4** 50:6

**bring** 16:13,20

**brings** 24:16

**bucks** 8:18 51:10,14

**bunch** 39:18 42:2 47:16

H+G  Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004330

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015          Page 57
REBECCA BRIGHAM v. FRONTIER AIRLINES

**business** 13:11 23:17

**busy** 14:7

**Buy** 54:10

**Bye** 54:11

---

**C**

**calendar** 9:3,7

**call** 2:6 6:17 8:2 19:2 49:14,17,19 50:23,25 51:1,23

**called** 2:7 38:14

**calling** 2:5

**car** 3:6 47:16

**care** 3:17 20:2 48:4

**carriers** 36:22

**carry** 13:16

**case** 26:16 33:22

**Cassandra** 2:24 3:9, 10,19,21,24 4:2,19,22 5:1,5,10,12,15,18,20,23 6:1,4,6,8,12,14,17,19, 22 7:10 12:25 16:9,12, 19,24 17:4,7,25 18:3,6, 9,12,14 21:5,24 22:2,5, 8,12,16,19,22 23:12,16, 19,23 24:1,4,9,13,16, 19,22,25 25:3,12 27:6 29:1,5,9,17 37:11,16,25 38:15,20,24 39:6,9,12, 14,18 40:5,9,11,14,17, 22,25 41:2,9,11,16,18 42:8,17,21,24 43:4,15 44:7,10,13,17,19,22 45:2,7,14,17 46:3,6,8, 13,17,20 47:6,8,12 48:7,10,13,16,20,23 49:2,7,9,12,13,20,23 50:1,3,6,8,10,17,19,22 51:2,16,24 52:11,17,20 53:1,4,7,11,13,17,20, 23,25 54:1,2

