# #1

June 4th, 2015
TRT 44:12

I am heading into the Frontier Airlines general office. Its 2:17 on June 4th.

GETTING OUT OF CAR / WALKING INTO GENERAL OFFICE

Thank you for calling Frontier Airlines corporate office. How may I direct your call?
HEAR PHONE CALL / CUSTOMER ASKING QUESTION
PUTTING CUSTOMER ON HOLD

[00:01:33.20]
Hi, I'm here to see Cassandra. I was supposed to be here at 2:30. I am a little early.
ASKING FOR ID -- GOING TO CAR TO GRAB ID

LOBBY ACTIVITY
WAITING

[00:11:56.04]
JERRY:
Hi, I'm Jerry.
I think we might have spoken way back when.

REBECCA: Way back in the day.

JERRY: How are you? Your hair has gotten much shorter.

REBECCA: Yes, I chopped it.

CASSIE: So Jerry is coming in and we have the paperwork that is received. Based on your schedule I was able to accommodate and help you yesterday for your trips today and the next 3 days. Uh -- unfortunately like I am only a little leeway to do things like that. So yesterday when you reached out to be based on the circumstances - I was like yes you definitely need to be removed.

REBECCA: Right.

CASSIE: But now kind of with the paperwork that we received uh -- moving forward like there is not whole lot that I can do to help out in regards to the layovers. Uh -- so that's kind of where Jerry is going to come into play with that scenario. So I just kind of wanted to touch base with you on that. And make sure that its ok --

REBECCA: You're good.

1

BRIGHAM LM 0000001

# EXHIBIT 9

CASSIE: So I know that that's what you were talking about with the struggle with layovers. And it looks like you are doing a lot more with your -- program.

REBECCA: Yes.

CASSIE: I am going to call it. So I'll let Jerry kind of take over from here.

JERRY: So Cassie and I had a good opportunity to kind of review what the doctor had indicated and what the requirements are and things of that nature. So we ended up doing - we wanted to make sure that first let's see and make sure Rachel's ok. So that was one of the reasons what we wanted to pull you off of that...

REBECCA: Rachel?

JERRY: I'm sorry. Rebecca.

REBECCA: I'm like who is Rachel? Do we need another person?

JERRY: 500 apologies. And so we wanted to make sure that you were ok. Uh and so based on the conversation that Cassie had with you we felt that it was definitely urgent for us to get you off that 3 day trip. And so with that said we had looked at your schedule and we see that you've been bidding primarily turns. What we -- based on seniority uh but one of the concerns that we have is you have I think an overnight at the end of this month.

REBECCA: There is two. There is two - I think they're Indy. They are just like the red eyes yes.

JERRY: Are those going to be concerns for you?

REBECCA: Yes. I won't do layovers. So uh -- my only other option is pretty much is if somebody doesn't take it I mean I don't have a lot of money but I can offer like $20 for somebody to pick up or something. Uh and if that doesn't happen then I would use my intermittent off my FMLA.

JERRY: So they did an audit of your intermittent for FMLA and you've exhausted what you've been actually allowed.

REBECCA: Ok.

JERRY: So you can only qualify for maximum of 12 weeks within a rolling calendar year.

REBECCA: Right. Because it switched rolling calendar right?

2

JERRY: So you've exhausted that met amount.  Uh and that's - so I had Shelly - she's a supervisor of LOA(?) doing an audit and she goes yes unfortunately there is no more for you to use of that piece.  [00:14:52.01] Uh your only other option would be to apply for a personal needs for those incidences.  But that aside, the biggest concern - we wanted to make sure is what can we do to better support you uh in terms of -- our hands are pretty tied with trying to do schedule adjustments and as Cassie said that was a one time ability for us to do that.

REBECCA: And I appreciate it.

JERRY: And I am not sure we would be able to have that flexibility in the future.

REBECCA: Right.

JERRY: And so we wanted to see what other options might be available to you.  And I kind of wanted to see what you thought about maybe other opportunities or is the Frontier position --

REBECCA: Like finding a new job you mean?

