Jun 02 15 08:38a   COMANCHE CROSSING LLC   3036229201   p.1

## Comanche Crossing Counseling, LLC
### Marla M. Madrid, LCSW
P.O. Box 554
Strasburg, CO 80136
303.622.9280 (o) 303.622.9201 (f)

### Fax Cover Sheet

DATE: 2 June 2015

ORIGINATOR: Marla M. Madrid

TO: LOA Coordinator

FAX NUMBER: 720.374.8013

CONFIRMATION: 303.622.~~622~~ 9280

NUMBER OF PAGES: 5

(INCLUDING THIS ONE)

MESSAGE/SUBJECT:

CONFIDENTIATLITY NOTE: This fax transmission and accompanying documents contain information belonging to the sender, which may be confidential and legally privileged. This information is intended only for the use of the recipient, and any disclosure, copying distribution, or action taken in reliance on the recipient as prohibited. If this transmission is received in error, please call me collect to arrange for a return of the document at my expense. Thank you.

FRONTIER AIRLINES (R. BRIGHAM) - 0004175

EXHIBIT 10



| | Frontier Airlines, Inc. | P 720.374.4245 | loa@flyfrontier.com |
|---|---|---|---|
| | Frontier Center One | F 720.374.8013 | |
| | 7001 Tower Road | | |
| | Denver, CO 80249 | | |

## CERTIFICATION OF HEALTH CARE PROVIDER FOR EMPLOYEE'S SERIOUS HEALTH CONDITION
## (FAMILY AND MEDICAL LEAVE ACT)
## INTERMITTENT LEAVE OF ABSENCE

Frontier Contact: LOA Coordinator
LOA@flyfrontier.com

### EMPLOYEE INFORMATION

*TO BE COMPLETED BY EMPLOYEE*

**EMPLOYEE:** Please complete this section before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Per 29 U.S.C. §§ 2613, 2614(c)(3), if requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. Per 20 C.F.R. § 825.313, failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request.

Employee Name: **Rebecca Brigham**   Employee ID #: **413206**
Employee Phone: **303-913-6396**   Job Title: **Flight attendant**
Manager: **Stephany C.**   Base/Location: **Den**

### MEDICAL CERTIFICATION

*MEDICAL PROVIDER IS TO COMPLETE PARTS A AND B AND ANY ADDITIONAL INFORMATION*

**MEDICAL PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

THE GENETIC INFORMATION NON-DISCRIMINATION ACT OF 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or their family member's genetic tests, the fact that an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual.

Page 1 of 4

FRONTIER AIRLINES (R. BRIGHAM) - 0004176

# FRONTIER

## PART A: MEDICAL FACTS

Approximate date condition commenced: **June 2014**

Probable duration of condition: **Lifetime Recovery**

Date(s) you treated the patient for condition: **1-2 x per week until 9/7/14 ; 1 x per week currently.**

1. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?   ☐ No   ☒ Yes
   If yes, dates of admission: **Sept. 7, 2014 – Nov. 7, 2014**

2. Will the patient need to have treatment visits at least twice per year due to the condition?
   ☐ No   ☒ Yes

3. Was medication, other than over-the-counter medication, prescribed?
   ☐ No   ☒ Yes

4. Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?   ☐ No   ☒ Yes
   If yes, state the nature of such treatments and expected duration of treatment: **psychiatry**

5. Is the medical condition pregnancy?   ☒ No   ☐ Yes
   If yes, expected delivery date: _____

6. Use the information provided by the employer to answer this question. If the employer does not provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to their condition?
   ☒ No   ☐ Yes

   If so, identify the job functions the employee is unable to perform: _____

7. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   **Update: Rebecca continues to struggle with cravings for alcohol and vulnerable situations are challenging. Relapse prevention continues to be the priority in treatment as she has noticed desire has increased as home life is stressful as she continues to adjust to sobriety.**

(CONTINUED ON NEXT PAGE)

Page 2 of 4

FRONTIER AIRLINES (R. BRIGHAM) - 0004177

# FRONTIER

**PART B: AMOUNT OF LEAVE NEEDED**

1. Please indicate if any of the following apply to the patient:

   ☑ They will experience intermittent incapacitation that will require FMLA Leave

   ☑ They will require treatment appointments for their condition

2. Please detail below based on your previous answer:

   - If you indicated that the patient will experience *intermittent incapacitation* requiring FMLA Leave, based upon the patient's medical history and your knowledge of the medical condition, please *estimate the maximum frequency and duration* of intermittent leave time they might require. Note that terms such as "indefinite, unknown, n/a and undetermined cannot be accepted and will result in a denial of the leave request:

     12 (Number)   ☐ hours   per   ☐ day   ☐ quarter
     ☑ days              ☐ week  ☐ year
                         ☑ month

   Please indicate the beginning and ending dates for the period of intermittent incapacitation:

   Begin (mm/dd/yyyy): 05/01/2015   End (mm/dd/yyyy): 11/01/2015

   - If you indicated that the employee will need to attend follow-up treatment appointments, is it medically necessary for the employee to be absent from work to attend these appointments?
     ☐ No   ☑ Yes

   If yes, please estimate treatment schedule:
   Frequency: 1x per week; group 2x per week.
   Length of Appointment (including any recovery period): 2 hours +

   If yes, please also provide a general description of this regimen (e.g. Physical Therapy, medication administration, etc.):

   Rebecca is receiving support to prevent relapse. She is now in her 8th – 9th month of sobriety and her increase of cravings is frightening her. She is increasing face to face time in individual, group, and sponsorship arenas.

   **(CONTINUED ON NEXT PAGE)**

Page 3 of 4

FRONTIER AIRLINES (R. BRIGHAM) - 0004178

# FRONTIER

**ADDITIONAL INFORMATION (Please identify the question number with your additional answer):**

Rebecca and husband are adapting to various stages in recovery. Within the next 6 months she will work diligently at being proactive in reaching out to supports as she is doing now, she will have reached a milestone in recovery (1st anniversary in sobriety), and will have crafted further her self-regulation skills. Additionally, after a year of sobriety she will undergo full physical exam and the hope is that her mindset is strong and changed.

_Marla M. Madrid, LCSW_  
**Signature of Health Care Provider**

_28 May 2015_  
**Date**

**Provider's Name (printed):** Marla M. Madrid

**Business Address:** P.O. Box 554  
Strasburg, CO 80136

**Telephone:** (303) 622-9280   **Fax:** (303) 622-9201

**Type of practice / Medical specialty:** Behavioral Health - Private Practice

Page 4 of 4

FRONTIER AIRLINES (R. BRIGHAM) - 0004179