

**Name:** Rebecca Brigham
**Phone:** REDACTED
**Job:** Flight Attendant
**Site:** DEN Inflight
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF
**Date:** 6/22/2015 LOA - FMLA Self
**Body Part:**
**Nature:** NO EXCEPTIONS
**Status:** Closed/Closed

**Doctor:** Madrid, Marla
**Phone:** (303) 622-9280
**Specialty:**
**Adjuster:**
**Phone:** ( ) -

« | Employee | Job/Site | Shift/Wage | Claim | Work Status | Claim Status | Notes | »

Social Security # REDACTED

Last Name Brigham

First Name Rebecca

Middle Name Leigh

Home Phone REDACTED

Work Phone

Address REDACTED

REDACTED

Birthdate REDACTED Age 31

Sex Female

Marital Status Married

Dependents

Education

Language English

Email REDACTED

Employee Name

**Name:** Rebecca Brigham
**Phone:** REDACTED
**Job:** Flight Attendant
**Site:** DEN Inflight
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF
**Date:** 6/22/2015 LOA - FMLA Self
**Body Part:**
**Nature:** NO EXCEPTIONS
**Status:** Closed/Closed

**Doctor:** Madrid, Marla
**Phone:** (303) 622-9280
**Specialty:**
**Adjuster:**
**Phone:** ( ) -

« | Employee | Job/Site | Shift/Wage | Claim | Work Status | Claim Status | Notes | »

Job Flight Attendant

W/C Class Crew

Title FA

Date of Hire 05/24/2007

State of Hire CO

Started Position 05/24/2007

Section

Employee # 413206

Supervisor Rush, Laura

Site DEN Inflight

Phone (303) 342-7707

Fax ( ) -

Address 8700 Pena Blvd
Gate 38
Denver, CO 80249

Division Crew

Company

EXHIBIT 11

**Name:** REDACTED  
**Phone:**  
**Job:** Flight Attendant  
**Site:** DEN Inflight  
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF  
**Date:** 6/22/2015 LOA - FMLA Self  
**Body Part:**  
**Nature:** NO EXCEPTIONS  
**Status:** Closed/Closed

**Doctor:** Madrid, Marla  
**Phone:** (303) 622-9280  
**Specialty:**  
**Adjuster:**  
**Phone:** ( ) -

| « | Employee | Job/Site | Shift/Wage | Claim | Work Status | Claim Status | Notes | » |

Days Per Week `0`  
Hours Per Shift `0`  
Average Hours `75`  
Shift Begins `12:00:00 AM`  
Shift Ends `12:00:00 AM`  
Normal Shift `Day`  
Variations

Employment Status `Fulltime`  
Wage/Salary  
Variations  
Average Pay  
Value of Pay in Kind  
Allowable T/L Payment

Days Off ☐ Sat ☐ Sun ☐ Mon  
☐ Tue ☐ Wed ☐ Thu ☐ Fri

☐ Secondary Job  
☐ Officer/Partner

---

**Name:** REDACTED  
**Phone:**  
**Job:** Flight Attendant  
**Site:** DEN Inflight  
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF  
**Date:** 6/22/2015 LOA - FMLA Self  
**Body Part:**  
**Nature:** NO EXCEPTIONS  
**Status:** Closed/Closed

**Doctor:** Madrid, Marla  
**Phone:** (303) 622-9280  
**Specialty:**  
**Adjuster:**  
**Phone:** ( ) -

| « | Employee | Job/Site | Shift/Wage | Claim | Work Status | Claim Status | Notes | » |

Claim # `413206 IFM SELF`  
Claim Type `LOA - FMLA Self`  
Injury Date `06/22/2015` Monday  
Injury Time  
Body Part  

Nature `NO EXCEPTIONS`  
Cause  
Object

Date Employer Notified `02/06/2015`  
Date Last Worked  
Time Left Work  
Claim Assigned To  
Date Assigned `12/18/2014`

☐ Body Part Injured Before  
☐ Lost One Full Day  
☐ Full Pay For Day of Injury  
☐ Salary Continued

FRONTIER AIRLINES (R. BRIGHAM) - 0004810

**Name:** R_____m
**Phone:** REDACTED
**Job:** Flig___ _____
**Site:** DEN Inflight
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF
**Date:** 6/22/2015 L●A - FMLA Self
**Body Part:**
**Nature:** NO EXCEPTIONS
**Status:** Closed/Closed

**Doctor:** Madrid, Marla
**Phone:** (303) 622-9280
**Specialty:**
**Adjuster:**
**Phone:** ( ) -

| « | Employee | Job/Site | Shift/Wage | Claim | **Work Status** | Claim Status | Notes | » |

☐ OSHA Recordable    ☐ Privacy Concern Case

Type of Case [        ▼]

Date of Death [        ]

Report of Injury Filed [        ]

Estimated Restricted Release [        ]

Estimated Return to Work [        ]

| Status ▲ | Detail | Date | Days | Lost | Away | Restr. |
|---|---|---|---|---|---|---|
| Full Duty | Accomodated | 11/26/2014 | 95 | 0 | 0 | 0 |
| Full Duty | Intermittent LOA | 03/01/2015 | 61 | 0 | 0 | 0 |
| Full Duty | Intermittent LOA | 05/●1/2015 | 186 | ● | 0 | ● |
| Full Duty | Accomodated | 11/03/2015 | 8 | 0 | 0 | 0 |
| Left Employment | Termination | 11/11/2015 | 1682 | 0 | ● | 0 |
| | | | 2●32 | 0 | ● | 0 |

+ ✎ 🗑 ↻

**Name:** R_____m
**Phone:** REDACTED
**Job:** Flig___ _____
**Site:** DEN Inflight
**Status:** Left Employment/Termination

**Claim #:** 413206 IFM SELF
**Date:** 6/22/2015 L●A - FMLA Self
**Body Part:**
**Nature:** NO EXCEPTIONS
**Status:** Closed/Closed

**Doctor:** Madrid, Marla
**Phone:** (303) 622-92●●
**Specialty:**
**Adjuster:**
**Phone:** ( ) -

| « | Employee | Job/Site | Shift/Wage | Claim | Work Status | **Claim Status** | Notes | » |

Adjuster

( ) -

Estimated Close [        ]

| Status ▲ | Detail | Date | Days |
|---|---|---|---|
| Denied | Closed | 12/18/2014 | 69 |
| Denied | Closed | 02/25/2015 | 9 |
| Open | Open | 03/●6/2015 | 56 |
| ●pen | Open | 05/●1/2015 | 186 |
| Closed | Closed | 11/●3/2015 | 169● |
| | | | 2●10 |

+ ✎ 🗑 ↻

Notes List:

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 12/18/2014 | BARAG ON | Claim Manager | BARAG ON | | 12/18/2014 | EE Eligible with hours and employment - Exhausted FMLA Hours as of 12/18/2014 - No days available until 1/30/2015 Can reapply then - EE Email REDACTED |
| 12/18/2014 | BARAG ON | Claim Manager | BARAG ON | | 12/18/2014 | FMLA Hours exhausted as of 12/18/2014 - No days available until 1/30/2015 |
| 12/31/2014 | SLEYNE R | Claim Manager | SLEYNE R | | 12/31/2014 | |
| 02/06/2015 | TKOLBE | Claim Manager | TKOLBE | 02/23/2015 | 02/25/2015 | EE Eligible  IFM ppw sent due 2/23/15 |
| 02/25/2015 | TKOLBE | Claim Manager | TKOLBE | | 02/25/2015 | ppw not received  closed file |
| 03/06/2015 | TKOLBE | Claim Manager | TKOLBE | 03/23/2015 | 03/17/2015 | used 33 days FLA  and 21 days IFM total 54 days in 2014 EE Eligible  IFM ppw sent  Due 3/23/15 |
| 03/17/2015 | BARAG ON | Claim Manager | BARAG ON | 03/24/2015 | 03/24/2015 | FU on revised Paperwork |
| 03/24/2015 | TKOLBE | Claim Manager | TKOLBE | 03/01/2016 | 06/04/2015 | CLose file if not recertified Closed the file since she should not have been approved |
| 03/26/2015 | TKOLBE | Claim Manager | TKOLBE | | 03/26/2015 | |
| 04/02/2015 | TKOLBE | Claim Manager | TKOLBE | | 04/02/2015 | 2nd thursday in a row for IFM meetings/therapy? |
| 04/13/2015 | TKOLBE | Claim Manager | TKOLBE | | 04/13/2015 | |
| 04/14/2015 | TKOLBE | FMLA Usage | TKOLBE | | 04/14/2015 | 60 days |
| 04/14/2015 | TKOLBE | Claim Manager | TKOLBE | | 04/14/2015 | |
| 04/21/2015 | TKOLBE | Claim Manager | TKOLBE | | 04/21/2015 | |
| 05/04/2015 | TKOLBE | Claim Manager | TKOLBE | | 05/04/2015 | |
| 05/08/2015 | SLEYNE R | Employee | SLEYNE R | | 05/08/2015 | |
| 05/12/2015 | TKOLBE | Claim Manager | TKOLBE | | 05/12/2015 | |
| 05/26/2015 | TKOLBE | Claim Manager | TKOLBE | | 05/26/2015 | |

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 05/27/2015 | TKOLBE | Claim Manager | TKOLBE | | 05/27/2015 | |
| 05/27/2015 | TKOLBE | Claim Manager | TKOLBE | 06/12/2015 | 06/10/2015 | EE wants to have doctor revise the paperwork so she can backdate FMLA to cover 5/12/15 - 5/15/15 and 5/26/15 ppw sent  Due 6/11/15 |
| 06/01/2015 | TKOLBE | Claim Manager | TKOLBE | | 06/01/2015 | 5/29/15 - 5/31/15 coded as sick.  updated ppw has not been received |
| 06/01/2015 | BARAGON | Claim Manager | BARAGON | | 06/01/2015 | |
| 06/03/2015 | TKOLBE | FMLA Usage | TKOLBE | | 06/03/2015 | Report ordered 5/1/14 - 4/30/15   61 days used re-coding IFM due to recertification now authorizing 12 days per month. |
| 06/03/2015 | TKOLBE | Claim Manager | TKOLBE | | 06/04/2015 | 5/31/15 coded as sick since it would be the 73rd day.  5/31/14 returns on 6/1/15 1201a so 6/1/15 would be 72 again |
| 06/04/2015 | SLEYNER | Employee Relations | SLEYNER | | 06/04/2015 | |
| 06/04/2015 | SLEYNER | Claim Manager | SLEYNER | | 06/04/2015 | |
| 06/04/2015 | SLEYNER | Employee Relations | SLEYNER | 06/05/2015 | 06/18/2015 | FU on FMLA paperwork if needed or not |
| 06/18/2015 | TKOLBE | Claim Manager | TKOLBE | 07/03/2015 | 06/22/2015 | EE Eligible per Shelly  IFM ppw sent  Due 7/3/15 |
| 06/18/2015 | TKOLBE | FMLA Usage | TKOLBE | | 06/18/2015 | 65 days used |
| 06/19/2015 | TKOLBE | Claim Manager | TKOLBE | 07/03/2015 | 06/22/2015 | Pending ppw approval  **Coded IFM in crewtrac** |
| 06/22/2015 | BARAGON | Claim Manager | BARAGON | 11/02/2015 | 11/04/2015 | Cert Expires - Close out file |

FRONTIER AIRLINES (R. BRIGHAM) - 0004813

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 06/22/2015 | BARAGON | Claim Manager | BARAGON | | 06/22/2015 | |
| 06/22/2015 | BARAGON | Claim Manager | BARAGON | | 06/22/2015 | |
| 06/25/2015 | TKOLBE | Claim Manager | TKOLBE | | 06/25/2015 | Coded IFM in Crew Trac  this brings total days to 70 |
| 06/25/2015 | TKOLBE | FMLA Usage | TKOLBE | | 06/25/2015 | 70 days used  through 6/28/15 |
| 06/29/2015 | TKOLBE | Claim Manager | TKOLBE | | 06/29/2015 | Coded IFM in Crew Trac<br><br>71 days used |
| 07/01/2015 | TKOLBE | Claim Manager | TKOLBE | | 07/01/2015 | 72 days reached  7/14/14 and 7/15/15 will be the next dates to fall off. |
| 07/06/2015 | TKOLBE | Claim Manager | TKOLBE | | 07/06/2015 | |
| 07/07/2015 | TKOLBE | FMLA Usage | TKOLBE | | 07/07/2015 | |
| 07/15/2015 | TKOLBE | Claim Manager | TKOLBE | | 07/15/2015 | |
| 07/22/2015 | TKOLBE | Claim Manager | TKOLBE | 07/24/2015 | 07/27/2015 | FU on date/condition verification.  Email recd on 7/22/15 for absences 7/31/15 - 8/3/15 |
| 07/27/2015 | SLEYNER | Employee | SLEYNER | | 07/27/2015 | she gained 5 days back but used 4 she has one day available until 8/7<br><br>completed coding for 7/31/2015 to 8/3/2015 - SLeyner |
| 08/07/2015 | TKOLBE | FMLA Usage | TKOLBE | | 08/07/2015 | 69 days used |
| 08/07/2015 | TKOLBE | Claim Manager | TKOLBE | | 08/07/2015 | 69 days used prior to this call in  Now at 72 days |
| 08/14/2015 | BARAGON | Claim Manager | BARAGON | | 08/14/2015 | At 72 days -2 days rolled off to her 08/08/2014 and 08/09/2014<br><br>EE at 72 days again<br>Coded in Crew Track |

FRONTIER AIRLINES (R. BRIGHAM) - 0004814

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 08/24/2015 | TKOLBE | FMLA Usage | TKOLBE | | 08/24/2015 | 67 days used |
| 08/24/2015 | TKOLBE | Claim Manager | TKOLBE | | 08/24/2015 | Coded IFM in CrewTrac |
| 08/25/2015 | TKOLBE | Claim Manager | TKOLBE | | 08/25/2015 | |
| 08/31/2015 | TKOLBE | Claim Manager | TKOLBE | | 08/31/2015 | Coded IFM in CrewTrac |
| 09/08/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/09/2015 | Coded IFM in CrewTrac |
| 09/08/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/08/2015 | 67 days used prior to 9/5/15 |
| 09/11/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/11/2015 | Coded IFM in CrewTrac |
| 09/11/2015 | TKOLBE | FMLA Usage | TKOLBE | | 09/11/2015 | 9/14/14 - 9/14/15  60 days used |
| 09/18/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/18/2015 | Coded IFM in CrewTrac |
| 09/22/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/22/2015 | Coded IFM in CrewTrac |
| 09/25/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/28/2015 | |
| 09/28/2015 | TKOLBE | Claim Manager | TKOLBE | | 09/28/2015 | |
| 09/28/2015 | TKOLBE | FMLA Usage | TKOLBE | | 09/28/2015 | 51 days used |
| 09/28/2015 | BARAGON | Claim Manager | BARAGON | | 09/28/2015 | Spoke to Compliance and they have advised that on the compliance side of things the employee is compliant in all things. |
| 09/28/2015 | SLEYNER | Employee | SLEYNER | | 09/28/2015 | |
| 09/28/2015 | SLEYNER | Employee | SLEYNER | | 09/28/2015 | |
| 09/28/2015 | SLEYNER | Supervisor | SLEYNER | | 09/28/2015 | |
| 09/28/2015 | SLEYNER | Employee Relations | SLEYNER | 10/02/2015 | 10/07/2015 | FU on meeting with ERM and Rebecca |

