1    CIVIL ACTION NO. 19-cv-03417-STV

2

3    REBECCA BRIGHAM,

4         Plaintiff,

5    vs.

6    FRONTIER AIRLINES, INC.

7         Defendant.
     _____/

8

9

10

11    TRANSCRIPTION OF RECORDING:

12    BrighamR_Plaintiff Records0633 [10-9-15]

13

14

15

16

17

18

19



20

21

22    Hunter + Geist, Inc.

23    303.832.5966       1900 Grant Street, Suite 1025      ▪ www.huntergeist.com
      800.525.8490       Denver, CO 80203                   ▪ scheduling@huntergeist.com

24                       Your Partner in Making the Record

25

Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004336

EXHIBIT 12

BrighamR_Plaintiff Records 0633 (10.09.15)  10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

1                    CIVIL ACTION NO. 19-cv-03417-STV

2

3     REBECCA BRIGHAM,

4              Plaintiff,

5     vs.

6     FRONTIER AIRLINES, INC.

7              Defendant.
      _____/
8

9

10

11              TRANSCRIPTION OF RECORDING:

12        BrighamR_Plaintiff Records0633 [10-9-15]

13

14

15

16

17

18

19

20

21

22

23

24

25

Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004337

1      REBECCA BRIGHAM:      Thank you.

2      (Background conversation.)

3      FEMALE SPEAKER:      Hi.

4      REBECCA BRIGHAM:      Hi.     Good.     How are you?

5      FEMALE SPEAKER:      Good.

6      REBECCA BRIGHAM:      I'm wondering, I need to

7   speak with either somebody from leave of

8   absence or an inflight manager.             If anybody is

9   available.

10      FEMALE SPEAKER:      Okay.     Inflight, you know

11   what, you could probably go back down there.

12   They've got quite a few people back there.

13      REBECCA BRIGHAM:      Okay.     Where is it at?

14   I haven't been to the ...

15      FEMALE SPEAKER:      So you're going to make a

16   left.

17      REBECCA BRIGHAM:      Uh-huh.

18      FEMALE SPEAKER:      Just follow the hallway

19   all the around.

20      REBECCA BRIGHAM:      Okay.

21      FEMALE SPEAKER:      Once you get to the

22   auditorium, it's to the right of the

23   auditorium.       It will say inflight right on

24   that.

25      REBECCA BRIGHAM:      Oh, awesome.

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015                    Page 3
REBECCA BRIGHAM v. FRONTIER AIRLINES

1      FEMALE SPEAKER:      And you just go in

2   through there.

3      REBECCA BRIGHAM:      Perfect.      Thank you so

4   much.

5      FEMALE SPEAKER:      (Indiscernible) people

6   back there for you.

7      REBECCA BRIGHAM:      Awesome.      Thank you.

8      FEMALE SPEAKER:      You're welcome.

9      REBECCA BRIGHAM:      (Indiscernible) find an

10   inflight manager?

11      FEMALE SPEAKER:      Normally, yes.      They're

12   along that wall over there, but they just

13   stepped out for about five minutes.

14      REBECCA BRIGHAM:      Okay.

15      FEMALE SPEAKER:      They should be back any

16   time now.

17      REBECCA BRIGHAM:      Okay.

18      FEMALE SPEAKER:      Now, did you want to talk

19   to like Kari Thompson who's the actual inflight

20   manager?      She is over there also.

21       REBECCA BRIGHAM:  Okay.

22      FEMALE SPEAKER:      She's just --

23      REBECCA BRIGHAM:      And do you know if

24   Stephanie's here?

25      FEMALE SPEAKER:      She's not in the office

FRONTIER AIRLINES (R. BRIGHAM) - 0004339

1   today.      She's out on DIA (phonetic).

2        REBECCA BRIGHAM:      Okay.      Who's here?

3        FEMALE SPEAKER:      Jenny and Jeff --

4        REBECCA BRIGHAM:      Okay.

5        FEMALE SPEAKER:      -- are here today.

6        REBECCA BRIGHAM:      I'll wait.

7        FEMALE SPEAKER:      And they should be back

8   any time now, but there are little

9   (indiscernible) right there along the wall.

10        REBECCA BRIGHAM:      Awesome.      Thank you.

11        FEMALE SPEAKER:      Sorry.

12        REBECCA BRIGHAM:      No worries.

13        FEMALE SPEAKER:      Hi.

14        REBECCA BRIGHAM:      Hi.

15        FEMALE SPEAKER:      How are you?

16        REBECCA BRIGHAM:      I'm good.      How are you?

17        JEFF:      I'm good.      How are you?

18        REBECCA BRIGHAM:      Hi.

19        (Indiscernible.)

20        REBECCA BRIGHAM:      Yes, please.

21        FEMALE SPEAKER:      Sitting there

22   (indiscernible).

23        (Background conversation.)

24        REBECCA BRIGHAM:      Hi, Kari.

25        KARI:      You're quiet.

BrighamR_Plaintiff Records 0633 (10.09.15)  10/09/2015                    Page 5
REBECCA BRIGHAM v. FRONTIER AIRLINES

1          REBECCA BRIGHAM:       I just showed up to work

2     and they took my Dallas turn off.            I don't know

3     what to do anymore, Jeff.          I'm trying so hard

4     to do everything I'm supposed to be doing, and

5     leave of absence at every turn is just messing

6     everything up.        I called in for my four-day

7     because I can't do layovers.

8          KARI:       Right.

9          REBECCA BRIGHAM:       And I kept the Dallas

10    turn at the beginning, and they said that was

11    fine for scheduling 940 report.            So I show up

12    to work and it's -- I got on a bus and checked

13    my schedule and it wasn't there.            So I called

14    scheduling, and they're like, oh, I have it

15    noted in here that you were going to keep the

16    Dallas turn and then leave of absence contacted

17    us and took it off.            So you need to contact

18    leave of absence.        So --

19         JEFF:       Did you talk to them?

20         REBECCA BRIGHAM:       No, not yet.        I was just

21    right here obviously from being at the airport.

22    I'm just -- I don't know what to do.

23         JEFF:       Do you want to go down there?

24         REBECCA BRIGHAM:       What's that?

25         JEFF:       You want to go down there?

FRONTIER AIRLINES (R. BRIGHAM) - 0004341

1      REBECCA BRIGHAM:       Yeah, after I kind of

2    compose myself.

3      KARI:       Let me get you some tissue.          It's

4    okay.

5      REBECCA BRIGHAM:       Kari, do you know of any

6    list that's going on?

7      KARI:       What's that?

8      REBECCA BRIGHAM:       Do you know any list

9    situation that's going on on Rebecca Brigham?

10    Okay.     As long as everybody's kind of in the

11    loop.     I just don't know what to do.          Just

12    figure out like why leave of absence took the

13    Dallas turn.        This was like -- I already have a

14    hard time getting hours.

15      KARI:       (Indiscernible).

16      REBECCA BRIGHAM:       I think Jeff is trying

17    to get ahold of leave of absence.          It fees like

18    at every turn everything I try to do, it seems

19    like leave of absence is just messing with me,

20    and it's not fair.          All I'm trying to do is

21    stay sober.       It's not fair.       I'm not senior to

22    hold turns, which is the problem.

23      KARI:       Right.

24    (Background noise.)

25      JEFF:       (Indiscernible) they have a

H+G   Hunter + Geist, Inc.   800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

1    conference down there.

2        REBECCA BRIGHAM:    Okay.

3        JEFF:    I can't get ahold of any

4    (indiscernible).

5        REBECCA BRIGHAM:    I just don't know what

6    to do anymore, Jeff.

7        JEFF:    Okay.    (Indiscernible).    Okay?

8        REBECCA BRIGHAM:    Okay.    Sorry.

9        KARI:    It's okay.

10       MEREDITH:    Let's walk down there and see

11   (indiscernible) talk to somebody.    So you don't

12   feel like you know what's going on?    You just

13   showed up --

14       REBECCA BRIGHAM:    I feels like anything --

15   I showed up.    Nobody even called me to tell me

16   that I needed to contact leave of absence.  I

17   just showed up and it's like not even a

18   courtesy call.

19       JEFF:    Okay.    So removed per LOA.

20       MEREDITH:    Right.    Yep.    That's what she

21   was saying.

22       REBECCA BRIGHAM:    So and I don't know,

23   I've thrown all these options out there before

24   like can I start with a blank schedule, and

25   then it's my responsibility to build up to 60?

FRONTIER AIRLINES (R. BRIGHAM) - 0004343

1    Can I work in the office for a while.                I mean,

2    what can I do?        I've thrown all these options

3    out, and just pretty much everybody just seems

4    to know not what to do with me, basically.  I

5    just don't know what to do.                It's getting so

6    frustrating.

7       MEREDITH:        If you don't mind me asking, do

8    why you keep this job?          I mean, why -- if it

9    doesn't really work for what you're trying to

10    accomplish, why are you keeping?

11       REBECCA BRIGHAM:         It works for me because

12    I love the people I work with and I do love the

13    job.      I just had two layovers and I like

14    working with the customers.               I still the

15    mentality of the old customer service.                I like

16    making people happy and I love the people I

17    work with.        This is like the perfect job for me

18    as long as I can just do day trips.

19       MEREDITH:        Right.

20       REBECCA BRIGHAM:        And it was able to be

21    okay for a while as long as I could pick up

22    enough, and then call out for my overnights but

23    keep the turns on either end.

24       MEREDITH:        Yeah.

25       REBECCA BRIGHAM:        And then I don't know

FRONTIER AIRLINES (R. BRIGHAM) - 0004344

1    what's going on.         I don't know if like they're

2    just trying to push me out and make me so

3    frustrated that I quit.

4         MEREDITH:       I actually, I don't think that

5    is the case at all, but, unfortunately.

6         REBECCA BRIGHAM:        Okay.

7         MEREDITH:       Part of the job that you love

8    is layovers and --

9         REBECCA BRIGHAM:        Right.

10        MEREDITH:        -- it's all by seniority.

11        REBECCA BRIGHAM:        Right, and I get it.

12        MEREDITH:       That's why I was asking like if

13   this is so incredibly stressful --

14        REBECCA BRIGHAM:        I don't know what else

15   to do.

16        MEREDITH:       Yeah.

17        REBECCA BRIGHAM:        I don't want to throw

18   myself for a loop in this whole recovery thing.

19   It's just insurance is through me.            My babies

20   can't have no insurance.

21        MEREDITH:       Yeah.    Okay.

22        REBECCA BRIGHAM:        I don't know what to do.

23        MEREDITH:       Have you ever looked at other

24   positions within the company, or you're not

25   interested in that?

FRONTIER AIRLINES (R. BRIGHAM) - 0004345

1    REBECCA BRIGHAM:       Well, I talked to

2    training at one point and thought that maybe I

3    could, or I just -- I don't know where to took

4    I don't know.

5        MEREDITH:      On ALTI PRO (phonetic).

6        REBECCA BRIGHAM:       Okay.

7        MEREDITH:      You go into ALTI PRO and the

8    job listings are there.

9        REBECCA BRIGHAM:       Okay.

10       MEREDITH:      And I would strongly suggest

11   like starting looking at it.

12       REBECCA BRIGHAM:       And see if there's

13   something.

14       MEREDITH:      And you want to look at it

15   every week because a lot of times jobs are only

16   posted for one week.

17       REBECCA BRIGHAM:       Okay.

18       MEREDITH:      So I would just get in the

19   habit, Rebecca, every Monday getting on there

20   and seeing what's new.

21       REBECCA BRIGHAM:       Seeing what's knew.

22       MEREDITH:      Every Monday and every Friday,

23   and see what's in there.

24       REBECCA BRIGHAM:       Right.

25       MEREDITH:      Because there's all these

1    different opportunities that you probably

2    aren't even aware of that exist.

3        REBECCA BRIGHAM:      Right.

4        MEREDITH:      Right?      And it might not

5    necessarily be inflight.

6        REBECCA BRIGHAM:      Right.

7        MEREDITH:      But there's, I mean, you know,

8    there's a lot happening.           So ...

9        REBECCA BRIGHAM:      Okay.

10       MEREDITH:      I mean, since you want to stay

11   with Frontier, and I know it's not the flight

12   attendant job, but --

13       REBECCA BRIGHAM:      Right.

14       MEREDITH:      -- I don't think it's going to

15   get easier with the schedules.

16       REBECCA BRIGHAM:      Right.      I know Denver is

17   just going -- I mean.

18       MEREDITH:      I mean, that's the reality of

19   what's happening --

20       REBECCA BRIGHAM:      Right.

21       MEREDITH:      -- with our base here.

22       REBECCA BRIGHAM:      Right, and I get it.

23       MEREDITH:      The schedules are not going to

24   get better as far as turns.

25       REBECCA BRIGHAM:      Right, and I get it.  I

FRONTIER AIRLINES (R. BRIGHAM) - 0004347

1    think it's just hard for me to let go of it,

2    you know?

3        MEREDITH:        Sure.      Sure.

4        REBECCA BRIGHAM:          Yeah.      I just don't

5    know.

6        MEREDITH:        But for your own health and

7    well-being maybe you need to start looking

8    (indiscernible).            So that you aren't constantly

9    having to go through this.                It's not worth it.

10   It's just not.

11       REBECCA BRIGHAM:          Yeah.

12       MEREDITH:        You know?

13       REBECCA BRIGHAM:          Right.

14       MEREDITH:        So maybe start looking at other

15   opportunities.

16       REBECCA BRIGHAM:          Okay.

17       MEREDITH:        But for right now let's try and

18   get you through the immediate.

19       REBECCA BRIGHAM:          Right.

20       MEREDITH:        Okay.      And?    We'll have Jeff

21   take you down there.

