# #2

October 9th, 2015

**TRT 58:36**

WALKING INTO BUILDING

[00:00:19.07]
REBECCA: Hi, how are you? I am wondering - I need to speak with you or somebody from leave of absence or an in flight manager if anybody is available?

Ok in flight - you know what you can probably go back down there. They've got quite a few people back there uh --

REBECCA: Where is it at? I haven't been to the --

So you will make a left - just follow the hallway all the way around. Once you get to the auditorium its to the right of the auditorium. It will say In Flight right on that. And you just go in through there.

REBECCA: Thank you so much.

WALKING

They are along that wall but they just stepped out for about 5 minutes. They should be back any time. Now if you wanted to talk to like Harry (?) who is the actual manager - she is over there also.

REBECCA: And do you know if Stefanie is here.

She is not in the office today. She's out at DIA.

REBECCA: Ok who is here?

Kari and Jeff.

REBECCA: Ok. I will wait.

And they should be back any time now but they're little pins are right there on the wall.

WAITING

[00:04:24.24]
Hi, how are you?

REBECCA: Good how are you?

BRIGHAM LM 0000018

EXHIBIT 13

JEFF: How are you?

REBECCA: Hi. Yes please. I just showed up to work and they took my belt and turned off. I don't know what to do anymore Jeff. I finding it so hard to do everything I am supposed to be doing. And every turn is just messing with me. I called in for my 4 day. I was like can't do layovers. And I kept the Dallas at the beginning and they said that was fine for scheduling 940 reports. So I show up to work and its - I got on the bus and checked my schedule and it wasn't there. So I called scheduling and they are like oh I have it noted in here that you were going to keep the Dallas turn and then leave of absence contacted us and took it off. And so you need to contact leave of absence. So --

JEFF: Did you talk to them?

REBECCA: No not yet. I was just right here obviously from being at the airport and just I don't know what to do.

JEFF: Do you want to go down there?

REBECCA: What's that?

JEFF: Do you want to go down there.

REBECCA: Yes, try to compose myself.

REBECCA: Kari do you know any of this that is going on? Do you know any of this situation - what's going on. I'm Rebecca Brigham. Ok. As long as everybody is kind of in the loop. I just don't know what to do. Its just to figure out like why leave of absence took the Dallas turn - this was the - I have a hard time getting hours.

REBECCA: I think Jeff is trying to get a hold of leave of absence. It feels like every turn - everything I try to do - it seems like leave of absence is just messing with me and it's not fair. All I am trying to do is get sober and it's not fair. I am not seen enough to hold turns which is the problem.

JEFF: I think we will walk down there. Does that sound good? They have a conference room there.

REBECCA: Ok. I just don't know what to do anymore Jeff. Sorry.

KARI: Let's walk down there and see if you guys can conference - so you don't feel like you know what's going on. You just show up --

REBECCA: I don't feel like anything - I show - nobody then called me to tell me that I needed to contact leave of absence. I just showed up and its like not even a courtesy call.

2

BRIGHAM LM 0000019

JEFF: ...per LOA.

KARI: That is what she was saying.

REBECCA: So uh -- and I don't know I have thrown all these options out there before like can I start with a blank schedule and then its my responsibility up to 60? And can I work in the office for a while.  I mean what could I do? I've thrown all these options out. And it just pretty much everybody seems to know what to do with me basically. [00:08:17.28] I just don't know what to do. It's getting so frustrating.

KARI: If you don't mind me asking - why do you keep this job.  I mean why - if it doesn't really work for what you are trying to accomplish why don't you --

REBECCA: It works for me because I like the people I work with and do I love the job, I just can't do layovers.  And I like working with the customers.  I still have the mentality for old customer service. I like making people happy.  [00:08:46.22] And I like the people I work with but this is like the perfect job for me as long as I can just do day trips. And it was being able to be ok for a while as long as I could pick up enough and then call out for my overnights, but keep the turns on either end.  [00:09:02.17] And then I don't know what's going on. I don't know if like they are just trying to push me out and make me so frustrated that I quit.

