**Arellano, Gerardo**

**From:** Arellano, Gerardo
**Sent:** Thursday, October 15, 2015 12:45 PM
**To:** Coppedge, Stefanie
**Cc:** Thompson, Kari
**Subject:** RE: Brigham

Hi Stephanie,

Kari, Shelly and myself were able to meet with Rebecca last week. We explained that the sick occurrence incurred will be recoded to reflect as IFM. Thought it puts her over the number of days she is allowed under FMLA, we would make an exception for her.

We also reiterated the following:
- Her FMLA is currently being used outside of the parameters for what she is approved for. In an effort to assist her with getting removed from overnights, the Company has continued to make exceptions for her.
- We are also willing to provide her new FMLA paperwork to allow her the ability to increase the number of days she allowed to use FMLA per month.

Please let me know if you have any questions.

Regards,


Jerry Arellano | Sr. Employee/Labor Relations Manager/Special Projects | Frontier Airlines, Inc.

**DENVER, CO**

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier


*CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by email at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity for which it is intended, even if addressed incorrectly. Please delete it from your files if you are not the intended recipient.*

---

**From:** Coppedge, Stefanie
**Sent:** Tuesday, October 13, 2015 8:20 AM
**To:** Arellano, Gerardo
**Cc:** Thompson, Kari
**Subject:** Brigham

Sir –

Where are we with this one?

1


EXHIBIT F

FRONTIER AIRLINES (R. BRIGHAM) - 0000069

EXHIBIT 14