## Leyner, Shelly A.

**From:** Rebecca Brigham <rebeccabrigham4@gmail.com>
**Sent:** Monday, October 26, 2015 5:41 AM
**To:** LOA Frontier Employees
**Subject:** Fmla 10/23/15

**Categories:** ----Attenion Shelly----

I woke up this morning in a panic, I for got to send you an email on Friday, I had to use my intermittent Fmla on 10 / 23 for a 4 day but I kept the pdx turn on the end. Please let me know if this will have to be coded as sick and if so what # of points am I at? Also the new fmla paperwork will be faxed by Tuesday. I hope you have a good day.

1

FRONTIER AIRLINES (R. BRIGHAM) - 0001849

## EXHIBIT 15