**Coppedge, Stefanie**

**From:** Leyner, Shelly A.
**Sent:** Tuesday, October 27, 2015 11:47 AM
**To:** Inflight DIA MGR
**Cc:** Arellano, Gerardo
**Subject:** Rebecca Brigham 413206 -

Her request has been denied for lack of timely notice to the LOA Department.

Please note

- 10/23/2015 – 10/26/2015 will remain coded as sick

Shelly Leyner
Supervisor of Disability Program Management



Frontier Airlines
7001 Tower Road
Denver, CO 80249
P: 720-374-4248 OJI
P: 720-374-4245 LOA
C: 303-746-6043
F: 720-374-9247 OJI
F: 720-374-8013 LOA
E: Shelly.Leyner@flyfrontier.com
E: OJIfrontier@flyfrontier.com
E: LOA@flyfrontier.com
E: LOABilling@flyfrontier.com

www.FlyFrontier.com
www.Facebook.com/FlyFrontier
www.Twitter.com/FlyFrontier

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.