

Frontier Airlines, Inc.
7001 Tower Road
Denver, Colorado 80249

VIA: Email address as
rebeccabrigham@centurylink.net

10/30/2015

Rebecca Brigham
DEN Flight Attendant

RE: Investigatory Meeting

Dear Rebecca Brigham:

In accordance with the Collective Bargaining Agreement (CBA), Article 18, Section B.1, an Investigatory Meeting has been scheduled for you to attend on 11/03/2015 at 11:00 am to discuss your **attendance**, specifically, your 10 occurrences, your sick call on October 23, 2015 did not qualify for IFM.

The meeting will take place at Frontier's General Offices, 7001 Tower Rd. Denver, CO 80249. If you would prefer to teleconference, please call 720.374.4335 (Denver local) or 800.432.0403 using passcode of 403457. This meeting will be attended by Inflight as well as Human Resources.

Since this meeting may lead to disciplinary action, you are entitled, if you wish, to have an AFA Union Representative join you in the meeting/conference call. Please be advised that it is your responsibility to arrange for your AFA Representative to attend the meeting/conference call.

Respectfully,

*Stefanie Coppedge*

Inflight Management

cc:   Angie Reef
      Kori Halverson
      Adrienne Prince

FLYFRONTIER.COM

FRONTIER AIRLINES (R. BRIGHAM) - 0001731

EXHIBIT 17