

11/11/2015

Rebecca Brigham
831 Centennial Drive
Bennett, CO. 80102

Re: Employment status

Dear Rebecca:

Please let this memo serve to confirm your employment with Frontier Airlines has been terminated effective November 11, 2015 for violation of the Dependability Policy. On October 23, 2015 you incurred an absence and did not qualify for IFM. This occurrence brought your attendance balance to 10 which is about termination level of 8.

**Company Materials** -Your final paycheck will not be released until all Company materials are returned. The cost of any items that have been issued during employment and that are not returned will be subtracted from your final pay check. Our system indicates the following item(s) have been issued to you:

- _____ Flight Attendant Manual
- _____ Frontier ID Badge **reported to TSA as stolen if not returned**
- _____ Other Issued ID Badge(s) i.e. SIDA, IMC
- _____ Known Crew Member Card (KCM)
- _____ Parking Pass

All company property in your possession must be returned immediately to:

Frontier Airlines
7001 Tower Road
Denver, CO  80249
Attention: Manager of Inflight

**Uniform Balance** - Prior to your final pay check being prepared, we will ensure you have no outstanding uniform balance. Any outstanding balance will be subtracted from your final pay check.

**Cobra** - You will receive information directly from United HealthCare regarding continuation of health insurance benefits through COBRA. You will receive information regarding your 401(k) retirement benefits from Charles Schwab Financial Services.

Sincerely,

*[signature]*

Stefanie Coppedge

Supervisor of Inflight Services

720.374.1480

CC: Personnel File #413206
      AFA

FRONTIER AIRLINES (R. BRIGHAM) - 0001848

EXHIBIT 18