Gmail - Follow up                                                                 Page 1 of 2



Rebecca Brigham <rebeccabrigham4@gmail.com>

## Follow up
2 messages

**Micklich, Cassandra A.** <cassandra.micklich@flyfrontier.com>      Thu, Jun 4, 2015 at 3:15 PM
To: "rebeccabrigham4@gmail.com" <rebeccabrigham4@gmail.com>

Rebecca,

Thank you for coming in and meeting with us today. I did get some answers to your questions.

1. OJI working at the GO if that was an option for you
    A. That is not an option the GO is only to accommodate OJI
2. Transferring internally with the company
    A. Please refer to page 81 of 123 (It talks about the process and seniority)

The intermittent leave of absence questions Jerry is reaching out to the manager for. You should be receiving an email within the next couple of days with that information.

If you come across any other questions please let us know

Thanks,

Description:
Description:

**Cassandra Micklich**
Drug & Alcohol Coordinator
P: 720-374-4503
F: 720-374-9245
C: 720-936-3704
cassandra.micklich@flyfrontier.com
FlyFrontier.com

BrighamR_PlaintiffRecords0683
https://mail.google.com/mail/u/0/?ui=2&ik=2177cf1f3d&view=pt&search=sent&th=14dc...   11/15/2015

BrighamR_PlaintiffRecords0683-1

**EXHIBIT 14**

**EXHIBIT D**