# #3 FINAL MEETING WITH THE COMPANY-INVESTIGATORY

MEETING
NOVEMBER 3RD, 2015
TRT 19:33

ADRIAN (UNION VP): ...this morning, which I was really surprised. A huge -- a huge butterfly. First of all, A it's November and I haven't seen a butterfly in I don't know how long.

REBECCA(COMPLANTANT): So Jerry will not be here?

STEFANIE(INFLIGHT MANAGER): No. Just myself. Do you want him to be here?

REBECCA: No.

STEFANIE: Ok. Because I did just see him and said Andrea just told me that you're meeting with Rebecca and said yes. And he was like ok I didn't know. I said well Andrea has taken over so -- I didn't know you needed to know.

REBECCA: Right.

STEFANIE: Did not know you needed to know.

ADRIAN: I don't think any of us probably want to be here right now.

REBECCA: Right.

STEFANIE: Right. Off the record Rebecca and I are friends. Kind of shitty and unfortunate...

REBECCA: It is unfortunate.

REBECCA: Well I think with what I have done up I think I am going to be able to walk out of here hopefully with what I -- and arrangements.

STEFANIE: Perfect. And I even talked to her about that. I said you know she is kind of the pioneer here. We don't have a program. And there needs to be a program. Something that is stipulated that says this person cannot fly for a year and self disclosed it's for per their counselor and as being in compliance with DOT and everything I said we need the program. None of this is her fault.

ADRIAN: And it's actually in the handbook. I mean its company policy. They also have to comply with the - the return to work stuff.

1

BRIGHAM LM 0000039

**EXHIBIT 44**

EXHIBIT E

REBECCA: Right, I have -- yes, I've got a good presentation, which will hopefully change the outcome of this.

REBECCA: Oh and then -- before we leave I need to find out if LOA got my new intermittent FMLA paperwork for more days. We can deal with that after.

ADRIAN: I'm sure we have that information.

ADRIAN: She's HIPPA certified right Andrea is?

REBECCA: I think so.

STEFANIE: Yes she should have that then. If she is HIPPA certified she should have it. If not she can find out easily.

REBECCA: Yes because I am at 10 instead of 8 1/2 is this last weekend trip uh hasn't been recoded because I was only approved for 12 FMLA days and last month unfortunately I had to use like 18. So we had to submit new intermittent FMLA paperwork for more days.

REBECCA: Right.

STEFANIE: We have this temp girl working and she doesn't know anything because she is not - she is a temp. She doesn't know airlines codes.

STEPHANIE: Kari is in Chicago. Jenny is in a tizzy at DIA.

REBECCA: Thank you.

ANDREA: My phone is going to keep buzzing and buzzing.

PULLING OUT PAPERWORK

STEFANIE: So of course this is the fact finding meeting uh -- because Rebecca you have hit uh (?) so I have provided you with your absentee record that's the first little pile. Uh -- I have a letter uh -- an email from Shelly Liner for the sick call that was uh 10/23 uh -- she sent out an email that you probably just got a photocopy of it too that your request was denied for lack of timely notice to the FMLA department --

REBECCA: And that is honestly like I take that it is my fault for not sending the email right away, but what had happened was I called in my for my trip like I normally do. There was a turn on the beginning -- a Madison turn on the beginning. 3 overnights and then a Portland turn at the end. Uh so what I was originally going to do is I was going to go ahead and do the Madison turn. Come off the overnights and do the Portland turn at the end. And then all of the sudden I was on hold for about 5 minutes and then she came back and she was like let me call you back. So she called me back and said one of the

BRIGHAM LM 0000040

days on either end has to be -- all intermittent FMLA. [00:05:00.07] Which has never happened to me before. So I was kind of flustered with that, but anyways I told ok well then the Portland turn is worth more - I will keep the Portland turn. So after that happened I went to try and figure out, find the contract and figure out if that is in fact legal. So my normal routine is do an email right away. Just as soon as I hang up the phone I do my email. So it was because of that situation that I was unable - that I forgot to me --

STEFANIE: To send that email.

