Untitled

I am requesting a reasonable accommodation. It is to not do overnight trips because it will put my recovery at risk.  Also be able to manitain enough hours to live on.

IDEAS
just remove me from the overnights
have me build my own schedule out of opentime and tradeboard

Page 1

FRONTIER AIRLINES (R. BRIGHAM) - 0001766

ESI00000127-1

EXHIBIT
20

EXHIBIT F