IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,
a Colorado corporation,

       Defendant.

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO FILE RESTRICTED EXHIBIT**

    Plaintiff, by and through the undersigned, hereby resubmits *Plaintiff's Second Unopposed Motion to File Restricted Exhibit*. Defendant does not oppose the relief requested herein. Pursuant to the Court's Order at Dkt. 40, and pursuant to D.C.COLO.LCivR 7.2, Plaintiff resubmits this Motion as follows:

1. Plaintiff seeks to file Exhibit 11 [Dkt. 36-11] to her Motion for Partial Summary Judgment [Dkt. 36] as Restricted Level 1.

2. Exhibit 11 contains personally identifying information of Defendant's employees and information which those employees may wish to keep confidential, including: names, the nature of reasonable accommodation requests, and the description of medical conditions. Defendant, pursuant to the Protective Order [Dkt. 26] entered in this case, marked this document as "Confidential" during discovery. Thus, Plaintiff is required

to file this Exhibit restricted, and in any event, the interests protected outweigh the presumption of public interest given the personal and sensitive nature of the information contained in Ex. 11.

3. If access was not restricted, any number of individuals may see their personal and confidential health information exposed publicly.

4. Exhibit 11 is a comprehensive compilation of all reasonable accommodation requests, whether granted or denied, by Defendant Frontier on a companywide basis from approximately 2012 through 2016. Virtually the entire document would require redaction rendering the exhibit indecipherable, and as such, filing the document restricted is the most practicable way for Plaintiff to present this evidence to the Court while also preserving the privacy interests of third-parties.

5. Level 1.

For these reasons, Plaintiff respectfully requests the Court grant this Motion thereby allowing Exhibit 11 to Plaintiff's Motion for Partial Summary Judgment to be filed as Restricted Level 1.

Respectfully submitted this 18th day of November, 2020.

> THE LAW OFFICE OF JOHN R. CRONE, LLC
>
> /s/ John R. Crone
> John R. Crone
> CO Bar No. 48284
> 4550 E Cherry Creek Drive South, #1003
> Glendale, Colorado 80246
> Telephone: (303) 598-3526
> Email: john@crone-law.com
> *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2020, a true and correct copy of the foregoing *Plaintiff's Second Unopposed Motion to File Restricted Exhibit*, including any exhibits, was filed using the CM/ECF system and served electronically upon Defendant through its attorneys of record.

      By:   /s/ John R. Crone
                John R. Crone