IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., a Colorado corporation,

    Defendant.

**DEFENDANT'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIFTH SET OF WRITTEN DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 33, 34, and 36, Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant"), by and through its undersigned counsel of record, serves the following Supplemental Objections and Responses to Plaintiff's Fifth Set of Written Discovery:

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 15:** Please produce any insurance policy in force during 2014 through 2015 and obtained by Defendant for the purpose of covering employment related claims, including those policies commonly known as EPLI or Employment Practices Liability Insurance.

    **RESPONSE:** Frontier is producing the responsive insurance policy.

**REQUEST FOR PRODUCTION NO. 16:** Please produce the information contained at Frontier Airlines (R. Brigham) – 0004442 – CONFIDENTIAL for the time period November 14, 2011 through 2012.

    **OBJECTION:** Frontier objects to Request for Production No. 16 on the grounds that the request that Frontier "produce the information" is vague and ambiguous.

# EXHIBIT 1

**RESPONSE:** Subject to, and without waiving its objections, Frontier states that the information for 2012 is contained in the already-produced document. Frontier states that there is no responsive log, chart, or compilation of the same type of information in existence for the November-December, 2011 time period.

**REQUEST FOR PRODUCTION NO. 17:** Please produce the information contained at Frontier Airlines (R. Brigham) – 0004442 – CONFIDENTIAL for the time period 2017 through present.

**OBJECTION:** Frontier objects to Request for Production No. 17 on the grounds that the request that Frontier "produce the information" is vague and ambiguous. Frontier further objects to this Request on the grounds that it is overly broad as to timeframe, and therefore requests irrelevant information, is unduly burdensome, is not proportional to the issues or needs of this case, and is beyond the permissible scope of discovery as set forth in Fed. R. Civ. P. 26(b)(1).

**RESPONSE:** Subject to, and without waiving its objections, Frontier states that there is no responsive log, chart, or compilation of the same type of information in existence for the 2017 – 2020 time period.

**SUPPLEMENTAL RESPONSE:** Subject to, and without waiving its objections, Frontier directs Plaintiff to the document produced with beginning bates-label Frontier Airlines (R. Brigham) –0004809-CONFIDENTIAL. Further responding, Frontier states that none of the conditions accommodated involved alcoholism, substance abuse, or an on-the-job injury.

Respectfully submitted this 28th day of October, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: 303-629-6200
Facsimile: 303-629-0200
Email:   dkitson@littler.com
            catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2020, a true and correct copy of **DEFENDANT'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIFTH SET OF WRITTEN DISCOVERY** was served via e-mail on the following:

John R. Crone
John R. Crone, LLC
4550 East Cherry Creek Drive South
Suite 1003
Glendale, CO 80246
Phone: 303-598-3526
Email: john@crone-law.com

*Attorney for Plaintiff*

                                                *s/Mary Mathews*
                                                Mary Mathews

| Flight Attendant | Nature of Accommodation Requested | Accommodation(s) Granted | Accommodation(s) Denied |
|---|---|---|---|
| Rewitzer, Stacy | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Rewitzer, Stacy | Provision of facilities for lactation off aircraft | X | |
| Rewitzer, Stacy | Temporary ground assignment as a pregnancy and/or lactation accommodation | | X |
| Rewitzer, Stacy | Provision of breaks on duty, in flight, for lactation | | X |
| Rewitzer, Stacy | Flight schedule modifications to accommodate for lactation | | X |
| Roby, Jo | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Roby, Jo | Flight schedule modification to accommodate for lactation | | X |
| Schwartzkopf, Renee | Provision of breaks on duty, in flight, for lactation | X | |
| Crowe, Heather | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Crowe, Heather | Temporary ground assignment as a pregnancy and/or lactation accommodation | | X |
| Hodgkins, Melissa | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Hodgkins, Melissa | Temporary ground assignment as a pregnancy and/or lactation accommodation | | X |
| Stevens, Chandra | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Osborne, Angela | Extensions of medical leaves of absence related to pregnancy and lactation | X | |
| Mares, Andria | Leave (medical & personal) | X | |
| Jobin, John | Did not want to share a hotel room during training | X | |
| Hall, Dirinda | Request to wear hat while in chemo recovery | X | |
| Ground, Cielito | Uniform accommodation | X | |
| Cole, Damian | Uniform accommodation | X | |
| Dobson, Lele | Uniform accommodation | X | |
| McDonald, Amber | Uniform accommodation | X | |
| Shepard, Zoe | Uniform accommodation | X | |