# Treatment Plan

Name: **Rebecca Brigham**          Date of Update: **5/1/2015**

**DMS Diagnosis:**
**Axis I:** Generalized Anxiety Disorder          Code #: 300.02
Diagnostic Criteria: changes in heart rate, change in breathing pattern, fearful, feels frozen.
**Axis I (Secondary):** Alcohol Withdrawal          Code #: 291.81
Diagnostic Criteria: In recovery.
**Axis II:** No diagnosis.          Code #: V71.09
Diagnostic Criteria:
**Axis III:** Thyroid removed September 2011
**Axis IV (*Circle*):**

| | | |
|---|---|---|
| Problems with primary support group | Yes **No** | |
| Educational Problems | Yes **No** | |
| Housing Problems | **Yes** No | |
| Problems with access to healthcare services | **Yes** No | |
| Other psychosocial and environmental problems | Yes **No** | |
| Problems related to the social environment | Yes **No** | |
| Occupational Problems | **Yes** No | |
| Economic Problems | Yes **No** | |
| Problems related to interaction with the legal system/crime | Yes **No** | |

**Axis V:**
Current GAF:    67          Highest GAF in past year:   65

**Client's Goals for Treatment:**
1. Continued self-regulation skill set enhancement and utilization.
    a. Objective: meditation, reading AA big book, gardening, utilizing prayer
2. Rebecca would like to embrace and increase self-love, self-worth, and self-esteem.
    a. Objective: Rebecca will engage in a workbook regarding yogic philosophy on the yamas and niyamas via reading and journaling.
    b. Objective: Rebecca will reflect and write down the positive things she has done over the course of time to remind herself of her positive elements.
    c. Objective: Rebecca will utilize the first yama (non-violence) on self by reducing the amount of negative self-talk.
3. Rebecca will improve her health and mental health by slowly shifting her diet and nutrition base.
    a. Objective: Practicing mindfulness during meal times.
    b. Objective: Will grow a garden for food.

**Treatment Plan (Long-term goals):**
Rebecca would like to maintain sobriety throughout the lifespan. The listed goals are the pathway she has chosen to guide her through recovery and into sobriety.

**Criteria for Discharge:**
Rebecca will have maintained a full-time job without modifications for 6 full months.

**Estimated Length of Treatment, Modality, and Frequency:**
1. Individual treatment, one to two times monthly for six months (to be evaluated at that time).
2. Group therapy, weekly for six months (to be evaluated at that time).

_____, LCSW          16 June 15
Primary Therapist                                         Date


_____          _____
Client/Guardian Signature                    Date

FRONTIER AIRLINES (R. BRIGHAM) - 0000188

# EXHIBIT 2

Name: <u>Rebecca Brigham</u>                                    Date of Update: <u>5/1/2015</u>

Additional information:
Rebecca has identified triggers to cravings and opportunities to consume alcohol and those are on over night trips or anything longer than a given work day in her professional arena. At this time it would not be a good idea to encourage a vulnerable situation with a work schedule that serves as a temptation, if possible. Her treatment plan and progress towards goals will be reviewed every 90 days.

FRONTIER AIRLINES (R. BRIGHAM) - 0000189