**FRONTIER.**

Frontier Airlines, Inc.　　P 720.374.4200　　frontierairlines.com
Frontier Center One　　　F 720.374.4375
7001 Tower Road
Denver, CO 80249

September 16, 2014

Mrs. Rebecca Brigham
300 linda Lane
Denver, CO 80221

Dear Rebecca,

We are thankful to hear that you have contacted a company representative in an effort to obtain assistance. Asking for help is the first step on the road to recovery. We are committed to helping you through your journey. Below you will find answers to some questions regarding steps and guidance.

Representatives from two departments within Human Resources will actually be involved in your process, but rest assured that your confidential information will remain exactly that…**CONFIDENTIAL.** You have also contacted your Union representative, so they may also be informed of progress, if necessary.

When an employee discloses a drug or alcohol dependency they must:
1. Be removed from the performance of safety-sensitive functions – **the Benefits Department will assist you in requesting a Leave of Absence. A Leave Coordinator can be reached at 720-374-4531.** If you are not in a safety-sensitive position, you will be granted LOA, if suggested after assessment, by your Substance Abuse Professional. If you are eligible, you will be granted FMLA.
2. Contact the Employee Assistance Program (EAP) within 24 hours of receiving this letter or disclosing to a company representative. Frontier Airline's direct contact is:

   **Dr. Rick Carlson, LPC, NCC, CEAP, Certified Clinical Trauma Professional
   Ceridian LifeWorks 800-234-5154 X3000**

*A whole different animal.*

FRONTIER AIRLINES (R. BRIGHAM) - 0000524

EXHIBIT 1

**FRONTIER.**

Frontier Airlines, Inc.  P 720.374.4200   frontierairlines.com
Frontier Center One    F 720.374.4375
7001 Tower Road
Denver, CO 80249

3. Be evaluated by a Department of Transportation (DOT) qualified SAP – **When you contact the Benefits Department or Compliance Department with your disclosure, the D&A Program Administrator will contact Ceridian's Employee Assistance Program and request a Substance Abuse Provider in your area who is qualified to make Department of Transportation determinations.**
4. Comply with all recommendations given by the SAP – **The SAP will give recommendations for an individualized program. These recommendations must be followed in order for that SAP to release you to return to work.**
5. Return for a follow-up evaluation and receive return-to-duty clearance from the SAP – **Showing compliance with SAP recommendations will result in clearance to return to work. You will need to get that clearance from the SAP in the form of a letter that describes your program and lists the date of successful completion. The letter should also state recommendations for aftercare, support groups or testing in the future. This information should be sent to the Compliance Department at hrcompliance@flyfrontier.com.**
6. Take and pass a return-to-work test and be placed in the company follow-up testing program - **Once the clearance letter is received, a Compliance Coordinator will contact you with information and documents for a Return to Duty test. As negative results are received, the Compliance Coordinator will release you to return to work. You will be placed in the company Follow-Up testing program as directed by your SAP's recommendations.**

Please feel free to contact either me if you have any questions regarding your responsibility or the next steps to take.

Sincerely,

Jerry Arellano
D&A Program Administrator
720.374.4594
Gerardo.Arellano@flyfrontier.com

*A whole different animal.*

FRONTIER AIRLINES (R. BRIGHAM) - 0000525