

**Frontier Airlines,**
**Frontier Center One**
**7001 Tower Road**
**Denver, CO 80249**

P 720.374.4245
F 720.374.8013

loa@flyfrontier.com

## CERTIFICATION OF HEALTH CARE PROVIDER FOR EMPLOYEE'S SERIOUS HEALTH CONDITION
### (FAMILY AND MEDICAL LEAVE ACT)
### INTERMITTENT LEAVE OF ABSENCE

Frontier Contact: LOA Coordinator
LOA@flyfrontier.com

### EMPLOYEE INFORMATION

#### TO BE COMPLETED BY EMPLOYEE

**EMPLOYEE:** Please complete this section before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Per 29 U.S.C. §§ 2613, 2614(c)(3), if requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. Per 20 C.F.R. § 825.313, failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request.

Employee Name: **Rebecca Brigham**    Employee ID #: **413206**
Employee Phone: **303-913-6376**    Job Title: **Flight Attendant**
Manager: **JJ Williams**    Base/Location: **DEN**

### MEDICAL CERTIFICATION

#### MEDICAL PROVIDER IS TO COMPLETE PARTS A AND B AND ANY ADDITIONAL INFORMATION

**MEDICAL PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

THE GENETIC INFORMATION NON-DISCRIMINATION ACT OF 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or their family member's genetic tests, the fact that an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual.

**FRONTIER**

## PART A: MEDICAL FACTS

Approximate date condition commenced: __6/13/2014__

Probable duration of condition: __Lifetime recovery__

Date(s) you treated the patient for condition: __Consistenly since 12/2014 1x per week.__

1. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?  ☐ No  ☑ Yes
   If yes, dates of admission: __September 7, 2014 - November 7, 2014__

2. Will the patient need to have treatment visits at least twice per year due to the condition?
   ☐ No  ☑ Yes

3. Was medication, other than over-the-counter medication, prescribed?
   ☐ No  ☑ Yes

4. Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?  ☐ No  ☑ Yes
   If yes, state the nature of such treatments and expected duration of treatment: __Psychiatry__

5. Is the medical condition pregnancy?  ☑ No  ☐ Yes
   If yes, expected delivery date: _____

6. Use the information provided by the employer to answer this question. If the employer does not provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.
   Is the employee unable to perform any of his/her job functions due to their condition?
   ☑ No  ☐ Yes
   If so, identify the job functions the employee is unable to perform: _____

7. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   Update: Rebecca continues to work towards maintaining sobriety. She is currently stressed because of her work schedule, and notices triggers arise as the stressors increase. Her work schedule consist of overnight trips to which she cannot partake due to the lack of (CONTINUED ON NEXT PAGE) know resources in case she needs to reach out for support when vulnerable. Rebecca does not feel safe working overnights as of this update.

Page 2 of 4

BrighamR_PlaintiffRecords0667

# FRONTIER

## PART B: AMOUNT OF LEAVE NEEDED

1. Please indicate if any of the following apply to the patient:

   ☑ They will experience intermittent incapacitation that will require FMLA Leave

   ☑ They will require treatment appointments for their condition

2. Please detail below based on your previous answer:

   - If you indicated that the patient will experience *intermittent incapacitation* requiring FMLA Leave, based upon the patient's medical history and your knowledge of the medical condition, please *estimate the maximum frequency and duration* of intermittent leave time they might require. Note that terms such as "indefinite, unknown, n/a and undetermined cannot be accepted and will result in a denial of the leave request:

   **30-31** (Number)  ☑ days / ☐ hours   per   ☐ day / ☐ week / ☑ month   ☐ quarter / ☐ year

   Please indicate the beginning and ending dates for the period of intermittent incapacitation:

   Begin (mm/dd/yyyy): **10/23/2015**    End (mm/dd/yyyy): **5/23/2016**

   - If you indicated that the employee will need to attend follow-up treatment appointments, is it medically necessary for the employee to be absent from work to attend these appointments?
   ☐ No    ☑ Yes

   If yes, please estimate treatment schedule:
   Frequency: **1-2 x per week & as needed.**
   Length of Appointment (including any recovery period): **1-2 hrs +**

   If yes, please also provide a general description of this regimen (e.g. Physical Therapy, medication administration, etc.):

   Rebecca is worried that she may face termination if she is not able to take overnight trips. This worry serves as a barrier in relapse prevention. Additionally, her benefits are what allows her to maintain treatment and the threat of termination would/does have implications. She continues to utilize all resources and support as (CONTINUED ON NEXT PAGE) she maintains sobriety.

**FRONTIER**

**ADDITIONAL INFORMATION** (Please identify the question number with your additional answer):

If possible, a modified work schedule would help Rebecca significantly. She has complied with all other requirements placed on her to maintain her position. Thank you for your consideration.

_Marla M. Madrid, LCSW_    27OCT15
Signature of Health Care Provider    Date

Provider's Name (printed): Marla M. Madrid, LCSW
Business Address: PO Box 554
Strasburg, CO 80136
Telephone: (303) 622.9280    Fax: (303) 622.9201
Type of practice / Medical specialty: Behavioral Health