

Rebecca Brigha~
~ 52-71-01-68-15



## NOTES/COMMENTS

12/2/15 — Grievance hearings — Rebecca didn't call
re: IFM until 3-4 days later, company gave
paperwork to increase days, didn't get it back
in required timeframe, faxed to wrong number

12/10/15 — Company response denying grievance
12/21/15 — Submitted to system board.
5/11/16 — Screened out.
4/26/16 — Screen letter sent (30 days 10/26)
11/18/16 — Case withdrawn. RH

BrighamR_PlaintiffRecords1089

EXHIBIT 3

The Company considers Rebecca to have self disclosed due to a conversation with Fadia while in treatment.

A condition of her return to work was compliance with all required program components. One of Rebecca's requirements of the SAP was not to do overnights. Her seniority did not allow for her to bid turns. It was up to her to manipulate her schedule, calling in sick for trips where she couldn't drop/swap/trade. This became more & more difficult last year as the DEN base continued to shrink and she came closer & closer to RSV.

Rebecca did not immediately qualify for IFM due to Absences in 2014, so began accumulating sick occurrences. She qualified for IFM in April 2015. Rebecca was required to contact LOA to recode absences, but wasn't consistent therefor accumulating dependability points. There was 1 trip in July where LOA said she'd exhausted her days (July 2-6), however the Company resumed recoding absences with her July 31 sick call.

A FTW for 7pts issued 5/26/15. The Company recoded 2 calls. Rebecca received another FTW for 7pts on 7/3/15.

Rebecca had another call that remained "Sick" Aug 7-10. Rebecca stated that she was ill for that call so didn't email LOA. This resulted in FTW dated 8/7/15 due to 8 pts.

The Company did not term Rebecca in August when she reached 8 pts.

Rebecca missed much of Sept 2015 as IFM, also much of Oct 1-19 also IFM. Rebecca then had more sick calls for Oct 23-26 and Oct 30-Nov2 where she did not email to recode. Rebecca was suspended Nov 3, and terminated Nov 11, 2015

this brought to 10 pts

BrighamR_PlaintiffRecords1091