IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Emily Buchanan | FTR - Reporter Deck - Courtroom A402 |
| Date: February 3, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 19-cv-03417-WJM-STV

*Parties*:

REBECCA BRIGHAM,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

*Counsel*:

John Crone

Carolyn Theis
Danielle Kitson

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC FINAL PRETRIAL CONFERENCE**
**Court in session:** 10:31 a.m.
Court calls case. Appearances of counsel.

Discussion is held regarding the proposed Final Pretrial Order.

**It is ORDERED:**    The proposed Final Pretrial Order which was submitted to the Court is approved with interlineations and made an order of Court.

Ms. Kitson advises the Court that the Defendant has a dispute regarding a witness who was late disclosed. The Court advises counsel to file a motion to strike that witness.

HEARING CONCLUDED.
**Court in recess:** 10:33 a.m.
Time In Court:    00:02

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 <u>OR</u> AB Litigation Services at (303)629-8534.