

| Civil ▼ | Criminal ▼ | Query | Reports ▼ | Utilities ▼ | Search | Logout |

ALLMTN,JD1

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:19-cv-03469-RM-MEH

Hodgkins et al v. Frontier Airlines, Inc.
Assigned to: Judge Raymond P. Moore
Referred to: Magistrate Judge Michael E. Hegarty
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 12/10/2019
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Melissa Hodgkins**                                represented by **Galen Leigh Sherwin**
ACLU Women's Rights Project
125 Broad Street
18th Floor
New York, NY 10004
212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org
*ATTORNEY TO BE NOTICED*

**Jayme Jonat**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
14th Floor
New York, NY 10017
646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Juno E. Turner**
Towards Justice-Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237-5680
720-441-2236
Email: juno@towardsjustice.org
*ATTORNEY TO BE NOTICED*

**Karen A. Sebaski**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue


V.

**<u>Defendant</u>**

**Frontier Airlines, Inc.**                                                                                     represented by **Erin Ashley Webber**
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-629-6200
Fax: 303-629-0200
Email: ewebber@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn Bailey Theis**
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-362-2850
Fax: 303-484-5246
Email: CaTheis@littler.com
*ATTORNEY TO BE NOTICED*

**Danielle L. Kitson**
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-629-6200
Fax: 303-362-8427
Email: dkitson@littler.com
*ATTORNEY TO BE NOTICED*

**Stephen E. Baumann , II**
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-629-6200
Fax: 303-629-0200
Email: sbaumann@littler.com
*ATTORNEY TO BE NOTICED*