IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: May 5, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 19-cv-03417-WJM-STV

<u>Parties</u>:                                                      <u>Counsel</u>:

REBECCA BRIGHAM,                                John R. Crone

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,                       Carolyn B. Theis

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session:  10:36 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court on Defendant Frontier Airlines, Inc.'s Motion to Strike Plaintiff's Designation of Christine Kernen as a Trial Witness From the Final Pretrial Order (ECF No. 51) [Doc. No. 53, filed 4/2/2021].

Arguments by counsel.

**It is ORDERED:**     Defendant Frontier Airlines, Inc.'s Motion To Strike Plaintiff's Designation of Christine Kernen as a Trial Witness From the Final Pretrial Order (ECF No. 51) [Doc. No. 53] is **DENIED in part and GRANTED in part.**  The motion is **DENIED** to the extent it seeks to strike the witness Christine Kernen from the Final Pretrial Order. The motion is **GRANTED** to the extent it seeks to re-open discovery for the limited purpose of re-deposing Christine Kernen.

With respect to the requests for fees and costs associated with the re-deposition, the court finds that is unwarranted and therefore the request is **DENIED without prejudice**.

HEARING CONCLUDED.
**Court in recess:** **10:53 a.m.**
Time In Court:      00:17

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 OR AB Litigation Services at (303)629-8534.