**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03417-WJM-STV

REBECCA BRIGHAM,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., a Colorado corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment of United States District Judge William J. Martínez entered on August 27, 2021, it is ORDERED that Defendant Frontier Airlines, Inc.'s Motion for Summary Judgment (ECF No. 38) is GRANTED in its entirety. It is

FURTHER ORDERED that Plaintiff Rebecca Brigham's Motion for Partial Summary Judgment (ECF No. 36) is DENIED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Frontier Airlines, Inc. and against Plaintiff Rebecca Brigham. It is

FURTHER ORDERED that Defendant Frontier Airlines, Inc. shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day of August, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk