## EXHIBIT A TO BILL OF COSTS OF DEFENDANT

## Case No. 1:18-cv-03360-PAB-SKC

Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920[1]

| **Fees of Clerk and Marshal:** | | |
|---|---|---|
| *Private Process Server Costs.*<br><br>According to the Guide, "[s]ervice of process or subpoena by a private process server is awardable" upon a showing that the "prevailing party meets its burden, provides a sufficient basis for use of the service, and requests a reasonable cost." *See* Guide at 25. Defendant further states that under 28 CFR § 0.114(a) the U.S. Marshal Service charges fees of $8.00 per item mailed, and $65.00 per hour for item served or executed personally. | | |
| 1 | Service of process fee for Subpoena to Produce served on Records Custodian for Cakeheads, Inc. ("Cakeheads"), for records related to Plaintiff's employment with same (see Invoice dated 8/6/20, attached as **Exhibit A-1**).<br><br>Defendant served this subpoena in order to obtain information regarding Plaintiff's efforts to mitigate her economic damages. | $55.00 |
| 2 | Service of process fee for Subpoena to Produce served on Records Custodian for Great West Painting and Repair, Inc. ("Great West"), for records related to Plaintiff's employment with same (see Invoice dated 8/6/20, attached as **Exhibit A-2**).<br><br>Defendant served this subpoena in order to obtain information regarding Plaintiff's efforts to mitigate her economic damages. | $75.00 |
| | **SUBTOTAL OF FEES OF CLERK AND MARSHAL** | $130.00 |
| **Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:** | | |

---

[1] Defendant certifies that it has reviewed the Hearing Officer's Guide to Bills of Costs for the United States District Court for the District of Colorado, available at http://www.cod.uscourts.gov/Portals/0/Documents/Forms/CivilForms/Hearing_Officer_Guide_to_Taxation_of_Costs.pdf (the "Guide"), prior to submitting this Bill of Costs.

EXHIBIT A

| | | |
|---|---|---|
| 3 | Certified copy of the deposition transcript and exhibits of Gerardo Arellano, taken on 7/14/20 (Mr. Arellano appears as witness on the Final Pretrial Order [Dkt #51]; his deposition transcript was required for effective and necessary preparation for trial) (see Invoice dated 7/23/20, attached as **Exhibit A-3**).<br><br>See Tilton v. Capital Cities/ABC, Inc., 115 F.3d 1471, 1476-78 (10th Cir. 1997); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $870.83 |
| 4 | Certified copy of the deposition transcript and exhibits of Rule 30(b)(6) witness, Gerardo Arellano, taken on 7/13/20 20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38] and Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45]) (see Invoice dated 7/30/20, attached as **Exhibit A-4**.)<br><br>See Tilton v. Capital Cities/ABC, Inc., 115 F.3d 1471, 1476-78 (10th Cir. 1997); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $408.80 |
| 5 | Certified copy of the deposition transcript and exhibits of Stefanie Coppedge taken on 7/29/20 (Ms. Coppedge appears as witness on the Final Pretrial Order [Dkt #51]; her deposition transcript was required for effective and necessary preparation for trial) (see Invoice dated 8/14/20, attached as **Exhibit A-5**).<br><br>See Tilton v. Capital Cities/ABC, Inc., 115 F.3d 1471, 1476-78 (10th Cir. 1997); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $343.92 |

| 6 | Same-day deposition change fee for reporting services for Plaintiff Rebecca Brigham, rescheduled from 8/20/20 to 8/31/20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38], Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45], and Defendant's Reply in Support of Its Motion for Summary Judgment [Dkt # 48]), (See Invoice dated 9/8/20, attached as **Exhibit A-6**).<br><br>See Tilton v. Capital Cities/ABC, Inc., 115 F.3d 1471, 1476-78 (10th Cir. 1997); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $125.00 |
| 7 | Same-day deposition change fee for video services for Plaintiff Rebecca Brigham, rescheduled from 8/20/20 to 8/31/20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38], Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45], and Defendant's Reply in Support of Its Motion for Summary Judgment [Dkt # 48]), (See Invoice dated 9/8/20, attached as **Exhibit A-7**).<br><br>See Tilton v. Capital Cities/ABC, Inc., 115 F.3d 1471, 1476-78 (10th Cir. 1997); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $285.00 |
| 8 | Certified copy of the deposition transcript and exhibits of Adrienne Prince, taken on 8/21/20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38] and Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45]) (see Invoice dated 9/12/20, attached as **Exhibit A-8**).<br><br>*See Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476-78 (10th Cir. 1997); *In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $1,052.45 |

