**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

UNITED STATES OF AMERICA,

_____,

      Plaintiff,

v.

_____,

      Defendant.

---

**NOTICE OF APPEAL**

---

    Notice is hereby given that_____,
                                                (name the plaintiff or defendant)
in the above named case, hereby appeals to the United States Court of Appeals for the Tenth

Circuit from the _____,
                          (describe the order and/or judgment)
entered in this action on the _____ day of _____, _____.

Dated _____

 

_____
Signature

_____
Printed Name

_____
Address

_____
City                  State            Zip

_____
Telephone Number

*Rev. 5/2019*