**Cassie** 3:12 6:23 7:19 10:5 16:4 18:17

**certifications** 40:23

**change** 33:8

---

**check** 27:21 28:1 39:6

**chopped** 4:15

**chunk** 15:1

**circumstances** 5:7 42:25

**coded** 52:16

**commitment** 42:16

**common** ~~BrighamR_Plaintiff Records 0633 (06.04.15) 06/04/2015~~
~~REBECCA BRIGHAM v. FRONTIER AIRLINES~~

**commute** 33:21

**company** 12:3 34:9,10 38:16 41:25 49:3

**completely** 14:10

**compliant** 16:6,21 20:11 52:22

**concern** 9:21 15:21 31:9 34:13

**concerned** 13:18

**concerns** 8:5,13 37:17

**contact** 18:23 23:24 25:9 28:11,13 32:9 37:17 52:3

**Continue** 14:19 28:24

**contract** 31:13

**control** 11:17,20

**conversation** 3:13 4:1 7:18 15:14 38:7,10

**cool** 24:21,24 47:19 48:9 49:8

**copays** 20:16

**copy** 2:16

**corporate** 2:5

**correct** 29:3 33:25

**costs** 20:25

**counseling** 23:1

**counting** 27:19

**counts** 31:11,14

**couple** 30:11 47:12

**covered** 26:14

---

**cross** 19:9,21

**crossed** 19:8

**curiosity** 35:25

**curious** 20:20

**current** 40:25 41:2

---

**D**

**Dallas** 45:20

**daughter's** 17:16

**day** 27:20 30:4 38:1 41:8 43:13 45:11 52:9

**days** 5:1 10:25 27:13 28:9 29:24 30:1,2,15, 16,20,24 31:10 33:2 43:22 51:3

**death** 17:16

**decide** 42:9

**decides** 13:2

**Delta** 36:24

**demand** 41:12

**demands** 31:5

**Denver** 13:2 34:5,6,8, 17 35:2,21 42:2

**departments** 39:15

**depending** 29:24 51:25

**depends** 35:16

**desk** 2:20

**difficult** 14:12

**dinner** 45:13

**dire** 21:22

**direct** 2:6

**dis** 53:1

**disclose** 29:2,7

**doctor** 6:24 47:1

**documentation** 18:9, 19 52:24

**documenting** 18:6

**double-check** 41:18

---

**drop** 14:18 15:4 26:3,9 39:19 53:21

**drops** 27:18

**drug** 38:13

**due** 21:11

---

**E**

**early** 2:25 45:20

**easer** 23:7

**easy** 39:25

**EEAP** 22:3

**email** 26:23,25 27:5 49:18 53:15,16

**end** 8:7 14:15 19:8 24:17 25:9 28:9 50:13 54:13

**ended** 7:3

**evaluating** 11:12

**event** 17:11,25

**eventually** 41:22

**exceeded** 27:18

**Excellent** 26:15 33:6 37:20

**exhausted** 8:22 9:8 15:22

**existed** 47:17

**expanding** 34:3

**expire** 41:5

**explain** 27:12

**extra** 51:4

---

**F**

**face** 23:7,8

**face-to-face** 15:14

**Facebook** 51:8

**fact** 10:23,24

**Fadia** 29:13

**family** 13:8

**H+G**  Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004331

feel 49:18

felt 7:19

figure 19:12 47:21 48:6

figured 48:2

file 43:19

final 31:17

finances 23:1

find 32:3 39:2

finding 10:18

fine 3:18 18:12 21:23

fingers 19:8

flexibility 10:10,24 45:18

flight 10:17,20 12:7 35:14,25 42:2 45:4,15 51:8,13

flights 30:12 35:8

flying 14:9

FMLA 8:20,22 15:22 27:15 30:23

FMLAS 25:16 26:3

folks 15:5 36:6

forgot 16:15

forward 5:15 34:13

free 49:18

frequently 39:21

friendships 15:7

Frontier 2:2,5 11:15 20:22 21:3 33:24

Frontier's 20:11

funds 20:20

future 10:10 34:24 44:20

G

general 2:2

give 18:4 19:2 24:19 43:1 47:3 49:14,19,22 50:25 51:23 53:15,17

God 48:1

good 3:23,24 4:13 6:7, 23 7:14 15:1 20:6 33:19 38:1 47:8 48:8 54:2,9, 11

grab 3:7,8

Granted 31:4

great 3:25 47:24

grow 3:4

growing 33:24 34:3,8,9 35:3,7

guess 19:9,12,20 25:13 33:4 34:23 40:1 45:1

guys 23:7 25:6 37:6,21

H

hair's 4:14

hands 9:25

happen 8:19 17:12

hard 17:17 46:4

he'll 38:24

heading 2:1

health 13:14,17

heard 36:7

heartbeat 51:7

helped 21:15

hey 13:2 16:15 22:9,10 44:14

high 36:13

hiring 35:11 36:21 42:1

hold 2:14,17 11:8 42:5

hole 39:18

home 26:21 30:12

honestly 12:2 44:7 47:22 48:5

Hopely 21:4

hospital 48:18

hostings 39:20

hours 23:20 30:8 52:1

household 24:10

hurt 32:22

husband 13:10,17 23:13

I

I.D. 3:5,8

immediately 52:14

incentives 15:5

incidences 9:18

income 24:10

Indie 8:11 30:8

indiscernible 2:8,9,10, 13,16,19,21 3:2,11 4:1, 2,7,11 8:13 9:5 25:22, 23 31:5 33:17 38:9,15, 16,18,21,22,25 40:9,12, 20 42:5,9,10 43:11 44:19 46:10,24 47:15 48:16,17 49:2,14,20 50:17,19 51:11 52:2,7, 18,23,24 53:1,2,18 54:4

inflight 12:5 13:1 39:4 40:20 44:4

inflights 40:8

information 18:4 37:12 47:16

inquired 24:14

instances 43:11

insurance 13:14,17

interesting 36:18 37:4

intermittent 8:20,22 15:22 25:16 26:3

internal 39:3

internally 12:3

interpreters 47:14

issue 13:25

Jeff 29:11

Jerry 4:3,5,6,8,12,14 5:20 6:19,23 7:3,8,13, 15,18,23 8:2,5,9,13,21, 25 9:3,5,8,11,14,17,20, 24 10:2,5,9,12,15,20 11:1,3,6,9,18,22,25 12:4,9,11,14,17,22 13:5,9,12,15,20,23 14:2,6,9,12,14,17,21,24 15:4,7,10,13,17,19 16:1,4 17:13 18:16,19, 22,25 19:4,11,14,19,24 20:1,5,8,14,17,24 21:2, 8,13,21 22:7,14 23:2,5 25:7,19,22 26:4,7,10, 12,15,17,21,23,25 27:3, 5,7,9,12,21,23 28:4,6, 10,15,18,21,24 29:3,8, 12,16,19,22,24 30:2,6, 10,13,16,19,22 31:1,4, 7,12,15,19,22 32:1,3,5, 7,10,13,15,18,22 33:3, 6,8,11,14,17,20 34:1,3, 6,8,11,14,19 35:1,4,7, 11,14,16,21 36:3,5,9, 15,18,20,24 37:1,4,8, 18,20 38:1,2 40:19 53:15