JERRY: Or just is the flight attendant position the one for you given what you are going through right now?

REBECCA: Uh, I love the fact that it has so much flexibility and the fact that I can work 5 days or I can work 1 in a week.  Uh that for me is awesome.  Uh the layover -- no question I am not senior enough to hold that.  So that's the one like I won't do layovers.  So its -- then it does come down to -- evaluating ok uh -- they say not to make any major changes in the first year of recovery if you can help it.  [00:16:04.12] Now, if Frontier were to go under - not that I think it would - then those are things that are beyond your control. Uh but if there are things that you can control and kind of keep it an even keel - so you don't throw yourself out of whack uh -- so I have not honestly - at one point I had though about transferring internally into the company.  Uh into like an in flight manager position or something like that, however there is no in flight uh positions available.  [00:16:36.01] Uh --

JERRY: Well let me ask you is your location an opportunity? Is that something that --

REBECCA: What do you mean?

JERRY: So they just announced they are going to open up a base in Orlando.

REBECCA: Oh yes.

JERRY: So I don't know --

REBECCA: No.

3

BRIGHAM LM 0000003

JERRY: In Flight supervisor - that will open up.

REBECCA: Is there an office is like -- Lakewood? No.

JERRY: So that would be an opportunity in In Flight unless somebody from Denver decides to say I want the Orlando. And then there's an opportunity possible that might open up.

REBECCA: Right and yes right now with my family and my husband just started his own business so and my main thing also is health insurance. I mean I have to carry health insurance for my husband and the kids. And of course myself, but I am more concerned about them. Uh so yes, I just - I don't know where to go from here. Before it wasn't an issue. I was always able to swap my trips out for turns. Uh -- but last month and this month were the months where I could not get rid of them.

JERRY: Especially now that we are going into our busy season. The way the flying has been completely revamped. Its kind of making it difficult.

REBECCA: Yes.

JERRY: Let's do this. Since we got a bit of time before the end of the month of June uh kind of see how things are going. See if you can drop those trips, continue what you are doing with your bidding because I did see - we were looking at your schedule and we see that you get a good chunk of turns for the most part. [00:17:56.02] See if you can drop and swap or maybe put incentives out there for folks who may take those trips from you so you can manage that better and hopefully that will work for you down the road.

REBECCA: Ok.

[00:18:09.10]
JERRY: So we just want to kind of have that face to face conversation.

REBECCA: Yes that is awesome.

JERRY: If there is anything else that we can do?

REBECCA: No, that's pretty much my only area of concern and then now that I've exhausted my intermittent FMLA -- uh -- what am I going to do if something arises where I need to get to a meeting rather than get on the airplane - what are my options going from there?

JERRY: Kick it to Cassie.

CASSIE: So if it is something where you have to be compliant on their side in regards to meetings and things like that -- I mean its something that you have to bring to my

4

attention as early as possible. It can't be like 5 minutes before - hey I forgot or hey you know I scheduled this meeting. Kind of keeping me in the loop as well because you know like we stated in the very beginning when we bring you back to work like it says you have to be compliant on their side as well as our side. [00:19:06.00] So I mean in those scenarios yes we want to make sure that you're getting the treatment that you need and that we're here to support you you know to get the treatment that you need, but its just keeping me in the loop to make sure that I am aware of what's going on as well.

REBECCA: Because sometimes like something will -- some event or something will happen that will sort of trigger me uh no matter what it is. Like last month like I told you it was the 6 year anniversary of my daughter's death. And that -- was oh my gosh it was such a hard month and I went to so many meetings and it was my first time going through it sober. [00:19:44.15] So uh -- so when it comes to stuff like that uh -- when I talk to my sponsor and I talk to her about what's going on and what I am struggling with at the moment and her first response is always get to a meeting. Get to one now. Uh --

CASSIE: In the event that that happens and that's what she is recommending - I don't know show she is and you don't have to give that information uh -- as long as she is documenting as well --

REBECCA: Ok.