FRONTIER AIRLINES (R. BRIGHAM) - 0004815

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 09/28/2015 | SLEYNER | Email | SLEYNER | | 09/28/2015 | Report = 54 days used total to date<br><br>roll off on 9/29 - 10/9 1 per day for FLA |
| 10/02/2015 | TKOLBE | Claim Manager | TKOLBE | | 10/02/2015 | Coded IFM in CrewTrac |
| 10/05/2015 | TKOLBE | Claim Manager | TKOLBE | | 10/05/2015 | Coded IFM in CrewTrac |
| 10/05/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/05/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Claim Manager | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/07/2015 | FU on ERM review |
| 10/07/2015 | SLEYNER | Claim Manager | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Supervisor | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Supervisor | SLEYNER | | 10/07/2015 | |
| 10/07/2015 | SLEYNER | Employee Relations | SLEYNER | 10/08/2015 | 11/16/2015 | FU on possible re-certification of IFM |
| 10/08/2015 | BARAGON | Claim Manager | BARAGON | | 10/08/2015 | Coded IFM in CrewTrac |
| 10/15/2015 | TKOLBE | Employee Relations | SLEYNER | | 10/15/2015 | Coded IFM in CrewTrac |

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|---|---|---|---|---|---|---|
| 10/15/2015 | SLEYNER | Claim Manager | SLEYNER | | 10/15/2015 | |
| 10/15/2015 | SLEYNER | Employee | SLEYNER | 10/30/2015 | 11/16/2015 | PPW is due on 10/30/2015 for recertification - Shelly will handle moving forward. |
| 10/15/2015 | SLEYNER | Claim Manager | TKOLBE | | 10/15/2015 | |
| 10/19/2015 | TKOLBE | Claim Manager | BARAGON | | 10/19/2015 | Coded IFM in CrewTrac |
| 10/19/2015 | BARAGON | Employee Relations | SLEYNER | | 10/19/2015 | |
| 10/26/2015 | SLEYNER | Claim Manager | SLEYNER | 10/27/2015 | 10/27/2015 | FU on if we are coding IFM or not? |
| 10/27/2015 | SLEYNER | Employee Relations | SLEYNER | | 10/27/2015 | denied 10/23-10/26 |
| 10/27/2015 | SLEYNER | Supervisor | SLEYNER | | 10/27/2015 | |
| 11/02/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/02/2015 | |
| 11/09/2015 | SLEYNER | Email | SLEYNER | | 11/09/2015 | |
| 11/09/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/09/2015 | |
| 11/11/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/11/2015 | |
| 11/11/2015 | SLEYNER | Supervisor | SLEYNER | | 11/16/2015 | |
| 11/12/2015 | BARAGON | Supervisor | SLEYNER | | 11/12/2015 | Closed out file per email |
| 11/12/2015 | BARAGON | Supervisor | BARAGON | | 11/12/2015 | |
| 11/12/2015 | BARAGON | Claim Manager | BARAGON | | 11/12/2015 | |

| Date | Created By | Type | Action Id | Action Date | Completed | Action |
|------|-----------|------|-----------|-------------|-----------|--------|
| 11/12/2015 | BARAGON | Claim Manager | BARAGON | | 11/12/2015 | |
| 11/16/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/16/2015 | |
| 11/16/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/16/2015 | |
| 11/16/2015 | SLEYNER | Employee Relations | SLEYNER | | 11/16/2015 | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004818

**CONTENTS OF ALL NOTES FROM THIS CASE IN WCCMS**

From: LOA Frontier Employees
Sent: Thursday, December 18, 2014 3:34 PM
To: Rebecca Brigham
Cc: LOA Frontier Employees; Inflight DIA MGR; Bartlett, Tyler
Subject: RE: Fmla paperwork

Good Afternoon Rebecca,
Thank you for contacting the Leave of Absence department. At this time you qualify for FMLA paperwork with your hours worked and employement dates, however you have exhausted all  72 FMLA days available (Flight Crew Members) for the rolling calendar year.

You will not have an FMLA day roll off to be available to you until 1/31/2015.  You may contact us at that time to request FMLA paperwork, however days are only available to you to  use as they roll off from the last calendar year. You may refer to your last year schedule as a refrence as to what days you used FLMA.

If you should have any questions please feel free to contact me.

Have a good day,

Brandi Aragon




Brandi Aragon
Leave of Absence Coordinator
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4397 Office
720-374-8013 LOA Fax
brandi.aragon@flyfrontier.com <mailto:brandi.aragon@flyfrontier.com>
www.flyfrontier.com <http://www.flyfrontier.com>


CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.



From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, November 25, 2014 6:17 PM
To: LOA Frontier Employees
Subject: Fmla paperwork - Pull available FMLA Hours and talk to Shelly

I am requesting intermittent fmla paperwork for myself. If you could please email it to this email address it would be much appreciated thanks.  REDACTED                   .  Rebecca Brigham #413206

From: Aragon, Brandi
Sent: Thursday, December 18, 2014 3:08 PM
To: LOA Frontier Employees

Subject: Rebecca Brigham – 11/24/2013 – 11/25/2015 FMLA Hours Used - 69 Days

Date: 12/18/14         Frontier Airlines       Sabre CrewTrac
Time: 15:00          Absence/Other Time Report       Page 1
          From 11/24/13  To 11/25/14  Employee 413206
            Codes: FLA IFM

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | Days | From Prg/Rday | To Date | Date | Block | Credit |
|------|-----------|-----|----------|----------|---------|------|---------------|---------|------|-------|--------|
| 413206 | BRIGHAM,REBECCA | | | FA | | | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 09/04/2014 - 10/5/2014 FLA = 31 Days Used | | | | | | | | |
| IFM | 01/30/14 - 01/30/14 | B | 1 | | | | | | | | |
| | 01/31/14 - 01/31/14 | B | 1 | | | | | | | | |
| | 02/13/14 - 02/13/14 | B | 1 | | | | | | | | |
| | 02/26/14 - 02/27/14 | B | 2 | | | | | | | | |
| | 03/23/14 - 03/24/14 | B | 2 | | | | | | | | |
| | 03/26/14 - 03/27/14 | B | 2 | | | | | | | | |
| | 04/04/14 - 04/05/14 | B | 2 | | | | | | | | |
| | 04/23/14 - 04/24/14 | B | 2 | | | | | | | | |
| | 05/31/14 - 05/31/14 | B | 1 | | | | | | | | |
| | 06/01/14 - 06/01/14 | B | 1 | | | | | | | | |
| | 06/03/14 - 06/04/14 | B | 2 | | | | | | | | |
| | 06/06/14 - 06/07/14 | B | 2 | | | | | | | | |
| | 06/07/14 - 06/08/14 | B | 1 | | | | | | | | |
| | 06/08/14 - 06/09/14 | B | 1 | | | | | | | | |
| | 06/09/14 - 06/10/14 | B | 1 | | | | | | | | |
| | 07/14/14 - 07/15/14 | B | 2 | | | | | | | | |
| | 07/21/14 - 07/22/14 | B | 2 | | | | | | | | |
| | 07/22/14 - 07/23/14 | B | 1 | | | | | | | | |
| | 08/07/14 - 08/08/14 | B | 2 | | | | | | | | |
| | 08/08/14 - 08/09/14 | B | 1 | | | | | | | | |
| | 08/21/14 - 08/21/14 | B | 1 | | | | | | | | |
| | 08/22/14 - 08/23/14 | B | 2 | | | | | | | | |
| | 08/28/14 - 08/29/14 | B | 2 | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004820

```
        09/02/14 - 09/03/14  B  2
        09/03/14 - 09/04/14  B  1



                  38 IFM Days Used

  Total for DEN      38+31 = 69 Days Used        0  0                0:00   0:00

**FLA Dates 9/7/2014 -10/7/2014
   MED Dates 10/8/2014 - 11/7/2014
   MED Dates 11/8/2014 - 12/14/2014

Returned to Work 12/15/2014
```

Hello Rebecca,

A rolling calendar goes day by day, such as if you are asking for leave paperwork on 12/1/2014 we would pull hours worked from the date of processing back 365 days (example: 12/1/2014-12/2/2013) and all FMLA hours used between that time frame to determine if you qualify. You can find FMLA use on your schedule to reference. Please let me know if you have any questions.

Shelly Leyner
LOA Department
Supervisor of Disability Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4397 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com <mailto:Shelly.Leyner@flyfrontier.com>
E: OJIfrontier@flyfrontier.com <mailto:OJIfrontier@flyfrontier.com>
E: LOA@flyfrontier.com <mailto:LOA@flyfrontier.com>
E: LOABilling@flyfrontier.com <mailto:LOABilling@flyfrontier.com>

www.FlyFrontier.com <http://www.flyfrontier.com/>
www.Facebook.com/FlyFrontier <http://www.facebook.com/FlyFrontier>
www.Twitter.com/FlyFrontier <http://www.twitter.com/FlyFrontier>

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [<mailto:REDACTED
Sent: Sunday, December 21, 2014 8:27 AM
To: LOA Frontier Employees
Subject: RE: Fmla paperwork

Can you please explain this to me, I was under the impression that the rolling calendar started in July? And is there any way you could email me the last year's fmla dates please.
Rebecca Brigham
#413206. Thanks so much
On Dec 18, 2014 3:33 PM, "LOA Frontier Employees" <LOAFlyfrontier@flyfrontier.com
<mailto:LOAFlyfrontier@flyfrontier.com>> wrote:
Good Afternoon Rebecca,
Thank you for contacting the Leave of Absence department. At this time you qualify for FMLA paperwork with your hours worked and employement dates, however you have exhausted all 72 FMLA days available (Flight Crew Members) for the rolling calendar year.

You will not have an FMLA day roll off to be available to you until 1/31/2015. You may contact us at that time to request FMLA paperwork, however days are only available to you to use as they roll off from the last calendar year. You may refer to your last year schedule as a refrence as to what days you used FLMA.

If you should have any questions please feel free to contact me.
Have a good day,
Brandi Aragon



Brandi Aragon
Leave of Absence Coordinator
Frontier Airlines

From: Rebecca Brigham [mailto:REDACTED
Sent: Friday, February 06, 2015 10:14 AM
To: LOA Frontier Employees
Subject: fmla Paperwork request

Could you please send me the paperwork for personal intermittent FMLA to this email REDACTED
<mailto:REDACTED
Rebecca Brigham
#413206
From: LOA Frontier Employees
Sent: Friday, February 06, 2015 11:54 AM
To: 'REDACTED
Cc: LOA Frontier Employees; Rush, Laura
Subject: FMLA paperwork request for Rebecca Brigham FA DEN 413206


Rebecca,

Thank you for contacting the Leave of Absence department. I have attached the requested FMLA paperwork.

Please be advised that the completed Certification form is due back to the Leave of Absence department by
*2/23/2015*.

Call off procedure while pending FMLA approval:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com
<mailto:LOA@flyfrontier.com> or the call in line at 720-374-4245 with the following information within 24 hours of
the call off;

·        Employee Name
·        Employee Number
·        Date the IFM is taken
·        Who the IFM pertains to


If you should have any questions please feel free to contact me.

Have a good day,



Tamarra Kolbe



HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4539 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the
intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received
this communication in error, please notify the sender immediately by e-mail and delete the message and any file
attachments from your computer.

From: LOA Frontier Employees
Sent: Wednesday, February 25, 2015 9:07 AM
To: 'REDACTED
Cc: LOA Frontier Employees
Subject: FMLA request for Rebecca Brigham FA DEN 413206 denied ppw not received

Rebecca,

The Leave of Absence department has not received the completed Certification form for FMLA that you requested on
2/6/2015.

Please be advised that your request has been denied because paperwork was not submitted by the due date of
2/23/15.

If you should have any further questions please feel free to contact me.

Have a good day,


Tamarra Kolbe

FRONTIER AIRLINES (R. BRIGHAM) - 0004823

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4539 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, March 03, 2015 12:40 PM
To: LOA Frontier Employees
Subject: new fmla paperwork

I am requesting new paperwork for intermittent fmla for myself (the old paperwork expired sorry) and thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, March 03, 2015 12:42 PM
To: LOA Frontier Employees
Subject: Email#2 for new fmla paperwork

I forgot to give you my info Rebecca Brigham #413206 this is a request for intermittent paperwork for myself

From: LOA Frontier Employees
Sent: Friday, March 06, 2015 8:28 AM
To: 'REDACTED
Cc: LOA Frontier Employees; Rush, Laura
Subject: FMLA paperwork request for Rebecca Brigham FA DEN 413206

Rebecca,

Thank you for contacting the Leave of Absence department. I have attached the requested FMLA paperwork.

Please be advised that the completed Certification form is due back to the Leave of Absence department by *3/23/2015*.

Call off procedure while pending FMLA approval:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com <mailto:LOA@flyfrontier.com> or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

·     Employee Name
·     Employee Number
·     Date the IFM is taken
·     Who the IFM pertains to

FRONTIER AIRLINES (R. BRIGHAM) - 0004824

If you should have any questions please feel free to contact me.

Have a good day,


Tamarra Kolbe



HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4539 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the
intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received
this communication in error, please notify the sender immediately by e-mail and delete the message and any file
attachments from your computer.

Cert Received - Incomplete #7 on page 3 - Shelly Reviewed - Advised Incomplete

The Leave of Absence department has received your FMLA Certification.

At this time we are unable to approve the request because the certification is incomplete.  Please refer to the
designation for the necessary corrections.  You will need to contact your doctor and have them revise the form so we
can process the request.

The revised form is due back to the Leave of Absence department by *3/24/2015* or the request will be denied due
to incomplete paperwork.

If you should have any questions please feel free to contact me.