22       REBECCA BRIGHAM:          Okay.

23       MEREDITH:        And find out what the heck is

24   going on and --

25       REBECCA BRIGHAM:          Okay.

FRONTIER AIRLINES (R. BRIGHAM) - 0004348

1       MEREDITH:        -- why you were removed and,

2    you know, you deserve to have an answer on

3    that.

4       Right.

5       MEREDITH:        And I don't know.        I seriously

6    have no idea.

7       REBECCA BRIGHAM:        Okay.

8       MEREDITH:        So.    Okay?

9       REBECCA BRIGHAM:        Awesome.    Thank you.

10      MEREDITH:        Uh-huh.    I'm proud of you.

11      REBECCA BRIGHAM:        Thank you.

12      MEREDITH:        What you've done is super

13    courageous.

14      REBECCA BRIGHAM:        Thank you.

15      MEREDITH:        It really is.

16      REBECCA BRIGHAM:        Thanks.    It's hard right

17    now.    Thank you, Meredith.

18      MEREDITH:        Uh-huh.    Yeah.

19      REBECCA BRIGHAM:        Thank you.    Thank you.

20      MEREDITH:        Uh-huh.    Okay.    Go on down

21    there and see what's going on.        Okay?    If you

22    need anything, let me know.

23      REBECCA BRIGHAM:        Thank you so much, Kari.

24    I'll move your chair back.

25      MEREDITH:        No, it's okay.        I just have to

FRONTIER AIRLINES (R. BRIGHAM) - 0004349

1    leave it out there because it's crowded

2    (indiscernible).

3        REBECCA BRIGHAM:        Thank you.

4        (Indiscernible).

5        REBECCA BRIGHAM:        And nobody's answering?

6    Okay.

7        (Indiscernible).

8        REBECCA BRIGHAM:        Ah-huh.        Yeah, I called

9    them (indiscernible).

10       Just what everybody (indiscernible) get

11   like besides you .

12       (Walking.) (Background conversation.)

13       (Background noise.)

14       REBECCA BRIGHAM:        (Indiscernible).

15       JEFF:        Oh, (indiscernible).

16       REBECCA BRIGHAM:        Hi.

17       JEFF:        This is our new (indiscernible)

18   supervisor.

19       How are you?        Good to see you.

20   (Indiscernible).

21       FEMALE SPEAKER:        I guess so.        I got the

22   easiest thing wrong.        (indiscernible) A, D and

23   F or A, D and E.        I don't mind getting

24   something wrong if it's (indiscernible) or

25   tricky.

1      FEMALE SPEAKER:      (Indiscernible).

2      JEFF:      (Indiscernible) Meredith.              This is

3   our new tracking supervisor.                She's going

4   through initial too.          So ...

5      REBECCA BRIGHAM:       Nice.

6      JEFF:      So, yeah.

7      FEMALE SPEAKER:      It's been fund.        A really

8   good experience so far.

9      REBECCA BRIGHAM:       Good.

10      FEMALE SPEAKER:      How long have you been

11   with Frontier?

12      REBECCA BRIGHAM:       Eight-and-a-half years.

13      FEMALE SPEAKER:      Wow.   That's a long time.

14   I was telling (indiscernible) that, I'm like it

15   says something if everyone's been here like a

16   while, you know?

17      JEFF:      Yeah.

18      FEMALE SPEAKER:      How's your morning going?

19      JEFF:      Busy.   You know, I can't believe

20   it's 9:30 and I've been here for two-and-a-half

21   hours already.

22      FEMALE SPEAKER:      It could be worse.        You

23   could be at the airport, right.

24      JEFF:      (Indiscernible).

25      FEMALE SPEAKER:      Okay.

FRONTIER AIRLINES (R. BRIGHAM) - 0004351

1     JEFF:        So (indiscernible) meeting in two

2     hours.

3     FEMALE SPEAKER:        Uh-huh.

4     JEFF:        I was going to ask you real quick

5     because Kari had asked me yesterday, did Rich

6     train you at all on that?                 I know --

7     FEMALE SPEAKER:        I know how to do open

8     call.

9     JEFF:        (Indiscernible).

10    FEMALE SPEAKER:        Yeah, he kind of touched

11    on it.     I know it has to be done and that's

12    kind of like a gray area for me, because I'm

13    not like -- do you determine like where it

14    should be coded to, or is that something --

15    it's a gray area.             So, no, I need more.

16    JEFF:        Inflight kind of -- he just kind of

17    threw it on me.          I mean, not in a bad way.

18    It's just of (indiscernible).

19    FEMALE SPEAKER:        Right.

20    JEFF:        (Indiscernible).             So -- she -- I

21    said I would ask you.

22    FEMALE SPEAKER:        I mean, I don't mind

23    doing it once I get, you know, settled and into

24    my routine.

25    JEFF:        (Indiscernible).

FRONTIER AIRLINES (R. BRIGHAM) - 0004352

1     FEMALE SPEAKER:      Yeah, I think so.

2     JEFF:      So I'm just --

3     FEMALE SPEAKER:      That was the impression I

4     got.

5     JEFF:      (Indiscernible) getting to.              So

6     we'll touch base once you get --

7     FEMALE SPEAKER:      You don't want to keep

8     doing it?

9     JEFF:      I don't mind it but I'm just

10    (indiscernible).

11    FEMALE SPEAKER:      Yeah.

12    JEFF:      (Indiscernible).

13    FEMALE SPEAKER:      Yeah.    Yeah.    Yeah.

14    Right.    Right.

15    JEFF:      Because you start so much earlier.

16    FEMALE SPEAKER:      Right.    Right.    It makes

17    sense.    Yeah, it makes sense.          That's fine.

18    I'm there for eight hour anyways, right?

19    JEFF:      (Indiscernible).

20    FEMALE SPEAKER:      Yeah, we'll connect.

21    JEFF:      Get together.

22    FEMALE SPEAKER:      Okay.

23    JEFF:      Okay.

24    FEMALE SPEAKER:      I don't want to keep you

25    guys.    It was nice meeting you.

FRONTIER AIRLINES (R. BRIGHAM) - 0004353

1      REBECCA BRIGHAM:      Nice to meet you.

2      JEFF:      So, yeah.

3      FEMALE SPEAKER:      Okay.

4      JEFF:      Anyway.

5      FEMALE SPEAKER:      So are you just hanging

6    out today or are you for the (indiscernible?)

7      REBECCA BRIGHAM:      No, just dealing with

8    leave of absence stuff.

9      FEMALE SPEAKER:      Oh.

10     JEFF:      (Indiscernible).

11     FEMALE SPEAKER:      How's your little puppy?

12     JEFF:      Good.

13     REBECCA BRIGHAM:      Do you have pictures?

14     JEFF:      (Indiscernible).

15     FEMALE SPEAKER:      I know.      How sweet,

16   though.

17     JEFF:      I'll show you the dog sitter from

18   yesterday.

19     FEMALE SPEAKER:      You have a dog sitter

20   every day, or do you take him to doggy daycare?

21     JEFF:      Oh, she comes by.

22     FEMALE SPEAKER:      Oh, okay.

23     JEFF:      She's usually available.      She's a

24   flight attendant for Southwest.

25     FEMALE SPEAKER:      Do you crate train, or

1    no?

2        JEFF:        Uh-huh.

3        FEMALE SPEAKER:       You do.

4        JEFF:        Yeah, but (indiscernible) with the

5    dog sitter yesterday.

6        REBECCA BRIGHAM:        Oh.

7        FEMALE SPEAKER:        Oh.    It's cute. Gosh,

8    it's grown a lot, huh?

9        JEFF:       She's 14 pounds.

10       FEMALE SPEAKER:      Is she really?          Did you

11   see that video that was on the news about a

12   little French bulldog chasing bears off the --

13       JEFF:        Yeah.

14       REBECCA BRIGHAM:       Yes.

15       FEMALE SPEAKER:       I thought of you.

16       JEFF:        I know.      That would be totally

17   like -- now, her I'm not so much sure yet, but

18   the older French bulldog.

19       FEMALE SPEAKER:       Uh-huh.      Oh, my gosh.  I

20   like your couch or your chair.

21       JEFF:        Thank you.

22       FEMALE SPEAKER:        Is that not a sweet

23   picture?      I'm a dog lover.

24       REBECCA BRIGHAM:        Are you?

25       FEMALE SPEAKER:        Oh, my God, how cute.

FRONTIER AIRLINES (R. BRIGHAM) - 0004355

1      JEFF:        So she has talks with her and tries

2   to tell her that, you know, this is what you

3   need to do, or it's time to go pee.                    So ...

4   because she's stubborn.

5      FEMALE SPEAKER:        How are the other ones

6   adjusting to her?

7      JEFF:        Good.     The older (indiscernible) is

8   kind of more like we'll maybe play or we maybe

9   won't.

10     FEMALE SPEAKER:        Yeah, I'll get back to

11  you on that.

12     JEFF:        Yeah.

13     FEMALE SPEAKER:        Cute.     Cute.     Cute.

14     JEFF:        Isn't that funny?

15     FEMALE SPEAKER:        Yes.

16     REBECCA BRIGHAM:        How many in this class?

17     FEMALE SPEAKER:        I think it started out

18  like originally when the all the invites went

19  out, I think it was like mid 70s or --

20     REBECCA BRIGHAM:        Wow.

21      FEMALE SPEAKER:   But then it dropped down

22  to I think maybe 65 showed, and then I think

23  now it's probably in the low 50s, high -- I

24  don't know.        I tried to count, but I get

25  distracted.

FRONTIER AIRLINES (R. BRIGHAM) - 0004356

1    JEFF:        My class was 18, and I think

2    there's four of us left.

3    FEMALE SPEAKER:       Really?

4    JEFF:        Uh-huh.

5    FEMALE SPEAKER:       Wow.   And I guess next

6    month there's like 75 scheduled or 80.

7    REBECCA BRIGHAM:       Wow.

8    JEFF:        Think we started with 18 and we

9    graduated 15 or something.

10   REBECCA BRIGHAM:       Wow.

11   FEMALE SPEAKER:       Wow.   Yeah.

12   REBECCA BRIGHAM:       Because at the time we

13   had like a big class.          I think we had like

14   almost 50.

15   JEFF:        Did you?

16   REBECCA BRIGHAM:       And then we graduated

17   like 42.

18   JEFF:        I was one of those little filler

19   classes (indiscernible).          You know, those kind

20   of like -- kind of just for a little attrition.

21   REBECCA BRIGHAM:       Yeah.

22   FEMALE SPEAKER:       Yeah.   Yeah.   Yeah.

23   Yeah.

24   JEFF:        But everything was all Denver, you

25   know.    (Indiscernible).

FRONTIER AIRLINES (R. BRIGHAM) - 0004357

1    REBECCA BRIGHAM:       Yeah.

2    FEMALE SPEAKER:       Yeah.     Yeah.     Yeah.

3    So is Kari here today?

4    JEFF:       Yeah.

5    FEMALE SPEAKER:       Oh, she is.

6    REBECCA BRIGHAM:       Good.     How you are?

7    JEFF:       Yeah, so ...

8    FEMALE SPEAKER:       Everything's going good,

9    though.     (Indiscernible) I've been away from

10   home now for I guess four weeks already.                    Yeah,

11   so because they had training (indiscernible)

12   Chicago and then these guys and that got turned

13   into initial.

14   JEFF:       She's a jack-of-all-trades.

15   REBECCA BRIGHAM:       Nice.     You kind of have

16   to be a manager.

17   FEMALE SPEAKER:       Yeah.     Yeah.     Yeah.

18   Yeah.     So I just hope I don't forget everything

19   I learned before I went through initial, you

20   know, but they taught me and stuff.                Which I

21   don't think -- I think it's pretty -- it's just

22   repetitive, once I do it a few times.

23   REBECCA BRIGHAM:       It will be like riding a

24   bike.

25   FEMALE SPEAKER:       Right.

1       REBECCA BRIGHAM:        Like, oh, I do remember

2    that.

3       FEMALE SPEAKER:        Yeah.      Yeah.      Yeah.

4    Yeah.

5       JEFF:        I did the same as you, though.   I

6    started as manager and then --

7       FEMALE SPEAKER:        Had to get through

8    initial.

9       JEFF:        Yep, so it was funny because I had

10   started and all of a sudden, oh, you didn't go

11   through initials I was like.

12      REBECCA BRIGHAM:        What?

13      JEFF:        Okay.    Because I didn't know when

14   because there were really no classes, and all

15   of sudden (indiscernible).

16      REBECCA BRIGHAM:        So now have you actually

17   ever flown, Jeff?

18      JEFF:        Not the line.

19      REBECCA BRIGHAM:        Not the line.

20      FEMALE SPEAKER:        Never?     Never?

21        REBECCA BRIGHAM:    You're (indiscernible).

22   (Talking simultaneously.)

23      JEFF:        Yep.

24      FEMALE SPEAKER:        No kidding?

25      JEFF:        Yes.

FRONTIER AIRLINES (R. BRIGHAM) - 0004359

1     REBECCA BRIGHAM:       Now, if you wanted to,

2   could you?

3     JEFF:       Uh-huh.

4     REBECCA BRIGHAM:      Okay.    Good.    Good.

5     JEFF:       Because I was Midwest and Republic

6   (indiscernible) Frontier so I actually flew for

7   Republic on Sunday night and started with

8   Frontier on (indiscernible).

9     FEMALE SPEAKER:       Did you really?

10    JEFF:       Uh-huh.

11    REBECCA BRIGHAM:      Nice.

12    JEFF:       I finished my classes

13   (indiscernible) flying Republic on a Sunday

14   night turn.