KARI: I don't think that is the case at all, but unfortunately part of the job that you love is layovers and it's all by seniority you know.

REBECCA: And I get it.

KARI: And they're not trying to be insensitive.  And that's why I was asking like if this is so incredibly stressful why --

REBECCA: I don't know what else to do. I don't want to throw myself for a loop in this whole recovery thing.  If its just insurance is through me - my babies can't have no insurance.  I don't know what to do.

KARI: Have you ever looked at other positions within the company or are you not interested in it.

REBECCA: No I talked to training at one point and that might be good. Or I just - I don't know where to look. I don't know --

KARI: On All T Pro. You go into All T Pro and the job listings are there.  And I mean I would strongly suggest like start looking at it and you might want to look at it every week because a lot of times jobs are only posted for one week.  So I would just get in the habit - in fact every Monday getting on there and seeing what's new on there. Every Monday and every Friday and see what's in there because there is all these different opportunities that you probably aren't even aware that exist.  Right.  And it might not necessarily be In

3

BRIGHAM LM 0000020

Flight, but there is - you know there is a lot happening so -- I mean its - since you want to stay with Frontier and I know its the flight attendant job but I don't think its going to get easier with the schedule.

REBECCA: I mean Denver is just --

KARI: I mean that is the reality of what's happening with our base here.

REBECCA: Right and I get it.

KARI: The schedules are not going to get better as far as turns.

REBECCA: Right and I get it and I think it's just hard for me to let go of it you know. I just don't know --

KARI: For your own health and well being you need to start looking at other options so that you aren't constantly having to go through this. It's not worth it. Its just not. You know. So maybe start looking at other opportunities.

REBECCA: Ok.

KARI: But for right now lets try and get you through the immediate and we will have Jeff take you down there and find out what the heck is going on and why you were removed and you know you deserve to have an answer on that and I don't know. I seriously have no idea. So ok?

REBECCA: Awesome thank you.

KARI: I am proud of you. What you've done is super courageous. It really is.

REBECCA: It's hard. Thank you. Thank you.

[00:11:49.13]
KARI: Now go walk down there and see what's going on. And let me know.

REBECCA: Thank you so much. I will move your chair back.

KARI: No it's ok. I just have to leave it out here because it's crowded.

REBECCA: Thank you.

[00:12:02.11]
JEFF: I tried to call --

REBECCA: Nobody is answering? Ok.

BRIGHAM LM 0000021

JEFF: Have you tried to call compliance and see --

REBECCA: Yes I called and left Cassandra a voicemail too. I get -- I think --

WALKING / WAITING

[00:20:14.10] JUST CHATTING/NOTHING PERTAINING TO THE CASE WALKING INTO BUSY ROOM

JEFF: This is our new supervisor. This is Rebecca out of Denver. Meredith our new Trenton supervisor. She is going through initial too.

MEREDITH: It's been fun. I've had a really good experience so far. How long have you been at Frontier?

REBECCA: Uh 8 1/2 years.

MEREDITH: It's been a long time. I was telling (?). It says something if everyone has been for a while you know. Good. How is your morning going?

REBECCA: Busy.

JEFF: I can't believe its 9:30 and I've been here for 2 1/2 hours.

MEREDITH: It could be worse. You could be at the airport right? LAUGHS.

JEFF: Stefanie is out there.

MEREDITH: Ok.

JEFF: So I have a delayed repo meeting in 2 hours. And I was going to ask you real quick because Kari asked me yesterday - which training - I know --

MEREDITH: You know you kind of touched on it. I know it has to be done and that is kind of like a gray area for me. Because I am not like - do you determine if it should be coded to or is that something - that is a gray area so no I need more --

JEFF: In Flight and he kind of just threw it on me. I mean not in a bad way I just kind of - - so I knew you had it to. And I thought I would ask you.

MEREDITH: And I don't mind doing it once I get you know settled and into my routine. I think so. That was the impression I got.

JEFF: That is what I am getting too so we will touch base.

MEREDITH: You really don't want to keep doing it?