REBECCA: Which I take that. It is my fault. I did not send it in a timely manner. I did email her Monday morning before I did the Portland turn. And just said oh my gosh I woke up in a panic - I completely forgot. Here is the days and I understand that. Uh -- and I will gladly take that point and a half, but what I would like to discuss is how my other absences are being coded as sick. Or even intermittent FMLA. [00:05:54.28] Uh as a part of your own self disclosure policy it says Frontier Airlines requires compliance with any additional treatment after care or support, group services as well as required testing. Documentation of compliance may be requested at any time. Non-compliance with any required program component may result in termination of employment. Part of my recovery, I am not to do layovers. My sponsor, my therapist - say don't do layovers. It could seriously jeopardize your recovery. So I don't do it. That is what my intermittent FMLA is approved for. However - so this right here tells me that that's a part of my recovery and a part of my program. Therefore I don't even know why I have to use intermittent FMLA for it. [00:06:44.05] Uh -- basically I am damned if I do. I damned if I don't. So by calling in for these overnights is resulting in sick calls when I run out of my intermittent FMLA. Go for it. When I run out of my intermittent FMLA. Uh -- so -- there is all my other 6 are from that except for there was one that was a late sick call, which is my fault as well. It was a late IFM or a late sick call. I don't remember how they coded it. Those are the only two points that I -- fully agree that I should have. All the other ones are technically under your own self-disclosure policy. I can't do layovers as a part of my recovery. So you guys had decided to use intermittent FMLA. Fine that has worked up until now. Until I run out of intermittent FMLA and then I get sick calls. Which I don't believe should be even coded as sick because it is part of my recovery. I don't think I should have points on there and I also don't think that I should have to use my intermittent FMLA for it. [00:07:52.26] Uh another thing I want to bring up is the ADA - Americans with Disabilities Act. And that states that I am entitled to reasonable accommodations when it comes to a disability. Alcohol has long been considered a disability. Alcoholism has. So -- uh -- I have had multiple requests in to be able to -- a, build my own schedule. Leave me with a blank schedule and I will build my own schedule with what I know I can around my meetings and not pick up overnights. So pick up turns. People are giving away their turns left and right on the end. I am not asking to do DC Monday through Friday. I just want to be able to pick up what other people are getting rid of. Start with --

STEFHANIE: Ok and say you are not able to pick it up because you have a 4 day that you have to trade out or pick up.

3

REBECCA: Right.

STEFANIE: So that's causing --

BECKY: So that's causing the issue there.

ADRIAN: And she's not allowed to - and this is just recent where they are not allowed to split turns on either end because before I mean from before October 1st we have been able to split on either end. And now all of the sudden they say it has to be entire duty period.

REBECCA: Which is new.

STEFANIE: For IFM?

ANDREA: I just saw an email on that yesterday. And I started asking questions because you don't know I am new to all this and I am trying to learn first of all the lingo. That is a whole other language and what the rules are and that got brought up so you know I am kind of --

ADRIAN: Because contractually uh we're - line holders are allowed to split trips uh but now they are saying that it has to be a full duty period. Well we would never be able to - you know and if you're only approved for one or two FMLA days and you have a 4 day trip - that kind of puts you not allowed to use your FMLA. So that's a problem. And we're just another resources too. So -- but that's an issue and that's been new since October 1st.

ANDREA: That needs to be on our (?). Uh trust me that's on the back of - I mean I started...yesterday - so give us a little time. There is unfortunately a lot of hands in the pot on this one. So we need to get everybody in the same room and figure out what we are going to do because there is too many people telling employees something or you something or --

STEFANIE: And I myself was unaware of that until it happened this weekend with another gal that called the emergency line and I was like of course you can and she was like no I can't.

ADRIAN: And that's just been brand brand new.

ANDREA: We will get that part straightened out as well. I apologize there is confusion around that, but there is confusion all the way around. So -- we will look at that. And you brought up the disability - did you have any point uh do a formal request for a reasonable accommodation based on ADA or was it just something verbally you brought to --

REBECCA: It was a verbal and actually under the ADA it only has to be verbal.

4

ANDREA: I know I am just asking.

REBECCA: Ok. Yes.

ANDREA: Who did you - and did you have any --

REBECCA: I have stated it multiple times uh --

ANDREA: To?

REBECCA: Let's see, I think the first time was -- with Jeff and JJ. I had talked to them about it. Uh and then -- I had also emailed Laura Rush uh --

ANDREA: I am sorry who was it? Let's see Laura and who else?

REBECCA: Laura Rush uh and then my first meeting sort of just to kind of talk about my intermittent FMLA days and how we were going to go about this - I had mentioned it was a meeting with Jerry and Cassandra. I had mentioned why can't I do this and Cassie was going to go ahead and look it up and tell me if I could do them. I had received an email from her shortly after the meeting saying that they couldn't do that. Now my second meeting that Jerry was in I had requested it again uh reasonable accommodations whether it be you know build my own schedule or just remove my overnights because when it comes to dependability I am very dependable. Because of the fact that you guys know I can't do layovers. So therefore you can look at my schedule and know what I will not be flying. [00:11:53.12] And I don't understand I guess why is that big of a deal to just remove those overnights. A reserve is going to have to do them regardless. So if they're just removed and thrown into open time why not let somebody be able to pick those up if they would like them. Then you don't have to call out a reserve whether it's in morning or in the evening -- whatever you don't have to use the last minute reserve. I have brought that up to the table. I have suggested pretty much everything that I could possible think of.

ANDREA: Did they say why they were telling you no?

REBECCA: Basically what Jerry had told me is that it's not fair to other employees that they make this accommodation to me and not everybody else. However, it is in the ADA that it's a case by case basis. They have to look at the individual with the disability and it is a case by case basis that they have to uh make accommodations.