| 9 | Video of the deposition of Adrienne Prince, taken on 8/21/20  20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38] and Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45]) (*see* Invoice dated 10/12/20, attached as **Exhibit A-9**).<br><br>*See Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1477 (10th Cir. 1997); *TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc.*, 674 F. App'x 805, 809 (10th Cir. 2017) ("[Defendant] contends that obtaining videotaped depositions and transcripts was duplicative and unnecessary, that the videotaped depositions had no independent use, and that they were not relied on by the district court in granting summary judgment. We have previously rejected such a narrow reading of the deposition expenses authorized under § 1920."); *see also Maiteki v. Marten Transp. Ltd.*, No. 12-CV-2021-WJM-CBS, 2016 WL 3878502, at *7 (D. Colo. July 18, 2016), aff'd, 682 F. App'x 695 (10th Cir. 2017) ("[T]he better practice is to allow the costs of both videotaped and stenographic depositions, absent some good reason not to do so."). | $787.00 |
| 10 | Certified copy of the deposition transcript and exhibits of Plaintiff Rebecca Brigham, taken on 8/31/20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38], Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45], and Defendant's Reply in Support of Its Motion for Summary Judgment [Dkt # 48]), (see Invoice dated 9/22/20, attached as **Exhibit A-10**) .<br><br>*See Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1476-78 (10th Cir. 1997); *In re Williams Sec. Litig.-WCG Subclass*, 558 F.3d 1144, 1148-1149 (10th Cir. 2009) ("all § 1920 requires is that the generation of taxable materials be 'reasonably necessary for use in' the case 'at the time the expenses were incurred'"). | $1,410.80 |

| 11 | Video of the deposition of Plaintiff Rebecca Brigham, taken on 8/31/20 (testimony cited in and attached to Defendant's Motion for Summary Judgment [Dkt # 38], Response to Plaintiff's Motion for Partial Summary Judgment [Dkt # 45], and Defendant's Reply in Support of Its Motion for Summary Judgment [Dkt # 48]), (see Invoice dated 11/11/20, attached as **Exhibit A-11**).<br><br>*See Tilton v. Capital Cities/ABC, Inc.*, 115 F.3d 1471, 1477 (10th Cir. 1997); *TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc.*, 674 F. App'x 805, 809 (10th Cir. 2017) ("[Defendant] contends that obtaining videotaped depositions and transcripts was duplicative and unnecessary, that the videotaped depositions had no independent use, and that they were not relied on by the district court in granting summary judgment. We have previously rejected such a narrow reading of the deposition expenses authorized under § 1920."); *see also Maiteki v. Marten Transp. Ltd.*, No. 12-CV-2021-WJM-CBS, 2016 WL 3878502, at *7 (D. Colo. July 18, 2016), aff'd, 682 F. App'x 695 (10th Cir. 2017) ("[T]he better practice is to allow the costs of both videotaped and stenographic depositions, absent some good reason not to do so."). | $1,404.50 |
| --- | --- | --- |
| | **SUBTOTAL FOR FEES OF COURT REPORTERS:** | **$6,688.30** |
| **Fees and Disbursements for Printing:** | | |
| *Fees for Copies Used for Deposition Exhibits or Trial*<br><br>According to the Guide, fees for copies are awardable when used for deposition exhibits or for trial. *See* Guide at 5. | | |
| 12 | Fees for copies of potential exhibits to be used at the deposition of Gerardo Arellano as Rule 30(b)(6) Witness (see Invoice Dated 7/7/20, attached as **Exhibit A-12**). | $1660.39 |
| 13 | Fees for printing of both sides' expert witness reports to be used for trial preparation (see Invoice Dated 7/7/20, attached as **Exhibit A-13**). | $105.28 |
| 14 | Fees for printing all deposition transcripts and invoices to be used for trial preparation (see Invoice Dated 7/7/20, attached as **Exhibit A-13**). | $407.11 |
| | **SUBTOTAL FOR FEES AND DISBURSEMENTS FOR PRINTING:** | **$2,172.78** |
| **Other costs:** | | |

*ESI Processing Costs*

According to the Guide, ESI costs are recoverable to the extent they relate to "the scanning, conversion, and transfer/copying of data that conforms with 28 U.S.C. § 1920(4)." *See* Guide at 39-40. *See also Nero v. Am. Family Mut. Ins. Co.*, No. 11-CV-02717-PAB-MJW, 2013 WL 5323262, at *2 (D. Colo. Sept. 23, 2013).