Jerry's 4:16

JJ 29:11

job 10:18

John 2:19

July 33:7

jump 42:4

jumping 36:21

June 2:3

junior 36:5

K

Kari 28:16

keel 11:21

keeping 16:16 17:7

kids 13:17 45:9,23

kind 4:17 5:12,20 6:1, 19,24 11:20 14:12,17 15:13 16:16 22:16 25:11 26:5 32:11 33:25

Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015          Page 59
REBECCA BRIGHAM v. FRONTIER AIRLINES

38:21 40:2 44:1,25 47:2
48:1 51:14

kinds  39:15 46:20

**L**

ladies  54:10

lady  2:9

Lakeland  12:24

land  45:22

lasting  36:9

layover  19:22

layovers  5:18 6:12
8:15 11:7,11 40:1

leave  9:18 21:12 25:19
28:8,13,14 30:22,23
31:9 33:1 38:4,5 41:7

leaves  35:21

leaving  36:12

leeway  5:3

left  29:14 37:2 38:15

letting  33:25

link  30:7

links  39:18

live  46:24,25

LOA  9:12

log  2:10

long  18:6 33:18 36:9
40:22 41:2,12 45:11
52:20,23

longer  2:10 41:7

looked  7:23

loop  16:17 17:8 19:17
29:11 32:12 37:15

lot  5:16 6:15 8:17 33:14,
17,21 35:19 36:21 45:8,
17,20 48:23

Lots  33:15

love  10:23 45:6

loved  43:24

luck  54:2

lump  47:3

**M**

main  13:13 34:13

maintain  40:23

major  11:13

make  6:4 7:4 15:9 21:
11:13 15:16 28:4
42:7,15 46:14 51:4

Makes  28:4

making  14:12

manage  15:8

manager  28:15 38:22
42:25

manager's  12:6 28:19

managers  39:4

matter  17:14 42:17

maximum  9:1

Medicaid  23:24 24:5
46:9,10,14

medical  21:11 24:14
30:22,23 31:9

meet  20:12

meeting  15:24 16:16
17:23 37:7 51:22 52:3,
8,13

meetings  16:9 17:18
20:5

million  40:4

mind  31:2

minimum  30:23,25
31:1

minutes  16:14

moment  2:18 17:22
22:17 51:21

money  8:17 51:4,12

month  8:7 14:3,4,15
17:15,17 19:8 24:11
25:9 26:8 31:2 35:19
47:23 50:15

monthly  46:17

months  14:4 42:19

morning  45:20,22

moving  5:15 25:22,25

Myfrontier.org  39:14

myfrontier.org.  39:10

**N**

nature  7:1

necessarily  35:8

needed  23:10

Nice  39:23 47:19

night  30:5 45:24

Number  50:4

**O**

offer  8:17

office  2:2,5 12:23

offs  53:21

OJI  43:7

one-time  10:6

open  12:15,22 13:6

operational  31:5

opportunities  10:16

opportunity  6:24
12:11 13:1,5

option  8:15 9:17 30:19
31:7 39:24 40:1,8 43:6,
8,12,18 44:1,6

options  10:13 16:2
22:24 32:15 39:3 45:1
46:22

ordered  34:1

Orlando  12:15 13:3
33:12 34:17 42:3

Orlando's  35:18

overnight  8:6

**P**

panic  51:21

paperwork  4:17 5:13
43:19 44:4 52:6

part  15:2 20:11

past  21:11

paying  47:23

payment  48:24

pending  52:6

people  21:19 22:11,12
24:10 33:14,15,21
34:17 35:19 42:3 47:14
48:18,23

percent  40:17

perfect  13:9 18:13,18,
24 19:6 23:11 25:2
27:2,7,16,25 29:23
30:13 32:2,10,22,23
33:3 35:23 37:19 49:11,
15 50:8,11 53:9,22

periods  50:1

person  7:12 29:20

personal  9:18 28:14
33:1

phone  23:8 38:5

phonetic  19:18 21:25
22:3 29:13 47:10

pick  8:18 32:19 45:11,
23 51:11

picked  43:24

piece  9:15

pin  34:21

place  21:4

plan  48:24

play  5:23

pocket  38:6

point  12:2 19:23 31:11,
14 36:15 44:2,3

points  43:11

pop  46:21

position  10:17,21 12:6
42:16,18

positions  12:7

Brigham R_Plaintiff Records 0633 (06.04.15)   06/04/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