CASSIE: She has her documentation. I have my documentation and it comes together you should be fine.

REBECCA: Ok. Perfect.

JERRY: Definitely keep communication with Cassie.

REBECCA: Perfect.

JERRY: That way she is up to date with what is going on. But she will definitely be your point of contact.

REBECCA: Perfect.

JERRY: Is there anything outside of the program or anything like that you can always give me a call. Uh and I can try and help you through that process as well.

REBECCA: Ok. Perfect. Uh so yes I think that -- we will just keep our fingers crossed for the end of the month I guess. Cross that bridge when it comes if - yes. I don't know -- what to do. I guess we will figure it out.

JERRY: It's all we can do.

5

REBECCA: Right and I don't want to - you can throw yourself for a loop if you think too far ahead like oh -- so -- so yes I guess we will just cross that bridge when it comes uh -- but I know that I will not do another layover at this point in my recovery. I just --

JERRY: But it sounds like you are doing everything that you need to take care of yourself. Including meetings and things like that which is good.

REBECCA: Yes.

JERRY: Keep on that.

REBECCA: And then my other question - I was just thinking of today uh so for me to be compliant uh part of Frontier's requirement was that I meet with a therapist once a week. Uh is there any way to submit because my co-pays are 55 dollars a week. Is there a way to submit to get any type of help with that uh when funds are short? Uh -- I was just curious because it is a requirement if that is something that Frontier would help out with or if I am pretty much --

JERRY: Unfortunately we don't -- we don't reimburse for those costs. But there is a program, which I just recently came back to Frontier, is the Hope League still in place?

CASSIE: I think it is because I --

REBECCA: I did and I applied for that and uh -- I got nowhere with that. Uh I had gotten some assistance with some medical uh -- not past due, but when I was on leave - when I went on leave uh for my son when he was born they had helped me out so it was within the 2 years. They wanted me to still submit for help uh but they said that based on what I submitted uh -- they weren't able to help that time. There were other people that were a little more dire straits which is fine.

CASSIE: Have you reached out to Unum(?) Because I know that they are like our substance abuse or EAP but I am wondering if they have anything --

JERRY: Any programs?

CASSIE: Or could like refer you to like hey you know we don't specifically but hey you might try reaching out to --

REBECCA: To these people --

CASSIE: To these people and they could help?

REBECCA: Ok that's awesome. Ok.

CASSIE: They are kind of the only ones I could think of at the moment.

6

REBECCA: Ok.

CASSIE: If I think of some more ideas --

REBECCA: Then let me know.

CASSIE: I'll let you know.

REBECCA: For sure, because I can reach out to Unum and see what options are out there for them to help cover some of the finances with counseling.

JERRY: Ok. All right that is it.

REBECCA: Ok. Awesome.

JERRY: Thank you for coming in.

REBECCA: Yes, no thank you guys. Uh it's so much easier to have a face to face rather than over the phone. Uh -- trying to think if there is anything else I needed to ask? Of course, I don't remember.

JERRY LAUGHS

REBECCA: Ok perfect.

CASSIE: I don't know -- like your husband because you say he is self employed and just started his business and then with you I mean I don't know like hours worked and things like this - I am just throwing this out there, but I know that if you contact like Medicaid and you tell them your scenario - there is - I think even on the website like if you go to Medicaid - it will run you through and like ask you all these questions. It asks you like how many people are in your household uh -- the income for the month and if you've just had a baby. If you've inquired medical bills. Like it brings you like this whole thing and then at the very end it will give you a print out and that print out says what you can qualify for.

REBECCA: Oh cool.

CASSIE: So that's another thing that I can think that might help you as well.

REBECCA: Ok. Perfect.

CASSIE: But yes if I think of any more I will let you know.

REBECCA: Well thank you guys so much. And then I will just be in contact with you at the end of the month if I am not able to get rid of those and then just kind of see what to

7

do I guess. And then my other question and I think that -- because uh with her doing the audit is it going to go back and take out some of those intermittent FMLAs?