Have a good day,

Brandi Aragon



Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4397 Office
720-374-8013  Fax
brandi.aragon@flyfrontier.com <mailto:brandi.aragon@flyfrontier.com>
www.flyfrontier.com <http://www.flyfrontier.com/>

FRONTIER AIRLINES (R. BRIGHAM) - 0004825

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: LOA Frontier Employees
Sent: Tuesday, March 24, 2015 2:28 PM
To: 'REDACTED
Cc: LOA Frontier Employees; Rush, Laura
Subject: FMLA Designation for Rebecca Brigham FA DEN 413206

Rebecca,

We have received your FMLA certification. At this time we are approving your intermittent leave of absence from 3/1/15 to 3/1/16 for up to 4 days per month. Please refer to the Designation Notice that is attached for additional information.


Call off procedure:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com <mailto:LOA@flyfrontier.com> or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

· Employee Name
· Employee Number
· Date the IFM is taken
· Who the IFM pertains to


If you have any questions please contact the LOA Department at 720-374-4397 or send an email to LOA@flyfrontier.com <mailto:LOA@flyfrontier.com>.




Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Wednesday, March 25, 2015 10:26 PM
To: LOA Frontier Employees
Subject: Fmla 3/26/15

FRONTIER AIRLINES (R. BRIGHAM) - 0004826

Rebecca Brigham
#413206
I had to use my intermittent Fmla for a turn on 3/26 thanks

From: LOA Frontier Employees
Sent: Thursday, March 26, 2015 8:38 AM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 3/26/15

Please code IFM for the above mentioned employee for the date(s) of: 3/26/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, April 02, 2015 10:39 AM
To: LOA Frontier Employees
Subject: Fmla 4/2/15

I had to use my intermittent Fmla on 4/2 for a turn
Rebecca Brigham #413206
From: LOA Frontier Employees
Sent: Thursday, April 02, 2015 11:22 AM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 4/2/15

Please code IFM for the above mentioned employee for the date(s) of: 4/2/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Friday, April 10, 2015 12:11 PM
To: LOA Frontier Employees
Subject: Fmla 4/10/15

I had to use my fmla on 4/10 for a turn
Rebecca Brigham #413206


From: LOA Frontier Employees
Sent: Monday, April 13, 2015 2:00 PM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206


Please code IFM for the above mentioned employee for the date(s) of: 4/10/15

Thank you,



Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

| Date: 04/14/15 | | Frontier Airlines | | | | Sabre CrewTrac | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time: 09:14 | | Absence/Other Time Report | | | | | Page 1 | | |
| | | From 04/14/14 To 04/13/15 Employee 413206 | | | | | | | |
| | | Codes: FLA IFM | | | | | | | |

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | From Days | To Prg/Rday | Date | Date | Block | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 413206 BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 Days | | | | | | | | |
| IFM | 04/23/14 - 04/24/14 | B | 2 | | | | | | | | |
| | 05/31/14 - 05/31/14 | B | | | | | | | | | |
| | 06/01/14 - 06/01/14 | B | | | | | | | | | |
| | 06/03/14 - 06/04/14 | B | 2 | | | | | | | | |
| | 06/06/14 - 06/07/14 | B | | | | | | | | | |
| | 06/07/14 - 06/08/14 | B | | | | | | | | | |
| | 06/08/14 - 06/09/14 | B | | | | | | | | | |
| | 06/09/14 - 06/10/14 | B | | | | | | | | | |
| | 07/14/14 - 07/15/14 | B | 2 | | | | | | | | |
| | 07/21/14 - 07/22/14 | B | | | | | | | | | |
| | 07/22/14 - 07/23/14 | B | 2 | | | | | | | | |
| | 08/07/14 - 08/08/14 | B | | | | | | | | | |
| | 08/08/14 - 08/09/14 | B | 2 | | | | | | | | |
| | 08/21/14 - 08/21/14 | B | | | | | | | | | |
| | 08/22/14 - 08/23/14 | B | 2 | | | | | | | | |
| | 08/28/14 - 08/29/14 | B | 2 | | | | | | | | |
| | 09/02/14 - 09/03/14 | B | | | | | | | | | |
| | 09/03/14 - 09/04/14 | B | 2 | | | | | | | | |
| | 03/26/15 - 03/26/15 | B | | | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | | | |
| | 04/10/15 - 04/10/15 | B | | 60 days total | | | | | | | |
| Total for DEN | | | 0 | 0 | | | | 0:00 | 0:00 | | |

From: Rebecca Brigham [mailto:REDACTED
Sent: Monday, April 13, 2015 9:28 PM
To: LOA Frontier Employees
Subject: Fmla 4/14/15

I had to use my fmla on 4 / 14 for an LAX turn
Rebecca Brigham #413206 thanks


From: LOA Frontier Employees
Sent: Tuesday, April 14, 2015 9:22 AM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 4/14/15


Please code IFM for the above mentioned employee for the date(s) of: 4/14/15

Thank you,



Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, April 20, 2015 4:48 PM
To: LOA Frontier Employees
Subject: Fmla 4/20/15

I had to use my intermittent Fmla on 4 / 20 for a turn Rebecca Brigham #413206 thanks


From: LOA Frontier Employees
Sent: Tuesday, April 21, 2015 8:19 AM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 4/20/15


Please code IFM for the above mentioned employee for the date(s) of: 4/20/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Sunday, May 03, 2015 3:53 PM
To: LOA Frontier Employees
Subject: Fmla 5/3/15

I had to use my FMLA on 5/3 for a 3 day
Rebecca Brigham #413206

From: LOA Frontier Employees
Sent: Monday, May 04, 2015 1:08 PM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 5/3/15, 5/4/15 and 5/5/15

Please code IFM for the above mentioned employee for the date(s) of: 5/3/15, 5/4/15 and 5/5/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

FRONTIER AIRLINES (R. BRIGHAM) - 0004831

I had to use my intermittent Fmla on 5/8 for a turn
Rebecca brigham
#413206

Please code IFM for the following date(s)

• 5/8/2015

Shelly Leyner
LOA Department
Supervisor of Disability Management

From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, May 12, 2015 10:08 AM
To: LOA Frontier Employees
Subject: Fmla 5/12/15

I had to use my intermittent Fmla for a 4 day (it doesn't come back through denver) on 5/12
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Tuesday, May 12, 2015 10:54 AM
To: Cain, Janette; Crew Planning-Frontier; Crew Services; F9Pass; Inflight DIA MGR; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Shattuck, Thomas C.
Cc: LOA Frontier Employees
Subject: Rebecca Brigham FA DEN 413206 SICK 5/12/15 - 5/15/15

Please code SICK for the above mentioned employee for the date(s) of: 5/12/15, 5/13/15, 5/14/15 and 5/15/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: LOA Frontier Employees
Sent: Tuesday, May 12, 2015 11:01 AM
To: Rebecca Brigham; LOA Frontier Employees
Subject: RE: Fmla 5/12/15-5/15/15

Rebecca,

We have received your request to use intermittent FMLA to cover your absences on 5/12/15, 5/13/15, 5/14/15 and 5/15/15.  Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for these dates.

These dates will be coded as absences and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, May 12, 2015 10:08 AM
To: LOA Frontier Employees
Subject: Fmla 5/12/15

I had to use my intermittent Fmla for a 4 day (it doesn't come back through denver) on 5/12
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, May 25, 2015 8:57 PM
To: LOA Frontier Employees
Subject: Fmla 5/26/15

I had to use my intermittent Fmla on 5/26 for a turn
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Tuesday, May 26, 2015 8:58 AM
To: Cain, Janette; Coppedge, Stefanie; Crew Planning-Frontier; Crew Services; F9Pass; Lester, Richard A.; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Sandman, Jacob; Shattuck, Thomas C.; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Cc: LOA Frontier Employees
Subject: Rebecca Brigham FA DEN 413206 SICK 5/26/15

Please code SICK for the above mentioned employee for the date(s) of: 5/26/15

Thank you,


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: LOA Frontier Employees
Sent: Tuesday, May 26, 2015 9:00 AM
To: Rebecca Brigham
Cc: LOA Frontier Employees; Thompson, Kari
Subject: FMLA request for Rebecca Brigham FA DEN 413206 denied

Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 5/26/15.  Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, May 25, 2015 8:57 PM
To: LOA Frontier Employees
Subject: Fmla 5/26/15

I had to use my intermittent Fmla on 5/26 for a turn
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Wednesday, May 27, 2015 7:42 AM
To: Rebecca Brigham; LOA Frontier Employees
Cc: Rush, Laura; Thompson, Kari
Subject: RE: FMLA request for Rebecca Brigham FA DEN 413206 denied

Rebecca,

You were approved for 4 days per month.   You called in on FMLA for May 3, 4, 5 and 8.   At that point your FMLA for the month was exhausted.

I have attached a copy of the email that was sent to you when your designation was approved.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, May 26, 2015 5:27 PM
To: LOA Frontier Employees
Subject: Re: FMLA request for Rebecca Brigham FA DEN 413206 denied

FRONTIER AIRLINES (R. BRIGHAM) - 0004835

How am I over on my fmla? My fmla was approved for once a week please explain this
On May 26, 2015 8:59 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 5/26/15.   Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.



Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.



From: Rebecca Brigham [mailto:REDACTED
Sent: Monday, May 25, 2015 8:57 PM
To: LOA Frontier Employees
Subject: Fmla 5/26/15

I had to use my intermittent Fmla on 5/26 for a turn
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto:REDACTED
Sent: Wednesday, May 27, 2015 7:52 AM
To: LOA Frontier Employees
Subject: RE: FMLA request for Rebecca Brigham FA DEN 413206 denied

Please send me new fmla paperwork so I can have it revised, fmla can go back 15 days so the two "sick calls" will be changed to fmla correct?
On May 27, 2015 8:48 AM, "Rebecca Brigham" <rebeccabrigham4@gmail.com> wrote:
The trip on the 3rd never came back thru Denver i could not get back on it so I do not think it should count for 3
On May 27, 2015 8:42 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

FRONTIER AIRLINES (R. BRIGHAM) - 0004836

You were approved for 4 days per month.   You called in on FMLA for May 3, 4, 5 and 8.   At that point your FMLA for the month was exhausted.

I have attached a copy of the email that was sent to you when your designation was approved.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto:REDACTED
Sent: Tuesday, May 26, 2015 5:27 PM
To: LOA Frontier Employees
Subject: Re: FMLA request for Rebecca Brigham FA DEN 413206 denied

How am I over on my fmla? My fmla was approved for once a week please explain this
On May 26, 2015 8:59 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 5/26/15.   Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines

FRONTIER AIRLINES (R. BRIGHAM) - 0004837

7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the
intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received
this communication in error, please notify the sender immediately by e-mail and delete the message and any file
attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, May 25, 2015 8:57 PM
To: LOA Frontier Employees
Subject: Fmla 5/26/15

I had to use my intermittent Fmla on 5/26 for a turn
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Wednesday, May 27, 2015 10:42 AM
To: REDACTED
Cc: LOA Frontier Employees; Coppedge, Stefanie; Lester, Richard A.; Sandman, Jacob; Thompson, Kari; Varney, Jeffrey
M; Williams, JaJuan
Subject: FMLA paperwork for Rebecca Brigham FA DEN 413206

Rebecca,

Thank you for contacting the Leave of Absence department. I have attached the requested FMLA paperwork.

Please be advised that the completed Certification form is due back to the Leave of Absence department by
*6/11/2015*.

Call off procedure while pending FMLA approval:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the
call in line at 720-374-4245 with the following information within 24 hours of the call off;

•       Employee Name
•       Employee Number
•       Date the IFM is taken
•       Who the IFM pertains to

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email
LOA@flyfrontier.com we will be happy to help.

Have a good day,

Tamarra Kolbe

FRONTIER AIRLINES (R. BRIGHAM) - 0004838

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Friday, May 29, 2015 12:02 PM
To: LOA Frontier Employees
Subject: Fmla 5/29/15

I had to use my intermittent Fmla on 5 / 29 for a turn, there is new fmla paperwork that you should have received for 12 days per month please let know if you have not received it yet thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Saturday, May 30, 2015 3:03 PM
To: LOA Frontier Employees
Subject: Fmla 5/30/15

Had to use my intermittent Fmla on 5 / 30 for a stand up
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Sunday, May 31, 2015 1:32 PM
To: LOA Frontier Employees
Subject: Fmla 5/31/15

I had to use my intermittent Fmla on 5 / 31 for a stand up
Rebecca Brigham #413206 thanks

Sent: Monday, June 01, 2015 8:38 AM
To: Cain, Janette; Coppedge, Stefanie; Crew Planning-Frontier; Crew Services; F9Pass; Lester, Richard A.; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Sandman, Jacob; Shattuck, Thomas C.; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 6/1/15 SICK 5/29/15 - 5/31/15

Please code SICK for the above mentioned employee for the date(s) of: 5/29/15, 5/30/15 and 5/31/15

Please code IFM for the above mentioned employee for the date(s) of: 6/1/15

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: LOA Frontier Employees
Sent: Monday, June 01, 2015 8:43 AM
To: REDACTED
Cc: LOA Frontier Employees
Subject: FMLA request for Rebecca Brigham FA DEN 413206 denied

Rebecca,

We have received your request to use intermittent FMLA to cover your absences on 5/29/15, 5/30/15 and 5/31/15. Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for these dates.

These dates will be coded as absences and will be subject to the attendance policy that is in place with your department.

We have not received updated papework from your healthcare provider increasing the number of days allowed for your FMLA.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.



Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

FRONTIER AIRLINES (R. BRIGHAM) - 0004840

From: LOA Frontier Employees
Sent: Monday, June 01, 2015 6:26 PM
To: Rebecca Brigham
Cc: LOA Frontier Employees; Coppedge, Stefanie; Lester, Richard A.; Sandman, Jacob; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Subject: RE: FMLA request for Rebecca Brigham FA DEN 413206 - Documents Not Received

Thank you for contacting the Leave of Absence department. We have not received your documents at this time. Please follow up with your medical provider.

Have a good day ,

Brandi Aragon

Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013 Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, June 01, 2015 8:57 AM
To: LOA Frontier Employees
Subject: Re: FMLA request for Rebecca Brigham FA DEN 413206 denied

It was sent to you Friday late afternoon, let me know and I can have it resent if you have not received it
On Jun 1, 2015 8:43 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absences on 5/29/15, 5/30/15 and 5/31/15. Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for these dates.

These dates will be coded as absences and will be subject to the attendance policy that is in place with your department.