15    FEMALE SPEAKER:       Oh, wow.

16    REBECCA BRIGHAM:       That's cool.

17    FEMALE SPEAKER:       Do you miss it, or not

18   really?

19    JEFF:       The line?

20    FEMALE SPEAKER:       Yes.

21     JEFF:      Pros and cons.

22    REBECCA BRIGHAM:      Yeah.

23    FEMALE SPEAKER:       Yeah.    Yeah.

24    JEFF:       You know?

25    FEMALE SPEAKER:       Yeah.

FRONTIER AIRLINES (R. BRIGHAM) - 0004360

1      JEFF:        So some days you'll be like

2    (indiscernible) miss the line and then there's

3    other times where you're like well

4    (indiscernible).

5      FEMALE SPEAKER:        Right.      Yeah, it's apples

6    and oranges.      Yeah.      Yeah.      Yeah.      I think it's

7    really -- I came from -- well, majority of

8    where I was at, U.S. Airways, but I came from

9    regional, I was a base manager there

10   (indiscernible),              but um, and I absolutely did

11   not like flying the box and all of that.                    You

12   know.

13     REBECCA BRIGHAM:        Yeah.

14     FEMALE SPEAKER:        That was just -- that's

15   why I wanted get into the office, but now, you

16   know, through initial I'll get that nostalgia.

17   Like, the jets and the crew, and, you know, all

18   of that.        This is (indiscernible), you know,

19   so.      But, yeah.

20     JEFF:        That's kind of my (indiscernible)

21   with Republic is, you know, they brought in

22   (indiscernible), you know, because took over

23   (indiscernible) from Frontier.

24     REBECCA BRIGHAM:        Yeah.

25     JEFF:        And so you had dual.          You had jets

1   and --

2       REBECCA BRIGHAM:       And the props.

3       FEMALE SPEAKER:       And the probs, yeah.

4       JEFF:       (Indiscernible) two flight

5   attendants and see (indiscernible).

6       FEMALE SPEAKER:       See, that's fun.       We had

7   (indiscernible).          So loud, noisy,

8   (indiscernible).

9       REBECCA BRIGHAM:       Yeah.

10      JEFF:       And honestly (indiscernible).

11      REBECCA BRIGHAM:       Yeah.    Yeah.    Yeah.

12   Yeah.

13      JEFF:       (Indiscernible) rows.          So

14   (indiscernible).

15      REBECCA BRIGHAM:       Yeah.

16      FEMALE SPEAKER:       (Indiscernible), but

17   they're a lot more quiet today.

18      JEFF:       They are.

19      FEMALE SPEAKER:       You know?

20      JEFF:       Uh-huh.

21      FEMALE SPEAKER:       Like, a lot more quite.

22   So ...

23      JEFF:       I actually miss flying into all the

24   mountain communities.

25      FEMALE SPEAKER:       Do you really?

1    JEFF:      It's so beautiful.

2    FEMALE SPEAKER:      Yeah.    Yeah.

3    REBECCA BRIGHAM:      I bet.      I bet you don't

4    miss like the Aspen people or, no, what is

5    Vail?      Vail people.

6    JEFF:        Oh, they're awful.

7    FEMALE SPEAKER:      Are they really high

8    maintenance?

9    REBECCA BRIGHAM:      Yeah.

10   FEMALE SPEAKER:      Really high maintenance.

11   REBECCA BRIGHAM:       Like the do everything

12   for me you servants.        It's their attitude.

13   JEFF:      To be honest with you, I know this

14   sounds bad, but I just basically steered clear

15   of them and just did the (indiscernible) safety

16   things that would jeopardize their safety.

17   FEMALE SPEAKER:      Right.

18   JEFF:      That's all that I basically

19   enforced the codes (indiscernible).

20   REBECCA BRIGHAM:      Yeah.

21   FEMALE SPEAKER:      Uh-huh.

22   JEFF:      It's not worth it, you know?

23   REBECCA BRIGHAM:      It's like how I deal

24   with my daughter.        Seriously.

25   FEMALE SPEAKER:      How old is she?

H+G   Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004363

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015                    Page 28
REBECCA BRIGHAM v. FRONTIER AIRLINES

1      REBECCA BRIGHAM:      Five.

2      FEMALE SPEAKER:      Oh, gosh.

3      REBECCA BRIGHAM:      And then I have a

4    two-and-a-half year old.          So it's like, what.

5      FEMALE SPEAKER:      Do you really?

6      JEFF:      And the funniest thing is, we had

7    first class on those we had three year old in

8    first class.

9      REBECCA BRIGHAM:      Oh, you did?

10     JEFF:      So it was one seat, maybe two and

11   (indiscernible) first class service

12   (indiscernible).

13     FEMALE SPEAKER:      Yeah.

14     JEFF:      (Indiscernible) you had to do a

15   first class service even on the mountain

16   routes.

17     REBECCA BRIGHAM:      Wow.

18     FEMALE SPEAKER:      And it's pretty quick,

19   huh.

20     JEFF:      Yeah, like 30 minutes.          Serve

21   cocktails as you're bouncing around, you know.

22     REBECCA BRIGHAM:      Right.      30 minutes,

23   right?      Was it about 30 minutes?

24     JEFF:      Yeah.

25     FEMALE SPEAKER:      Yeah.      Yeah.

FRONTIER AIRLINES (R. BRIGHAM) - 0004364

1      REBECCA BRIGHAM:      Just tossing a bunch of

2      stuff, serve yourself.

3      JEFF:      You have to give them you know,

4      (indiscernible).

5      REBECCA BRIGHAM:      Really?

6      JEFF:      Yes, on a prop (indiscernible).

7      FEMALE JEFF:      It's out of control.

8      JEFF:      I know.

9      FEMALE SPEAKER:      Out of control.

10     JEFF:      That's that, I don't care.          You

11     know?

12     FEMALE JEFF:      Yeah.    Yeah.    Yeah.

13     JEFF:      Then you have to hang up, you know,

14     their coats in the (indiscernible).

15     FEMALE SPEAKER:      And now look what you're

16     doing.

17     JEFF:      Right.

18     FEMALE SPEAKER:      Just makes you love your

19     job (indiscernible).

20     JEFF:      Uh-huh.

21     FEMALE SPEAKER:      You're like now I know

22     why I do this.

23     JEFF:      Yep.

24     REBECCA BRIGHAM:      What could have been.

25     JEFF:      It was funny because they are like,

FRONTIER AIRLINES (R. BRIGHAM) - 0004365

1   oh, you know, the probs are coming.              I was

2   like, you're kidding me there's (indiscernible)

3   on this.

4        FEMALE SPEAKER:      Uh-huh.    What year was

5   this?

6        JEFF:      Oh, this was just up until three

7   years ago.

8        FEMALE SPEAKER:      Oh, really?

9        JEFF:      They sill have them.

10        FEMALE SPEAKER:      Do they have express?

11   Who does their express line?

12        JEFF:      (Indiscernible).

13        REBECCA BRIGHAM:      We used to have links.

14   We used to have links.

15        FEMALE SPEAKER:      Okay.    Maybe that's what

16   I was thinking.

17        JEFF:      Yep.

18        FEMALE SPEAKER:      But that's no longer?

19        JEFF:      Huh-uh.

20        REBECCA BRIGHAM:      No.

21        JEFF:      And that's when Republic took over,

22   they bought all their equipment.              The propeller

23   (indiscernible) and they flown their routes.

24        REBECCA BRIGHAM:      Uh-huh.    Yeah.    There

25   for a while, when it seemed more like it was

1    going to be a merger when everybody was like,

2    oh, well, you know, like it's all going to be

3    one, and that went through that phase.

4        JEFF:       Which was --

5        REBECCA BRIGHAM:       And then they dissolved

6    links.

7        JEFF:       (Indiscernible) nice routes to

8    Colorado (indiscernible) Springs, you know,

9    Durango and all that.

10       REBECCA BRIGHAM:       I had a girlfriend who

11   just did Colorado Spring stand ups.                It's like

12   nice.

13       JEFF:       Uh-huh.

14       REBECCA BRIGHAM:       Yeah.

15       JEFF:       Yep.    Uh-huh.    (indiscernible).

16       REBECCA BRIGHAM:       Yeah.

17       JEFF:       We actually flew the jet, the 190.

18       REBECCA BRIGHAM:       Where?

19       JEFF:       In Colorado Springs.

20       FEMALE SPEAKER:       Oh, really?

21        REBECCA BRIGHAM:   Yeah.

22       FEMALE SPEAKER:       Remember when we did

23   that?

24       REBECCA BRIGHAM:       Uh-huh.

25       JEFF:       And that seated 99 people.

FRONTIER AIRLINES (R. BRIGHAM) - 0004367

1   FEMALE SPEAKER:        Wow.

2   REBECCA BRIGHAM:        Wow.

3   FEMALE SPEAKER:        Rebecca, what kind of

4   flights do you prefer to do?

5   REBECCA BRIGHAM:        Day trips.

6   FEMALE SPEAKER:        (Indiscernible) ones?

7   REBECCA BRIGHAM:        Yeah.

8   FEMALE SPEAKER:        Yeah.     Yeah.     Yeah.

9   REBECCA BRIGHAM:        And I try to avoid New

10   York.

11   FEMALE SPEAKER:        Uh-huh.

12   REBECCA BRIGHAM:        Just because they're

13   so -- I'm so much like bubblier and friendlier

14   than they are that they totally try to take

15   advantage of me.        You have to be like

16   (indicating).

17   FEMALE SPEAKER:        Yeah, you have to be

18   their mentality.

19   REBECCA BRIGHAM:        Yes.

20   JEFF:      You do.

21   REBECCA BRIGHAM:        And it's hard for me.

22   FEMALE SPEAKER:        I know, right?        I know,

23   I'm the same way, right?          But once you do that

24   they're fine.        They're like, you know, you put

25   them in their place.

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015                    Page 33
REBECCA BRIGHAM v. FRONTIER AIRLINES

1      JEFF:        I (indiscernible) was a LaGuardia

2    server.

3      FEMALE SPEAKER:      Oh, really?

4      JEFF:      Isn't that too funny.

5      REBECCA BRIGHAM:      Oh, my gosh.

6      JEFF:      I had the morning LaGuardia.

7      REBECCA BRIGHAM:      Yeah, I mean, it's not

8    awful, I just, I prefer to be happy.

9      FEMALE SPEAKER:      Right.    Yeah.    Yeah.

10     JEFF:      I'll never forget my

11   (indiscernible) for Midwest was LaGuardia and

12   I'll never forget because we had to use a tray

13   that (indiscernible), because, you know, we

14   were all first class in Midwest, and as I

15   served (indiscernible), stuff like boom.                 Did

16   you see that?      I was trying to be nice and --

17     FEMALE SPEAKER:      Stuff out of their way.

18     JEFF:      But I wasn't used to New York.

19   Okay.    That's the way they are.

20     REBECCA BRIGHAM:      Try doing -- this is my

21   worst when I was with U.S. Airways.             Is

22   LaGuardia to West Palm beach.

23     FEMALE SPEAKER:      Oh, my God.    Oh, talk

24   about high maintenance.

25     REBECCA BRIGHAM:      What's the one that we

FRONTIER AIRLINES (R. BRIGHAM) - 0004369

1    have now, it's like Atlanta, LA.

2         FEMALE SPEAKER:        Uh-huh.

3         REBECCA BRIGHAM:        I've head horror stories

4    about that.

5         FEMALE SPEAKER:        The thing is, you just

6    have to laugh because you're like I cannot

7    believe this behavior?              You know?

8         REBECCA BRIGHAM:        Right.

9         FEMALE SPEAKER:        You just have to find it

10   comical and not take it personally.

11        REBECCA BRIGHAM:        And I do, I find myself

12   talking to passengers sometimes --

13        JEFF:        Hi, guys.

14        FEMALE SPEAKER:        There she is.

15        REBECCA BRIGHAM:        Hi.

16        JEFF:        How are you?

17        REBECCA BRIGHAM:        Talking to passengers

18   like I'm talking to my child.

19        FEMALE SPEAKER:        (Indiscernible).              I'm

20   sorry, I see HR coming (indiscernible).                  What

21   did I do?

22        REBECCA BRIGHAM:        No, they're here for me.

23   You're fine.

24        JEFF:        Tough (indiscernible).

25        REBECCA BRIGHAM:        Just ghetto.

FRONTIER AIRLINES (R. BRIGHAM) - 0004370

1    JEFF:      Don't think they have to abide by

2    anything.

3    REBECCA BRIGHAM:      Anything.

4    JEFF:      Yeah.

5    REBECCA BRIGHAM:      So.

6    FEMALE SPEAKER:      What are you doing this

7    weekend?

8    JERRY:      Do you have a second?

9    REBECCA BRIGHAM:      I do.

10    FEMALE SPEAKER:      It's nice talking to you.

11    Nice meeting you.

12    REBECCA BRIGHAM:      Bye.

13    JEFF:      See you later.

14    JERRY:      (Indiscernible) conference room.

15    REBECCA BRIGHAM:      Okay.

16    Thanks.

17    JERRY:      So what's going on?

18    REBECCA BRIGHAM:      I just, I showed up to

19    work this morning for my Dallas turn, and I got

20    on a bus to check my Flicka (phonetic).

21    JERRY:      Yeah.

22    REBECCA BRIGHAM:      And it was just gone.

23    It sort of like -- I'm going to start crying

24    again.    I'm sorry.

25    JERRY:      That's okay.      So we were looking

FRONTIER AIRLINES (R. BRIGHAM) - 0004371

1    at your schedule, but you didn't have a Dallas

2    turn.

3        REBECCA BRIGHAM:      There was a Dallas turn

4    in the beginning of the (indiscernible).

5        JERRY:      We were looking on there and it

6    looks like the trip never came back to Denver.