5

BRIGHAM LM 0000022

JEFF: I don't mind doing it but I am just -- because you start to --

MEREDITH: It makes sense. I don't mind doing it. I am there for 8 hours anyway. Yes, we will connect. And nice meeting you.

REBECCA: Nice meeting you.

MEREDITH: So are you just hanging out here today or are you here for --

REBECCA: No just dealing with Leave of Absence stuff.

MEREDITH: Oh ok. How is your little puppy?

TALKING ABOUT PUPPY

[00:24:14.16]
REBECCA: How many people are in this class?

MEREDITH: I think it started originally when all the invites went out - in the mid 70s. But then it dropped down to maybe 65 showed and then I think now it's probably in the low 50s. I don't know. I try to count, but I get distracted and I --

JEFF: My class was 18 and I think there is 4 of us left.

MEREDITH: Really wow. And I guess next month there is like 75 schedule or 80.

JEFF: I think we started with 18 and graduated 15 or something.

REBECCA: Because at the time we had like a big class. I think we had like almost 50 and then we graduated like 42.

JEFF: Mine was one of those little filler classes. Or whatever. You kind of just for a little attrition. But everything was all Denver you know.

MEREDITH: Is Kari here today? It's going good - I mean I feel like I've been at it for 4 weeks already. So because they had me training in Trenton and Chicago and with these guys - which I didn't do initial.

JEFF: She is a jack of all trades.

REBECCA: Nice. You kind of have to be to be a manager.

MEREDITH: Yes. So I just hope I don't forget everything I learned before I went through initial. I think its - its just repetitive. Once I do it a few times --

6

BRIGHAM LM 0000023

REBECCA: It will be like riding a bike.

MEREDITH: Oh I do remember that.

JEFF:  I did the same as you but I started as -- and then -- so because it was funny because I had started and all the sudden you're going to go through initial and I was like oh ok because I didn't know when because there were way more classes and then all the sudden they had that little class.

REBECCA: So now have you actually every flown Jeff?

JEFF: Not the line.

MEREDITH: Never? Not for Frontier.

REBECCA: Now if you wanted to could you?

JEFF: Yes.  Because I was Midwest then Republic then Frontier so I actually flew for Republic on a Sunday night started with Frontier.

MEREDITH: Did you really?

JEFF: Finished my line flying for Republic on a Sunday night turn.

MEREDITH: Oh wow.

REBECCA: That's cool.

MEREDITH: Do you miss it or not really?

JEFF: The line? Pros and cons.  It really is -- some days you would be like -- I miss the line and then there is other times where you are like I am glad I have an office job.

MEREDITH: Its really - I came from - well my majority career was at US Airways, but I came from a regional - I was a manager there for -- but and I absolutely did not like flying the props and all that. That was just - that's why I wanted to get into the office. But now you know - I get that nostalgia its like that jets and the crew and all that.  This is why I do this.  But --

JEFF: That is kind of - Republic they brought in -- because they took over the Lynx flying from Frontier and so you had dual. You had jets and the props.  But I could stand up - and I had two flight attendants and 76 people.

MEREDITH: See that's smart. We have - so they are loud and noisy and oh yes --

JEFF: I honestly -- we had about 20 rows so it was long.

7

MEREDITH: But they are quiet. It's like a lot more quiet.

JEFF: I actually miss flying into all the mountain communities. It's beautiful.

REBECCA: I bet. I bet you don't miss like the Aspen people or what is that Vail - Vail people.

JEFF: Oh they are awesome.

MEREDITH: Are they really?

JEFF: Awesome.

REBECCA: Like the do everything for me you servants. That is their attitude.

JEFF: To be honest with - I know this sounds bad but I just basically steer clear of them and just did the staff safety things that would jeopardize their safety. That is all that I basically did because they were -- you have to -- and it's not worth it.

MEREDITH: Its like how I deal with my daughter.

REBECCA: I mean I have a 7 1/2 year old. So it's like --

MEREDITH: Do you really?