ADRIAN: And if she were picking up that open time or the trade it wouldn't be --

ADRIAN: It would not --

ADRIAN: Because it wouldn't be like pre-awarded if that was something that came up. Uh as far as the union stance - you know if she could bid what she could hold and then

5

<mark>you know was either removed or able to pick up some open time - it wouldn't violate seniority. Because that's all first come first serve anyway. So --</mark>

REBECCA: So yes I just -- I'm at a loss on -- where to go from here because something does have to change. I can't go on living with no hours, no money because I can't do these trips. I am a good flight attendant. My alcoholism has never once affected my job. And the fact that I never drink at work. It was at home and I self disclosed so that I could go get help. I was never in jeopardy of losing my job. I went and got help on my own and to have to come back and deal with all of this stuff that I have had to deal with -- its not - it's not good. Uh -- I am very blessed. I am very lucky that I did get the treatment that I received. Uh -- if I didn't I am pretty sure I would have relapsed over some of this stuff. I am very blessed I have a great support system but its because of that support system and because of the rules that are -- well not really rules, they are suggestions -- you take suggestions in AA like they will save your life and as soon as my therapist and my sponsor told me don't do layovers - it is not a good idea.

ANDREA: Is that going to be a permanent situation or is that temporary?

REBECCA: For now.

ANDREA: So permanent?

REBECCA: For now. It could be down the road after I finish my steps and -- I could talk to my sponsor about it and say hey I am thinking about adding layovers back in but that is something that will come way down the road after I complete my 12 steps.

[00:14:57.12]
STEFANIE: And is - when it comes to 12 steps I don't know - I am very naive to it. Uh is there a timeline given in a 12 step or is it just -- you get to step on your own step.

REBECCA: Yes. And some people are on one step for a year.

STEFANIE: Ok.

REBECCA: You know and it's an individual basis. Like one -- the 8th step make amends - that is a long list uh -- and its not easy uh I know my sponsor it took her two years to do her amends. Uh however I do know other uh people in AA who have completed the steps in 6 months. You know it's so totally on an individual basis and it also depends on who your sponsor is. Uh -- your sponsor is there to take you through the steps the way that they way that they were taken through the steps. Now there are sponsors out there that are like do these steps, lets get them done, lets get them done now and there are others who are kind of like we need to spend time on these steps because its these steps that ultimately are going to keep you sober. [00:16:02.09] They get rid of all of your baggage in the past. They allow you to forgive not only yourself -- other people and for other people to be able to forgive you. It's a process and my sponsor is more let's do these thorough. Let's do them right. I don't want to hurry you through them, which I am

<mark>6</mark>

<mark>BRIGHAM LM 0000044</mark>

thankful for.  You know because I mean this will save my life if I ever go back to drinking I will die.  I don't know if I would ever end up back in rehab.  [00:16:32.06] Which is why when they tell me don't do layovers -- I won't do layovers. They say its -- its suggested as a program of recovery - just like it is suggested that when you're skydiving you pull that cord - it will save your life.

ANDREA: Because I am not a flight attendant - explain how if you can how the layover uh -- and if you don't want to say --

REBECCA: No I am fine. I can explain anything.

ANDREA: What do layovers have to do with the --

REBECCA: Well that's sort of like two parts. One I am away from my AA -- my support system uh two, that is what you do on a layover. I mean at least what I did on my layovers - the second you get to that hotel you go up to your room you change, you get down to the bar.  And at the end it got to the point where I would just bring my own because I couldn't afford it.  You know so I would have a couple of cocktails in the room and then go down for like one beer.  But it was just what I did on a layover.  There was not one single layover that I did not not drink. It was just what you did. And now I had never gone past my 8 hours. I had never stepped on an airplane drunk luckily but that could have been my next step.  You know I just don't know what would have happened if I wouldn't have gotten help when I did.  Uh so -- yes -- I just --

ANDREA: Well you know what? Kudos to you for taking that step.

REBECCA: Thank you very much.

ANDREA: I respect that.

REBECCA: Thank you.

ANDREA: I really do. That first step is probably the toughest one to do it.

REBECCA: The best hardest decision of my life.

ANDREA: Well I respect you for that.

REBECCA: Thank you very much.

ANDREA: And I am glad things seem like they are coming together for you.

REBECCA: Yes, I am very lucky that I didn't lose more.  You know my rock bottom was a lot different than a lot of people's rock bottom. I didn't have to lose everything before I realized. So, I am very blessed. Thank you.

7

ANDREA: Yay!

REBECCA: Now, if we can just figure out --

ANDREA: And that's why we do this just so you know we can all get together and discuss you know every - the background and what not and you know if you have questions for us or if we have questions for you that's why we do this.

ADRIAN: And I do know just so that you're familiar - a lot of times when people come back mid month or they're not released to be able to bid they are given blank schedules and they have to - and I mean its something that in flight already does so it wouldn't be an undo hardship with the company because I know some part of this too is that her request cannot make it.

ANDREA: For the company?

ADRIAN: They already allow -- pick up in this light so its not like we are - its a really unusual request that's never been done before uh and the placement is responsible for giving that to the -- and if they don't then there is other disciplines --

ADRIAN: Consequences and ramifications for that.

ADRIAN: So I mean which is already too light out here. Its just this situation is different because she is already back at work - that would be the only --

8

BRIGHAM LM 0000046