Each of the ESI costs below relate solely to the scanning, conversion, and/or transfer / copying of data in order for purposes of in this case. Defendant has removed costs relating to the storage or hosting of data.

| 15 | ESI Processing, 3/31/20 (see Invoice dated 4/27/20, attached as **Exhibit A-14**). | $40.14 |
|---|---|---|
| | **SUBTOTAL FOR OTHER COSTS** | **$40.14** |
| | | |
| | **TOTAL COSTS:** | **$9,031.22** |



**INVOICE**

Invoice #FRS-2020004515
8/6/2020

Original Date: 7/30/2020



37223-1

Bill to 057446.1017 -1943
Approved MKH

90157648

**Send Payments To:**
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**

Denver
Littler Mendelson Employment & Labor Law Solutions
Worldwide
1900 Sixteenth Street, Suite 800
Denver, CO 80202

Your Contact: Martin Gonzales
**Case Number: 1:19-CV-03417-STV**

**3495503**

RECEIVED
AUG 1 8 2020

Plaintiff:
**Rebecca Brigham**

Defendant:
**Frontier Airlines, Inc.**

Received: 7/22/2020   Served: 7/23/2020 9:49 am  .CORPORATE
To be served on: Records Custodian for: Cakeheads, Inc. Registered Agent: Isroff Cherrie

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 82 Inverness Drive E, Suite E, Englewood, CO | 1.00 | 55.00 | 55.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | | | |
| TOTAL CHARGED: | | | $55.00 |

**BALANCE DUE:**

ENTERED
AUG 1 9 2020

**$55.00**

TAX ID: 90-0336528

**** REMEMBER WE OFFER NATIONWIDE SERVICE****

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Page 1 / 1

EXHIBIT A-1

**Front Range**
Legal Process Service
Email: info@frlps.com
URL: www.frlps.com

**INVOICE**

Invoice #FRS-2020004516
8/6/2020

Original Date: 7/30/2020

37223-1

Bill to 057446.1017
Approved MKH

1943

Denver
Littler Mendelson Employment & Labor Law Solutions
Worldwide
1900 Sixteenth Street, Suite 800
Denver, CO 80202

90157643

Send Payments To:
**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**Phone: (888) 387-3783**
**Fax: (877) 772-7377**

Your Contact: Martin Gonzales
**Case Number:  1:19-CV-03417-STV**

Plaintiff:
**Rebecca Brigham**

**3495502**

RECEIVED
AUG 1 8 2020

Defendant:
**Frontier Airlines, Inc.**

Received: 7/22/2020   Served: 7/26/2020 11:59 am  .CORPORATE
To be served on: Records Custodian for: Great West Painting and Repair, Inc. Registered Agent: Steven Glenn
Kruger

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 13290 W. 16th Drive, Golden, CO | 1.00 | 75.00 | 75.00 |
| Priority Rush Fee | 1.00 | 0.00 | 0.00 |
| Excess Mileage | 1.00 | 0.00 | 0.00 |
| Witness Fee Check | 1.00 | 0.00 | 0.00 |
| Hourly Charge / Surveillance | 1.00 | 0.00 | 0.00 |
| FINANCE RATE OF 1.5% PER MONTH, 18% PER ANNUM | 1.00 | 0.00 | 0.00 |

TOTAL CHARGED:                                                              $75.00

**BALANCE DUE:**                          ENTERED                          **$75.00**

AUG 1 9 2020

TAX ID: 90-0336528

**** REMEMBER WE OFFER NATIONWIDE SERVICE****

FORT COLLINS, CO (HQ) * DENVER, CO * TAMPA, FL * CHICAGO, IL * OMAHA, NE
LAS VEGAS, NV * RAPID CITY, SD * DALLAS, TX * SALT LAKE CITY, UT * CHEYENNE, WY

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Page 1 / 1

EXHIBIT A-2

# INVOICE

1 of 1



**Court Reporters Clearinghouse**
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159627 | 7/23/2020 | 146284 |

| Job Date | Case No. | |
|---|---|---|
| 7/14/2020 | 19-cv-03417-WJM-STV | |

| Case Name | | |
|---|---|---|
| Brigham vs. Frontier Airlines, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