Hunter + Geist, Inc.   800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

**H+G**  Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004333

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015                    Page 60
REBECCA BRIGHAM v. FRONTIER AIRLINES

possibly 13:6

post 39:21 51:9

pretty 8:15 9:25 15:20
20:22 36:13 42:18

primarily 7:25 35:18
36:5,24

printout 24:19,20 26:2

problem 40:5

process 19:5 42:10,14

program 6:15 19:1
21:2 47:2

programs 22:7

protection 37:15

providing 52:21

pull 7:6 43:14

put 15:5 49:17

                    Q

qualify 8:25 24:20
30:22 46:18

question 20:10 25:14
27:17,23 35:24 39:2
42:8 43:6

questions 24:7 32:7
37:17 40:1 53:10

quick 49:24

quickly 16:13

                    R

Rachel 7:7,9

Rachel's 7:5

randomly 40:19

reach 22:24 32:24 47:9
48:17 52:6

reached 5:6 21:24

reaching 22:10

reason 38:20

reasons 7:5

Rebecca 2:1,23 3:3,6,
10,18,19,20 4:4,6,10,

13,15,16,18,21,25 5:4,
9,11,14,17,19,22,25
6:3,5,7,11,13,16,18,21
7:2,7,8,9,12,14,17,22
8:1,4,8,10,14,24 9:2,4,
6,10,13,16,19,23 10:1,
4,7,11,14,18,23 11:2,4,
7,10,19,23 12:1,5,10,
13,16,18,20,23 13:4,7,
10,13,16,21,24 14:3,8,
11,15, 9:2,5,8,11,13,17,20,
9,12,15,18,20 16:2,5,8,
11,18,23 17:3,6,10,14
18:2,5,8,11,13,15,18,
21,24 19:3,6,12,15,20,
25 20:4,7,9,15,18 21:1,
6,9,14,22 22:1,4,11,15,
18,21,23 23:4,6,15,18,
22,25 24:3,8,12,15,18,
21,24 25:2,5,8,13,17,
18,21,24 26:5,8,11,13,
16,18,22,24 27:2,4,8,
11,16,22,25 28:5,7,11,
17,19,22,25 29:4,6,10,
13,18,21,23 30:1,3,7,
11,14,17,21,25 31:3,6,
8,13,16,20,23 32:2,4,6,
8,11,14,17,20,23 33:4,
7,10,12,15,18,23 34:2,
5,7,10,12,15,20 35:2,5,
10,13,15,20,23 36:4,7,
14,17,19,23,25 37:3,5,
9,14,19,21 38:2,4,8,11,
19,23 39:1,7,11,13,17,
23 40:6,10,13,16,21,24
41:1,6,10,15,17,20
42:11,13,20,23 43:3,5,
16 44:9,12,16,18,21,24
45:3,8,15,19 46:4,7,11,
16,19 47:5,7,11,19
48:9,12,15,19,22 49:1,
5,8,11,15,21,24,25
50:2,4,6,7,9,11,18,20,
24 51:3,17,25 52:12,19,
25 53:3,6,9,12,14,19,
22,24 54:1,3,5,8