JERRY: No.

REBECCA: Ok.

JERRY: So we - I asked her to leave everything as is. So as of June 4th.

REBECCA: Right. Exactly. So moving forth - uh and then any way that we - I can get a uh -- print out or whatever from her to see when intermittent FMLAs drop off from last year?

JERRY: Yes.

REBECCA: That way I can kind of -- have that because if I have like 4 that are going to drop off like next week than I know that those two are covered. Just in case. So if while I'm here if I could try and get some type of something like that or even --

JERRY: Shelly is working from home so I have to shoot her an email. But I can have her email that to you.

REBECCA: That's perfect.

JERRY: Do you have her email address?

CASSIE: Yep.

REBECCA: Excellent.

JERRY: So I will have her send you the breakdown uh and then I will have her explain when you would re-qualify or what days would roll off where you would get some additional time added to your FMLA.

REBECCA: Ok. Perfect. And then my other question is going to be her is -- even though I am exceeded as stuff drops off do we just start counting these or are we just starting over from this?

JERRY: Let me check with her. That's a question that she would have to answer.

REBECCA: Ok. Perfect. Yes if you could just check with her on that -- just so I know exactly where I stand with that.

JERRY: Ok makes sense.

8

REBECCA: And then -- would I also talk to leave of absence to do like let's say at the end of the month those two two days uh and then I contact you like I haven't been able to get rid of them uh -- how do I -- do I contact leave of absence to do a personal leave for those trips.

JERRY: And you don't work with your manager Kerri Thompson? I would talk to her first.

REBECCA: And I think my manager is Stefanie. She's the one that knows -- my situation.

JERRY: Continue working with Stefanie.

REBECCA: Ok.

CASSIE: I was going to say you don't have to disclose anything like you just --

REBECCA: Ok. And I did disclose to Stefanie so she knows she is the loop. JJ knows and Jeff knows. And (?) did until she left, but those are the ones I would like to keep them --

JERRY: Just keep working with Stefanie.

REBECCA: Ok.

JERRY: She will definitely be your best person to work you through that.

REBECCA: Ok. Perfect.

JERRY: Uh depending - how many days were those going to be?

REBECCA: They are just two days.

JERRY: Because I think --

REBECCA: They were the weird like report day where you report at like 11 something at night. And then you do the one leg to Indy. You stay for like 10 to 12 hours or whatever and then work a couple flights home. So technically its two days. So that would be 4 total.

JERRY: The other option if you come across one or maybe its 4 days --

REBECCA: Uh huh --

JERRY: To qualify for a medical leave - non FMLA medical leave it has to be a minimum of three days.

9

REBECCA: Minimum of three. Ok.

JERRY: Minimum of three. Keep that in mind. If you come across a situation -- granted these are still based on operational needs being met but that still gives you an option.

[00:27:27.11]
REBECCA: Uh and then my other concern though with going on a medical leave even if it's for that just 4 days or whatever uh that counts as a point.

JERRY: Oh!

REBECCA: As per our contract - it counts as a point. Now I have been told uh that -- if you get to the final term - or to the termination they will take those away. Uh -- before they can actually terminate you. I mean that's what I was told. I don't know if that's actually accurate or not. [00:27:54.20]

JERRY: Let me research that for you.

REBECCA: Ok. Perfect.

JERRY: And I will find out. I need to know for myself. Ok, any other questions.

REBECCA: No that's it. I think I will contact Stefanie and see uh -- and just kind of let her - that way she is the loop a little bit too.

JERRY: Maybe she has other options that she can think of or maybe she has somebody that knows that might pick up those trips from you.

REBECCA: Right exactly. Throw it out there.

JERRY: Perfect.

REBECCA: Perfect. And then I also am going to reach out to her about uh -- that I may have to still request for personal leave for these - for those two two days. Yes, and then I guess do my bid and see what I get for July.