We have not received updated papework from your healthcare provider increasing the number of days allowed for your FMLA.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

Date: 06/03/15                         Frontier Airlines                    Sabre CrewTrac
Time: 12:42                       Absence/Other Time Report                      Page 1
                        From 05/01/14  To 04/30/15  Employee 413206
                             Codes: FLA IFM

| Code | Date Range | Tot L/T | Tot Dscp | Man Days | Occ | From Days | To Prg/Rday | Date | Date | Block | Credit |
|------|------------|---------|----------|----------|-----|-----------|-------------|------|------|-------|--------|
| | 413206  BRIGHAM,REBECCA | | | | FA | | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 days | | | | | | | | |
| IFM | 05/31/14 - 05/31/14 | B | | | | | | | | | |
| | 06/01/14 - 06/01/14 | B | | | | | | | | | |
| | 06/03/14 - 06/04/14 | B | 2 days | | | | | | | | |
| | 06/06/14 - 06/07/14 | B | | | | | | | | | |
| | 06/07/14 - 06/08/14 | B | | | | | | | | | |
| | 06/08/14 - 06/09/14 | B | | | | | | | | | |
| | 06/09/14 - 06/10/14 | B | 2 days | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004842

| | | | |
|---|---|---|---|
| 07/14/14 - 07/15/14 | B | 2 days | |
| 07/21/14 - 07/22/14 | B | | |
| 07/22/14 - 07/23/14 | B | 2 days | |
| 08/07/14 - 08/08/14 | B | | |
| 08/08/14 - 08/09/14 | B | 2 days | |
| 08/21/14 - 08/21/14 | B | | |
| 08/22/14 - 08/23/14 | B | 2 days | |
| 08/28/14 - 08/29/14 | B | 2 days | |
| 09/02/14 - 09/03/14 | B | | |
| 09/03/14 - 09/04/14 | B | 2 days | |
| 03/26/15 - 03/26/15 | B | | |
| 04/02/15 - 04/02/15 | B | | |
| 04/10/15 - 04/10/15 | B | | |
| 04/14/15 - 04/14/15 | B | | |
| 04/20/15 - 04/20/15 | B | 61 days used | |

| Total for DEN | | 0   0 | 0:00   0:00 |
|---|---|---|---|

From: LOA Frontier Employees
Sent: Wednesday, June 03, 2015 1:08 PM
To: REDACTED
Cc: LOA Frontier Employees; Coppedge, Stefanie; Lester, Richard A.; Sandman, Jacob; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Subject: Revised Designation for Rebecca Brigham FA DEN 413206

Rebecca,

We have received your FMLA certification. At this time we are approving your intermittent leave of absence from 5/1/15 to 11/1/15 for up to 12 days per month. Please refer to the Designation Notice that is attached for additional information.

Call off procedure:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

- Employee Name
- Employee Number
- Date the IFM is taken
- Who the IFM pertains to

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249

FRONTIER AIRLINES (R. BRIGHAM) - 0004843

720-374-4245Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: LOA Frontier Employees
Sent: Wednesday, June 03, 2015 1:08 PM
To: REDACTED
Cc: LOA Frontier Employees; Coppedge, Stefanie; Lester, Richard A.; Sandman, Jacob; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Subject: FMLA request for Rebecca Brigham FA DEN 413206 denied exceeds max yearly allowance

Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 5/31/15.  Since you have exceeded the 72 day maximum allowed, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: LOA Frontier Employees
Sent: Wednesday, June 03, 2015 1:08 PM
To: Cain, Janette; Coppedge, Stefanie; Crew Planning-Frontier; Crew Services; F9Pass; Lester, Richard A.; McElroy, Stuart J.; Ruiz, Lizabeth; Ryan, Patrick J.; Sandman, Jacob; Shattuck, Thomas C.; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Cc: LOA Frontier Employees
Subject: I Rebecca Brigham FA DEN 413206 multiple dates

FRONTIER AIRLINES (R. BRIGHAM) - 0004844

Please code IFM for the above mentioned employee for the date(s) of: 5/12/15, 5/13/15, 5/14/15, 5/15/15, 5/26/15, 5/29/15, 5/30/15 and 6/1/15

Please code SICK for the above mentioned employee for the date(s) of: 5/31/15

Thank you,


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

Hi Shelly,

Thank you for conducting an audit on the time taken. I'm copying everyone to keep them in the loop.

Cassie - It turns out Rebecca exhausted her LOA back in Oct 2014; therefore, the time take since then was quite a bit extra. This definitely changes our discussion with her. We will begin interactive process per doctors request; however, we need to have a heart to heart with Rebecca. She will need to make some big decisions.

Jerry

Sent from my iPhone

On Jun 4, 2015, at 7:38 AM, "Leyner, Shelly A." <shelly.leyner@flyfrontier.com> wrote:
Jerry –

I looked at the cert and Tammy approved IFM for relapse prevention counseling and support group meetings. It states approaching 9 months of sobriety. Let me know what you would like for us to do from here.

Shelly Leyner
Supervisor of Disability Program Management

From: Arellano, Gerardo
Sent: Wednesday, June 03, 2015 2:09 PM
To: Leyner, Shelly A.; Aragon, Brandi
Cc: Micklich, Cassandra A.
Subject: Rebecca Bringham

Hi Team,

I hope this finds you well.

Can you please keep me and Cassie in the loop regarding Rebecca Bringham's request for LOA. Depending on the direction, it will affect the next steps on our end.

Regards,

Jerry Arellano | Sr. Employee Relations Manager/Special Projects | Frontier Airlines, Inc.

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

Omg!!!! Can I have some LOA? :)
Can you do me a favor? Please forward the dates, both continuous and intermittent within the last 12 rolling months. I will discuss this with her and advise that FMLA has been exhausted.

With regard to her usage, can we document her file for historical purposes that the time taken was due to incorrect coding of schedule?

Jerry

We are meeting with Rebecca this afternoon.

Sent from my iPhone

On Jun 4, 2015, at 7:38 AM, "Leyner, Shelly A." <shelly.leyner@flyfrontier.com> wrote:
Jerry –

I looked at the cert and Tammy approved IFM for relapse prevention counseling and support group meetings. It states approaching 9 months of sobriety. Let me know what you would like for us to do from here.

Shelly Leyner
Supervisor of Disability Program Management

Hi Team,

I hope this finds you well.

Can you please keep me and Cassie in the loop regarding Rebecca Bringham's request for LOA. Depending on the direction, it will affect the next steps on our end.

Regards,

Jerry Arellano | Sr. Employee Relations Manager/Special Projects | Frontier Airlines, Inc.

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

FRONTIER AIRLINES (R. BRIGHAM) - 0004846

IFM use –

2/2014-
6 days

3/2014
4 days

4/2014
4 days

5/2014
1 day

6/2014
8 days

7/2014
5 days

8/2014
8 days

9/2014
27 days FLA

10/2014
2 days FLA

10/2/2014 – 12/15/2014
MED

3/2015
1 day

4/2015
4 days

5/2015
11 days

6/2015
1 day but 3 additional days marked RPP currently

Shelly Leyner
Supervisor of Disability Program Management

Hi Shelly,

We met earlier today with Rebecca Brigham and she had some questions regarding her LOA, which I'm hoping you may be able to answer.

1)      When will she requalify for FMLA?
2)      When will she begin to accrue days back?

FRONTIER AIRLINES (R. BRIGHAM) - 0004847

Please advise.

Regards,

Jerry Arellano | Sr. Employee Relations Manager/Special Projects | Frontier Airlines, Inc.


Hey Jerry –

I ran her hours as of today and she would qualify for FMLA at this time.  If we take in to account the days she has already used since June /2014 (61 Days) so she will have a total of 11 days of FMLA available at this time.  The following days will drop off over the next couple months.  I think I may have given you the wrong date for the end of FLA originally as 10/2/2015 but it should have been 10/9/2014.

6/6/2014 – 6/10/2014
7/14/2014, 7/21/2014 – 7/23/2014
8/7/2014 – 8/9/2014, 8/21/2014 – 8/23/2014, 8/28/2014 – 8/29/2014
9/1/2014 – 10/9/2014

Shelly Leyner
Supervisor of Disability Program Management

From: LOA Frontier Employees
Sent: Thursday, June 18, 2015 7:57 AM
To: REDACTED
Cc: LOA Frontier Employees; Coppedge, Stefanie; Lester, Richard A.; Sandman, Jacob; Thompson, Kari; Varney, Jeffrey M; Williams, JaJuan
Subject: FMLA paperwork for Rebecca Brigham FA DEN 413206

Rebecca,

Thank you for contacting the Leave of Absence department. I have attached the requested FMLA paperwork.

Please be advised that the completed Certification form is due back to the Leave of Absence department by *7/3/15*.

Call off procedure while pending FMLA approval:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

• Employee Name
• Employee Number
• Date the IFM is taken
• Who the IFM pertains to

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com we will be happy to help.

Have a good day,

Tamarra Kolbe


HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

| Date: 06/18/15 | | Frontier Airlines | | | | | Sabre CrewTrac | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: 15:10 | | Absence/Other Time Report | | | | | | Page 1 | | |
| | | From 06/18/14  To 06/17/15  Employee 413206 | | | | | | | | |
| | | Codes: FLA IFM | | | | | | | | |

| Code | Date Range | Tot L/T | Tot Dscp | Man Days | Occ | Days | From Prg/Rday | To Date | Date | Block Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| 413206  BRIGHAM,REBECCA | | | | | FA | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 days | | | | | | | |
| IFM | 07/14/14 - 07/15/14 | B | 2 days | | | | | | | |
| | 07/21/14 - 07/22/14 | B | | | | | | | | |
| | 07/22/14 - 07/23/14 | B | 2 days | | | | | | | |
| | 08/07/14 - 08/08/14 | B | | | | | | | | |
| | 08/08/14 - 08/09/14 | B | 2 days | | | | | | | |
| | 08/21/14 - 08/21/14 | B | | | | | | | | |
| | 08/22/14 - 08/23/14 | B | 2 days | | | | | | | |
| | 08/28/14 - 08/29/14 | B | 2 days | | | | | | | |
| | 09/02/14 - 09/03/14 | B | | | | | | | | |
| | 09/03/14 - 09/04/14 | B | 2 days | | | | | | | |
| | 03/26/15 - 03/26/15 | B | | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004849

| | | | | | |
|---|---|---|---|---|---|
| 04/10/15 - 04/10/15 | B | | | | |
| 04/14/15 - 04/14/15 | B | | | | |
| 04/20/15 - 04/20/15 | B | | | | |
| 05/03/15 - 05/05/15 | B | 3 days | | | |
| 05/08/15 - 05/08/15 | B | | | | |
| 05/12/15 - 05/15/15 | B | 4 days | | | |
| 05/26/15 - 05/26/15 | B | | | | |
| 05/29/15 - 05/29/15 | B | | | | |
| 05/30/15 - 05/31/15 | B | 2 days | | | |
| 06/01/15 - 06/01/15 | B | | 65 days used | | |

| | | | | |
|---|---|---|---|---|
| Total for DEN | 0   0 | | 0:00 | 0:00 |

From: Rebecca Brigham [mailto REDACTED
Sent: Friday, June 19, 2015 7:23 AM
To: LOA Frontier Employees
Subject: Fmla 6/19

I spoke with my therapist and she is resubmitting the paperwork today. I had to use one of my days for today 6/19 for a double turn. Thanks so much
Rebecca Brigham #413206

Cert Rec - IFM Self 05/01/2015 – 11/01/2015 12 days a month

From: LOA Frontier Employees
Sent: Monday, June 22, 2015 3:59 PM
To: Rebecca Brigham
Cc: LOA Frontier Employees; Inflight DIA MGR
Subject: Rebecca Brigham Intermittent Self FMLA Designation

The Leave of Absence department has received your FMLA Certification and it supports an approval for a FMLA as follows:

• Up to 102 days a month 05/01/2015 – 11/01/2015

Call off procedure:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

• Employee Name
• Employee Number
• Date the IFM is taken
• Who the IFM pertains to

If you should have any further questions please feel free to contact me.

Have a good day,

Brandi Aragon

Brandi Aragon
HR Support Specialist

Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013 Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Aragon, Brandi
Sent: Monday, June 22, 2015 4:55 PM
To: LOA Frontier Employees; Rebecca Brigham
Cc: Inflight DIA MGR
Subject: RE:*Corrected* Rebecca Brigham IntermittentSelf FMLA Designation

Rebecca,
I apologize for the typo on your first email, please see the corrected approval information below as it is also indicated on your attached designation.

- Up to 12 days a month 05/01/2015 – 11/01/2015

Thank you,



Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013 Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com


CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: LOA Frontier Employees
Sent: Monday, June 22, 2015 3:59 PM
To: 'Rebecca Brigham'
Cc: LOA Frontier Employees; Inflight DIA MGR
Subject: Rebecca Brigham Intermittent Self FMLA Designation

FRONTIER AIRLINES (R. BRIGHAM) - 0004851

The Leave of Absence department has received your FMLA Certification and it supports an approval for a FMLA as follows:

 • Up to 12 days a month 05/01/2015 – 11/01/2015

Call off procedure:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

•        Employee Name
•        Employee Number
•        Date the IFM is taken
•        Who the IFM pertains to

If you should have any further questions please feel free to contact me.

Have a good day,

Brandi Aragon

Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013  Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rush, Laura
Sent: Monday, June 22, 2015 4:43 PM
To: LOA Frontier Employees
Subject: RE: Rebecca Brigham Intermittent Self FMLA Designation

How can someone be approved for 102 days a month?

Laura T. Rush
Director, Inflight Services

P: 720-374-3457
E: lrush@flyfrontier.com
FlyFrontier.com

From: LOA Frontier Employees
Sent: Monday, June 22, 2015 3:59 PM
To: Rebecca Brigham
Cc: LOA Frontier Employees; Inflight DIA MGR
Subject: Rebecca Brigham Intermittent Self FMLA Designation

The Leave of Absence department has received your FMLA Certification and it supports an approval for a FMLA as follows:

• Up to 102 days a month 05/01/2015 – 11/01/2015

Call off procedure:

Follow your normal call in procedures and then contact the LOA department via email at LOA@flyfrontier.com or the call in line at 720-374-4245 with the following information within 24 hours of the call off;

• Employee Name
• Employee Number
• Date the IFM is taken
• Who the IFM pertains to

If you should have any further questions please feel free to contact me.

Have a good day,

Brandi Aragon



Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013 Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com


CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, June 25, 2015 10:20 AM
To: LOA Frontier Employees
Subject: RE: Fmla

Oops. Yes I did thank you
On Jun 25, 2015 10:00 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:

Rebecca,

Please clarify the dates of the FMLA use.  Did you intend to type JUNE 25-28?