7        REBECCA BRIGHAM:      No, there was just a

8    Dallas turn.        It was Denver, Dallas, Dallas,

9    Denver and then it was go back to Dallas and

10   then to Cleveland.

11       JERRY:      Got it.      So let's look at your

12   schedule.

13       REBECCA BRIGHAM:      Is that --

14       JERRY:      Uh-huh.

15       REBECCA BRIGHAM:      Yeah, there was a Dallas

16   turn at the very beginning.

17       JERRY:      That's the --

18       REBECCA BRIGHAM:      No, it was a four leg.

19   It was four-leg day.

20       JERRY:      Go really quick.        I'm going to go

21   look it up.

22       REBECCA BRIGHAM:      Okay.

23       MEREDITH:      Where do you want to sit, Joe?

24       JEFF:      I'm just texting -- I forgot who

25   I'm working with.        Jenny.      Isn't that terrible

1    when you have so many (indiscernible).

2        REBECCA BRIGHAM:        Right.        Just let her

3    know what's going on.            Okay.    Don't cry.        Don't

4    cry.      Don't cry.

5        JEFF:        Sorry.      I'm just going through

6    emails.        So in the time I've been away, 17

7    emails have come through.

8        REBECCA BRIGHAM:        Oh, my God.

9        JEFF:        Isn't the (indiscernible).                    The

10    amount of emails we get is ridiculous.

11        REBECCA BRIGHAM:        Is it from flight

12    attendants.

13        JEFF:        No, it's just everything.

14        REBECCA BRIGHAM:        Oh.

15        JEFF:        Some are fight attendants, some are

16    delays.      Some are -- it's just amazing.

17        REBECCA BRIGHAM:        It hasn't even been a

18    half an hour.

19        JEFF:        No.    Like you miss a day of work

20    and it could be a 100, a 113.

21        REBECCA BRIGHAM:        Now, do you have access

22    so that you can check it home if you need to?

23        JEFF:        Yeah.

24        REBECCA BRIGHAM:        Okay.

25        JEFF:        From ...      How are the kiddos?

1     REBECCA BRIGHAM:        They're good.

2     JEFF:        Yeah?

3     REBECCA BRIGHAM:        Tulley (phonetic) is in

4     preschool.        Case (phonetic) is, oh, my gosh,

5     he's two-and-a-half, but like he doesn't really

6     talk.        He uses like eh, eh.             Like, he'll use

7     words like mommy, dadda.              Like, oh, my God,

8     it's just at that frustrating point.  I

9     remember the point when my daughter was right

10    there.

11    JEFF:        Uh-huh.

12    REBECCA BRIGHAM:        It's like use your

13    words.

14    JEFF:        Uh-huh.        Well, it's -- that's kind

15    of ironic that you say that because I'm good

16    friends with the breeder of our newest puppy,

17    and she's frustrated because her daughter

18    started kindergarten and she's not good with

19    words, and they tried speech therapists.

20    REBECCA BRIGHAM:        Gotcha.

21    JEFF:        And they said it will come in time.

22    She tends not -- she's always like use your

23    words, why you -- you know.

24    REBECCA BRIGHAM:        Right.

25    JEFF:        And it's not like she has like a

FRONTIER AIRLINES (R. BRIGHAM) - 0004374

1    disability.

2         REBECCA BRIGHAM:        Uh-huh.

3         JEFF:        But she's just --

4         REBECCA BRIGHAM:        She's just quiet?

5         JEFF:        No.

6         REBECCA BRIGHAM:        No?

7         JEFF:        She's vocal, but she doesn't want

8    to use her words.

9         REBECCA BRIGHAM:        She just vocalizes it

10   like, uhh, errr (phonetic).

11        JEFF:        Right.

12        REBECCA BRIGHAM:        Yeah.        Every time we

13   catch my daughter doing stuff like that --

14        JEFF:        And Gary's like, Gary's like is

15   something wrong with her, you know.

16        REBECCA BRIGHAM:        Like, no, that's how she

17   communicates.

18        JEFF:        Yeah.

19        REBECCA BRIGHAM:        Yeah, because baby's, I

20   mean, that's their only way to communicate is

21   by crying and --

22        JEFF:        Yep.

23        REBECCA BRIGHAM:        And they have all their

24   different cries for hungry sad, sick.                    You

25   know?

1      JEFF:      Yeah.

2      REBECCA BRIGHAM:      And it takes awhile for

3      them to break out of that.

4      JEFF:      Yeah.

5      REBECCA BRIGHAM:      Because my daughter will

6      still do like the whiney voice when she wants

7      something.

8      JEFF:      Uh-huh.

9      REBECCA BRIGHAM:      And I just ignore her

10     until she starts talking normal.

11     JEFF:      Exactly.

12     REBECCA BRIGHAM:      I'm like, I don't

13     understand you when you talk like that.

14     Do I have mascara all over my face?

15     JEFF:      No, I would have told you.

16     REBECCA BRIGHAM:      Okay.    I would hope so.

17     JEFF:      And boogers in the cave -- bats in

18     the cave.

19     REBECCA BRIGHAM:      Bats in the cave.

20     JEFF:      That's what I would always flying

21     in the line, I was always like --

22     REBECCA BRIGHAM:      Worried about.

23     JEFF:      Please tell me if I do.

24     REBECCA BRIGHAM:      Right.    Or if you like

25     you just got done eating and you have something

1    on your cheek.

2        JEFF:        Yeah, like a seed in your teeth or

3    something.        Oh, I had that in there.

4        REBECCA BRIGHAM:        Right.        I always drink

5    those chia and water drinks.

6        JEFF:        Uh-huh.

7        REBECCA BRIGHAM:        And, yeah, I'll like

8    feel them.        Like, oh, my God, how long has that

9    been in there.

10       JEFF:        Yeah, you step in the lav and

11   you're like.

12       REBECCA BRIGHAM:        Yeah.

13       JEFF:        Go in the bathroom, like oh, my

14   God.

15       REBECCA BRIGHAM:        Oh, my God, I just did

16   that the safety demo or your like your fly is

17   down.

18       JEFF:        All right.        The hole service.

19       REBECCA BRIGHAM:        And smiling.

20       JEFF:        Uh-huh.

21        REBECCA BRIGHAM:  Yeah.

22       JEFF:        I look like a hillbilly.

23       REBECCA BRIGHAM:        Here's your flight

24   attendant for the day.

25       JEFF:        Yep, exactly.        I'm from Denver.

FRONTIER AIRLINES (R. BRIGHAM) - 0004377

1      REBECCA BRIGHAM:      Too funny.      Yeah, I

2    just, I don't know what else I'd want to do,

3    Jeff, and this gives me enough time off because

4    I'm going to start school in November, and this

5    job --

6      JEFF:      (Indiscernible) the office job.

7      REBECCA BRIGHAM:      Yeah.

8      JEFF:      You lose so much time off.

9      REBECCA BRIGHAM:      Do you?

10      MEREDITH:      Yeah.      I feel like, God, I get

11    up, I come to work, I go home, eat dinner, and

12    I go to.      Bed I'm like it's five days a week.

13      REBECCA BRIGHAM:      Yeah.

14      JEFF:      Like, oh, my God.

15      REBECCA BRIGHAM:      Yeah.

16      JEFF:      You know, I so look forward to my

17    weekends and it's like shit, Sunday night, I

18    have to go no work again.

19      REBECCA BRIGHAM:      Uh-huh, see, that's what

20    I don't want.

21      JEFF:      Your flexibility is all gone.

22      REBECCA BRIGHAM:      Yeah.      That's why I want

23    to keep doing turns if I can, because then I'll

24    be able to go back to school, and in 22 months

25    have my degree and --

FRONTIER AIRLINES (R. BRIGHAM) - 0004378

1      JEFF:      What are you looking for?

2      REBECCA BRIGHAM:      To become a naturopath.

3   So it's like a natural doctor using the body

4   and different herbs in nature to cure the body

5   naturally.      Rather than using pharmaceutical

6   drugs.      So on ND program is 22 months, and then

7   after that you get your master herbalist and

8   then you get your acupressure, and then there

9   is one other at the very end.

10      JEFF:      Is that like the needles, like

11   acupuncture.

12      REBECCA BRIGHAM:      That's acupuncture.

13   Acupressure is just pressure.

14      JEFF:      Oh.

15      REBECCA BRIGHAM:      It's sort of like a

16   massage using pressure points, yeah, to cure

17   different ailments.         Which has always

18   interested me and I've been reading --

19      JEFF:      Does that help with migraine?

20      REBECCA BRIGHAM:      Uh-huh.      Yeah, like you

21   can do natural stuff.

22      JEFF:      (Indiscernible).

23      JERRY:      All right.      I tried to establish

24   what happened.

25      REBECCA BRIGHAM:      Okay.

FRONTIER AIRLINES (R. BRIGHAM) - 0004379

1       JERRY:        So I think from what we get to see

2    (indiscernible).

3       MEREDITH:       I'm sitting here

4    (indiscernible).

5       JEFF:      Oh.    Are you okay?

6       MEREDITH:       Yeah (indiscernible).

7       JEFF:      Okay.

8       MEREDITH:       Yeah.    Yeah.    Yeah.    That would

9    be great.

10      JEFF:      Okay.    Sounds good.

11      MEREDITH:       Just, Rebecca doesn't need to

12   (indiscernible) sitting in here --

13      REBECCA BRIGHAM:       That's all right.  I

14   don't mind either way.

15      MEREDITH:       We appreciate your support.

16      REBECCA BRIGHAM:       Thanks, Jeff.

17      JEFF:      Okay.

18      REBECCA BRIGHAM:       Thanks, Jeff.

19       JEFF:      Thank you.

20      JERRY:       So we had an opportunity to look

21   and see what happened.        We do see that when you

22   called in, you did have that Denver --

23   (indiscernible) Denver, Dallas --

24      REBECCA BRIGHAM:       Yeah.

25      JERRY:       -- and then back to Denver.        So

1    right now, just at quick glance, but we still

2    need to look into a little bit more that it

3    might have been removed in error.

4        REBECCA BRIGHAM:       Okay.

5        JERRY:       So if it was, we'll go ahead and

6    pay protective, but we just need to look a

7    little bit deeper to find out what happened.

8        REBECCA BRIGHAM:       Okay.

9        JERRY:       So we'll try and figure that out

10   by today.

11       REBECCA BRIGHAM:       Okay.    It was just sort

12   of like super frustrating this morning.

13       JERRY:       Yeah, and so we'll try and figure

14   out what happened, and then we'll follow up

15   with you.

16       REBECCA BRIGHAM:       Okay.

17       JERRY:       But we also want to take the

18   advantage of while you're here, to talk about

19   your FMLA situation.

20       REBECCA BRIGHAM:       Okay.

21       JERRY:       So for the month of September

22   towards the end of --

23       REBECCA BRIGHAM:       I have 13 days used,

24   right?

25       JERRY:       Yes.

FRONTIER AIRLINES (R. BRIGHAM) - 0004381

1      REBECCA BRIGHAM:       Is it only approved --

2   because I had sent an email and I heard nothing

3   back.     Is it only approved for 12?

4      JERRY:       Twelve.

5      REBECCA BRIGHAM:       Okay.     So then I had

6   requested more intermittent FMLA paperwork to

7   increase the number up to 15, that way just in

8   case.     My hopes that are within the next

9   month-and-a-half that I don't have to use as

10   much of it.

11      JERRY:       Okay.

12      REBECCA BRIGHAM:       Because I'm hoping that

13   through manipulation and scheduling and stuff,

14   I'm able to swap and drop and trade more.

15      JERRY:       Okay.

16      REBECCA BRIGHAM:       But I will still have to

17   use for the overnights.

18      JERRY:       Yes.

19      REBECCA BRIGHAM:       I mean, there's just no

20   way around that.

21      JERRY:       And so when we looked at that, I

22   think initially the idea was, let's see what we

23   can do --

24      REBECCA BRIGHAM:       Yeah.

25      JERRY:       -- and help you.       And I think

H+G   Hunter + Geist, Inc.   800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004382

1    somebody maybe heard you make a comment that

2    we're out to get you.

3        REBECCA BRIGHAM:      Yes, that's what I feel

4    like.

5        JERRY:       And so I'm having difficulty

6    understanding that because I think the company

7    has been extremely flexible with your usage

8    of FMLA for what -- because initially you're

9    approved for sessions, and then right now when

10   we look at your bidding, we're looking at you

11   bid for 4-day trips over the weekends.

12       REBECCA BRIGHAM:      Over the weekends.

13   Which is I talked to Fritz in scheduled and he

14   said that I can pre-call out for my overnights.

15   What I hold is 4-day trips.

16       JERRY:      Uh-huh.

17       REBECCA BRIGHAM:      What I bid is trying

18   getting trips with turns on either end.

19       JERRY:      Uh-huh.

20       REBECCA BRIGHAM:      It doesn't matter what

21   days, but I know I'm going to hold a 4-day over

22   the weekend.

23       JERRY:      Uh-huh.

24       REBECCA BRIGHAM:      With turns on either

25   end.

FRONTIER AIRLINES (R. BRIGHAM) - 0004383

1       JERRY:        Okay.

2       REBECCA BRIGHAM:        And then I call out for

3    the overnights.        I don't hold Monday through

4    Thursday.

5       JERRY:        Okay.

6       REBECCA BRIGHAM:        Four days.        I just

7    don't.

8       JERRY:        Okay.

9       REBECCA BRIGHAM:        So I bid for what I know

10   I can hold and I keep the turns at either end,

11   and then I try to pick up turnings during the

12   week.

13      JERRY:        Perfect.

14      REBECCA BRIGHAM:        And that's -- I mean --

15      JERRY:        And we're seeing --

16      REBECCA BRIGHAM:        I don't see another way

17   to go.