JEFF: We had first class. So it was one seat and then two and you had to do a first class service even on the prop. They milked you for that. You had to be a first class service even on the mountain routes. Serve cocktails as you bounce around.

REBECCA: You are 30 mins?

MEREDITH: Was it about 30 minutes?

JEFF: Yes.

REBECCA: Just toss them a bunch of stuff and say serve yourself.

JEFF: You have to give --

REBECCA: Really?

JEFF: On a prop? Can you believe that?

MEREDITH: That is out of control.

BRIGHAM LM 0000025

JEFF: And then you have to hang up their coats in front.

MEREDITH: But now look what you are doing. It just makes you love your job that way. Now I know why I do this.

REBECCA: What could have been.

JEFF: It was funny because they were like oh you know the props are coming and I was like you're kidding me. They're supposed to fly --

MEREDITH: What year was this?

JEFF: This was just -- three years ago. And they still have it.

MEREDITH: Who does their express flying?

JEFF: We don't.

REBECCA: We used to have Lynx.

MEREDITH: Ok. But that is no longer.

JEFF: No. And that is what Republic took over was the propeller. And they had flown the routes.

REBECCA: There for a while when it seemed like there was going to be a merger when everybody was like oh well you know like its going to be one and it went through that phase and then they dissolved Lynx.

JEFF: Like Colorado - Steamboat Springs, you know Durango and all that.

REBECCA: I had a girlfriend who just did Colorado Springs stand ups. It's like nice.

JEFF: Yep. I forgot about that. And we actually like flew jet.

MEREDITH: Where?

JEFF: Colorado Springs -- remember we did that. And uh that seated 99 people.

MEREDITH: What kind of flying do you prefer to do?

REBECCA: Day trips.

MEREDITH: Those are good ones.

9

BRIGHAM LM 0000026

REBECCA: And I try to avoid New York just because there is so - I am so much more bubbly and friendlier than they are. That they totally try to take advantage of me. LAUGHING. You have to be like --

MEREDITH: You have to have their mentality.

REBECCA: And it's hard for me.

MEREDITH: I know right. I am the same way. Right, but once you do that they are fine. You know you got them in their place.

JEFF: Were you there --

MEREDITH: Oh really.

JEFF: The morning LaGuardia.

REBECCA: And it isn't awful. I prefer to be happy.

JEFF: I will never forget my RIE for Midwest was LaGuardia. And I will never forget because we had to use the tray -- because we were all first class at Midwest and I was like -- HARD TO HEAR. I was trying to be nice. But I wasn't used to New York but that is the way they are.

MEREDITH: This was my worst - when I was with US Airway. LaGuardia to West Palm Beach oh talk about high maintenance.

REBECCA: What's the one we have now? Its like Atlanta / LA. I've heard horror stories about that one.

MEREDITH: You just have to laugh because you are like I cannot believe this behavior. You know - and not take it personally.

REBECCA: And I do. I find myself talking to passengers sometimes -- talking to passengers like I am talking to my child.

MEREDITH: What did I do?

REBECCA: No they are here for me. You are fine.

JEFF: They don't think they have to abide by anything.

MEREDITH: What are you doing this weekend? Anything fun?

REBECCA: I do.

BRIGHAM LM 0000027

MEREDITH: It was nice talking to you - nice meeting you.

JEFF: See you later.

Let's get you to a conference room.
[00:34:31.13]

[00:34:33.03]
JERRY: So what's going on?

REBECCA: I just - I showed up to work this morning for my Dallas turn and I got on the bus to check my flica and it was just gone. It sort of - I am going to start crying again I am sorry.

JERRY: That's ok. So we were looking at your schedule but you don't have the Dallas turn.

REBECCA: There was a Dallas turn in the beginning of the 4 day.

JERRY: We were looking on there and it looks like the trip never came back to Denver.

REBECCA: No there was just a Dallas turn. It was Denver, Dallas, Dallas, Denver. And then it was go back to Dallas and to Cleveland.

JERRY: Got it. So let's look at your schedule.

REBECCA: Is that -- yes there was a Dallas turn at the very beginning.