DEPOSITION COPY OF:
  Gerardo Arellano

744.30

**TOTAL DUE  >>>**                                   **$744.30**

AFTER 8/22/2020  PAY                     $870.83

Invoice prepared for:
ROCKY MOUNTAIN REPORTING

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 126.53 |
| **(=) New Balance:** | **$870.83** |

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

Invoice No.    : 159627
Invoice Date   : 7/23/2020
**Total Due**     : **$870.83**

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

Job No.       : 146284
BU ID          : DENVER
Case No.      : 19-cv-03417-WJM-STV
Case Name   : Brigham vs. Frontier Airlines, Inc.

EXHIBIT A-3



**Court Reporters Clearinghouse**

713-626-2629

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159786 | 7/30/2020 | 146285 |

| Job Date | Case No. | |
|---|---|---|
| 7/13/2020 | 19-cv-03417-WJM-STV | |

| Case Name | | |
|---|---|---|
| Brigham vs. Frontier Airlines, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

DEPOSITION COPY OF:
   Gerardo Arellano

| | 349.40 |
|---|---|
| **TOTAL DUE  >>>** | **$349.40** |
| AFTER 8/29/2020  PAY | $408.80 |

Invoice prepared for:
ROCKY MOUNTAIN REPORTING

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

| **( - ) Payments/Credits:** | 0.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 59.40 |
| **(=) New Balance:** | **$408.80** |

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

| Invoice No. | : 159786 |
|---|---|
| Invoice Date | : 7/30/2020 |
| **Total Due** | : **$408.80** |

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| Job No. | : 146285 |
|---|---|
| BU ID | : DENVER |
| Case No. | : 19-cv-03417-WJM-STV |
| Case Name | : Brigham vs. Frontier Airlines, Inc. |

EXHIBIT A-4

# I N V O I C E

1 of 1



**Court Reporters Clearinghouse**
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 160108 | 8/14/2020 | 147326 |

| Job Date | Case No. | |
|---|---|---|
| 7/29/2020 | 19-cv-03417-WJM-STV | |

| Case Name | | |
|---|---|---|
| Brigham vs. Frontier Airlines, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

DEPOSITION COPY OF:
    Stefanie Coppedge

    293.95

**TOTAL DUE  >>>**    **$293.95**

AFTER 9/13/2020  PAY    $343.92

Invoice prepared for:
ROCKY MOUNTAIN REPORTING

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 49.97 |
| **(=) New Balance:** | **$343.92** |

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

Danielle L. Kitson
Littler Mendelson, P.C.
1900 16th Street, Suite 800
Denver, CO 80202

Invoice No.   : 160108
Invoice Date  : 8/14/2020
**Total Due**    : **$343.92**

Remit To: **Court Reporters Clearinghouse, Inc.**
           **1225 North Loop West, Suite 327**
           **Houston, TX 77008**

Job No.     : 147326
BU ID      : DENVER
Case No.   : 19-cv-03417-WJM-STV
Case Name : Brigham vs. Frontier Airlines, Inc.

## EXHIBIT A-5

Bill to 057446.1017
Approved MKH

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

3719566

RECEIVED

JUL 0 1 2021

BY:...................

Bill To:  Carolyn B. Theis Esq
Littler Mendelson PC
1900 16th St, Suite 800
Denver, CO, 80202

| | |
|---|---|
| Invoice #: | 4492645 |
| Invoice Date: | 9/8/2020 |
| Balance Due: | $125.00 |

| Case: Brigham, Rebecca v. Frontier Airlines, Inc. () | Proceeding Type: Depositions |
|---|---|

| Job #: 4121768   |   Job Date: 8/20/2020   |   Delivery: Normal | Third Party: | AIG |
|---|---|---|
| Location: | Denver, CO | Claim #/Matter #: | 9743858236US |
| Billing Atty: | Carolyn B. Theis Esq | | |
| Scheduling Atty: | Carolyn B. Theis Esq | Littler Mendelson PC | | |

| Witness: Rebecca Brigham | Quantity | Price | Amount |
|---|---|---|---|
| Cancellation of Reporting Services | 1.00 | $125.00 | $125.00 |

| Notes: | Invoice Total: | $125.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $125.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 286 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
53791   Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4492645 |
| Invoice Date: | 9/8/2020 |
| Balance Due: | $125.00 |

# EXHIBIT A-6

Bill to 057446.1017
Approved MKH

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



**3719567**

RECEIVED
JUL 0 1 2021
BY:................