received 4:19 5:13

recently 21:3

receptionist 40:7

recert 41:9

recertify 41:12

scenarios 16:25

schedule 4:20 7:24
10:2 14:25

recommendations
48:8

recommending 18:1

recording 54:13

recovery 11:14 19:23

redeyes 8:11

refer 22:8 47:6

relocation 12:11

remember 23:11

remove 52:5

removed 5:10

rental 47:15

report 30:4,5

requalify 27:13

request 32:25

requirement 20:12,21
48:2

requirements 6:25

requiring 48:3

research 32:1

reserve 34:22 36:10

response 17:23

rest 38:1

revamped 14:10

review 6:24

rid 14:4 25:10 28:12
40:1 41:23

road 15:11 34:16,24

rolling 9:3,7

rule 27:14

run 24:6

                    S

scenario 5:24 24:2
41:12

scheduled 16:16

scheduling 52:4

season 14:7

seat 3:2

section 39:14

self-employed 23:14

send 27:9 53:16

senior 11:8 33:19 42:3

seniority 8:3 33:9 42:3,
14

sense 28:4

set 2:19 48:24

she'll 18:22 29:19

Shelly 9:11 53:17

Shelly's 26:21

shoot 26:23

short 20:20

shorter 4:14

shrinks 34:20

sick 43:10

side 16:7,22,24

simultaneously 7:11
12:19 42:12 44:15

sit 47:20

situation 28:23 31:2

six-month 42:15

six-year 17:16

sober 17:19

sometime's 52:1

son 21:15

sort 17:12

sounds 20:1

source 47:9

SPEAKER 2:4,7,12,13,
14,15,17,22 3:1,4,9,11,
14,16,23,25 54:4,6,11

specifically 22:9

split 48:5

spoken 4:8

sponsor 17:20 52:2

stand 28:2 46:12

start 27:19 28:16 54:6

started 13:11 23:16 38:12

starting 27:20

stated 16:19

stay 3:15 30:8 40:25 41:2

Stephanie 28:20,21,24 29:7,16 32:9 37:14 50:15

straits 21:23

struggle 6:10

struggling 17:22

stuff 17:20 27:18 37:15 39:15 49:18

submit 20:16,19 21:17

submitted 21:18

substance 22:3

sudden 42:5

sum 47:3

Sunday 50:15,16

supervisor 9:12

support 9:24 17:2

supposed 2:24

swap 13:25 15:4

switched 9:6

**T**

talk 17:20,21 28:8 36:1 50:14,15

talking 6:9 7:11 12:19 42:12 44:15 51:20

talks 51:12

tasked 35:11

technically 30:14 51:14

telling 52:22

term 31:17

terminate 31:21

termination 31:18

terms 9:24

therapist 20:12 47:24

thing 13:13 24:17,22 41:9 44:5

things 5:5 7:1 11:16,19 14:17 16:10 20:5 23:20 33:8 46:21 47:1 48:24

thinking 20:10

thinks 43:21

Thompson 28:16

thought 10:16 12:2 36:11

three-day 41:14

throw 11:23 19:16 32:20 40:19 44:13

throwing 23:21

tied 9:25

time 14:15 17:19 21:19 27:14 36:1 45:9,12 46:2 52:23

times 47:13

today 4:23 20:10 43:24

told 2:9 17:15 31:16,24 47:12,17

tomorrow 43:25 47:20

top 39:16

total 30:18

totally 35:24 46:6

touch 3:15,16 6:2 37:10,23 48:6,13 49:10 50:12

transfer 40:2,7,14 41:24 42:22

transferring 12:3

transit 45:8

treatment 17:1,4

trigger 17:12

trip 7:21

trips 4:23 13:25 14:18 28:14 32:19 41:23 51:10

trouble 43:10

true 22:14 32:17 35:4

turn 31:10

turns 7:25 14:1 15:1 45:20

type 20:19 26:19 41:9 46:1

**U**

Uh-huh 2:12 4:21 5:14 8:4 9:23 10:7 11:25 12:10 14:11,16 15:3 16:8,11 18:2 22:4 23:18,22,25 24:3,8,15, 18 28:10 30:21 31:19 34:14 43:15 46:16 48:19 49:20 50:18 51:24

uhhh 19:17

ultimately 28:18

understand 46:6

understanding 33:24

Unfortunatley 5:2

UNIDENTIFIED 2:4,7, 12,13,14,15,17,22 3:1, 4,9,11,14,16,23,25 54:4,6,11

UNIF 21:24

UNIM 47:9

UNIMS 47:12

United 36:24

unknown 35:22

up-to-date 18:19

updated 39:22

urge 50:22

**V**

verify 40:11,18

violations 51:6

**W**

w're 34:2

wait 7:10 12:13

Walking 4:1

wanted 6:1 7:4,6,15 9:21 10:12,15 21:16

website 24:5 39:6

week 11:4 20:13,16 26:11

weekends 45:10

weeks 9:1

weird 30:4

whack 11:24

wings 34:21

wondering 22:5

work 10:25 11:2 15:10 16:20 28:15 30:11 43:19 44:4 45:12 50:15

worked 23:20

working 26:21 28:24 29:16,22

works 40:18 41:7 50:10

wow 35:15 36:17,19,25

**Y**

year 9:3 11:13 26:3 41:4,7

yearly 41:5

years 21:16 45:4

yesterday 4:23 5:6

young 2:9

BrighamR_Plaintiff Records 0633 (06.04.15)   06/04/2015
REBECCA BRIGHAM v. FRONT ER AIRLINES

Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