JERRY: Excellent. All right and maybe things change where your seniority goes up and --

REBECCA: Right, well with the Orlando base I mean --

JERRY: There is a lot of --

REBECCA: Lots of people that want to go.

10

JERRY: There's a lot of people --

REBECCA: And as long as they are senior to me I am good.

JERRY LAUGHING: You never know but there is a lot of people that will commute right now so it might --

REBECCA: Exactly. But from my understanding Frontier is not growing correct?

JERRY: We just ordered 12 aircraft. And so yes so we are not expanding, but we are growing quite a bit.

REBECCA: Ok. In Denver?

JERRY: In Denver. Uh -- growing and I don't know in Denver - growing as a company.

REBECCA: As a company. Because my main concern also going forward from here and this is way down the road, but I mean if they are not going to grow Denver and people are going to Orland or whatever and it shrinks. I mean I will have to pin up my wings if I ever go back on reserve because there is no possible way to do any of that. Uh so I guess that was just a future way down the road - don't want to think too much about it, but uh if Denver is not growing then -- that's something else I have to consider.

JERRY: I know we are growing but I don't know where those flight attendants are going to be.

REBECCA: Right.

JERRY: Because we are tasked to hiring 500 flight attendants so uh --

REBECCA: Wow!

JERRY: So it depends on where they are going to be based. Right now it looks like Orlando is going to be primarily where a lot of people are going to be going. Where that leaves Denver its unknown.

REBECCA: Ok. Perfect. And the my other question which is totally just curiosity uh -- somebody - I mean of course, flight attendants we like to talk all the time is attrition really all that bad right now?

JERRY: Yes, unfortunately. And it's primarily the junior folks. They are not lasting that long. They come on board and the reserve is not what they thought it was and as soon as they come in they are -- they need quite a bit but the attrition is pretty high. Uh to the point where we can't even keep them.

REBECCA: Wow.

11

JERRY: So yes it's interesting. And with all the other airlines hiring a lot of them are jumping to the big carriers primarily Delta and United.

REBECCA: Which is wow --

JERRY: Yes, quite a few have left. But it is what it is.

REBECCA: I know right. What can you do? All right well thank you guys so much for meeting with me and yes I will just be in touch with you like as -- I need to.

CASSIE: And then now that I know that she has your information like I will just --

REBECCA: Stefanie is in the loop on all that stuff.

CASSIE: Ok. And then if you come up with any questions or concerns you know just contact me or Jerry and we will help you out.

REBECCA: Ok. Perfect.

JERRY: Excellent. Thank you so much.

REBECCA: And I will just be in touch with you whenever.

JERRY: Have a good rest of your day.

REBECCA: Thank you.

I can keep my phone in my pocket?

WALKING

Yes thank you. TALKING WHEN WALKING -- it will just be easier. I can't speak to their side -- so that's...

REBECCA: I know when I first started was like a drug -- administrator whatever.

CASSIE: When he left the company he took over -- so I know you were kind of in the --

REBECCA: And then my other question is how do I find out if there are any other options for FMLA transfers besides like in flight managers? I mean --

CASSIE: Did you check the website?

REBECCA: I don't. Is it just --

BRIGHAM LM 0000012

CASSIE: So if you go to -- MyFrontier.org.

REBECCA: Ok so it's on that.

CASSIE: Yes, MyFrontier.org on the section there is like departments -- all kinds of stuff across the top. There is a whole bunch of links. There's a drop down that says all of our postings. You should be able to see them. I don't know how frequently they post them or when its updated but I know they are there.

REBECCA: Ok because that is -- and if its not looking like its going to be easy at all to get rid of layovers -- I guess that's an option is to kind of transfer somewhere else and then I don't know -- sorry your time. Like if I were to transfer out to reception ok uh do I have the option of going back to in flight.

CASSIE: So -- I'm going to because we don't want to tell you indirectly - you do a transfer and then you say you want to go back to the line --

REBECCA: Right.