Thank you,

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, June 25, 2015 7:51 AM
To: LOA Frontier Employees
Subject: Fmla

I had to use my intermittent Fmla on 5 / 25-28 for a turn and a 3 day. Rebecca Brigham #413206 thanks

Date: 06/25/15                    Frontier Airlines              Sabre CrewTrac
Time: 13:33               Absence/Other Time Report                 Page 1
                  From 06/27/14  To 06/28/15  Employee 413206
                     Codes: FLA IFM

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | Days | From Prg/Rday | To Date | Date | Block | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 413206  BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 days | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004854

| IFM | 07/14/14 - 07/15/14 | B | 2 days | | | |
|-----|---------------------|---|--------|---|---|---|
| | 07/21/14 - 07/22/14 | B | 2 days | | | |
| | 07/22/14 - 07/23/14 | B | | | | |
| | 08/07/14 - 08/08/14 | B | 2 days | | | |
| | 08/08/14 - 08/09/14 | B | | | | |
| | 08/21/14 - 08/21/14 | B | | | | |
| | 08/22/14 - 08/23/14 | B | 2 days | | | |
| | 08/28/14 - 08/29/14 | B | 2 days | | | |
| | 09/02/14 - 09/03/14 | B | 2 days | | | |
| | 09/03/14 - 09/04/14 | B | | | | |
| | 03/26/15 - 03/26/15 | B | | | | |
| | 04/02/15 - 04/02/15 | B | | | | |
| | 04/10/15 - 04/10/15 | B | | | | |
| | 04/14/15 - 04/14/15 | B | | | | |
| | 04/20/15 - 04/20/15 | B | | | | |
| | 05/03/15 - 05/05/15 | B | 3 days | | | |
| | 05/08/15 - 05/08/15 | B | | | | |
| | 05/12/15 - 05/15/15 | B | 4 days | | | |
| | 05/26/15 - 05/26/15 | B | | | | |
| | 05/29/15 - 05/29/15 | B | | | | |
| | 05/30/15 - 05/31/15 | B | 2 days | | | |
| | 06/01/15 - 06/01/15 | B | | | | |
| | 06/19/15 - 06/19/15 | B | | | | |
| | 06/25/15 - 06/25/15 | B | | | | |
| | 06/26/15 - 06/28/15 | B | 3 days | 70 days used | | |
| Total for DEN | | | 0   0 | | 0:00   0:00 | |

From: Rebecca Brigham [mailto:REDACTED
Sent: Sunday, June 28, 2015 9:32 PM
To: LOA Frontier Employees
Subject: Fmla 6/29/15

I had to use my intermittent Fmla on 6/29 for a turn
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto:REDACTED
Sent: Tuesday, June 30, 2015 2:03 PM
To: LOA Frontier Employees
Subject: Fmla 6/30/15

I had to use my intermittent Fmla for a turn on 6/30
Rebecca Brigham #413206 thanks


From: LOA Frontier Employees
Sent: Wednesday, July 01, 2015 8:32 AM
To: REDACTED
Cc: LOA Frontier Employees; Thompson, Kari
Subject: FMLA for Rebecca Brigham FA DEN 413206 maximum 72 days reached

Rebecca,

I wanted to advise you that as of 6/30/15, you have reached the maximum number of days allowed per year for your intermittent FMLA.  Please be advised that any further absences will be coded as sick and subject to your department's attendance policy, until you are below the 72 day maximum again.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, July 02, 2015 8:28 PM
To: LOA Frontier Employees
Subject: Fmla 7/3/15

I had to use my intermittent Fmla (if I even have any left)  on 7/3 for a 4 day trip
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Monday, July 06, 2015 7:47 AM
To: REDACTED
Cc: LOA Frontier Employees; Thompson, Kari
Subject: FMLA request for Rebecca Brigham FA DEN 413206 denied exceeded 72 day max

Rebecca,

We have received your request to use intermittent FMLA to cover your absences on 7/3/15, 7/4/15, 7/5/15 and 7/6/15  Since you have exceeded the 72 day maximum allowed, we are unable to approve the use of FMLA for these dates.

These dates will be coded as absences and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

FRONTIER AIRLINES (R. BRIGHAM) - 0004856

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: LOA Frontier Employees
Sent: Tuesday, July 07, 2015 9:09 AM
To: Rebecca Brigham; LOA Frontier Employees
Subject: RE: FMLA request for Rebecca Brigham FA DEN 413206 denied exceeded 72 day max

Rebecca,

Your FMLA use is as follows:

FLA : 9/4/14 – 10/5/14  31 days

IFM:   7/14/14
       7/15/14
       7/21/14
       7/22/14
       7/23/14
       8/7/14
       8/8/14
       8/9/14
       8/21/14
       8/22/14
       8/23/14
       8/28/14
       8/29/14
       9/2/14
       9/3/14
       9/4/14
       3/26/15
       4/2/15
       4/10/15
       4/14/15
       4/20/15
       5/3/15
       5/4/15
       5/5/15
       5/8/15
       5/12/15
       5/13/15
       5/14/15
       5/15/15
       5/26/15

FRONTIER AIRLINES (R. BRIGHAM) - 0004857

5/29/15
5/30/15
5/31/15
6/1/15
6/19/15
6/25/15
6/26/15
6/27/15
6/28/15
6/29/15
6/30/15

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto: REDACTED
Sent: Monday, July 06, 2015 9:13 AM
To: LOA Frontier Employees
Subject: Re: FMLA request for Rebecca Brigham FA DEN 413206 denied exceeded 72 day max

Again.... when do I have more drop off? Could you email me all my ifm days for the past year so I know when they drop off please
On Jul 6, 2015 7:47 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absences on 7/3/15, 7/4/15, 7/5/15 and 7/6/15  Since you have exceeded the 72 day maximum allowed, we are unable to approve the use of FMLA for these dates.

FRONTIER AIRLINES (R. BRIGHAM) - 0004858

These dates will be coded as absences and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.


Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Micklich, Cassandra A.
Sent: Wednesday, July 15, 2015 10:13 AM
To: Arellano, Gerardo
Cc: LOA Frontier Employees
Subject: RE: Brigham

I spoke to Brandi yesterday and she gave me some info on this. They are allowed to pick up or continue a portion as long as it passes back through their base. ? They do have to let scheduling know what days they are calling out for as well as LOA. ?


Cassandra Micklich
Drug & Alcohol Specialist
P: 720-374-4503
F: 720-374-9245
C: 720-936-3704
cassandra.micklich@flyfrontier.com
FlyFrontier.com

hrcompliance@flyfrontier.com Email for Results and 40.25 requests
PRIArecords@flyfrontier.com Email for PRIA responses and requests
Randoms@flyfrontier.com Email for Notifications

From: Arellano, Gerardo
Sent: Wednesday, July 15, 2015 10:07 AM
To: Micklich, Cassandra A.
Subject: RE: Brigham

Hi Cassie,

That's a really good question.  I would recommend she reach out to her Inflight Supervisor.

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

From: Micklich, Cassandra A.
Sent: Friday, July 10, 2015 12:59 PM
To: Arellano, Gerardo
Subject: Brigham
Importance: High

Jerry,
Rebecca brought a question to my attention and I am not sure how to answer. She said just recently she called in for a trip she was supposed to do. This would have been July 3rd-6th. She said she really did not need to call out for all day because some of them would have been quick trips to and from. Her question is when she calls out for those trips because she refused to day layovers is she allowed to "call in well" to try and pick up quick turns?

I am not sure how to answer this because if she is calling off and using her IFM it will go quickly. If she is allowed to call in and pick up shifts I don't know per the contract if that would be allowed either?

Thanks for your help,


Cassandra Micklich
Drug & Alcohol Specialist
P: 720-374-4503
F: 720-374-9245
C: 720-936-3704
cassandra.micklich@flyfrontier.com
FlyFrontier.com

hrcompliance@flyfrontier.com Email for Results and 40.25 requests
PRIArecords@flyfrontier.com Email for PRIA responses and requests
Randoms@flyfrontier.com Email for Notifications

From: LOA Frontier Employees
Sent: Wednesday, July 22, 2015 8:24 AM
To: Rebecca Brigham; LOA Frontier Employees
Subject: RE: Fmla

Rebecca,

Please verify the dates of absence. July 31st is more than a week from now. Is this absence related to the FMLA condition on file?

FRONTIER AIRLINES (R. BRIGHAM) - 0004860

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Wednesday, July 22, 2015 8:04 AM
To: LOA Frontier Employees
Subject: Fmla

I used my intermittent Fmla for a 4 day july 31st through August 3rd
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Wednesday, July 22, 2015 9:48 AM
To: LOA Frontier Employees
Subject: RE: Fmla 7/31/15 – 8/3/15 called out more than a week prior check with Shelly

Yes it is, those are the correct dates
On Jul 22, 2015 8:23 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,
Please verify the dates of absence. July 31st is more than a week from now. Is this absence related to the FMLA condition on file?

Tamarra Kolbe
HR-Support Specialist
Frontier Airlines
7001 Tower Road

| Date: 08/07/15 | | | Frontier Airlines | | | | | Sabre CrewTrac | | | |
| Time: 08:14 | | | Absence/Other Time Report | | | | | Page 1 | | | |
| | | | From 08/08/14  To 08/07/15  Employee 413206 | | | | | | | | |
| | | | Codes: FLA IFM | | | | | | | | |

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | From Days | To Prg/Rday | Date | Date | Block | Credit |
|------|-----------|-----|----------|----------|---------|-----------|-------------|------|------|-------|--------|
| 413206  BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA | 09/04/14 - 09/05/14  B | | | | | | | | | | |
| | 09/06/14 - 09/07/14  B | | | | | | | | | | |
| | 09/09/14 - 09/10/14  B | | | | | | | | | | |
| | 09/10/14 - 09/11/14  B | | | | | | | | | | |
| | 09/12/14 - 09/13/14  B | | | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004861

| | | | |
|---|---|---|---|
| | 09/13/14 - 09/14/14 | B | |
| | 09/16/14 - 09/17/14 | B | |
| | 09/19/14 - 09/20/14 | B | |
| | 09/20/14 - 09/21/14 | B | |
| | 09/21/14 - 09/22/14 | B | |
| | 09/23/14 - 09/24/14 | B | |
| | 09/27/14 - 09/28/14 | B | |
| | 09/29/14 - 09/30/14 | B | |
| | 09/30/14 - 09/30/14 | B | |
| | 10/01/14 - 10/01/14 | B | |
| | 10/03/14 - 10/05/14 | B | 31 days |
| IFM | 08/08/14 - 08/08/14 | B | |
| | 08/08/14 - 08/09/14 | B | |
| | 08/21/14 - 08/21/14 | B | |
| | 08/22/14 - 08/23/14 | B | 2 days |
| | 08/28/14 - 08/29/14 | B | 2 days |
| | 09/02/14 - 09/03/14 | B | 2 days |
| | 09/03/14 - 09/04/14 | B | |
| | 03/26/15 - 03/26/15 | B | |
| | 04/02/15 - 04/02/15 | B | |
| | 04/10/15 - 04/10/15 | B | |
| | 04/14/15 - 04/14/15 | B | |
| | 04/20/15 - 04/20/15 | B | |
| | 05/03/15 - 05/05/15 | B | 3 days |
| | 05/08/15 - 05/08/15 | B | |
| | 05/12/15 - 05/15/15 | B | 4 days |
| | 05/26/15 - 05/26/15 | B | |
| | 05/29/15 - 05/29/15 | B | |
| | 05/30/15 - 05/31/15 | B | 2 days |
| | 06/01/15 - 06/01/15 | B | |
| | 06/19/15 - 06/19/15 | B | |
| | 06/25/15 - 06/25/15 | B | |
| | 06/26/15 - 06/28/15 | B | 3 days |
| | 06/29/15 - 06/29/15 | B | |
| | 06/30/15 - 06/30/15 | B | |
| | 07/31/15 - 08/03/15 | B | 4 days   69 days used |

From: Rebecca Brigham [mailto:REDACTED
Sent: Friday, August 07, 2015 2:56 AM
To: LOA Frontier Employees
Subject: Fmla 8/8/15 - 8/10/15

I used my intermittent Fmla on 8/7 for a double turn and a 3 day dates 8/8 - 8/10
Thanks
Rebecca Brigham #413206

08/15 and 08/16

From: Rebecca Brigham [mailto:REDACTED
Sent: Friday, August 14, 2015 8:58 AM
To: LOA Frontier Employees
Subject: Fmla

I had to use my intermittent Fmla on 8 / 15 for a 2 day thanks
Rebecca Brigham #413206

FRONTIER AIRLINES (R. BRIGHAM) - 0004862

| Date: 08/24/15 | | | Frontier Airlines | | | | Sabre CrewTrac | | | |
| Time: 10:45 | | | Absence/Other Time Report | | | | | Page 1 | | |
| | | | From 08/24/14  To 08/23/15   Employee 413206 | | | | | | | |
| | | | Codes: FLA IFM | | | | | | | |

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | Days | From Prg/Rday | To Date | Date | Block | Credit |
|------|------------|-----|----------|----------|---------|------|---------------|---------|------|-------|--------|
| 413206 BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA | 09/04/14 - 09/05/14 | B | | | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 days | | | | | | | | |
| IFM | 08/28/14 - 08/29/14 | B | 2 days | | | | | | | | |
| | 09/02/14 - 09/03/14 | B | | | | | | | | | |
| | 09/03/14 - 09/04/14 | B | | | | | | | | | |
| | 03/26/15 - 03/26/15 | B | | | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | | | |
| | 04/10/15 - 04/10/15 | B | | | | | | | | | |
| | 04/14/15 - 04/14/15 | B | | | | | | | | | |
| | 04/20/15 - 04/20/15 | B | | | | | | | | | |
| | 05/03/15 - 05/05/15 | B | 3 days | | | | | | | | |
| | 05/08/15 - 05/08/15 | B | | | | | | | | | |
| | 05/12/15 - 05/15/15 | B | 4 days | | | | | | | | |
| | 05/26/15 - 05/26/15 | B | | | | | | | | | |
| | 05/29/15 - 05/29/15 | B | | | | | | | | | |
| | 05/30/15 - 05/31/15 | B | 2 days | | | | | | | | |
| | 06/01/15 - 06/01/15 | B | | | | | | | | | |
| | 06/19/15 - 06/19/15 | B | | | | | | | | | |
| | 06/25/15 - 06/25/15 | B | | | | | | | | | |
| | 06/26/15 - 06/28/15 | B | 3 days | | | | | | | | |
| | 06/29/15 - 06/29/15 | B | | | | | | | | | |
| | 06/30/15 - 06/30/15 | B | | | | | | | | | |
| | 07/31/15 - 08/03/15 | B | 4 days | | | | | | | | |
| | 08/15/15 - 08/16/15 | B | 2 days | | 67 days used | | | | | | |
| Total for DEN | | | 0  0 | | | | | 0:00 | 0:00 | | |

From: Rebecca Brigham [mailto:REDACTED
Sent: Saturday, August 22, 2015 8:24 AM
To: LOA Frontier Employees

FRONTIER AIRLINES (R. BRIGHAM) - 0004863

Subject: Fmla 8/22/15

I had to use my intermittent Fmla on 8 / 22 for my 4 day but am doing the pdx victory lap.  Thanks
Rebecca Brigham #413206

From: McCurdy, Tisha L.
Sent: Tuesday, August 25, 2015 10:25 AM
To: LOA Frontier Employees
Cc: McCurdy, Tisha L.
Subject: RE: Rebecca Brigham FA DEN 413206

Tamarra-

Fritz and I looked at this. We have corrected it. When adding codes you need to ensure the end time of the code doesn't conflict with the start time of the pairing otherwise it will drop the pairing. Which it did in this case. We have pay protected Rebecca due to the error.