18      JERRY:        Right, but I think the statements

19   that we're out to get you, I just don't

20   understand.

21      REBECCA BRIGHAM:        It's what it fees like.

22   Every time I turn around, when my life seems to

23   be just going very, like, smooth, it's like all

24   of a sudden I show up to work without even a

25   courtesy call, and this has happened once

1    before too.       I just don't get it.                I feel like

2    everything that I try to throw out there as a

3    suggestion, it just gets shot down.                     I mean, I

4    need more hours.

5        JERRY:      Uh-huh.

6        REBECCA BRIGHAM:        I need something more

7    substantial.

8        JERRY:      Uh-huh.

9        REBECCA BRIGHAM:        And it's just not being

10   able to work.         Which is why I threw out last

11   time the idea of when people come back from

12   leave of absence, they start with a blank

13   canvas.

14       JERRY:      Uh-huh.

15       REBECCA BRIGHAM:        I don't know if it's

16   possible.

17       JERRY:      Uh-huh.

18       REBECCA BRIGHAM:        But can I just have

19   that?     Then it's my responsibility to build it

20   up to sixty.

21       JERRY:      Uh-huh.

22       REBECCA BRIGHAM:        Something has something

23   on the trade board that their wanting to get

24   rid of, I alleviate some of that.

25       JERRY:      Uh-huh.

FRONTIER AIRLINES (R. BRIGHAM) - 0004385

1    REBECCA BRIGHAM:    I don't -- maybe that's

2    not a possibility.            Maybe it's a possibility to

3    take an extended leave of absence.

4        JERRY:    Uh-huh.

5        REBECCA BRIGHAM:    I mean, maybe it's a

6    possibility to switch to a different job within

7    Frontier.

8        JERRY:    Uh-huh.

9        MEREDITH:    I talked to her this morning.

10       REBECCA BRIGHAM:    I don't know.        I'm going

11   to be honest here.        Okay?   I don't know what

12   else I want to do.

13       JERRY:    Okay.

14       REBECCA BRIGHAM:    I like being a flight

15   attendant.    It gives me enough time off so that

16   I can start school.

17       JERRY:    Okay.

18       REBECCA BRIGHAM:    I like the flexibility

19   of it.

20       JERRY:    Okay.

21       REBECCA BRIGHAM:    And I don't want to do

22   something drastic.

23       JERRY:    Right.

24       REBECCA BRIGHAM:    That's going to throw my

25   for a loop in my recovery.

FRONTIER AIRLINES (R. BRIGHAM) - 0004386

1      JERRY:        Which makes sense.

2      REBECCA BRIGHAM:        It's the number one

3   priority.

4      JERRY:        Uh-huh.        And so, ultimately, yes,

5   we're hearing the recommendations that you're

6   making, but from our perspective we have to be

7   consistent in our practices.                    So the only time

8   that we carve out certain bidding requirements

9   are those who are out on a continuous leave of

10   absence.

11      REBECCA BRIGHAM:        Okay.

12      JERRY:        So at that time since they're not

13   allowed to bid, and the difference between you

14   is you're allowed to bid.

15      REBECCA BRIGHAM:        Right.

16      JERRY:        So if we made -- if we

17   cherrypicked to try and create you a certain

18   situation --

19      REBECCA BRIGHAM:        Right.

20      JERRY:        -- now we've created a whole

21   separate accommodation for you --

22      REBECCA BRIGHAM:        For somebody else that

23   were possibly going through recovery as well

24   dealing with my same situation?            Maybe this is

25   where we start.        Maybe this is where we start

FRONTIER AIRLINES (R. BRIGHAM) - 0004387

1    doing a new guideline.            How are we going to

2    actually help these people rather than stress

3    them out even more?

4        JERRY:       That's why we're helping you in

5    the form of having this FMLA in place and using

6    it outside of what you're approved for.

7        REBECCA BRIGHAM:        Okay.

8        JERRY:       And then you've approved FMLA --

9    the department has also approved personal

10   leaves for you in certain situations where FMLA

11   wasn't covered.

12       REBECCA BRIGHAM:        Okay.    Well, then how --

13       JERRY:       For you.

14       (Talking simultaneously.)

15       JERRY:       When the statements come out that

16   we're out to get you, that's what --

17       REBECCA BRIGHAM:        It feels like it to

18   me --

19       JERRY:       Frustrating.

20       REBECCA BRIGHAM:        -- at every turn.

21       JERRY:       But it gets very frustrating from

22   our position --

23       REBECCA BRIGHAM:   I'm just telling you how

24   I feel.

25       JERRY:       -- when we're doing everything

FRONTIER AIRLINES (R. BRIGHAM) - 0004388

1    that we can.         And I understand that but when

2    we're doing everything that we can for you and

3    then --

4        REBECCA BRIGHAM:        It doesn't feel like

5    that to me, Jerry.

6        JERRY:        Okay.

7        REBECCA BRIGHAM:        It doesn't feel like

8    that to me.

9        JERRY:        Okay.

10       REBECCA BRIGHAM:        It feel like in the

11   beginning it kind of was and now it just feels

12   like stuff like this, this is the second time.

13   I mean, Portland turn was taken off my

14   schedule.      I mean, it just -- I don't get it.

15       JERRY:        So this is the other day that the

16   conversation that Shelly and I had, you've

17   exceeded the amount of time that you had that

18   month.      I even told Shelly, let's go ahead and

19   approve it and extent it beyond that, even

20   though she's not approved.

21       REBECCA BRIGHAM:        Well, thank you.         I mean

22   wish there was --

23       JERRY:        Statements.

24       REBECCA BRIGHAM:        Maybe more communication

25   between us.

FRONTIER AIRLINES (R. BRIGHAM) - 0004389

1     JERRY:       Okay.

2     REBECCA BRIGHAM:       So I know that you're

3   actually doing something, rather than I show up

4   to work and all of sudden --

5     JERRY:       Now, this, I don't know what

6   happened.      This -- we don't know who moved it,

7   what happened.       We still need to look into

8   that.

9     REBECCA BRIGHAM:       Okay.

10     JERRY:       It's nothing that the company --

11     REBECCA BRIGHAM:       Because when I called

12   scheduled, they just said that, oh, we have it

13   noted here that you were going to do the Dallas

14   turn and then we have it noted that leave of

15   absence removed it.

16     JERRY:       Okay.    And that we don't know.       We

17   need to find out what happened.

18     MEREDITH:       Obviously, looking at it, it's

19   complicated when we try to look through all the

20   history.      I'll look into that, Rebecca.           That's

21   why we're saying if it was an error on the

22   company's part, you'll be paid protective for

23   today.    Okay?

24     REBECCA BRIGHAM:       I also wanted to work.

25   I haven't worked in like six days.           I wanted to

FRONTIER AIRLINES (R. BRIGHAM) - 0004390

1    work.      And I get it.          I do get that there are

2    errors, but I just, today was just so

3    overwhelming for me when I just -- I want to

4    know that there's something more that we can

5    maybe do.

6         JERRY:        Uh-huh.

7         REBECCA BRIGHAM:         And maybe this is where

8    we kind of start to help other people not feel

9    the way that I do sometimes.

10        JERRY:        Uh-huh.

11        REBECCA BRIGHAM:         Maybe we start a whole

12   new -- people who self-disclose, let's get

13   everybody on the same page and figure out

14   exactly what we need to do, rather than

15   everybody kind of being on the same, or maybe

16   the next page.

17        JERRY:        Right.      So and I get where you're

18   coming from, but how do we compare only those

19   individuals who have self-disclosure from

20   everybody else who has a serious health

21   condition?        And we're not making exceptions --

22        REBECCA BRIGHAM:        We're all individuals

23   and you have to look at us as all individuals.

24        JERRY:        Unfortunately, FMLA does not allow

25   us that ability, because now we're only giving

FRONTIER AIRLINES (R. BRIGHAM) - 0004391

1    special treatment to certain individuals.

2          REBECCA BRIGHAM:       Right.      Well, here's

3    this --

4          JERRY:        (Indiscernible).

5          REBECCA BRIGHAM:       I'm not talking just in

6    FMLA.     I'm talking in the company's general

7    self-disclosure policy, could there be

8    something in there that you guys say, okay,

9    we're here to support you, what can we do.

10   Okay.     When it comes to my personal situation

11   like layovers, okay, well, there's no other

12   creative way that we can go around this?                    It's

13   not like I've gone broadcasting to the entire

14   flight attendants like, hey, go ahead and just

15   claim an alcohol problem, and they'll work with

16   you.

17         JERRY:      I hear what you're saying, but in

18   this industry where everything is seniority

19   driven, any exceptions to that not -- it's just

20   not -- if we were in an office environment, we

21   can definitely do that --

22         REBECCA BRIGHAM:       And I'm not asking to go

23   ahead of my seniority --

24         JERRY:      But you're asking us to hold trips

25   right that now that you can't --

FRONTIER AIRLINES (R. BRIGHAM) - 0004392

1      REBECCA BRIGHAM:      Not hold trips.          It's

2      leave me with nothing.          Nothing. it's my

3      responsibility to get up to sixty.          I'll pick

4      up more turns.       I'd tried more and I pick stuff

5      up stuff on open time.          That's what alerts are

6      for, and then it's my responsibility to get

7      above sixty.

8      MEREDITH:      Yeah, Rebecca, I can talk to

9      that, speak to that.          I mean, it's just not

10     even an option.       It's pot.       We would have the

11     union pounding down the front doors.          Right?

12     And that's the purpose of a union.

13     REBECCA BRIGHAM:      Okay.

14     MEREDITH:      Right?    Like to keep everything

15     consistent for every employee.          That's the

16     purpose of a union.

17     REBECCA BRIGHAM:      Okay.

18     MEREDITH:      And, actually, I would

19     recommend if you're wanting to start some sort

20     of a program or whatever for your situation,

21     you actually would go through the union.

22     REBECCA BRIGHAM:      Through the union.

23     MEREDITH:      On that.

24     REBECCA BRIGHAM:      Okay.

25     MEREDITH:      We as a company -- and just,

FRONTIER AIRLINES (R. BRIGHAM) - 0004393

1   you have to keep that in mind too, we are

2   running a business.

3       REBECCA BRIGHAM:      Right.

4       MEREDITH:      We're running a company.

5       REBECCA BRIGHAM:      And I get that.

6       MEREDITH:      We need employees who can come

7   to work.

8       REBECCA BRIGHAM:      Right.

9       MEREDITH:      We're working with you within

10   the guidelines Jerry has said and Shelly, but

11   we have to stay within those guidelines.            We

12   do.

13       REBECCA BRIGHAM:      Okay.

14       MEREDITH:      And we're all sensitive to what

15   you're going through.

16       REBECCA BRIGHAM:      Okay.

17       MEREDITH:      We're not going through it

18   ourselves, but we are trying to work with you

19   as much as possible.

20       REBECCA BRIGHAM:      Right, and I do get

21   that, and today was --

22       MEREDITH:      We are --

23       REBECCA BRIGHAM:      -- just so

24   overwhelming --

25       MEREDITH:      -- so.

1       REBECCA BRIGHAM:       -- it just felt --

2       MEREDITH:       Right.       So it can be

3   overwhelming, but as I said to you earlier when

4   we're talking, you know, you were saying I love

5   being a flight attendant, unfortunately, part

6   of being a flight attendant at your seniority

7   is layovers.

8       REBECCA BRIGHAM:       Right.

9       MEREDITH:       And that's why I was

10   encouraging you, you have to evaluate, even

11   though you love the job, is this really the

12   right job for me in my situation?

13       REBECCA BRIGHAM:       If I can just do day

14   turns, yes.

15       MEREDITH:       Right.       And, I mean, it's just

16   not possible that you can do -- you can't hold

17   them.       We can't clear your schedule and let --

18   there's a lot of people that would love to

19   have -- start with a clean slate for the month.

20       REBECCA BRIGHAM:       Right.

21       MEREDITH:       And build their schedule.

22   Right?       Anybody that's, you know, past a

23   certain seniority, they would love to have that

24   option.

25       REBECCA BRIGHAM:       Right.

1     MEREDITH:      But it's just not an option.

2     REBECCA BRIGHAM:      What about --

3     MEREDITH:      So.

4     REBECCA BRIGHAM:      -- and I had asked this

5     before and I think it was a no too.          What about

6     doing something like somebody who's on OJI?

7     Like going to work at the desk at an airport,

8     or coming in here to do something?          I mean, is

9     that an option for a little while?

10    MEREDITH:      So once again, even the OJI

11    program has guidelines that we have to follow

12    for people who are injured on the job, because

13    we're paying them a salary anyway.

14    REBECCA BRIGHAM:      Right.

15    MEREDITH:      So we utilize those people as

16    we can.

17    REBECCA BRIGHAM:      Right.

18    MEREDITH:      Because we're having to pay

19    them anyway.

20    REBECCA BRIGHAM:      Right.

21    MEREDITH:      So we can't just slip people

22    into those positions.

23    REBECCA BRIGHAM:      Right.

24    MEREDITH:      Because we're having to pay

25    them anyway, but like I said to you earlier, I

1    highly recommend you start going on to ALTI PRO

2    and look at other opportunities within the

3    company that have you home every night like you

4    need right now.

5         JERRY:        There's a position opening now,

6    Santo's (phonetic) position.                    It's the inflight

7    training coordinator.

8         REBECCA BRIGHAM:        Okay.      What does that

9    entail?

10        JERRY:       It's the individual that

11   coordinates all the travel, the scheduling,

12   recurrent training, they do 21 trainings.

13        REBECCA BRIGHAM:        Okay.

14        JERRY:        So she just took another role in

15   payroll.        So that position posted yesterday.