CASSIE: That's the --

REBECCA: It was a 4 right? It was a 4 leg day.

JERRY: I am going to go look it up. Where do you want to sit Jeff?

REBECCA: Don't cry.

JEFF: I forgot I am working with Jenny. Isn't that terrible when you have so many people?

REBECCA: Just let her know what is going on. Ok don't cry. Don't cry.

WAITING

JERRY: Sorry I am just going through emails. Since I've been away - 17 emails have come through.

11

BRIGHAM LM 0000028

REBECCA: Oh my god.

JEFF: The amount of emails we get --

REBECCA: Is it from flight attendants?

JEFF: No it's just everything.  Some are flight attendants. Some are delays. Some are -- it's just --

REBECCA: It hasn't even been a half hour.

JEFF: Like you miss a damn word and it could be -- so deep.

REBECCA: Now do you have access so you can check it at home if you need to.

WAITING

JEFF: How are the kiddos?

REBECCA: They're good. Kelly is in preschool. Kasen - oh my gosh he is 2 1/2 but like he doesn't really talk. He uses like eh.  Like he will use -- momma and dadda. Oh my gosh its just at that frustrating point - I remember at that point when my daughter was right there - its like use your words.

JEFF: Well that's kind of ironic that you say that because I am good friends with the breeder of our newest puppy.  And she is frustrated because her daughter started kindergarten and she is not good with words and they've tried speech therapists and they said it will come in time but she tends to not - she is always like use your words - wait you know and its not like she has a disability but she is just --

REBECCA: She is quiet.

JEFF: No she is vocal but she just doesn't want to use her words.

REBECCA: She just vocalizes it like ah!  Every time we catch my daughter doing stuff like that -- CONTINUE TO TALK ABOUT KIDS

[00:41:07.03]
REBECCA: Do I have mascara on my face?

JEFF: No, I would have told you.

REBECCA: I hope so.

JEFF: Do I have any bats in the cave? That is what flying the line is - please tell me if I do.

12

BRIGHAM LM 0000029

REBECCA: Or if you are eating... DISCUSSING MORE FUNNY SITUATIONS LIKE THIS

[00:42:01.09]
REBECCA: I just don't know what else I would want to do Jeff. And this gives me enough time enough off because I am going to start school in November and this job --

JEFF: I'll tell you in an office job - there is not much time off. I feel like -- I get up. I come to work. I go home and eat dinner and I go to bed and I think that is 5 days a week.

REBECCA: Yes.

JEFF: I am like oh my god. And I look forward to my weekends and its like shit I have to go to work again?

REBECCA: And see that's why --

JEFF: The flexibility is gone.

REBECCA: And that's why I want to keep doing turns if I can because then I will be able to go back to school and in 22 months have my degree and --

JEFF: What do you want to become?

REBECCA: Become a natural path. So it's like a natural doctor using the body and different elements of nature to cure your body naturally. Rather than using pharmaceutical drugs. So uh the MD program is 22 months and then after that you get your master of herbalist and then you get your acupressure and then there is one other one --

JEFF: Is that the needles like acupuncture?

REBECCA: Acupressure is just pressure. It's sort of like a massage using pressure points to cure different ailments, which is always interesting. I mean I've been reading --

JEFF: Does that help with migraines?

REBECCA: Yes like you can do natural stuff --

[00:43:33.11]
JERRY: All right we are trying to establish what happened. So I think from what we can see --

JEFF: Are you ok?

13

BRIGHAM LM 0000030

REBECCA: Yes.

KARI: Rebecca doesn't need to feel like everyone is sitting here.

REBECCA: I don't mind either way.

We appreciate your support.
REBECCA: Thanks Jeff.

JERRY: So we've had an opportunity to look at see what happened. We do see that when you called in you did have that Denver - I don't know - Denver Dallas and then back to Denver. So it seems right now, just a quick glance but we are still able to look into it a little bit more that it might have been removed in error. And so if it was we will go ahead paper check it but we just need to look a little bit deeper and find out what happened. So we will try and figure that out by today.

REBECCA: It was just sort of like super frustrating this morning.