Bill To:  Carolyn B. Theis Esq
Littler Mendelson PC
1900 16th St, Suite 800
Denver, CO, 80202

| | |
|---|---|
| **Invoice #:** | **4492646** |
| **Invoice Date:** | **9/8/2020** |
| **Balance Due:** | **$285.00** |

| Case: Brigham, Rebecca v. Frontier Airlines, Inc. () | | | **Proceeding Type: Depositions** | |
|---|---|---|---|---|
| Job #: 4121768   \|   Job Date: 8/20/2020   \|   Delivery: Normal | | | Third Party: | AIG |
| Location: | Denver, CO | | Claim #/Matter #: | 9743858236US |
| Billing Atty: | Carolyn B. Theis Esq | | | |
| Scheduling Atty: | Carolyn B. Theis Esq \| Littler Mendelson PC | | | |

| Witness: Rebecca Brigham | Quantity | Price | Amount |
|---|---|---|---|
| Video - Cancellation | 1.00 | $285.00 | $285.00 |

| Notes: | | Invoice Total: | $285.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $285.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 286 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

53791

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4492646** |
| **Invoice Date:** | **9/8/2020** |
| **Balance Due:** | **$285.00** |

# EXHIBIT A-7

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| Bill To: | Matthew Kavanah | |
| | AIG/Chartis | |
| | 175 Water Street | |
| | New York, NY, 10038 | |

| | |
|---|---|
| **Invoice #:** | **4526082** |
| **Invoice Date:** | **9/12/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Brigham, Rebecca v. Frontier Airlines, Inc.  (19cv03417STV)** | **Proceeding Type: Depositions** |
|---|---|

| | | | |
|---|---|---|---|
| Job #: 4205084   \|   Job Date: 8/21/2020   \|   Delivery: Normal | | Adj. email address: | REDACTED |
| Location: | Denver, CO | Adjuster: | Rebecca Barton |
| Billing Atty: | Matthew Kavanah | Claim #/Matter #: | 9743858236US |
| Scheduling Atty: | Carolyn B. Theis Esq \| Littler Mendelson PC | | |

| Witness: Adrienne Prince | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 169.00 | $3.35 | $566.15 |
| Attendance - Per Session | 1.00 | $0.00 | $0.00 |
| Exhibits | 166.00 | $0.30 | $49.80 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $24.00 | $24.00 |
| Witness Read and Sign Services | 1.00 | $22.50 | $22.50 |
| Electronic Delivery and Handling | 1.00 | $0.00 | $0.00 |

| Notes: | **Invoice Total:** | **$1,052.45** |
|---|---|---|
| | **Payment:** | **($1,052.45)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | |
|---|---|---|
| Veritext | **Invoice #:** | **4526082** |
| P.O. Box 71303 | **Invoice Date:** | **9/12/2020** |
| Chicago IL 60694-1303 | **Balance Due:** | **$0.00** |
| Fed. Tax ID: 20-3457913 | | |

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

EXHIBIT A-8

**Veritext Corporate Services LLC**

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Matthew Kavanah<br>AIG/Chartis<br>175 Water Street<br>New York, NY, 10038 | | |
|---|---|---|---|

| | | **Invoice #:** | **4585362** |
|---|---|---|---|
| | | **Invoice Date:** | **10/12/2020** |
| | | **Balance Due:** | **$0.00** |

| **Case: Brigham, Rebecca v. Frontier Airlines, Inc.  (19cv03417STV)** | **Proceeding Type: Depositions** |
|---|---|

| Job #: 4205084    |    Job Date: 8/21/2020    |    Delivery: Normal | | |
|---|---|---|

| | | Adj. email address: | REDACTED |
|---|---|---|---|
| Location: | Denver, CO | Adjuster: | Rebecca Barton |
| Billing Atty: | Matthew Kavanah | Claim #/Matter #: | 9743858236US |
| Scheduling Atty: | Carolyn B. Theis Esq \| Littler Mendelson PC | | |

| Witness: Adrienne Prince | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $95.00 | $95.00 |
| Video - Additional Hours | 3.00 | $95.00 | $285.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $100.00 | $100.00 |
| Video - Media and Cloud Services | 1.00 | $22.00 | $22.00 |
| Video - Electronic Access | 1.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 3.00 | $95.00 | $285.00 |

| Notes:   This invoice replaces CS4559541 | **Invoice Total:** | **$787.00** |
|---|---|---|
| | **Payment:** | **($787.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | **Invoice #:** | **4585362** |
|---|---|---|
| | **Invoice Date:** | **10/12/2020** |
| | **Balance Due:** | **$0.00** |