CASSIE: So -- I'm not 100 percent sure how this works and I will verify it with Geri, but I can also just randomly throw it out there to in flight and ask uh -- I believe as long as you maintain your certifications -- and stay current or -- get them -- as long as you stay current you're ok. So let's say you've been gone for a year because I think its -- did they expire yearly.

REBECCA: Well the way that it works is if you are on leave longer than a year you have to do like a three day training.

CASSIE: Like a re-cert type thing.

REBECCA: Yes.

CASSIE: So I think in that scenario as long as there was the demand for them you would go back but you would go through that three day first to get everything I believe. But I will double check that for you.

REBECCA: Ok. Awesome. Because I am just - because if I were to eventually like lets say next month that is all I get are trips and I can't get rid of them uh and then if I were to transfer somewhere into the company I would just want to know that when like let's say after hiring all these flight attendants and then Denver like a bunch of people go to Orlando - my seniority would jump up you know and then all of the sudden I'd be able to hold turns - I would much rather probably go back to the line. [00:34:47.03] So I would want to make sure that --

CASSIE: So your question is -- you know to a position and then you decided to go back. What that process is and if you --

13

REBECCA: How long if I keep my seniority and what the process is like -- do you have to make like let's say a 6 month commitment at the other position?

CASSIE: I think that no matter what it is like your position I am pretty sure it is 6 months because we don't allow anybody to transfer.  Unless there is like a circumstance where a manager is like no it's approved - like they give their approval but those are like few.

REBECCA: Ok.

CASSIE: When that happens.

BECKY: And then my other question is - is there an option for you know how like OJI. You come to the GO and you do whatever.  Is that ever an option if they're - like lets say because I don't want to get in trouble. I don't want to get these sick instances or they used to be instances - points. You know is there ever an option that if it comes to down to it - like this 3 day that I had you pull me off of -- uh like let's say that happens again -- let's say its next month or whatever I mean is there an option for me to come work at the GO and file paperwork or something. That way its not like anybody - nobody thinks that I am like oh she just wants these days off so she is trying to get out of it because that's not it at all. I mean I would have loved to have to picked up a turn today and tomorrow. You know what I mean? But is that an option to kind of that way I can still get - it wouldn't be like a point. Like instead of getting a point I would come to the GO and or in flight and file paperwork. Whatever it may be. I don't know if that is actually an option, but --

CASSIE: And I honestly don't know but that's another thing that I can ask.  And just kind of throw it out there - I mean I am not going to say it and ask it on your behalf. I am just going to throw it out there and say hey -- say it happens in the future like is it something that we can do? And then I can definitely let you know that one as well.

REBECCA: Ok. Awesome. And I just kind of want to know like all of my options I guess you know -- just like -- because I've been a flight attendant for 8 years. I don't know what else I'd want to do you know like I love it.

CASSIE: Yes.

REBECCA: I get a lot of time with my kids. Like I wouldn't get that with a 9 to 5. I'd get like the weekends you know and its like picking them up after a long day of work and you know like have just enough time to do dinner, bath, bed.  You know.  As a flight attendant is like --

CASSIE: You have a lot more flexibility.

REBECCA: Yes.  And like I have been doing a lot of those early morning Dallas turns where I mean you have to be at the airport at 5 in the morning, but I land at 10:30 so then I just go - I can pick up my kids. We've got the whole afternoon and whole night together

14

so it's like yes I don't know what else I would want to do. That would allow me that type of time. You know? So it's hard to -- know what to do.

CASSIE: I totally understand. I would definitely -- I would go -- even though -- apply for Medicaid --

REBECCA: See where we stand.

CASSIE: And also like even if you want to apply for Medicaid - you know what I mean because you don't make a certain amount within a month - you can qualify for it. But then there is all kinds of things too you know what I mean like that pop up on there -- solutions. And so like it could say you know like you could go to your - I don't know where you go - but let's say Littleton - you go to them and you ask for assistance with doctor bills and things like that - there might be some kind of program where they say you know we can give you like a lump sum to put towards that or like we can refer you or you know they could probably be a good source, but I would also reach out to Unum because Unum is - a couple of times like oh no its not just that like we have interpreters. We have like people who can help you like in the event that you need a rental car. Just like a whole bunch of information they told us that I didn't even know existed with them.