Tisha

From: LOA Frontier Employees
Sent: Tuesday, August 25, 2015 9:05 AM
To: McCurdy, Tisha L.
Cc: LOA Frontier Employees
Subject: Rebecca Brigham FA DEN 413206

I must have done something wrong when I put IFM in for Rebecca.   I remember seeing the trip in there but now it's not. I am not sure how to fix it, can you help?

Thanks

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, August 24, 2015 3:05 PM
To: LOA Frontier Employees
Subject: Pdx turn?

Wondering why I was removed from my pdx victory lap on the 25th tomorrow? It was on my schedule until I looked today. I was told that I could keep my turns on either end of a trip because they do come back through denver as per IFM in the contract

From: Rebecca Brigham [mailto:REDACTED
Sent: Sunday, August 30, 2015 11:43 AM
To: LOA Frontier Employees
Subject: Fmla

I had to use my intermittent Fmla for a turn on 8/30
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto:REDACTED
Sent: Friday, September 04, 2015 6:10 PM
To: LOA Frontier Employees
Subject: Fmla 9/5/15

I had to use my intermittent Fmla on 9/5 for a 3 day
Rebecca Brigham #413206 thanks

| Date: 09/08/15 | | Frontier Airlines | | | | Sabre CrewTrac | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time: 07:56 | | Absence/Other Time Report | | | | Page 1 | | | |
| | | From 09/05/14  To 09/04/15  Employee 413206 | | | | | | | |
| | | Codes: FLA IFM | | | | | | | |

| Code | Date Range | L/T | Tot Man Dscp | Tot Days Occ | From Days Prg/Rday | To Date | Date | Block | Credit |
|---|---|---|---|---|---|---|---|---|---|
| 413206  BRIGHAM,REBECCA | | | | FA | | | | | |
| FLA | 09/05/14 - 09/05/14 | B | | | | | | | |
| | 09/06/14 - 09/07/14 | B | | | | | | | |
| | 09/09/14 - 09/10/14 | B | | | | | | | |
| | 09/10/14 - 09/11/14 | B | | | | | | | |
| | 09/12/14 - 09/13/14 | B | | | | | | | |
| | 09/13/14 - 09/14/14 | B | | | | | | | |
| | 09/16/14 - 09/17/14 | B | | | | | | | |
| | 09/19/14 - 09/20/14 | B | | | | | | | |
| | 09/20/14 - 09/21/14 | B | | | | | | | |
| | 09/21/14 - 09/22/14 | B | | | | | | | |
| | 09/23/14 - 09/24/14 | B | | | | | | | |
| | 09/27/14 - 09/28/14 | B | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | |
| | 10/03/14 - 10/05/14 | B | 31 days | | | | | | |
| IFM | 03/26/15 - 03/26/15 | B | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | |
| | 04/10/15 - 04/10/15 | B | | | | | | | |
| | 04/14/15 - 04/14/15 | B | | | | | | | |
| | 04/20/15 - 04/20/15 | B | | | | | | | |
| | 05/03/15 - 05/05/15 | B | 3 days | | | | | | |
| | 05/08/15 - 05/08/15 | B | | | | | | | |
| | 05/12/15 - 05/15/15 | B | 4 days | | | | | | |
| | 05/26/15 - 05/26/15 | B | | | | | | | |
| | 05/29/15 - 05/29/15 | B | | | | | | | |

| | | |
|---|---|---|
| 05/30/15 - 05/31/15  B | 2 days | |
| 06/01/15 - 06/01/15  B | | |
| 06/19/15 - 06/19/15  B | | |
| 06/25/15 - 06/25/15  B | | |
| 06/26/15 - 06/28/15  B | 3 days | |
| 06/29/15 - 06/29/15  B | | |
| 06/30/15 - 06/30/15  B | | |
| 07/31/15 - 08/03/15  B | 4 days | |
| 08/15/15 - 08/16/15  B | 2 days | |
| 08/22/15 - 08/25/15  B | 4 days | |
| 08/30/15 - 08/30/15  B | | 67 days used |

| Total for DEN | 0  0 | 0:00  0:00 |
|---|---|---|

From: Rebecca Brigham [mailto:REDACTED
Sent: Thursday, September 10, 2015 9:43 AM
To: LOA Frontier Employees
Subject: Fmla 9/11/15

I had to use my intermittent Fmla for a 4 day trip on 9/11 I kept the turn at the end
Rebecca Brigham #413206 thanks

Date: 09/11/15                          Frontier Airlines                    Sabre CrewTrac
Time: 07:51                      Absence/Other Time Report                      Page 1
                        From 09/14/14  To 09/14/15  Employee 413206
                            Codes: FLA IFM

| Code | Date Range | L/T | Tot Dscp | Tot Days | Man Occ | Days | From Prg/Rday | To Date | Date | Block | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 413206  BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA  09/14/14 - 09/14/14  B | | | | | | | | | | | |
| 09/16/14 - 09/17/14  B | | | | | | | | | | | |
| 09/19/14 - 09/20/14  B | | | | | | | | | | | |
| 09/20/14 - 09/21/14  B | | | | | | | | | | | |
| 09/21/14 - 09/22/14  B | | | | | | | | | | | |
| 09/23/14 - 09/24/14  B | | | | | | | | | | | |
| 09/27/14 - 09/28/14  B | | | | | | | | | | | |
| 09/29/14 - 09/30/14  B | | | | | | | | | | | |
| 09/30/14 - 09/30/14  B | | | | | | | | | | | |
| 10/01/14 - 10/01/14  B | | | | | | | | | | | |
| 10/03/14 - 10/05/14  B  17 days | | | | | | | | | | | |
| IFM  03/26/15 - 03/26/15  B | | | | | | | | | | | |
| 04/02/15 - 04/02/15  B | | | | | | | | | | | |
| 04/10/15 - 04/10/15  B | | | | | | | | | | | |
| 04/14/15 - 04/14/15  B | | | | | | | | | | | |
| 04/20/15 - 04/20/15  B | | | | | | | | | | | |
| 05/03/15 - 05/05/15  B  3 days | | | | | | | | | | | |
| 05/08/15 - 05/08/15  B | | | | | | | | | | | |
| 05/12/15 - 05/15/15  B  4 days | | | | | | | | | | | |
| 05/26/15 - 05/26/15  B | | | | | | | | | | | |
| 05/29/15 - 05/29/15  B | | | | | | | | | | | |
| 05/30/15 - 05/31/15  B  2 days | | | | | | | | | | | |
| 06/01/15 - 06/01/15  B | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 06/19/15 - 06/19/15 | B | | | | |
| 06/25/15 - 06/25/15 | B | | | | |
| 06/26/15 - 06/28/15 | B | 3 days | | | |
| 06/29/15 - 06/29/15 | B | | | | |
| 06/30/15 - 06/30/15 | B | | | | |
| 07/31/15 - 08/03/15 | B | 4 days | | | |
| 08/15/15 - 08/16/15 | B | 2 days | | | |
| 08/22/15 - 08/25/15 | B | 4 days | | | |
| 08/30/15 - 08/30/15 | B | | | | |
| 09/05/15 - 09/07/15 | B | 3 days | | | |
| 09/11/15 - 09/14/15 | B | 4 days | 60 days used | | |
| | | | | | |
| Total for DEN | | 0   0 | | 0:00   0:00 | |

From: Rebecca Brigham [mailto REDACTED
Sent: Friday, September 18, 2015 8:26 AM
To: LOA Frontier Employees
Subject: Fmla 9/18/15


I had to use my intermittent Fmla on 9/18 for my dtw overnight 3 day keeping the pdx turns on either end
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, September 21, 2015 6:56 PM
To: LOA Frontier Employees
Subject: Fmla 9/22/15


I had to use my intermittent Fmla for a 1 day trip on 9/22
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto REDACTED
Sent: Friday, September 25, 2015 12:28 PM
To: LOA Frontier Employees; fmla@gmail.com
Subject:


I had to use my intermittent Fmla on 9/25 for a 4 day but kept the sna turn on the end
Rebecca Brigham #413206 thanks



From: Rebecca Brigham [mailto REDACTED
Sent: Friday, September 25, 2015 12:48 PM
To: LOA Frontier Employees
Subject: Fmla


I had to use my intermittent Fmla on 9 / 25 for a 4 day trip but kept the sna turn on the end
Rebecca Brigham #413206 thanks

From: LOA Frontier Employees
Sent: Monday, September 28, 2015 8:28 AM
To: ¹REDACTED
Cc: LOA Frontier Employees; Thompson, Kari
Subject: FMLA request for Rebecca Brigham FA DEN 413206


Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 9/28/15. Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

| Date: 09/28/15 | | | | Frontier Airlines | | | | | Sabre CrewTrac | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time: 14:21 | | | | Absence/Other Time Report | | | | | Page 1 | | | |
| | | | From 09/28/14  To 09/27/15  Employee 413206 | | | | | | | | | |
| | | | Codes: FLA IFM | | | | | | | | | |

| Code | Date Range | L/T | Tot Dscp | Tot Man Days | Occ | From Days | To Prg/Rday | Date | Date | Block | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 413206 BRIGHAM,REBECCA | | | | FA | | | | | | | |
| FLA | 09/28/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | FLA 7 days | | | | | | | | |
| IFM | 03/26/15 - 03/26/15 | B | | | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | | | |
| | 04/10/15 - 04/10/15 | B | | | | | | | | | |
| | 04/14/15 - 04/14/15 | B | | | | | | | | | |
| | 04/20/15 - 04/20/15 | B | | | | | | | | | |
| | 05/03/15 - 05/05/15 | B | 2 days (5/3/15 overnight) | | | | | | | | |
| | 05/08/15 - 05/08/15 | B | | | | | | | | | |
| | 05/12/15 - 05/15/15 | B | 3 days (5/12/15 overnight) | | | | | | | | |
| | 05/26/15 - 05/26/15 | B | | | | | | | | | |
| | 05/29/15 - 05/29/15 | B | | | | | | | | | |
| | 05/30/15 - 05/31/15 | B | 1 day (5/30/15 overnight) | | | | | | | | |
| | 06/01/15 - 06/01/15 | B | | | | | | | | | |
| | 06/19/15 - 06/19/15 | B | | | | | | | | | |
| | 06/25/15 - 06/25/15 | B | | | | | | | | | |

FRONTIER AIRLINES (R. BRIGHAM) - 0004868

| | | | | |
|---|---|---|---|---|
| 06/26/15 - 06/28/15 | B | 3 days | | |
| 06/29/15 - 06/29/15 | B | | | |
| 06/30/15 - 06/30/15 | B | | | |
| 07/31/15 - 08/03/15 | B | 4 days | | |
| 08/15/15 - 08/16/15 | B | 2 days | | |
| 08/22/15 - 08/25/15 | B | 3 days (8/22/15 overnight) | | |
| 08/30/15 - 08/30/15 | B | | | |
| 09/05/15 - 09/07/15 | B | 2 days (9/6/15 layover in MCI) | | |
| 09/11/15 - 09/14/15 | B | 4 days | | |
| 09/18/15 - 09/20/15 | B | 2 days  (9/18/15 overnight) | | |
| 09/22/15 - 09/22/15 | B | | | |
| 09/25/15 - 09/27/15 | B | 3 days | 51 total FMLA days | |
| | | | | |
| Total for DEN | | 0   0 | 0:00 | 0:00 |

From: Micklich, Cassandra A.
Sent: Monday, September 28, 2015 11:36 AM
To: LOA Frontier Employees
Subject: RE: FMLA request for Rebecca Brigham FA DEN 413206


Sorry just got to this email. I am free whenever you need me


Cassandra Micklich
Drug & Alcohol Specialist
P: 720-374-4503
F: 720-374-9245
C: 720-936-3704
cassandra.micklich@flyfrontier.com
FlyFrontier.com

hrcompliance@flyfrontier.com Email for Results and 40.25 requests
PRIArecords@flyfrontier.com Email for PRIA responses and requests
Randoms@flyfrontier.com Email for Notifications

From: LOA Frontier Employees
Sent: Monday, September 28, 2015 10:21 AM
To: Micklich, Cassandra A. <cassandra.micklich@flyfrontier.com>
Cc: LOA Frontier Employees <LOA@FlyFrontier.com>
Subject: FW: FMLA request for Rebecca Brigham FA DEN 413206

Hi Cassie,
Can we talk about this for a second when you get a chance.




Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013  Fax

FRONTIER AIRLINES (R. BRIGHAM) - 0004869

brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, September 28, 2015 8:46 AM
To: LOA Frontier Employees
Subject: Re: FMLA request for Rebecca Brigham FA DEN 413206

This whole thing is very frustrating, in the company's policy for self disclosure is says I have to be compliant with what I am told to do or I could be fired. I am told by my sponsor and my therapist not to do layovers so I wont.  But with me doing that it seems I will be fired as well so I feel as if I am being bullied and should not have to feel this way
On Sep 28, 2015 8:42 AM, "Rebecca Brigham" <REDACTED                          wrote:
I thought I was approved for 15 days per month? If not please send me the fmla paperwork again to have it changed and then it will be covered
On Sep 28, 2015 8:27 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 9/28/15.  Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

HR-Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 Office
720-374-8013 LOA Fax

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

I thought I was approved for 15 days per month? If not please send me the fmla paperwork again to have it changed and then it will be covered

This whole thing is very frustrating, in the company's policy for self disclosure is says I have to be compliant with what I am told to do or I could be fired. I am told by my sponsor and my therapist not to do layovers so I wont. But with me doing that it seems I will be fired as well so I feel as if I am being bullied and should not have to feel this way
On Sep 28, 2015 8:42 AM, "Rebecca Brigham" <REDACTED                wrote:
I thought I was approved for 15 days per month? If not please send me the fmla paperwork again to have it changed and then it will be covered
On Sep 28, 2015 8:27 AM, "LOA Frontier Employees" <LOA@flyfrontier.com> wrote:
Rebecca,

We have received your request to use intermittent FMLA to cover your absence on 9/28/15. Since you have exceeded the intermittent guidelines (i.e. frequency and duration) that your healthcare provider has provided for you leave, we are unable to approve the use of FMLA for this date.