16        REBECCA BRIGHAM:        Okay.      (Indiscernible).

17        JERRY:        Yeah, so you report directly to

18   Laura Jacobson.

19        REBECCA BRIGHAM:        Okay.

20        JERRY:        So that just opened up.

21        REBECCA BRIGHAM:        I don't know if I

22   qualify.

23        MEREDITH:        Right, you may or may not, but

24   I --

25        I was telling her earlier there's so many

FRONTIER AIRLINES (R. BRIGHAM) - 0004397

1    opportunities, right?              There are.

2        So just go in and look, if you don't feel

3    like you qualify for that one -- because it's

4    pretty -- it's not easy to slide into that

5    position.

6        JERRY:        (Indiscernible).

7        MEREDITH:      So, yeah, start --

8        REBECCA BRIGHAM:      Just start looking.

9        MEREDITH:       Yeah, and I know want to be a

10   flight attendant --

11       REBECCA BRIGHAM:       Yeah.

12       MEREDITH:       -- but maybe right now is not

13   the best time, and if you move to a different

14   position.

15       REBECCA BRIGHAM:       (Indiscernible).

16       MEREDITH:       Maybe in a couple years you

17   would feel like you could go back to flying.

18       REBECCA BRIGHAM:       Right.     Do you lose your

19   seniority?

20       MEREDITH:      After --

21       JERRY:      Ninety days.

22       MEREDITH:       Oh, is it ninety days?            Oh, if

23   you stay within inflight --

24       JERRY:      If you stay within the company --

25       MEREDITH:      -- it's two years.          If you

FRONTIER AIRLINES (R. BRIGHAM) - 0004398

1   leave inflight, it's ninety days.

2        JERRY:       Or if you leave the company.

3        REBECCA BRIGHAM:       Right.       Right.       I get

4   that.       So I would have to take a position with

5   inflight more in those darameters --

6   parameters.

7        MEREDITH:       Uh-huh.       If you wanted to keep

8   your seniority.

9        REBECCA BRIGHAM:       Keep seniority.       Okay.

10       MEREDITH:       All right?

11       JERRY:       So in terms of your FMLA your

12   request, can we give you your paperwork so we

13   can extend.

14       FEMALE SPEAKER:       I've already given it

15   you, haven't I --

16       REBECCA BRIGHAM:       I haven't gotten any.

17       FEMALE SPEAKER:       Okay.       I'll work on it.

18       REBECCA BRIGHAM:       Okay.

19       JERRY:       So we'll get you an application so

20   we can increase the number of days --

21       REBECCA BRIGHAM:       Okay.

22       JERRY:       -- also, and I think we did an

23   audit, you still have plenty of time accrued.

24   And as days roll off, you're get getting more

25   time off.

1      REBECCA BRIGHAM:      Okay.

2      MEREDITH:      So that still gives you a

3   little bit more flexibility too to use some of

4   that.

5      REBECCA BRIGHAM:      Okay.    And thank you for

6   last month, for that extra day.              Thank you.

7      JERRY:      And then we'll look into finding

8   out what happened with today.

9      REBECCA BRIGHAM:      With the Dallas.

10      MEREDITH:      Yeah, I'll look into that, but

11   it's OCM cross-eyed trying to figure it out

12   what.

13      (Talking simultaneously.)

14      MEREDITH:      It looks like most of your --

15   it looks like the rest of the trip got removed,

16   but then somebody did go back in and remove the

17   Dallas trip, but I don't know how that

18   happened.

19      REBECCA BRIGHAM:      Okay.

20      MEREDITH:      We'll look at it, and if it's

21   our error, you'll be paid.

22      REBECCA BRIGHAM:      Okay.

23      MEREDITH:    Okay?

24      REBECCA BRIGHAM:      Thank you very much.

25      MEREDITH:      Yeah.

FRONTIER AIRLINES (R. BRIGHAM) - 0004400

1    REBECCA BRIGHAM:      Thank you, guys.

2    FEMALE SPEAKER:      I'll send you over all

3    the info for to get recertified.

4    REBECCA BRIGHAM:      Okay.

5    FEMALE SPEAKER:      And then I'll also give

6    you an account as to how many days you have to

7    get over.

8    REBECCA BRIGHAM:      Perfect.      Thank you very

9    much.    Sorry for my emotional --

10    JERRY:      No --

11    REBECCA BRIGHAM:      -- outburst.

12    JERRY:      It happens.      We understand.

13    REBECCA BRIGHAM:      Okay.    Thank you.

14    JERRY:      And I agree, let's keep the lines

15    of communication open.

16    REBECCA BRIGHAM:      Yes, let's just try and

17    keep it open so I don't feel so like, uhhh

18    (phonetic).

19    JERRY:      Definitely.

20    REBECCA BRIGHAM:      You know?      Thank you

21    very much.

22    JERRY:      You bet.

23    REBECCA BRIGHAM:      And I'll keep looking on

24    there to see if there's things that work.

25    MEREDITH:      Yeah.    Yeah, you have some time

1    now that you weren't expecting.

2         REBECCA BRIGHAM:     I know.

3         MEREDITH:      You should take advantage of

4    it.     Go to the library, open up the computer,

5    and look around.       Take advantage of the time.

6         REBECCA BRIGHAM:      Perfect.      Thank you very

7    much.

8         MEREDITH:     Yeah, you're welcome.

9         REBECCA BRIGHAM:       Thank you, guys.

10        MEREDITH:      Sorry for all the frustrations

11    as.

12        REBECCA BRIGHAM:      Yeah, I'm sorry for my

13    emotionalness [sic].

14        MEREDITH:      It's okay.

15        FEMALE SPEAKER:       I'm going to give you my

16    card, Rebecca.

17        REBECCA BRIGHAM:       Okay.     Great.

18        FEMALE SPEAKER:       If you have issues with

19    anything (indiscernible).

20        REBECCA BRIGHAM:       Okay.     Awesome.     Thank

21    you.

22        Perfect.       Thank you so much, guys.

23    Awesome.     Cool.     Thank you, Shelly.

24    (Indiscernible).

25        MEREDITH:      Okay.

1    REBECCA BRIGHAM:   Meeting over.

2

3    (End of recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FRONTIER AIRLINES (R. BRIGHAM) - 0004403

1          CERTIFICATE

2

3          I, ERINN GREEN, Professional Court

4    Reporter/Transcriptionist, do hereby certify that I

5    was authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11          I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events

14   of this cause, and that I am not related to any of

15   the parties thereto.

16

17          Dated this 22nd day of January, 2020.

18

19

20   _____

21     ERINN L. GREEN, Professional Court Reporter
     Notary Public, State of Florida

22

23

24

25

FRONTIER AIRLINES (R. BRIGHAM) - 0004404

BrighamR_Plaintiff Records 0633 (10.09.15) 10/09/2015 Page 69
REBECCA BRIGHAM v. FRONTIER AIRLINES

**1**

100 37:20
113 37:20
12 46:3
13 45:23
14 19:9
15 21:9 46:7
17 37:6
18 21:1,8
190 31:17

**2**

21 61:12
22 42:24 43:6

**3**

30 28:20,22,23

**4**

4-day 47:11,15,21
42 21:17

**5**

50 21:14
50s 20:23

**6**

60 7:25
65 20:22

**7**

70s 20:19
75 21:6

**8**

80 21:6

**9**

940 5:11
99 31:25
9:30 15:20

BrighamR_Plaintiff Records 0633 (10.09.15) 10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

abide 35:1
ability 55:25
absence 2:8 5:5,16,18
  6:12,17,19 7:16 18:8
  49:12 50:3 51:10 54:15
absolutely 25:10
access 37:21
accommodation
  51:21
accomplish 8:10
account 65:6
accrued 63:23
actual 3:19
acupressure 43:8,13
acupuncture 43:11,12
adjusting 20:6
advantage 32:15 45:18
  66:3,5
agree 65:14
Ah-huh 14:8
ahead 45:5 53:18
  56:14,23
ahold 6:17 7:3
ailments 43:17
airport 6:13 14:5 28:6,9,
  13,14
Airways 25:8 33:21
alcohol 56:15
alerts 57:5

alleviate 49:24
allowed 51:13,14
ALTI 10:5,7 61:1
amazing 37:16
amount 37:10 53:17
answering 14:5
anymore 5:3 7:6
apples 25:5
application 63:19
apply 52:16 61:5
approved 46:1,3 47:9
  52:6,8,9 53:20
area 16:12,15
Aspen 27:4
Atlanta 34:1
attendant 11:12 18:24
  41:24 50:15 59:5,6
  62:10
attendants 26:5 37:12,
  15 56:14
attitude 27:12
attrition 21:20
audit 63:23
auditorium 2:22,23
avoid 32:9
aware 11:2
awesome 2:25 3:7
  4:10 13:9 66:20,23
awful 27:6 33:8
awhile 40:2

**B**

babies 9:19
baby's 39:19
back 5:3,9 6:12 8:6 15:4,7
  17:3,24 23:24 26:10 36:6,9
  42:24 44:25 46:3 49:11
  62:17 64:16
background 2:2 4:23
  6:24 14:12,13

bad 16:17 27:14
base 11:21 17:6 25:9
basically 8:4 27:14,18
bathroom 41:13
bats 40:17,19
beach 33:22
bears 19:12
beautiful 27:1
Bed 42:12
beginning 5:10 36:4,
  16 53:11
behavior 34:7
bet 27:3 65:22
bid 47:11,17 48:9
  51:13,14
bidding 47:10 51:8
big 21:13
bike 22:24
bit 45:2,7 64:3
blank 7:24 49:12
board 49:23
body 43:3,4
boogers 40:17
boom 33:15
bought 30:22
bouncing 28:21
box 25:11
break 40:3
breeder 38:16
Brigham 2:1,4,6,13,17,
  20,25 3:3,7,9,14,17,21,
  23 4:2,4,6,10,12,14,16,
  18,20,24 5:1,9,20,24
  6:1,5,8,9,16 7:2,5,8,14,
  22 8:11,20,25 9:6,9,11,
  14,17,22 10:1,6,9,12,
  17,21,24 11:3,6,9,13,
  16,20,22,25 12:4,11,13,
  16,19,22,25 13:7,9,11,
  14,16,19,23 14:3,5,8,
  14,16 15:5,9,12 18:1,7,
  13 19:6,14,24 20:16,20

H+G Hunter + Geist, Inc. 800.525.8490 scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

21:7,10,12,16,21 22:1,
6,15,23 23:1,12,16,19,
21 24:1,4,11,16,22
25:13,24 26:2,9,11,15
27:3,9,11,20,23 28:1,3,
9,17,22 29:1,5,24
30:13,20,24 31:5,10,14,
16,18,21,24 32:2,5,7,9,
12,19,21 33:5,7,20,25
34:3,8,11,15,17,22,25
35:3,5,9,12,15,18,22
36:3,7,13,15,18,22
37:2,8,11,14,17,21,24
38:1,3,12,20,24 39:2,4,
6,9,12,16,19,23 40:2,5,
9,12,16,19,22,24 41:4,
7,12,15,19,21,23 42:1,
7,9,13,15,19,22 43:2,
12,15,20,25 44:13,16,
18,24 45:4,8,11,16,20,
23 46:1,5,12,16,19,24
47:3,12,17,20,24 48:2,
6,9,14,16,21 49:6,9,15,
18,22 50:1,5,10,14,18,
21,24 51:2,11,15,19,22
52:7,12,17,20,23 53:4,
7,10,21,24 54:2,9,11,24
55:7,11,22 56:2,5,22
57:1,13,17,22,24 58:3,
5,8,13,16,20,23 59:1,8,
13,20,25 60:2,4,14,17,
20,23 61:8,13,16,19,21
62:8,11,15,18 63:3,9,
16,18,21 64:1,5,9,19,
22,24 65:1,4,8,11,13,
16,20,23 66:2,6,9,12,
17,20 67:1

**broadcasting** 56:13

**brought** 25:21

**bubblier** 32:13

**build** 7:25 49:19 59:21

**bulldog** 19:12,18

**bunch** 29:1

**bus** 5:12 35:20

**business** 58:2

**Busy** 15:19

**Bye** 35:12

**C**

**call** 7:18 8:22 16:8 48:2,
25

**called** 5:6,13 7:15 14:8
44:22 54:11

**canvas** 49:13

**card** 66:16

**care** 29:10

**carve** 51:8

**case** 9:5 35:4 46:3

**catch** 39:13

**cave** 40:17,18,19

**chair** 13:24 19:20

**chasing** 19:12

**check** 35:20 37:22

**checked** 5:12

**cheek** 41:1

**cherrypicked** 51:17

**chia** 41:5

**Chicago** 22:12

**child** 34:18

**claim** 56:15

**class** 20:16 21:1,13
28:7,8,11,15 33:14

**classes** 21:19 23:14
24:12

**clean** 59:19

**clear** 27:14 59:17

**Cleveland** 36:10

**coats** 29:14

**cocktails** 28:21

**coded** 16:14

**codes** 27:19

**comical** 34:10

**comment** 47:1

**communicate** 39:20

**communicates** 39:17

**communication** 53:24
65:15

**communities** 26:24

**company** 9:24 47:6
54:10 57:25 58:4 61:3
62:24 63:2

**company's** 54:22 56:6

**compare** 55:18

**complicated** 54:19

**computer** 66:4

**condition** 55:21

**conference** 7:1 35:14

**connect** 17:20

**cons** 24:21

**consistent** 51:7 57:15

**constantly** 12:8

**contact** 5:17 7:16

**contacted** 5:16

**continuous** 51:9

**control** 29:7,9

**conversation** 2:2 4:23
14:12 53:16

**cool** 24:16 66:23

**coordinates** 61:11

**coordinator** 61:7

**couch** 19:20

**count** 20:24

**couple** 62:16

**courageous** 13:13

**courtesy** 7:18 48:25

**covered** 52:11

**crate** 18:25

**created** 51:20

**creative** 56:12

**crew** 25:17

**cries** 39:24

**cross-eyed** 64:11

**crowded** 14:1

**cry** 37:3,4

**crying** 35:23 39:21

**cure** 43:4,16

**customer** 8:15

**customers** 8:14

**cute** 19:7,25 20:13

**D**

**dadda** 38:7

**Dallas** 5:2,9,16 6:13
35:19 36:1,3,8,9,15
44:23 54:13 64:9,17

**darameters** 63:5

**daughter** 27:24 38:9,
17 39:13 40:5

**day** 8:18 18:20 32:5
36:19 37:19 41:24
53:15 59:13 64:6

**daycare** 18:20

**days** 25:1 42:12 45:23
47:21 48:6 54:25 62:21,
22 63:1,20,24 65:6

**deal** 27:23

**dealing** 18:7 51:24

**deeper** 45:7

**degree** 42:25

**delays** 37:16

**demo** 41:16

**Denver** 11:16 21:24
36:6,8,9 41:25 44:22,
23,25

**department** 52:9

**deserve** 13:2

**desk** 60:7

**determine** 16:13

**DIA** 4:1

**difference** 51:13

BrighamR_Plaintiff Records 0633 (10.09.15) 10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