JERRY: And so we will try and figure out what happened and then we will follow up with you, but we also want to take while you are talk about your FMLA. So -- for the month of September towards the end of -

REBECCA: I have 13 days used right?

JERRY: Yes.

REBECCA: Is it only approved - because I had sent an email and I had heard nothing back. Is it only approved for 12 ok so then I had requested more intermittent of FMLA paperwork to increase the number up to 15 that way just in case. My hopes are that within the next month and a half that I don't have to use as much of it because I am hoping that through manipulation and scheduling and stuff I am able to swap and drop and trade more, but I will still have to use it for the overnights. I mean there is just no way around that.

JERRY: And so when we looked at I think initially the idea was - let's see what we can do and help you. I think somebody maybe heard you make a comment that we're out to get you. And so -

REBECCA: Yes that's what it feels like --

JERRY: And so I am having difficulty understanding that because I think the company has been extremely flexible with your usage of FMLA because initially you're approved for sessions. And then right now when we look at your bidding we are looking your bid for 4 day trips over the weekends.

14

BRIGHAM LM 0000031

REBECCA: Over the weekends - which is I talked to Fritz in scheduling and he said that I can pre call out for my overnights. What I hold is 4 days trips. What I bid is trying to getting trips with turns on either end. It doesn't matter what days but I know I am going to hold a 4 day over the weekend with turns on either end. And then I call out for the overnights. I don't hold Monday through Thursdays - 4 days. I just don't. Uh so I bid for what I know I can hold and I keep the turns at either end and then I try to pick up turns during the week and that's I mean --

JERRY: And we're seeing that.

REBECCA: And I wait to --

JERRY: Right and I think the statements that we're out to get you I just don't understand that.

REBECCA: Its what it feels like. Every time I turn around when my life seems to be just going very like smooth its like all the sudden I show up to work without even a courtesy call and this has happened before too. I just don't get - I feel like everything that I try to throw out there as a suggestion it just gets shot down. I mean I need more hours. I need something more - more substantial and its just not being able to work, which is why I threw out last time - the idea of when people come back from Leave of Absence -- they start with a blank canvas. I don't know if its possible but can I just have that then its my responsibility to build it up to 60 - somebody has something on the trade board that they are wanting to get rid of but alleviate some of that. I don't - and maybe that's a possibility - maybe it's a possibility to take an extended leave of absence. I mean maybe it's a possibility to switch to a different job within Frontier.

JENNY: I talked to her this morning.

REBECCA: I don't know -- I am really honest - I don't know what else I want to do. I like being a flight attendant. It gives me enough time off that I can start school. I like the flexibility of it and I don't want to do something drastic that is going to throw me for a loop in my recovery. That's the number one priority.

JERRY: And so ultimately yes we are hearing the recommendations that you are making but from our perspective we have to be consistent in our practices. So the only time that we carve out certain bidding requirements are those who are out on a continuous leave of absence. Since at that time they are not allowed to bid - the difference between you is you are allowed to bid. So if we made - if we cherry picked to try and create you a certain situation now we've created a whole separate accommodation for you --

REBECCA: For somebody else that we are possibly going through recovery as well dealing with my same situation. Maybe this where we start? Maybe this is where we start doing a new guideline of how are we actually going to help these people rather than stress them out even more.

BRIGHAM LM 0000032

JERRY: That is why we are helping you in the form of having this FMLA in place and using it outside of what you are approved for.  And when you approved FMLA - the department has also approved personal leaves for you in certain situations where FMLA wasn't covered --

REBECCA: Ok then well then how come --

JERRY: And so everybody is accounting for you but when the statements come out that we are out to get you - that is where --

REBECCA: It feels like that to me --

JERRY: It gets very frustrating.

REBECCA: Every turn --

JERRY: But it gets very frustrating from our position.

REBECCA: I am just telling you how I feel.

JERRY: We are doing everything we can.  And I understand that. But when we are doing everything that we can for you -- and then when you come back with that statement --

REBECCA: It doesn't feel like that to me.  It feels like in the beginning it kind of was and now it just feels like stuff like this is - this is the second time. A Portland turn - it was taken off my schedule.  I mean I just - I don't get it.