EXHIBIT A-9

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| | |
|---|---|
| Bill To: Matthew Kavanah<br>AIG/Chartis<br>175 Water Street<br>New York, NY, 10038 | **Invoice #:** **4542789**<br>**Invoice Date:** **9/22/2020**<br>**Balance Due:** **$0.00** |

**Case: Brigham, Rebecca v. Frontier Airlines, Inc.  (19cv03417WJMSTV)** — Proceeding Type: Depositions

| | | | |
|---|---|---|---|
| Job #: 4229140   |   Job Date: 8/31/2020   |   Delivery: Normal | | Adj. email address: | REDACTED |
| Location: | Denver, CO | Adjuster: | Rebecca Barton |
| Billing Atty: | Matthew Kavanah | Claim #/Matter #: | 9743858236US |
| Scheduling Atty: | Carolyn B. Theis Esq | Littler Mendelson PC | | |

| Witness: Rebecca Brigham | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 282.00 | $3.35 | $944.70 |
| Attendance (Hourly) | 1.00 | $0.00 | $0.00 |
| Exhibits - Color | 152.00 | $1.00 | $152.00 |
| Exhibits | 242.00 | $0.30 | $72.60 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $24.00 | $24.00 |
| Witness Read and Sign Services | 1.00 | $22.50 | $22.50 |
| Electronic Delivery and Handling | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,410.80** |
| | **Payment:** | **($1,410.80)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

57725

| | | |
|---|---|---|
| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3457913 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Invoice #:** **4542789**<br>**Invoice Date:** **9/22/2020**<br>**Balance Due:** **$0.00** |

# EXHIBIT A-10

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To:  Matthew Kavanah
AIG/Chartis
175 Water Street
New York, NY, 10038

| | |
|---|---|
| **Invoice #:** | **4648910** |
| **Invoice Date:** | **11/11/2020** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Brigham, Rebecca v. Frontier Airlines, Inc.  (19cv03417WJMSTV)** | **Proceeding Type: Depositions** |

Job #: 4229140   |   Job Date: 8/31/2020   |   Delivery: Normal

| | | | |
|---|---|---|---|
| Location: | Denver, CO | Adj. email address: | REDACTED |
| Billing Atty: | Matthew Kavanah | Adjuster: | Rebecca Barton |
| Scheduling Atty: | Carolyn B. Theis Esq \| Littler Mendelson PC | Claim #/Matter #: | 9743858236US |

| Witness: Rebecca Brigham | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $95.00 | $95.00 |
| Video - Additional Hours | 6.00 | $95.00 | $570.00 |
| Video - Extended Hours | 1.00 | $142.50 | $142.50 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $100.00 | $100.00 |
| Video - Media and Cloud Services | 1.00 | $22.00 | $22.00 |
| Video - Electronic Access | 1.00 | $0.00 | $0.00 |
| Video - Digitizing & Transcript Synchronization | 5.00 | $95.00 | $475.00 |

| Notes: | | Invoice Total: | $1,404.50 |
|---|---|---|---|
| | | Payment: | ($1,404.50) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

57725

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4648910** |
| **Invoice Date:** | **11/11/2020** |
| **Balance Due:** | **$0.00** |

# EXHIBIT A-11

Bill to 057446.1017
Approved MKH   *02984*

Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999



**3574230**



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/7/2020 | 46745 |

| BILL TO |
|---------|
| Littler Mendelson PC
1900 16th Street, Ste 800
Denver, CO
80202 |

*09320*
*9019110)*

| SHIP TO |
|---------|
| Littler Mendelson PC
1900 16th Street, Ste 800
Denver, CO
80202 |