REBECCA: Nice. Well cool. Yes I will definitely. Yes tomorrow I will probably sit down and figure out -- where to -- you know because I mean honestly its like $220 a month that we are paying for me to see a therapist and its great, but I am like its so breaking the bank right now and I am like oh my god and I just kind of figure since it was like a requirement I am like well maybe they would since they are requiring it maybe they would take care of some of it - like split the bill with me, but honestly I will get in touch with you and then figure it out. [00:39:31.12]

CASSIE: See what they have and they might have some good recommendations too. And if I think of any I will definitely keep in touch with you and let you know. I can't think of them off the top of my head. I might reach out to some of my you know people that are in the hospital and just like ask them what they do.

REBECCA: Ok.

CASSIE: With people. You know a lot of them they set up like payment plans and things like that but some of them - oh you had these - this company or this group -- just have her apply.

REBECCA: Ok cool.

CASSIE: So I will definitely keep in touch with you on that.

REBECCA: Awesome. Thank you so much Cassandra.

CASSIE: If you run into anything - give me a call. If I don't answer leave me a message.

15

BRIGHAM LM 0000015

REBECCA: And then so what I will do is if you don't want to call me later and you just want to put all this stuff in an email and just feel free to do that or you can give me a call too.

CASSIE: Do we have your personal email? Because I know you guys don't have the --

REBECCA: Right. Oh I don't know. Let me give it to you really quick.  It's uh Rebecca Brigham.

CASSIE: No periods -- all together.  Ok.

REBECCA: No the number 4 -- at gmail.com.

CASSIE: Ok perfect. That works.

REBECCA: And then uh yes I will just be in touch with you uh towards the end of the month and let you know where we are at for those and then I will talk to Stefanie. I work again Sunday so I will talk to her on Sunday.

CASSIE: Because I don't know -- I hope I am not overstepping boundaries, but if there is somebody who -- can you give them...

REBECCA: Not if they are actually on -- like -- if they are on reserve -- right if they are on call I can't give it to them - the only way for them to take it is if I call in.  But if they are on days off and they want to make extra money and they are not going to do one of the one ends that is violation then they can pick it up in a heartbeat.  So what I think I am going to do - we've got like a flight attendants Facebook page or whatever so I will probably post the two trips on there and just say $20 and then you file if you can pick either one of these up.  Because money talks with flight attendants. I am like oh I could use $20 and its only technically kind of a fund -- so yes.  So I think I am going to do that and just hopefully you don't have to do that and then if it does come down to like what I was talking about in there if like there is like a - panic moment or I -- uh I will just give you a call first.  [00:42:04.20] Uh depending on like -- sometimes it's like three hours depression.  And my sponsor will be like get to the meetings.  Do you want me to contact scheduling very first so that they can get somebody to cover it.  Like and I will just say remove pending paperwork and then reach out to you -- and then I can get -- of course my phone will say something that you know meeting this day because she probably won't tell you exactly what is going on. But it was my recommendation that she told me immediately and then I can get that on to you.  And then -- I don't know how to have that code you know what I mean like --

CASSIE: That is something - like how to code that because as long as like she is providing something because you are being compliant with what she is telling you at the time. So as long as there is documentation that she -- over to me.  Then -- like ok she did

16

what she was supposed to do compliant now do what do we do. You know what I mean to call it -- affecting you or hurting you.

REBECCA: Ok. I think that is it for questions. Well thank you.

CASSIE: You're welcome.

REBECCA: And then if you could give that email to Jerry and have him just send me an email or whatever.

CASSIE: You know give it to Shelly so that way she can look at your FMLA and so you know about it also.

REBECCA: Perfect. Thank you so much.

CASSIE: Good luck.

REBECCA: Thanks.
[00:43:37.16]

GETTING IN CAR AND LEAVING

17

BRIGHAM LM 0000017