The date will be coded as an absence and will be subject to the attendance policy that is in place with your department.

If you have any questions please contact the LOA Department at 720-374-4245 to leave a message or email LOA@flyfrontier.com and we will be happy to help.

Tamarra Kolbe

Hi Rebecca

Any accommodation requests must go through Shelly Leyner in HR. Unfortunately, Inflight is unable to do anything else at this time.


Best,
Laura



Laura T. Rush
Director, Inflight Services

P: 720-374-3457
E: lrush@flyfrontier.com
FlyFrontier.com

From: Rebecca Brigham [mailto REDACTED
Sent: Monday, September 28, 2015 9:02 AM
To: Rush, Laura
Subject: Feeling frustrated

Hey there Laura I was wondering if you were avaliable anytime this week to meet with me regarding my self disclosure and if we can find a solution to my calling in for overnights. Thanks Rebecca Brigham #413206

Hi Jerry –

Shall we call a meeting?

Shelly Leyner
Supervisor of Disability Program Management


Yes... Not sure what more we can do for her.. Can you see how many FMLA days she has accrued?


Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

Sorry I was at a lunch meeting. She is allowed 15 days per month as it is now. She wants more. She called in IFM for 16
days so 1 was coded sick. She is stating in an email to us that we are discrimination against her since she self-
disclosed. I was thinking we can meet with her to put that to bed.

Shelly Leyner
Supervisor of Disability Program Management

We met with her once before, but maybe we do it again. Can you prepare what her balance is at this time so that we
can share with her?

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

You bet.

Shelly Leyner
Supervisor of Disability Program Management

Thanks Tammie ?

Shelly Leyner
Supervisor of Disability Program Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the
intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received
this communication in error, please notify the sender immediately by e-mail and delete the message and any file
attachments from your computer.

FRONTIER AIRLINES (R. BRIGHAM) - 0004872

From: Kolbe, Tamarra
Sent: Monday, September 28, 2015 2:42 PM
To: Leyner, Shelly A.
Subject: RE: Rebecca Brigham days used

Report is copied below and attached


Date: 09/28/15                    Frontier Airlines          Sabre CrewTrac
Time: 14:21                  Absence/Other Time Report                Page 1
              From 09/28/14  To 09/27/15  Employee 413206
                    Codes: FLA IFM


| Code | Date Range | Tot L/T | Tot Dscp | Man Days | Occ | From Days | To Prg/Rday | Date | Date | Block | Credit |
|------|-----------|---------|----------|----------|-----|-----------|-------------|------|------|-------|--------|
| 413206  BRIGHAM,REBECCA | | | | | FA | | | | | | |
| FLA | 09/28/14 - 09/28/14 | B | | | | | | | | | |
| | 09/29/14 - 09/30/14 | B | | | | | | | | | |
| | 09/30/14 - 09/30/14 | B | | | | | | | | | |
| | 10/01/14 - 10/01/14 | B | | | | | | | | | |
| | 10/03/14 - 10/05/14 | B | FLA 7 days | | | | | | | | |
| IFM | 03/26/15 - 03/26/15 | B | | | | | | | | | |
| | 04/02/15 - 04/02/15 | B | | | | | | | | | |
| | 04/10/15 - 04/10/15 | B | | | | | | | | | |
| | 04/14/15 - 04/14/15 | B | | | | | | | | | |
| | 04/20/15 - 04/20/15 | B | | | | | | | | | |
| | 05/03/15 - 05/05/15 | B | 2 days (5/3/15 overnight) | | | | | | | | |
| | 05/08/15 - 05/08/15 | B | | | | | | | | | |
| | 05/12/15 - 05/15/15 | B | 3 days (5/12/15 overnight) | | | | | | | | |
| | 05/26/15 - 05/26/15 | B | | | | | | | | | |
| | 05/29/15 - 05/29/15 | B | | | | | | | | | |
| | 05/30/15 - 05/31/15 | B | 1 day (5/30/15 overnight) | | | | | | | | |
| | 06/01/15 - 06/01/15 | B | | | | | | | | | |
| | 06/19/15 - 06/19/15 | B | | | | | | | | | |
| | 06/25/15 - 06/25/15 | B | | | | | | | | | |
| | 06/26/15 - 06/28/15 | B | 3 days | | | | | | | | |
| | 06/29/15 - 06/29/15 | B | | | | | | | | | |
| | 06/30/15 - 06/30/15 | B | | | | | | | | | |
| | 07/31/15 - 08/03/15 | B | 4 days | | | | | | | | |
| | 08/15/15 - 08/16/15 | B | 2 days | | | | | | | | |
| | 08/22/15 - 08/25/15 | B | 3 days (8/22/15 overnight) | | | | | | | | |
| | 08/30/15 - 08/30/15 | B | | | | | | | | | |
| | 09/05/15 - 09/07/15 | B | 2 days (9/6/15 layover in MCI) | | | | | | | | |
| | 09/11/15 - 09/14/15 | B | 4 days | | | | | | | | |
| | 09/18/15 - 09/20/15 | B | 2 days  (9/18/15 overnight) | | | | | | | | |
| | 09/22/15 - 09/22/15 | B | | | | | | | | | |
| | 09/25/15 - 09/27/15 | B | 3 days | | | | | | | | |

Total for DEN                    0   0                    0:00   0:00

FRONTIER AIRLINES (R. BRIGHAM) - 0004873

From: Leyner, Shelly A.
Sent: Monday, September 28, 2015 2:09 PM
To: Kolbe, Tamarra
Subject: Rebecca Brigham days used

Can you please run me a report of days used towards FMLA for her.  We are going to bring her in to meet with Jerry and I.  Thanks.

Shelly Leyner
Supervisor of Disability Program Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, October 01, 2015 9:15 PM
To: LOA Frontier Employees
Subject: Fmla 10/2/15

I had to use my fmla on 10/2 for a double turn
Rebecca Brigham #413206

From: Rebecca Brigham [mailto REDACTED
Sent: Saturday, October 03, 2015 1:15 PM
To: LOA Frontier Employees
Subject: Fmla 10/3/15

I had to use my intermittent Fmla on 10/3 for a 3 day
Rebecca Brigham #413206

I have reviewed the coding and it appears that she was 2 days over her approval.  I did take into account the red eye flights as one day.

FRONTIER AIRLINES (R. BRIGHAM) - 0004874

She was approved for up to 12 days per month and used the following:

1.   9/5/2015
2.   9/6/2015
3.   9/7/2015
4.   9/11/2015
5.   9/12/2015
6.   9/13/2015
7.   9/14/2015
8.   9/19/2015
9.   9/20/2015
10.  9/22/2015
11.  9/25/2015
12.  9/26/2015
13.  9/27/2015 - Sick
14.  9/28/2015 - Sick

Shelly Leyner
Supervisor of Disability Program Management

Jerry -

I just want to make sure I'm all set in the IFM days - it was my understanding Shelly was reviewing them, if I remember right??

Sent from my iPhone

On Oct 2, 2015, at 2:25 PM, Arellano, Gerardo <gerardo.arellano@flyfrontier.com> wrote:
Afternoon,

I understand she incurred another occurrence this week placing her at term.   I had an opportunity to have an attorney consult with Brian (HollandHart Firm) regarding Rebecca Brigham.

# Redacted

Next steps – if the last occurrence is not covered by FMLA, then we proceed with the term steps.  On this one, let's definitely ensure she has union representation available.

Please let me know if you have any questions.

Regards,

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

To clarify, does this mean she is unable to use IFM on 09/28/15 or did she not request IFM?

Please advise.

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

Hey Shelly -

Just wanted to see where we are with Rebecca's IFM days – I thought Jerry told me you were verifying her days were correct on used IFM - Just want to make sure all is right before I move forward with the Term - Thanks!

Take Care,

Stefanie Coppedge
Inflight Services DEN Base Supervisor

P: General Offices 303-576-1480
P:  DIA 303-342-7707
F: 303-348-1035
E: scoppedge@flyfrontier.com
FlyFrontier.com

Hi Stefanie,

Shelly was able to conduct an audit of Rebecca's FMLA usage. We are still checking on a couple of things, which I hope to have answers by tomorrow. Basically, I'm verifying if she requested IFM for the sick occurrence. Based on Shelly's audit she had already maximized the amount allowed for the month of September.

The other piece I'm noticing is that ALL her overnights (Aug and Sept) seem to only occur over the weekends. This seems to be a change in pattern from her previous months.  I was auditing her Crew Trac schedule and find that she dropped a 4 day (9/18/15 through 09/21/15) and then ADDS a three day (9/18/15 to 9/20/15). I also noticed this a few times for the August bid month. The question that arises, is she truly doing everything (bidding accordingly) to help herself? I'm not so sure anymore.

FRONTIER AIRLINES (R. BRIGHAM) - 0004876

Laura - can we perform the following audits on Rebecca's schedules:
•      Audit of her bids for the bid months of August and September, essentially the bid she submitted?  Looking at her August original bid award, there we no day trips and all overnights.
•      Can we also audit what she attempted to drop/swap and was denied for these same bid months?

Once I have an opportunity to review the information (audit) it will then help dictate which direction we go.

Please advise.


Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

Jerry -

Were her trip swaps for trips that had turns through DEN so she would be able to do a portion of the trip?  Thank You for keeping me posted -

Stefanie Coppedge
Inflight Services DEN Base Supervisor

P: General Offices 303-576-1480
P:  DIA 303-342-7707
F: 303-348-1035
E: scoppedge@flyfrontier.com
FlyFrontier.com

Hi Stefanie,

With regard to her September  I checked the trip she added and it looks like she did work a portion of the trip.




Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

www.FlyFrontier.com

Jerry
This will take a bit of time to audit what you ask.  I'm booked pretty much until Friday.  As far as swaps, etc., that will take even more time so let me know how you want me to proceed.  It's just a manually intensive process.  Tish or someone in crew scheduling could audit the trades, etc. if you'd like.  Crew Planning also has access to her initial bid sheet to see what she bid for if you do not want to wait.

Let me know.  Thanks,
Laura

Jerry
I pulled up her August award and bid sheet this morning.  She did try to bid for 1 day trips first.  She couldn't hold them as you can see on the left had side below.  I haven't had time to pull up September yet.  On just her bid sheet and award do you need something else?  The data from FLICA on trades and swaps will take more time.
Laura

54 days used between September 27th 2014 and September 28th 2015.

48 days currently used between 10/8/2014 and 10/7/2015, she had some FLA drop off since then.

FRONTIER AIRLINES (R. BRIGHAM) - 0004877

Shelly Leyner
Supervisor of Disability Program Management

Jerry

I pulled up her August award and bid sheet this morning. She did try to bid for 1 day trips first. She couldn't hold them as you can see on the left had side below. I haven't had time to pull up September yet. On just her bid sheet and award do you need something else? The data from FLICA on trades and swaps will take more time.

Laura

Jerry

Below is September. Looks like she did changed her bidding a little bit by specific trips after bidding 1 day trips on specific dates. Not sure why she didn't bid for all of them at once.

Laura

Up to 12 days per month and all crew is 72 days a year.

Shelly Leyner
Supervisor of Disability Program Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Arellano, Gerardo
Sent: Wednesday, October 07, 2015 9:19 AM
To: Leyner, Shelly A.
Subject: RE: Rebecca Brigham - FMLA used to date

What is she approved for?

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

FRONTIER AIRLINES (R. BRIGHAM) - 0004878

Jerry

Quickly I pulled up Rebecca's history for August, September and October with open time trips, trip trades and splits for both categories.  She seems to have been trying to get the one day trips.

Let me know what else you need.  I think should be good though.

Laura

What do you think about having her recertify since she is requesting more than we she is approved for?

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

Sure since her IFM is supposed to be for her addiction treatment sessions which are 3 times per week.  Maybe the doctor will notice she is not taking those days off.

Shelly Leyner
Supervisor of Disability Program Management

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, October 08, 2015 4:33 PM
To: LOA Frontier Employees
Subject: Fmla 10/09

I had to use my intermittent Fmla for a 4 day trip on 10/9 I kept the dfw turn on the beginning
Rebecca Brigham #413206

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, October 15, 2015 7:21 AM
To: LOA Frontier Employees
Subject: Fmla 10/14/15

I had to use my intermittent Fmla on 10/14 for a 3 day trip thanks
Rebecca Brigham #413206

I am working on that now.  I ran out of time on Friday and am just back in the office today for the first time.  Thanks for the reminder.

Shelly Leyner
Supervisor of Disability Program Management


FYI-sick call still says sick call.
Shelly,
Can you please recode to IFM for Sept 28th?  Also, has she requested paperwork to get more days?  Just want to make sure she is doing her part here.   Thanks guys,




Kari Thompson
Manager, Inflight Services
P: 303-542-1479
F: 303-348-1035

FRONTIER AIRLINES (R. BRIGHAM) - 0004879

E: kthompson@flyfrontier.com
FlyFrontier.com


From: Arellano, Gerardo
Sent: Thursday, October 15, 2015 12:45 PM
To: Coppedge, Stefanie
Cc: Thompson, Kari
Subject: RE: Brigham

Hi Stephanie,

Kari, Shelly and myself were able to meet with Rebecca last week.   We explained that the sick occurrence incurred will be recoded to reflect as IFM.  Thought it puts her over the number of days she is allowed under FMLA, we would make an exception for her.

We also reiterated the following:
•       Her FMLA is currently being used outside of the parameters for what she is approved for.  In an effort to assist her with getting removed from overnights, the Company has continued to make exceptions for her.
•       We are also willing to provide her new FMLA paperwork to allow her the ability to increase the number of days she allowed to use FMLA per month.

Please let me know if you have any questions.

Regards,


Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

Hi Rebecca –

I hope this finds you well.

I have attached the following forms for you to take to your physician and recertify your current FMLA.

1. DOL FMLA Certification form
2. Letter to Employee regarding recertification of FMLA
3. Letter to physician regarding recertification of FMLA
4. A copy of your most recent schedule showing IFM calls

The paperwork will be due on or before October 30, 2015 and should be faxed by the health care provide in its entirety to 720-374-8013.

I have updated the sick code on September 28, 2015 to reflect IFM as we discussed in our meeting last week.  If you have any questions please contact me directly going forward for assistance.  My contact information is below.