Hunter + Geist.docx 800.525.8490 scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing



difficulty 47:5

dinner 42:11

directly 61:17

disability 39:1

dissolved 31:5

distracted 20:25

doctor 43:3

dog 18:17,19 19:5,23

doggy 18:20

doors 57:11

drastic 50:22

drink 41:4

drinks 41:5

driven 56:19

drop 46:14

dropped 20:21

drugs 43:6

dual 25:25

Durango 31:9

**E**

earlier 17:15 59:3
   60:25 61:25

easier 11:15

easiest 14:22

easy 62:4

eat 42:11

eating 40:25

Eight-and-a-half
   15:12

email 46:2

emails 37:6,7,10

emotional 65:9

emotionalness 66:13

employee 57:15

employees 58:6

encouraging 59:10

end 8:23 43:9 45:22
   47:18,25 48:10 67:3

enforced 27:19

entail 61:9

entire 56:13

environment 56:20

equipment 30:22

error 45:3 54:21 64:21

errors 55:2

errr 39:10

establish 43:23

evaluate 59:10

everybody's 6:10

everyone's 15:15

Everything's 22:8

exceeded 53:17

exceptions 55:21
   56:19

exist 11:2

expecting 66:1

experience 15:8

express 30:10,11

extend 63:13

extended 50:3

extent 53:19

extra 64:6

extremely 47:7

**F**

face 40:14

fair 6:20,21

feel 7:12 41:8 42:10
   47:3 49:1 52:24 53:4,7,
   10 55:8 62:2,17 65:17

fees 6:17 48:21

fees 6:17 48:21

felt 59:1

FEMALE 2:3,5,10,15,
   18,21 3:1,5,8,11,15,18,

22,25 4:3,5,7,11,13,15,
21 14:21 15:1,7,10,13,
18,22,25 16:3,7,10,19,
22 17:1,3,7,11,13,16,
20,22,24 18:3,5,9,11,
15,19,22,25 19:3,7,10,
15,19,22,25 20:5,10,13,
15,17,21 21:3,5,11,22
22:2,5,8,17,25 23:3,7,
20,24 24:9,15,17,20,23,
25 25:5,14 26:3,6,16,
19,21,25 27:2,7,10,17,
21,25 28:2,5,13,18,25
29:7,9,12,15,18,21
30:11,13,18 31:20,
22 32:1,3,6,8,11,17,22
33:3,9,17,23 34:2,5,9,
14,19 35:6,10 63:14,17
65:2,5 66:15,18

fight 37:15

figure 6:12 45:9,13
   55:13 64:11

filler 21:18

find 3:9 12:23 34:9,11
   45:7 54:17

finding 64:7

fine 5:11 17:17 32:24
   34:23

finished 24:12

flew 24:6 31:17

flexibility 42:21 50:18
   64:3

flexible 47:7

Flicka 35:20

flight 11:11 18:24 26:4
   37:11 41:23 50:14
   56:14 59:5,6 62:10

flights 32:4

flown 23:17 30:23

fly 41:16

flying 24:13 25:11

FMLA 45:19 46:6 47:8
   52:5,8,10 55:24 56:6
   63:11

follow 2:18 45:14 60:11

forget 22:18 33:10,12

forgot 36:24

form 52:5

forward 42:16

four-day 5:6

four-leg 36:19

French 19:12,18

Friday 10:22

friendlier 32:13

friends 38:16

Fritz 47:13

front 57:11

Frontier 11:11 15:11
   24:6,8 25:23 50:7

frustrated 9:3 38:17

frustrating 8:6 38:8
   45:12 52:19,21

frustrations 66:10

fun 26:6

fund 15:7

funniest 28:6

funny 20:14 23:9 29:25
   33:4 42:1

**G**

Gary's 39:14

general 56:6

ghetto 34:25

girlfriend 31:10

give 29:3 63:12 65:5
   66:15

giving 55:25

glance 45:1

God 19:25 33:23 37:8
   38:7 41:8,14,15 42:10,
   14

good 2:4,5 4:16,17
   14:19 15:8,9 18:12 20:7
   22:6,8 24:4 38:1,15,18
   44:10


Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

gosh 19:7,19 28:2 33:5
    38:4

Gotcha 38:20

graduated 21:9,16

gray 16:12,15

great 44:9 66:17

grown 19:8

guess 14:21 21:5 22:10

guideline 52:1

guidelines 58:10,11
    60:11

guys 17:25 22:12 34:13
    56:8 65:1 66:9,22

**H**

habit 10:19

half 37:18

hallway 2:18

hang 29:13

hanging 18:5

happened 43:24 44:21
    45:7,14 48:25 54:6,7,17
    64:8,18

happening 11:8,19

happy 8:16 33:8

hard 5:3 6:14 12:1
    13:16 32:21

he'll 38:6

head 34:3

health 12:6 55:20

hear 56:17

heard 46:2 47:1

hearing 51:5

heck 12:23

helping 52:4

herbalist 43:7

herbs 43:4

hey 56:14

high 20:23 27:7,10

33:24

highly 61:1

hillbilly 41:22

history 54:20

hold 6:22 47:15,21
    48:3,10 56:24 57:1
    59:16

hole 41:18

home 22:10 37:22
    42:11 61:3

honest 2:8,10,23 3:10,
    12,14 29:4,6,14,19

honestly 26:10

hope 22:18 40:16

hopes 46:8

hoping 46:12

horror 34:3

hour 17:18 37:18

hours 6:14 15:21 16:2
    49:4

How's 15:18 18:11

HR 34:20

Huh-uh 30:19

hungry 39:24

**I**

idea 13:6 46:22 49:11

ignore 40:9

impression 17:3

increase 46:7 63:20

incredibly 9:13

indicating 32:16

indiscernible 3:5,9
    4:9,19,22 6:15,25 7:4,7,
    11 12:8 14:2,4,7,9,10,
    14,15,17,20,22,24 15:1,
    16,18,24 16:1,9,13,20,25
    17:4,24,25 18:1,9,11,20,
    14 19:4 20:7 21:19,25
    22:9,11 23:15,21 24:6,
    8,13 25:2,4,10,18,20,
    22,23 26:4,5,7,8,10,13,
    14,16 27:15,19 28:11,

12,14 29:4,6,14,19
    30:2,12,23 31:7,8,15
    32:6 33:1,11,13,15
    34:19,20,24 35:14 36:4
    37:1,9 42:6 43:22 44:2,
    4,6,12,23 56:4 61:16
    62:6,15 66:19,24

individual 61:10

individuals 55:19,22,
    23 56:1

industry 56:18

inflight 2:8,10,23 3:10,
    12,14 29:4,6,14,19 61:6
    62:23 63:1,5

info 65:3

initial 15:4 22:13,19
    23:8 25:16

initially 46:22 47:8

initials 23:11

injured 60:12

insurance 9:19,20

interested 9:25 43:18

intermittent 46:6

invites 20:18

ironic 38:15

issues 66:18

**J**

jack-of-all-trades
    22:14

Jacobson 61:18

Jeff 4:3,17 5:3,19,23,25
    6:16,25 7:3,6,7,19
    12:20 14:15,17 15:2,6,
    17,19,24 16:1,4,9,16,
    20,25 17:2,5,9,12,15,
    19,21,23 18:2,4,10,12,
    14,17,21,23 19:2,4,9,
    11,14,24 18:1,9,11,20,25
    7,14 23:5,8,13,17,18,
    23,25 24:3,5,10,12,19,
    21,24 25:1,20,25 26:4,
    10,13,18,20,23 27:1,6,
    13,18,22 28:6,10,14,20,

24 29:3,6,7,8,10,12,13,
    17,20,23,25 30:6,9,12,
    17,19,21 31:4,7,13,15,
    17,19,25 32:20 33:1,4,
    6,10,18 34:13,16,24
    35:1,4,13 36:24 37:5,9,
    13,15,19,23,25 38:2,11,
    14,21,25 39:3,5,7,11,
    14,18,22 40:1,4,8,11,
    15,17,20,23 41:2,6,10,
    13,18,20,22,25 42:3,6,
    8,14,16,21 43:1,10,14,
    19,22 44:5,7,10,16,17,
    18,19

Jenny 4:3 36:25

jeopardize 27:16

Jerry 35:8,14,17,21,25
    36:5,11,14,17,20 43:23
    44:1,20,25 45:5,9,13,
    17,21,25 46:4,11,15,18,
    21,25 47:5,16,19,23
    48:1,5,8,13,15,18 49:5,
    8,14,17,21,25 50:4,8,
    13,17,20,23 51:1,4,12,
    16,20 52:4,8,13,15,19,
    21,25 53:5,6,9,15,23
    54:1,5,10,16 55:6,10,
    17,24 56:4,17,24 58:10
    61:5,10,14,17,20 62:6,
    21,24 63:2,11,19,22
    64:7 65:10,12,14,19,22

jet 31:17

jets 25:17,25

job 8:8,13,17 9:7 10:8
    11:12 29:19 42:5,6 50:6
    59:11,12 60:12

jobs 10:15

Joe 36:23

**K**

Kari 3:19 4:24,25 5:8
    6:3,5,7,15,23 7:9 13:23
    16:5 22:3

keeping 8:10

kidding 23:24 30:2

kiddos 37:25

kind 6:1,10 16:10,12,16
    20:8 21:19,20 22:15

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES



BrighamR_Plaintiff Records 0633 (10.09.15)   **10/09/2015**          Page 73
REBECCA BRIGHAM v. FRONTIER AIRLINES

25:20 32:3 38:14 53:11
55:8,15

**kindergarten** 38:18

**knew** 10:21

**L**

**LA** 34:1

**Laguardia** 33:1,6,11,
22

**laugh** 34:6

**Laura** 61:18

**lav** 41:10

**layovers** 5:7 8:13 9:8
56:11 59:7

**learned** 22:19

**leave** 2:7 5:5,16,18
6:12,17,19 7:16 14:1
18:8 49:12 50:3 51:9
54:14 57:2 63:1,2

**leaves** 52:10

**left** 2:16 21:2

**leg** 36:18

**library** 66:4

**life** 48:22

**lines** 65:14

**links** 30:13,14 31:6

**list** 6:6,8

**listings** 10:8

**LOA** 7:19

**long** 6:10 8:18,21
15:10,13 41:8

**longer** 30:18

**looked** 9:23 46:21

**loop** 6:11 9:18 50:25

**lose** 42:8 62:18

**lot** 10:15 11:8 19:8
26:17,21 59:18

**loud** 26:7

**love** 8:12,16 9:7 29:18
59:4,11,18,23

**lover** 19:23

**low** 20:23

**M**

**made** 51:16

**maintenance** 27:8,10
33:24

**majority** 25:7

**make** 2:15 9:2 47:1

**makes** 17:16 17:19 18
51:1

**making** 8:16 51:6
55:21

**manager** 2:8 3:10,20
22:16 23:6 25:9

**manipulation** 46:13

**mascara** 40:14

**massage** 43:16

**master** 43:7

**matter** 47:20

**meet** 18:1

**meeting** 16:1 17:25
35:11 67:1

**mentality** 8:15 32:18

**Meredith** 7:10,20 8:7,
19,24 9:4,7,10,12,16,
21,23 10:5,7,10,14,18,
22,25 11:4,7,10,14,18,
21,23 12:3,6,12,14,17,
20,23 13:1,5,8,10,12,
15,17,18,20,25 15:2
36:23 42:10 44:3,6,8,
11,15 50:9 54:18 57:8,
14,18,23,25 58:4,6,9,
14,17,22,25 59:2,9,15,
21 60:1,3,10,15,18,21,
24 61:23 62:7,9,12,16,
20,22,25 63:7,10 64:2,
10,14,20,23,25 65:25
66:3,8,10,14,25