JERRY: And so this was the other day -- the conversation that Shelly and I had - you exceeded the amount of time that you had that month. I even told Shelly let's go ahead and approve it and extend it beyond that even though she is not approved.

REBECCA: Well thank you.

JERRY: But then again I hear these statements --

REBECCA: Maybe more communication between us.  So that I know that you are actually doing something rather than I show up to work and all this --

JERRY: Now this, I don't know what happened. I don't know - we don't know who moved it. What happened. We still need to look into it.

REBECCA: Ok because when I called scheduling they just said oh we have it noted here that you were going to do the Dallas turn and then we have it noted that leave of absence then removed it.

JERRY: Ok. And that we don't know. We are going to find out what happened.

BRIGHAM LM 0000033

KARI: I was looking at - it's complicated when we try and look through all the history. I will look into that Rebecca - that's why we are saying if it was an error on the company's part you will be pay protected for today. Ok?

REBECCA: And I also wanted to work. I haven't worked in like 6 days -- I wanted to work. And I get it, I do get that there are errors but I just - today it was just so overwhelming for me when -- I just - I want to know that there is something more that we can maybe do and maybe this is where we kind of start to help other people not feel the way that I do sometimes. Maybe we start a whole new - people who self disclose - let's get everybody on the same page and figure out exactly what we need to do rather than everybody kind of being on the same or maybe the next page.

JERRY: So and again I get where you are coming from but how do we compare only those individuals who are self disclosed from everybody else and has a serious health condition? And we're not making exceptions.

REBECCA: We're all individuals and you have to look at us as an individual.

JERRY: Unfortunately FMLA does not allow us that ability because now we're only giving special treatment to certain individuals.

REBECCA: Right. Now here is this. I am not talking just in FMLA. I am talking in the company's general self disclosure policy - could there be something in there that you guys say ok we are here to support you what can we do? Ok when it comes to my personal situation like layovers - ok well there is no other creative way that we can go around this - its like I go broadcasting it to the entire flight attendants - like hey go ahead and just claim alcohol problems and they will work with you.

[00:51:23.26]
JERRY: I hear what you are saying, but in this industry where everything is seniority driven - any exceptions to that will not - its just not - if we were in an office environment we can definitely do that.

REBECCA: And I am not asking to go ahead of my seniority.

KARI: But you are asking us to hold trips that we cannot hold.

REBECCA: Not hold trips. Its leave me with nothing. It's my responsibility to get up to 60. I will pick up turns off trade work. I pick up stuff at open time - that is what alerts are for and then that's my responsibility to get above 60.

KARI: Yeah Rebecca I can talk to that - speak to that. I mean it's just not even an option. Its not. We would have the union pounding down the front door. Right - and that's the purpose of a union right? Like to keep everything consistent for every employee - that is the purpose of a union and actually I would recommend if you're wanting to start some

17

BRIGHAM LM 0000034

sort of a program or whatever for your situation - you actually would go through the union on that. We as a company and just you have to keep that in mind too. We are running a business. We are running a company.

REBECCA: And I get that.

KARI: We need employees who can come to work. We're working with you within the guidelines Jerry has said and Shelly, but we have to stay within those guidelines. We do. And we're all sensitive to what you are going through. We are not going through it ourselves, but we are trying to work with you as much as possible.

REBECCA: Right and I do get that and today was just overwhelming and --

KARI: Right, so it can be overwhelming, but as I said to you earlier when we were talking you know you were saying you know I love being a flight attendant - unfortunately part of being a flight attendant at your seniority is layovers. And that's why I was encouraging you have to evaluate - even though you love the job - is this really the right job for me in my situation? Right?

REBECCA: If I can do just day turns.

KARI: Right and I mean it's just not possible that you can - you can't hold them. We can't clear your schedule and - there is a lot of people that would like to start with a clean slate for the month. And build their schedule - right? Anybody that is past a certain seniority they would love to have that portion but it's just not an option.

REBECCA: What about uh - and I had asked this before I think it was a no too - what about doing something like somebody who is on OJI? Like -- going to work at the desk at the airport or coming in here to do something. I mean is that an option for a little while?

KARI: So once again even the OJI has guidelines that we have to follow for people who are injured on the job because we're paying them a salary anyway so we utilize those people as we can. Because we are having to pay them anyway so we can't - we just can't slip people into those positions there because we are having to pay them anyway, but like I said to you earlier - I highly recommend you start going on to LT Pro and look at other opportunities within the company that have you home ever night like you need.

JERRY: There is a position that is opening up. (?) position - its the in flight training coordinator.

REBECCA: Ok what does that entail?

JERRY: It's the individual that coordinates all the travel, the scheduling uh recurring training, victory 21 trainings so she just took another roll in payroll so that position posted yesterday. So it reports directly to (?) Jacobson. So that just opened up.

BRIGHAM LM 0000035

REBECCA: I don't know if I qualify --

KARI: And you may or may not but I would - I was telling her earlier I mean there is so many opportunities right -- there are so just go in and look. If you don't feel like you would qualify for that because its pretty - it's not easy to just slide into that position.  So uh -- yes start you know -- and I know you want to be a flight attendant, but maybe right now is not the best time and if you -- move to a different position -- maybe in a couple years you would feel like you could go back to flying.

REBECCA: Right, do you lose your seniority?

KARI: After?

JERRY:  90 day.

KARI: Oh is it 90 days.  If you stay within the in flight --

JERRY: If you stay within the company --

KARI: Its 2 years. If you leave in flight its 90 days.

JERRY: Or if you leave the company its 90 days.

REBECCA: I get that. So I would have to take a position with in flight somewhere in those perimeters?

KARI: If you wanted to keep your seniority.

JERRY: So in terms of your FMLA, your request -- give me your paperwork so we can extend this.

REBECCA: I think I have given it to you.

KARI: I haven't gotten it.

REBECCA: Ok I will work on it.

JERRY: So we will get you an application so we can increase the number of the days and I think we did an audit.  You still have plenty of time uh accrued and then as days roll off you're getting more time off. So that still gives you a little more flexibility too to use some of that.

REBECCA: And thank you for last month - that extra day.

JERRY: You bet. And then we will look into finding out what happened today.

BRIGHAM LM 0000036

REBECCA: With the --

KARI: Yes, I will look into that. But its - I was seeing cross-eyed trying to figure it out. When what -- it looks like most of your - it looks like the rest of the trip got removed, but then somebody did go back in and remove the Dallas -- but I don't know how that happened.

REBECCA: Ok.

KARI: We'll look at it and if it's our error you will be paid.

REBECCA: Ok. Thank you very much. And thank you guys.

SHELLY: And then I will send you over all the info for to get recertified and then I will also give you a count as to how many days you have so far.

REBECCA: Thank you very much. Sorry for my emotional -- out burst.

JERRY: No it did happen - we understand. In any grievance, keep the lines of communication open.

REBECCA: Let's just try and keep it open so I don't feel so like ah! You know.

JERRY: Definitely.

REBECCA: Thank you very much. And I will keep looking on there to see if there is anything else that works.

KARI: Yes, do. You have some time now that you weren't expecting.

REBECCA: I know I should take advantage of it.

KARI: Go to the library, open up my computer and look around. Take advantage of the time.

REBECCA: Perfect. Thank you very much.

KARI: You're welcome.

JERRY: Sorry for all the frustrations and confusion.

REBECCA: Yes, I am sorry for my emotionalness.

KARI: It's a good thing.

20

BRIGHAM LM 0000037

SHELLY: Let me give you my card Rebecca. If you have issues with anything just call me.

REBECCA: Ok. Awesome thank you.

WALKING

REBECCA: Awesome. Thank you Shelly. Thank you. I will. And I'm going to go look on LT Pro.

WALKING

REBECCA: Meeting over.

21

BRIGHAM LM 0000038