**RECEIVED**
JAN 2 1 2021
BY: .................................

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| 057446.1017 | Net 15 | RB | 7/7/2020 | Courier | Mary Mathews | 20070009 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 7,340 | BBK | 8.5x11 B&W Prints | 0.10 | 734.00T |
| 65 | CE | Print 11 X 17 B&W | 0.35 | 22.75T |
| 775 | Tabs | Standard Tabs | 0.35 | 271.25T |
| 5 | 4TRB | 4" Three Ring Binder | 20.00 | 100.00T |
| 15 | 1TRB | 1" Three Ring Binder | 7.00 | 105.00T |
| 2 | HTT | Hand Time (per hour)- Tab docs without exhibit designation | 65.00 | 130.00T |
| 1 | Delivery | Delivery - Frontier Airlines, 4545 Airport Way, 80239 | 65.00 | 65.00T |
| 1 | Delivery | Delivery - REDACTED | 65.00 | 65.00T |
| 1 | Delivery | Delivery - | 30.00 | 30.00T |
| | | | 75.00 | 75.00T |
| | | Sales Tax | 8.31% | 127.39 |

| | **Total** | **$1,660.39** |
|--|-----------|---------------|

EXHIBIT A-12

Bill to 057446.1017   0 2974
Approved MKH

**Invoice**

Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

09320 - 2
96 217116



**Document Solutions**

| DATE | INVOICE # |
|---|---|
| 7/28/2021 | 48276 |

| BILL TO | SHIP TO |
|---|---|
| Littler Mendelson PC<br>1900 16th Street, Ste 800<br>Denver, CO<br>80202 | Littler Mendelson PC<br>1900 16th Street, Ste 800<br>Denver, CO<br>80202 |

**3723786**

RECEIVED

AUG 0 3 2021

BY: ..............................

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|---|---|---|---|---|---|---|
| 057446.1017 | Net 15 | RB | 7/28/2021 | Courier | Mary M. | 21070105 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 575 | BBK | Project #1<br>8.5x11 B&W Prints | 0.10 | 57.50T |
| 15 | Tabs | Standard Tabs | 0.35 | 5.25T |
| 1 | 3TRB | 3" Three Ring Binder | 14.00 | 14.00T |
| 1 | Delivery | Delivery | 20.00 | 20.00T |
| | | Carolyn Theis | | |
| | | REDACTED | | |
| | | | | |
| 2,836 | BBK | Project #2<br>8.5x11 B&W Prints | 0.10 | 283.60T |
| 73 | Tabs | Standard Tabs | 0.35 | 25.55T |
| 10 | CT | Custom Index Tabs | 0.50 | 5.00T |
| 2 | 5TRB | 5" Three Ring Binder | 30.00 | 60.00T |
| | | Sales Tax | 8.81% | 41.49 |

| | **Total** | **$512.39** |
|---|---|---|

EXHIBIT A-13





**DATE:** April 27, 2020

**CLIENT:** FRONTIER AIRLINES, INC.
MR. HOWARD DIAMOND, SVP, GENERAL COUNSEL & SECRETARY
4545 AIRPORT WAY
DENVER, CO 80239
EMAIL INVOICES: ███████████████

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 057446.1017

**MATTER:** BRIGHAM, REBECCA

**BILLING ATTORNEY:** 01943  Erin A. Webber

**INVOICE:** 5216835

**YOUR INSURED:** FRONTIER AIRLINES

**DEDUCTIBLE** ███████

**CLAIM ADJUSTER:** REBECCA BARTON

**CLAIM#:** ████████

**INSURANCE CARRIER:** AIG

**CLAIMANT NAME:** REBECCA BRIGHAM

**POLICY NUMBER:** ███████

---

*Payment due upon receipt*

---

EXHIBIT A-14

**DATE:** April 27, 2020



Page 2

**CLIENT MATTER NUMBER:** 057446.1017

**CLIENT:** FRONTIER AIRLINES, INC.

**MATTER:** BRIGHAM, REBECCA

Legal Services for the period ending March 31, 2020

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**



Cumulative Fees:
Cumulative Expenses:

**DATE:** April 27, 2020

Invoice No. 5216835

Page 10

**CLIENT MATTER NUMBER:** 057446.1017

**CLIENT:** FRONTIER AIRLINES, INC.

**MATTER:** BRIGHAM, REBECCA

### Disbursements

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/31/20 | ESI PROCESSING | 1 | 40.14 |

**Total Disbursements** ▮

**Total Amount Due For This Invoice** ▮