Sincerely,

Shelly Leyner
Supervisor of Disability Program Management

FRONTIER AIRLINES (R. BRIGHAM) - 0004880

Hi Shelly, I was wondering if I could please get the new fmla paperwork from you, I am meeting with my therapist tomorrow, so she can fill it out and get it back to you asap. Thanks so much and have a blessed day

From: Rebecca Brigham [mailto:REDACTED
Sent: Saturday, October 17, 2015 8:22 PM
To: LOA Frontier Employees
Subject: Fmla 10/17/15


I had to use my intermittent Fmla on 10/17 for a 3 day but I kept the LAX turn on the end
Rebecca Brigham #413206 thanks

From: Rebecca Brigham [mailto:REDACTED
Sent: Thursday, October 15, 2015 3:49 PM
To: Leyner, Shelly A.
Subject: Re: Rebecca Brigham FMLA paperwork recertification

Thanks so much!
On Oct 15, 2015 3:08 PM, "Leyner, Shelly A." <shelly.leyner@flyfrontier.com> wrote:
Hi Rebecca –

I hope this finds you well.

I have attached the following forms for you to take to your physician and recertify your current FMLA.

1. DOL FMLA Certification form
2. Letter to Employee regarding recertification of FMLA
3. Letter to physician regarding recertification of FMLA
4. A copy of your most recent schedule showing IFM calls

The paperwork will be due on or before October 30, 2015 and should be faxed by the health care provide in its entirety to 720-374-8013.

I have updated the sick code on September 28, 2015 to reflect IFM as we discussed in our meeting last week.  If you have any questions please contact me directly going forward for assistance.  My contact information is below.



Sincerely,

Shelly Leyner
Supervisor of Disability Program Management



Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

Jerry –

How do you want to handle this one.  She did not make contact with the LOA department with in the permitted time frame for FMLA coverage.

Shelly Leyner
Supervisor of Disability Program Management

I woke up this morning in a panic, I for got to send you an email on Friday, I had to use my intermittent Fmla on 10 / 23 for a 4 day but I kept the pdx turn on the end. Please let me know if this will have to be coded as sick and if so what # of points am I at? Also the new fmla paperwork will be faxed by Tuesday. I hope you have a good day.

spoke to Jerry and Kari and we agreed to stay consistent with the practice of late reporting and deny the IFM.

Sent out notification to the In-flight Department and Employee Relations

Her request has been denied for lack of timely notice to the LOA Department.

Please note

- 10/23/2015 – 10/26/2015 will remain coded as sick

Shelly Leyner
Supervisor of Disability Program Management

I woke up this morning in a panic, I for got to send you an email on Friday, I had to use my intermittent Fmla on 10 / 23 for a 4 day but I kept the pdx turn on the end. Please let me know if this will have to be coded as sick and if so what # of points am I at? Also the new fmla paperwork will be faxed by Tuesday. I hope you have a good day.

Sounds good.  If so, let's suspend her and schedule the fact finding.

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

From: Coppedge, Stefanie
Sent: Tuesday, October 27, 2015 12:55 PM
To: Arellano, Gerardo
Cc: Leyner, Shelly A.
Subject: Re: Rebecca Brigham 413206 -

I believe so - I'm off today and will look mañana -

Sent from my iPhone

On Oct 27, 2015, at 12:25 PM, Arellano, Gerardo <gerardo.arellano@flyfrontier.com> wrote:
Thank you Shelly.

Would this incident place her at Term?


Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

DENVER, CO

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier


CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.

From: Leyner, Shelly A.
Sent: Tuesday, October 27, 2015 11:47 AM
To: Inflight DIA MGR
Cc: Arellano, Gerardo
Subject: Rebecca Brigham 413206 -

Her request has been denied for lack of timely notice to the LOA Department.

Please note

- 10/23/2015 – 10/26/2015 will remain coded as sick

Shelly Leyner
Supervisor of Disability Program Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com

Whatever Jerry has been working on. I haven't been involved on this one. I think Kari was working with Jerry on it. Given the situation, should we try to use the interactive process Jerry? I don't want to term if we are going to be sued or just have to bring her back. However, I don't think this is the position for her anymore because she cannot meet the qualifications. Jerry?

From: LOA Frontier Employees
Sent: Thursday, October 29, 2015 2:06 PM
To: Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Rush, Laura <lrush@flyfrontier.com>
Subject: FW: Fmla

Hi Jerry and LTR-

She is over on her FMLA days allowed this month and the last ones were denied for late contact. These will also be denied.

How would you like to move forward?

Shelly Leyner
Supervisor of Disability Program Management

Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

FRONTIER AIRLINES (R. BRIGHAM) - 0004884

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Rebecca Brigham [mailto REDACTED
Sent: Thursday, October 29, 2015 2:01 PM
To: LOA Frontier Employees <LOA@FlyFrontier.com>
Subject: Fmla

I had to use my intermittent Fmla on 10 / 30 for a 4 day.
Rebecca Brigham #413206 thanks

Hi Jerry –

Rebecca Brigham did request FMLA for 10/23/2015-10/26/2015 but it was not until 10/26/2015 11:37am.  She had already exhausted her IFM allowance for the month of October by the 19th so because it was late and she had exceeded her approval the dates were denied.

As for the 10/30/2015 trip – again she did request the time as FMLA and it was within 24 hours but she is only approved for up to 12 days per month and those were exhausted on 10/19/2015.  The dates of 10/30-10/31/2015 were denied and the November dates of 11/1/2015 and 11/2/2015 will be coded according to the IFM approval, which I have completed.

I did look at the fitness for duty that was provided for her RTW and it does not state any restrictions.  I don't see that we have received anything stating that she was not able to work overnight trips.

Hope this helps.


Sincerely,

Shelly Leyner
Supervisor of Disability Program Management


From: Arellano, Gerardo
Sent: Monday, November 09, 2015 9:30 AM
To: Leyner, Shelly A. <shelly.leyner@flyfrontier.com>
Cc: Warfield, Andrea <awarfield@flyfrontier.com>
Subject: Rebecca Brigham
Importance: High

Hi Shelly,

Can you confirm if Rebecca Brigham requested IFM for either trip beginning on 10/23/15 or 10/30/15?  I know she didn't on one, but we're unsure if she failed to request IFM for both?

Please advise.

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.
Jerry –

I found this and it is Cas stating she had requested to not work overnights. Maybe she has the paperwork that states that? May want to check with her.

Shelly Leyner
Supervisor of Disability

Thanks!


Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: LOA Frontier Employees
Date:11/10/2015 5:24 PM (GMT-07:00)
To: "Arellano, Gerardo" , "Zeier, Michelle L."
Subject: FW: New paperwork - Brigham

Good Evening,
Wanted to forward you the below information regarding Rebecca Brigham. If we receive any paperwork I will forward it on to you guys.

Brandi



Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013 Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: Rebecca Brigham [mailto REDACTED
Sent: Tuesday, November 10, 2015 4:07 PM
To: LOA Frontier Employees <LOA@FlyFrontier.com>
Subject: New paperwork

It has come to my attention that my most recent FMLA paperwork was sent to John Chapman SAP instead of you guys. I am having my therapist send the paperwork to you just in case we need it if HR decides not to terminate my employmet. It can be back dated 15 days to my understanding so it would cover my absence on 10/30. Thanks and I hope this email finds you well!

I have added TRM to schedule and will inactivate and ZZ as well.

From: Thompson, Kari

Sent: Wednesday, November 11, 2015 12:36 PM

To: F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>

Subject: TERM (termination) Rebecca Brigham 413206 effective 11/11/15


Please update your records.


Scheduling, please note Term (terminated) as of 11/11/15 and inactivate and ZZ as of that date.

From: Thompson, Kari

Sent: Wednesday, November 11, 2015 12:36 PM

To: F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>

Subject: TERM (termination) Rebecca Brigham 413206 effective 11/11/15


Please update your records.


Scheduling, please note Term (terminated) as of 11/11/15 and inactivate and ZZ as of that date.


Kari Thompson

Manager, Inflight Services

P: 303-542-1479

F: 303-348-1035

E: kthompson@flyfrontier.com

FlyFrontier.com

From: Crew Scheduling Supervisors

Sent: Wednesday, November 11, 2015 12:41 PM

To: Thompson, Kari <kthompson@flyfrontier.com>; F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>

Subject: RE: TERM (termination) Rebecca Brigham 413206 effective 11/11/15

FRONTIER AIRLINES (R. BRIGHAM) - 0004887

I have added TRM to schedule and will inactivate and ZZ as well.

From: Thompson, Kari
Sent: Wednesday, November 11, 2015 12:36 PM
To: F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>
Subject: TERM (termination) Rebecca Brigham 413206 effective 11/11/15

Please update your records.

Scheduling, please note Term (terminated) as of 11/11/15 and inactivate and ZZ as of that date.

Kari Thompson
Manager, Inflight Services
P: 303-542-1479
F: 303-348-1035
E: kthompson@flyfrontier.com
FlyFrontier.com

From: Crew Planning-Frontier
Sent: Wednesday, November 11, 2015 2:11 PM
To: Thompson, Kari <kthompson@flyfrontier.com>; F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>
Subject: RE: TERM (termination) Rebecca Brigham 413206 effective 11/11/15

Rebecca has been made Not Active in FLICA.
No unused 2015 vacation remaining.
Unused 2016 vacation shown below.

Kyra Davis
Crew Planner
P: (720) 374-4365
E: kyra.davis@flyfrontier.com
FlyFrontier.com

FRONTIER AIRLINES (R. BRIGHAM) - 0004888

From: Thompson, Kari
Sent: Wednesday, November 11, 2015 12:36 PM
To: F9Pass <f9pass@flyfrontier.com>; Crew Planning-Frontier <CrewPlanning@flyfrontier.com>; Jacobsen, Lara <ljacobsen@flyfrontier.com>; Ryan, Patrick J. <patrick.ryan@flyfrontier.com>; Kohlhepp, Nicholas A. <Nicholas.Kohlhepp@flyfrontier.com>; Zanjani, Sanobar <sanobar.zanjani@flyfrontier.com>; Basore, Chris <cbasore@flyfrontier.com>; Mielke, Hilary <hmielke@flyfrontier.com>; Arellano, Gerardo <gerardo.arellano@flyfrontier.com>; Crew Scheduling Operations <CrewSchedulingOperations@flyfrontier.com>; Watkins, Jill <jill.watkins@flyfrontier.com>; LOA Frontier Employees <LOA@FlyFrontier.com>; Inflight DIA MGR <InflightDIAMGR@flyfrontier.com>; Crew Scheduling Supervisors <crewschedulingsupervisors@flyfrontier.com>; McCurdy, Tisha L. <tisha.mccurdy@flyfrontier.com>; Warfield, Andrea <awarfield@flyfrontier.com>; F9FAPayroll <F9FAPayroll@flyfrontier.com>
Subject: TERM (termination) Rebecca Brigham 413206 effective 11/11/15

Please update your records.

Scheduling, please note Term (terminated) as of 11/11/15 and inactivate and ZZ as of that date.


Kari Thompson
Manager, Inflight Services
P: 303-542-1479
F: 303-348-1035
E: kthompson@flyfrontier.com
FlyFrontier.com

From: LOA Frontier Employees
Sent: Thursday, November 12, 2015 4:52 PM
To: Arellano, Gerardo <gerardo.arellano@flyfrontier.com>
Cc: LOA Frontier Employees <LOA@FlyFrontier.com>; Leyner, Shelly A. <shelly.leyner@flyfrontier.com>
Subject: FW: Rebecca Brigham - Pay Protect for 10/09/2015

Hi Jerry,
Do you know anything about the below email? I looked all through the file and do not have anything noted stating she was pay protected. This is noted as an IFM day in the file.

I did not want to respond until I spoke to you because of the circumstances. Just let me know.

Thanks,



Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013  Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

FRONTIER AIRLINES (R. BRIGHAM) - 0004889

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

From: Zanjani, Sanobar
Sent: Thursday, November 12, 2015 4:34 PM
To: LOA Frontier Employees <LOA@FlyFrontier.com>
Cc: REDACTED                       Laughlin, Melissa <melissa.laughlin@flyfrontier.com>
Subject: Rebecca Brigham

Hello,

Can you please help clarify a question Rebecca has? She said she has been in contact with LOA regarding a Pay Protect that should have been added to her schedule on the 10/9, currently it's only holding an IFM code.

If you have any questing regarding this please reach out to Rebecca, she is Cc'd on this email.

Please let us know the resolution. Thank you.

Regards,

Sanobar Zanjani (Sano)
Flight Attendant Payroll Analyst

Frontier Airlines
7001 Tower Rd
Denver, CO 80249
P: 720-374-4460
E: sanobar.zanjani@flyfrontier.com

Hi Shelly,

Can you confirm if Rebecca Brigham requested IFM for either trip beginning on 10/23/15 or 10/30/15? I know she didn't on one, but we're unsure if she failed to request IFM for both?

Please advise.

Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

I'm not familiar with any pay protection off hand. I'll research when I'm back in the office tomorrow.

Sent from my iPhone

Hi Jerry,
Do you know anything about the below email? I looked all through the file and do not have anything noted stating she was pay protected. This is noted as an IFM day in the file.

I did not want to respond until I spoke to you because of the circumstances. Just let me know.

Thanks,

Brandi Aragon
HR Support Specialist
Frontier Airlines
7001 Tower Road
Denver, CO 80249
720-374-4245 LOA
720-374-8013  Fax
brandi.aragon@flyfrontier.com
www.flyfrontier.com

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.


From: Zanjani, Sanobar
Sent: Thursday, November 12, 2015 4:34 PM
To: LOA Frontier Employees <LOA@FlyFrontier.com>
Cc: REDACTED                          Laughlin, Melissa <melissa.laughlin@flyfrontier.com>
Subject: Rebecca Brigham

Hello,

Can you please help clarify a question Rebecca has? She said she has been in contact with LOA regarding a Pay Protect that should have been added to her schedule on the 10/9, currently it's only holding an IFM code.

If you have any questing regarding this please reach out to Rebecca, she is Cc'd on this email.

Please let us know the resolution. Thank you.

Regards,

Sanobar Zanjani (Sano)
Flight Attendant Payroll Analyst

Frontier Airlines
7001 Tower Rd
Denver, CO 80249
P: 720-374-4460
E: sanobar.zanjani@flyfrontier.com

Here is the most recent paperwork we just received on 11/10 from Rebecca Brigham.  Thought you should know.

Shelly Leyner
Supervisor of Disability Program Management

FRONTIER AIRLINES (R. BRIGHAM) - 0004891