**merger** 31:1

**messing** 5:5 6:19

**mid** 20:19

**Midwest** 24:5 33:11,14

**migraine** 43:19

**mind** 8:7 14:23 16:22
17:9 44:14 58:1

**minutes** 3:13 28:20,22,
23

**mommy** 38:7

**Monday** 10:19,22 48:3

**month** 21:6 45:21
53:18 59:19 64:6

**month-and-a-half**
46:9

**months** 42:24 43:6

**morning** 15:18 33:6
35:19 45:12 50:9

**mountain** 26:24 28:15

**move** 13:24 62:13

**moved** 54:6

**N**

**natural** 43:3,21

**naturally** 43:5

**nature** 43:4

**naturopath** 43:2

**necessarily** 11:5

**needed** 7:16

**needles** 43:10

**newest** 38:16

**news** 19:11

**nice** 15:5 17:25 18:1
22:15 24:11 31:7,12
33:16 35:10,11

**night** 24:7,14 42:17
61:3

**ninety** 62:21,22 63:1

**ninety-nine** 63:4,6

**noise** 6:24 14:13

**noisy** 26:7

**normal** 40:10

**nostalgia** 25:16

**noted** 5:15 54:13,14

**November** 42:4

**number** 46:7 51:2
63:20

**O**

**OCM** 64:11

**office** 3:25 8:1 25:15
42:6 56:20

**OJI** 60:6,10

**older** 19:18 20:7

**open** 16:7 57:5 65:15,
17 66:4

**opened** 61:20

**opening** 61:5

**opportunities** 11:1
12:15 61:2 62:1

**opportunity** 44:20

**option** 57:10 59:24
60:1,9

**options** 7:23 8:2

**oranges** 25:6

**originally** 20:18

**outburst** 65:11

**overnights** 8:22 46:17
47:14 48:3

**overwhelming** 55:3
58:24 59:3

**P**

**paid** 54:22 64:21

**Palm** 33:22

**paperwork** 46:6 63:12

**parameters** 63:6

**part** 9:7 54:22 59:5

**passengers** 34:12,17

**past** 59:22

**pay** 45:6 60:18,24

paying 60:13

payroll 61:15

pee 20:3

people 2:12 3:5 8:12,16 27:4,5 31:25 49:11 52:2 55:8,12 59:18 60:12,15, 21

perfect 3:3 8:17 48:13 65:8 66:6,22

personal 52:9 56:10

personally 34:10

perspective 51:6

pharmaceutical 43:5

phase 31:3

phonetic 4:1 10:5 35:20 38:3,4 39:10 61:6 65:18

pick 8:21 48:11 57:3,4

picture 19:23

pictures 18:13

place 32:25 52:5

play 20:8

plenty 63:23

point 10:2 38:8,9

points 43:16

policy 56:7

Portland 53:13

position 52:22 61:5,6, 15 62:5,14 63:4

positions 9:24 60:22

possibility 50:2,6

possibly 51:23

posted 10:16 61:15

pot 57:10

pounding 57:11

pounds 19:9

practices 51:7

pre-call 47:14

prefer 32:4 33:8

preschool 38:4

pressure 43:13,16

pretty 8:3 22:21 28:18 62:4

priority 51:3

PRO 10:5,7 61:1

problem 6:22 56:15

probs 26:3 30:1

program 43:6 57:20 60:11

prop 29:6

propeller 30:22

props 26:2

Pros 24:21

protective 45:6 54:22

proud 13:10

puppy 18:11 38:16

purpose 57:12,16

push 9:2

put 32:24

### Q

qualify 61:22 62:3

quick 16:4 28:18 36:20 45:1

quiet 4:25 26:17 39:4

quit 9:3

### R

reading 43:18

real 16:4

reality 11:18

Rebecca 2:1,4,6,13,17, 20,25 3:3,7,9,14,17,21, 24 4:2,5,9,11,17,21, 18:20,24 5:17,20,24 6:1,5,8,9,16 7:2,5,8,14, 22 8:11,20,25 9:6,9,11, 14,17,22 10:1,6,9,12, 17,19,21,24 11:3,6,9,

13,16,20,22,25 12:4,11, 13,16,19,22,25 13:7,9, 11,14,16,19,23 14:3,5, 8,14,16 15:5,9,12 18:1, 7,13 19:6,14,24 20:16, 20 21:7,10,12,16,21 22:1,6,15,23 23:1,12, 16,19,21 24:1,4,11,16, 22 25:13,24 26:2,9,11, 15 27:3,9,11,20,23 28:1,3,9,17,22 29:1,5, 24 30:13,20,24 31:5,10, 14,16,18,21,24 32:2,3, 5,7,9,12,19,21 33:5,7, 9,12,16,19,22,25 34:2, 5,8,11,14 35:3,5,9,12,15, 18,22 36:3,7,13,15,18, 22 37:2,8,11,14,17,21, 24 38:1,3,12,20,24 39:2,4,6,9,12,16,19,23 40:2,5,9,12,16,19,22,24 41:4,7,12,15,19,21,23 42:1,7,9,13,15,19,22 43:2,12,15,20,25 44:11, 13,16,18,24 45:4,8,11, 16,20,23 46:1,5,12,16, 19,24 47:3,12,17,20,24 48:2,6,9,14,16,21 49:6, 9,15,18,22 50:1,5,10, 14,18,21,24 51:2,11,15, 19,22 52:7,12,17,20,23 53:4,7,10,21,24 54:2,9, 11,20,24 55:7,11,22 56:2,5,22 57:1,8,13,17, 22,24 58:3,5,8,13,16, 20,23 59:1,8,13,20,25 60:2,4,14,17,20,23 61:8,13,16,19,21 62:8, 11,15,18 63:3,9,16,18, 21 64:1,5,9,19,22,24 65:1,4,8,11,13,16,20,23 66:2,6,9,12,16,17,20 67:1

recertified 65:3

recommend 57:19 61:1

recommendations 51:5

recovery 9:18 50:25 51:23

recurrent 61:12

regional 25:9

remember 23:1 31:22 38:9

remove 64:16

removed 7:19 13:1 45:3 54:15 64:15

repetitive 22:22

report 5:11 61:17

Republic 24:5,7,13 25:21 30:21

request 63:12

requested 46:6

requirements 51:8

responsibility 7:25 49:19 57:3,6

rest 64:15

Rich 16:5

rid 49:24

ridiculous 37:10

riding 22:23

role 61:14

roll 63:24

room 35:14

routes 28:16 30:23 31:7

routine 16:24

rows 26:13

running 58:2,4

### S

sad 39:24

safety 27:15,16 41:16

salary 60:13

Santo's 61:6

schedule 5:13 7:24 36:1,12 53:14 59:17,21

scheduled 21:6 47:13 54:12

schedules 11:15,23

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015                    Page 75
REBECCA BRIGHAM v. FRONTIER AIRLINES

scheduling 5:11,14
  46:13 61:11

school 42:4,24 50:16

seat 28:10

seated 31:25

seed 41:2

self-disclose 55:12

self-disclosure 55:19
  56:7

send 65:2

senior 6:21

seniority 9:10 56:18,23
  59:6,23 62:19 63:8,9

sense 17:17 51:1

sensitive 58:14

separate 51:21

September 45:21

servants 27:12

serve 28:20 29:2

served 33:15

server 33:2

service 8:15 28:11,15
  41:18

sessions 47:9

settled 16:23

Shelly 53:16,18 58:10
  66:23

shit 42:17

shot 49:3

show 5:11 18:17 48:24
  54:3

showed 5:1 7:13,15,17
  20:22 35:18

sic 66:13

sick 39:24

sill 30:9

simultaneously 23:22
  52:14 64:13

sit 36:23

sitter 18:17,19 19:5

sitting 4:21 44:3,12

situation 6:9 45:19
  51:18,24 56:10 57:20
  59:12

situations 52:10

sixty 49:20 57:3,7

slate 59:19

slide 62:4

slip 60:21

smiling 4:12

smooth 48:23

sober 6:21

sort 35:23 43:15 45:11
  57:19

sounds 27:14 44:10

Southwest 18:24

speak 2:7 57:9

SPEAKER 2:3,5,10,15,
  18,21 3:1,5,8,11,15,18,
  22,25 4:3,5,7,11,13,15,
  21 14:21 15:1,7,10,13,
  18,22,25 16:3,7,10,19,
  22 17:1,3,7,11,13,16,
  20,22,24 18:3,5,9,11,
  15,19,22,25 19:3,7,10,
  15,19,22,25 20:5,10,13,
  15,17,21 21:3,5,11,22
  22:2,5,8,17,25 23:3,7,
  20,24 24:9,15,17,20,23,
  25 25:5,14 26:3,6,16,
  19,21,25 27:2,7,10,17,
  21,25 28:2,5,13,18,25
  29:9,15,18,21 30:4,8,
  10,15,18 31:20,22 32:1,
  3,6,8,11,17,22 33:3,9,
  17,23 34:2,5,9,14,19
  35:6,10 63:14,17 65:2,5
  66:15,18

special 56:1

speech 38:19

Sprouse 31:9,13

Springs 31:8,19

stand 31:11

start 7:24 12:7,14 17:15

35:23 42:4 49:12 50:16
  51:25 55:8,11 57:19
  59:19 61:1 62:7,8

started 20:17 21:8
  23:6,10 24:7 38:18

starting 10:11

starts 40:10

statements 48:18
  52:15 53:23

stay 6:21 11:10 58:11
  62:23,24

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES   4

step 41:10

Stephanie's 3:24

stepped 3:13

stories 34:3

stress 52:2

stressful 9:13

strongly 10:10

stubborn 20:4

stuff 18:8 22:20 29:2
  33:15,17 39:13 43:21
  46:13 53:12 57:4,5

substantial 49:7

sudden 23:10,15 48:24
  54:4

suggest 10:10

suggestion 49:3

Sunday 24:7,13 42:17

super 13:12 45:12

supervisor 14:18 15:3

support 44:15 56:9

supposed 5:4

swap 46:14

sweet 18:15 19:22

switch 50:6

T

takes 40:2

talk 3:18 5:19 7:11
  33:23 38:6 40:13 45:18
  57:8

talked 10:1 47:13 50:9

talking 23:22 34:12,17,
  18 35:10 40:10 52:14
  56:5,6 59:4 64:13

talks 20:1

taught 22:20

teeth 41:2

telling 15:14 52:23
  61:25

terms 63:11

terrible 36:25

texting 36:24

therapists 38:19

thing 9:18 14:22 28:6
  34:5

things 27:16 65:24

thinking 30:16

Thompson 3:19

thought 10:2 19:15

threw 16:17 49:10

throw 9:17 49:2 50:24

thrown 7:23 8:2

Thursday 48:4

time 3:16 4:8 6:14
  15:13 20:3 21:12 37:6
  38:21 39:12 42:3,8
  48:22 49:11 50:15 51:7,
  12 53:12,17 57:5 62:13
  63:23,25 65:25 66:5

times 10:15 22:22 25:3

tissue 6:3

today 4:1,5 18:6 22:3
  26:17 45:10 54:23 55:2
  58:21 64:8

told 40:15 53:18

tossing 29:1

totally 19:16 32:14

touch 17:6

Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

FRONTIER AIRLINES (R. BRIGHAM) - 0004411

**touched** 16:10

**Tough** 34:24

**tracking** 15:3

**trade** 46:14 49:23

**train** 16:6 18:25

**training** 10:2 22:11 61:7,12

**trainings** 61:12

**travel** 61:11

**tray** 33:12

**treatment** 56:1

**tricky** 14:25

**trip** 36:6 64:15,17

**trips** 8:18 32:5 47:11, 15,18 56:24 57:1

**Tulley** 38:3

**turn** 5:2,5,10,16 6:13,18 24:14 35:19 36:2,3,8,16 48:22 52:20 53:13 54:14

**turned** 22:12

**turnings** 48:11

**turns** 6:22 8:23 11:24 42:23 47:18,24 48:10 57:4 59:14

**Twelve** 46:4

**two-and-a-half** 15:20 28:4 38:5

---

**U**

**U.S.** 25:8 33:21

**Uh-huh** 2:17 13:10,18, 20 16:3 19:2,19 21:4 24:3,10 26:20 27:21 29:20 30:4,24 31:13,15, 24 32:11 34:2 36:14 38:11,14 39:2 40:8 41:6,20 42:19 43:20 47:16,19,23 49:5,8,14, 17,21,25 50:4,8 51:4 55:6,10 63:7

**uhh** 39:10

**uhhh** 65:17

**ultimately** 51:4

**understand** 40:13 48:20 53:1 65:12

**understanding** 47:6

**union** 57:11,12,16,21, 22

**ups** 31:11

**usage** 47:7

**utilize** 60:15

BrighamR_Plaintiff Records 0633 (10.09.15)   10/09/2015
REBECCA BRIGHAM v. FRONTIER AIRLINES

---

**V**

**Vail** 27:5

**video** 19:11

**vocal** 39:7

**vocalizes** 39:9

**voice** 40:6

---

**W**

**wait** 4:6

**walk** 7:10

**Walking** 14:12

**wall** 3:12 4:9

**wanted** 24:1 25:15 54:24,25 63:7

**wanting** 49:23 57:19

**water** 41:5

**week** 10:15,16 42:12 48:12

**weekend** 35:7 47:22

**weekends** 42:17 47:11,12

**weeks** 22:10

**well-being** 12:7

**West** 33:22

**whiney** 40:6

**wondering** 2:6

**words** 38:7,13,19,23 39:8

**work** 5:1,12 8:1,9,12,17 35:19 37:19 42:11,18 48:24 49:10 54:4,24 55:1 56:15 58:7,18 60:7 63:17 65:24

**worked** 54:25

**working** 8:14 36:25 58:9

**works** 8:11

**Worried** 40:22

**worries** 4:12

**worst** 33:21

**worth** 12:9 27:22

**wow** 15:13 20:20 21:5, 7,10,11 24:15 28:17 32:1,2

**wrong** 14:22,24 39:15

---

**Y**

**year** 28:4,7 30:4

**years** 15:12 30:7 62:16, 25

**yesterday** 16:5 18:18 19:5 61:15

**York** 32:10 33:18

Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing