APPEAL,JD1,MJ CIV PP,NDISPO,TERMED

## U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:19−cv−03417−WJM−STV

| | |
|---|---|
| Brigham v. Frontier Airlines, Inc. | Date Filed: 12/04/2019 |
| Assigned to: Judge William J. Martinez | Date Terminated: 08/27/2021 |
| Referred to: Magistrate Judge Scott T. Varholak | Jury Demand: Plaintiff |
| Demand: $1,000,000 | Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment |
| Cause: 42:12101 Americans With Disabilities Act (ADA) | Jurisdiction: Federal Question |

**Plaintiff**

**Rebecca Brigham**      represented by    **Evan Scott Grimes**
John R. Crone The Law Office of
4550 East Cherry Creek Drive South
Suite 1003
Denver, CO 80246
720−660−5222
Email: evan@crone−law.com
*TERMINATED: 09/30/2020*
*ATTORNEY TO BE NOTICED*

**John Reily Crone**
The Law Office of John R. Crone, LLC
2717 South Forest Street
Denver, CO 80222
303−598−3526
Email: john@crone−law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Frontier Airlines, Inc.**      represented by    **Carolyn Bailey Theis**
*a Colorado corporation*      Littler Mendelson PC−Denver
1900 16th Street
Suite 800
Denver, CO 80202
303−362−2850
Fax: 303−484−5246
Email: CaTheis@littler.com
*ATTORNEY TO BE NOTICED*

**Danielle L. Kitson**
Littler Mendelson PC−Denver
1900 16th Street
Suite 800
Denver, CO 80202
303−629−6200
Fax: 303 629−0200
Email: dkitson@littler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2021 | 63 | NOTICE OF APPEAL as to 60 Judgment, 59 Order on Motion for Summary Judgment, by Plaintiff Rebecca Brigham (Filing fee $ 505, Receipt Number ACODC−8092446) (Crone, John) (Entered: 09/24/2021) |

| | | |
|---|---|---|
| 09/10/2021 | 62 | NOTICE by Clerk re: Bill of Costs Hearing re: 61 Proposed Bill of Costs. As set in the Proposed Bill, the hearing for this matter will be held on Oct. 14, 2021 at 9:30 a.m. MST. The hearing will be held IN PERSON – the parties are directed to have counsel asserting the Proposed Bill of Costs and opposing counsel presenting objections be physically present for the hearing. The hearing will be held in Courtroom A201 (2nd floor) of the Arraj U.S. Courthouse. The Clerk reminds the parties that a Statement of Conferral must be filed no later than the day before the hearing in order to confirm the attempts to reach a settlement on either some or all of the requested costs, per local rule LCivR 54.1, and to confirm the parties have utilized the Clerk's Guide to Bills of Cost Hearings (see attached) in their discussions. Finally, the Clerk strongly encourages the parties to reach an agreement as to individual costs items – or preferably – a global settlement, in light of the Rule One directive that the court and PARTIES work to secure the just, speedy, and inexpensive determination of every action and proceeding. (ebutl) (Entered: 09/10/2021) |
| 09/10/2021 | 61 | Proposed Bill of Costs by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A)(Kitson, Danielle) (Entered: 09/10/2021) |
| 08/27/2021 | 60 | FINAL JUDGMENT in favor of Frontier Airlines, Inc. and against Rebecca Brigham pursuant to 59 Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment, by Clerk on 8/27/2021. (ebuch) (Entered: 08/27/2021) |
| 08/27/2021 | 59 | ORDER granting in its entirety 38 Defendant Frontier Airlines, Inc.'s Motion for Summary Judgment. Denying 36 Plaintiff Rebecca Brigham's Motion for Partial Summary Judgment, by Judge William J. Martinez on 8/27/2021. (ebuch) (Entered: 08/27/2021) |
| 05/05/2021 | 58 | MINUTE ENTRY for Telephonic Motion Hearing held before Magistrate Judge Scott T. Varholak on 5/5/2021. 53 Defendant Frontier Airlines, Inc.s Motion To Strike PlaintiffsDesignation of Christine Kernen as a Trial Witness From the FinalPretrial Order (ECF No. 51) is DENIED in part and GRANTED in part. With respect to the requests for fees and costs associated with there–deposition, the court finds that is unwarranted and therefore therequest is DENIED without prejudice. FTR: 402. (morti, ) (Entered: 05/05/2021) |
| 04/26/2021 | 57 | REPLY to Response to 53 MOTION to Strike 51 Pretrial Order filed by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kitson, Danielle) (Entered: 04/26/2021) |
| 04/19/2021 | 56 | RESPONSE to 53 MOTION to Strike 51 Pretrial Order filed by Plaintiff Rebecca Brigham. (Attachments: # 1 Exhibit Affidavit of Christine Kernen, # 2 Exhibit Docket Sheet for Melissa Hodgkins, et al. v. Frontier Airlines, Inc.)(Crone, John) (Entered: 04/19/2021) |
| 04/05/2021 | 55 | MINUTE ORDER This matter is before the Court on 53 MOTION to Strike Witness. Plaintiff shall file a response on or before 4/19/2021. Defendant may then file a reply, if any, on or before 4/26/2021. A Telephonic Motion Hearing is set for 5/5/2021 10:30 AM before Magistrate Judge Scott T. Varholak. The parties shall participate in the hearing by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. SO ORDERED, by Magistrate Judge Scott T. Varholak on 4/5/2021. Text Only Entry (stvlc2, ) (Entered: 04/05/2021) |
| 04/05/2021 | 54 | MEMORANDUM regarding 53 MOTION to Strike 51 Pretrial Order filed by Frontier Airlines, Inc.. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 4/5/2021. Text Only Entry (wjmsec, ) (Entered: 04/05/2021) |
| 04/02/2021 | 53 | MOTION to Strike 51 Pretrial Order by Defendant Frontier Airlines, Inc.. (Kitson, Danielle) (Entered: 04/02/2021) |
| 02/10/2021 | 52 | ORDER: A **5–Day Jury Trial** is hereby set to begin on **December 6, 2021 at 8:30 a.m.** in Courtroom A801. The **Final Trial Preparation Conference** is set for **November 19, 2021 at 2:15 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the dates of the Final Trial Preparation Conference and Trial. In so doing, the parties are strongly encouraged to take advantage of the "Trial Preparation Conference |

| | | |
|---|---|---|
| | | & Pretrial Checklist" available here. SO ORDERED by Judge William J. Martinez on 2/10/2021. Tex t Only Entry (wjmsec, ) (Entered: 02/10/2021) |
| 02/03/2021 | 51 | FINAL PRETRIAL ORDER by Magistrate Judge Scott T. Varholak on 2/3/2021. (ebuch) (Entered: 02/03/2021) |
| 02/03/2021 | 50 | COURTROOM MINUTES for Telephonic Final Pretrial Conference held before Magistrate Judge Scott T. Varholak on 2/3/2021. Final Pretrial Order approved. FTR: Courtroom A402. (ebuch) (Entered: 02/03/2021) |
| 01/26/2021 | 49 | Proposed Pretrial Order by Plaintiff Rebecca Brigham. (Crone, John) (Entered: 01/26/2021) |
| 12/22/2020 | 48 | REPLY to Response to 38 MOTION for Summary Judgment filed by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Kitson, Danielle) (Entered: 12/22/2020) |
| 12/21/2020 | 47 | REPLY to Response to 36 MOTION for Summary Judgment filed by Plaintiff Rebecca Brigham. (Crone, John) (Entered: 12/21/2020) |
| 12/17/2020 | 46 | MINUTE ORDER Due to a conflict on the Court's calendar, the Telephonic Final Pretrial Conference set for 1/21/2021 10:30 AM is VACATED and RESET for 2/3/2021 10:30 AM before Magistrate Judge Scott T. Varholak. The parties shall participate in the conference by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. The parties shall submit a joint Proposed Pretrial Order on or before 1/27/2021. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/17/2020. Text Only Entry (stvlc1, ) (Entered: 12/17/2020) |
| 12/08/2020 | 45 | RESPONSE to 36 MOTION for Summary Judgment filed by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit 1, # 4 Exhibit 2)(Kitson, Danielle) (Entered: 12/08/2020) |
| 12/08/2020 | 44 | RESPONSE to 38 MOTION for Summary Judgment filed by Plaintiff Rebecca Brigham. (Attachments: # 1 Exhibit Declaration of Adrienne Prince dated March 13, 2020, # 2 Exhibit Deposition of Adrienne Prince, # 3 Exhibit Transcript of Meeting between Plaintiff, Jerry Arellano, Jeff Varney, and Meredith)(Crone, John) (Entered: 12/08/2020) |
| 11/24/2020 | 43 | ORDER granting 41 Second Unopposed Motion for Leave to Restrict. The Clerk of the Court is directed to restrict public access to Dkt. No. 36–11 to Level 1 access only. SO ORDERED, by Magistrate Judge Scott T. Varholak on 11/24/2020. Text Only Entry(stvlc2, ) (Entered: 11/24/2020) |
| 11/18/2020 | 42 | MEMORANDUM regarding 41 Unopposed MOTION for Leave to *File Exhibit Restricted* filed by Rebecca Brigham. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 11/18/2020. Text Only Entry (wjmsec, ) (Entered: 11/18/2020) |
| 11/18/2020 | 41 | Unopposed MOTION for Leave to *File Exhibit Restricted* by Plaintiff Rebecca Brigham. (Crone, John) (Entered: 11/18/2020) |
| 11/18/2020 | 40 | ORDER denying without prejudice 37 Motion for Leave to Restrict. Any request to restrict public access must comply with the requirements of D.C.COLO.LCivR 7.2. Moreover, pursuant to D.C.COLO.LCivR 7.2(c)(2), "stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction." Plaintiff is granted leave to refile a motion that complies with the local rules. SO ORDERED, by Magistrate Judge Scott T. Varholak on 11/18/2020. Text Only Entry(stvlc2, ) (Entered: 11/18/2020) |
| 11/18/2020 | 39 | MEMORANDUM regarding 37 Unopposed MOTION for Leave to *File Restricted Exhibit* 36 MOTION for Summary Judgment filed by Rebecca Brigham. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 11/18/2020. Text Only Entry (wjmsec, ) (Entered: 11/18/2020) |
| 11/17/2020 | 38 | MOTION for Summary Judgment by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2 Part 1, # 4 Exhibit 2 Part 2, # 5 Exhibit 3, # |

| | | |
|---|---|---|
| | | 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit B, # 22 Exhibit C, # 23 Exhibit D, # 24 Exhibit E, # 25 Exhibit F, # 26 Exhibit G)(Kitson, Danielle) (Entered: 11/17/2020) |
| 11/17/2020 | 37 | Unopposed MOTION for Leave to *File Restricted Exhibit* 36 MOTION for Summary Judgment by Plaintiff Rebecca Brigham. (Crone, John) (Entered: 11/17/2020) |
| 11/17/2020 | 36 | MOTION for Partial Summary Judgment by Plaintiff Rebecca Brigham. (Attachments: # 1 Exhibit Deposition of Gerardo Arellano, # 2 Exhibit Deposition of Frontier Airlines, Inc., # 3 Exhibit Deposition of Plaintiff Rebecca Brigham, # 4 Exhibit Memorandum dated November 17, 2008 Regarding Four Sick Instances Reminder, # 5 Exhibit Frontier Airlines Job Description for Flight Attendant, # 6 Exhibit Deposition of Stefanie Coppedge, # 7 Exhibit Plaintiffs Responses to Defendants First Set of Written Discovery Requests Directed to Plaintiff, # 8 Exhibit Treatment Plan, # 9 Exhibit Letter to Ms. Brigham Regarding Completion of Substance Abuse Program, # 10 Exhibit Collective Bargaining Agreement, # 11 Exhibit Tabs 2012–16, # 12 Exhibit Declaration of David St. Hilaire, # 13 Exhibit Affidavit of Christine Kernen in Support of Charges of Jo Roby, Stacy Rewitzer, Renee Schwartzkopf, and Melissa Hodgkins Against Frontier Airlines, # 14 Exhibit EEOC Determination, # 15 Exhibit Comanche Crossing Counseling, LLC Diagnostic Intake Summary and Treatment Plan)(Crone, John) Modified on 5/3/2021 to correct title (angar, ). (Entered: 11/17/2020) |
| 10/15/2020 | 35 | ORDER granting 33 Motion to Amend Scheduling Order. The Dispositive Motions deadline is extended to 11/17/2020. The Final Pretrial Conference set for 12/14/2020 10:30 AM is VACATED and RESET for 1/21/2021 10:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. SO ORDERED, by Magistrate Judge Scott T. Varholak on 10/15/2020. Text Only Entry(stvlc2, ) (Entered: 10/15/2020) |
| 10/15/2020 | 34 | MEMORANDUM regarding 33 Joint MOTION to Amend/Correct/Modify 15 Scheduling Order *to Extend Dispositive Motion Deadlines* filed by Frontier Airlines, Inc.. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 10/15/2020. Text Only Entry (wjmsec, ) (Entered: 10/15/2020) |
| 10/14/2020 | 33 | Joint MOTION to Amend/Correct/Modify 15 Scheduling Order *to Extend Dispositive Motion Deadlines* by Defendant Frontier Airlines, Inc.. (Kitson, Danielle) (Entered: 10/14/2020) |
| 09/30/2020 | 32 | ORDER granting 30 Motion to Withdraw as Attorney. Attorney Evan Scott Grimes is relieved of any further representation of Plaintiff. The Clerk of Court is instructed to terminate Attorney Grimes as counsel of record, and to remove his name from the electronic certificate of mailing. Plaintiff shall continue to be represented by Attorney John R. Crone of The Law Office of John R. Crone. SO ORDERED, by Magistrate Judge Scott T. Varholak on 09/30/2020. Text Only Entry(stvlc2, ) (Entered: 09/30/2020) |
| 09/30/2020 | 31 | MEMORANDUM regarding 30 MOTION to Withdraw as Attorney filed by Rebecca Brigham. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 9/30/2020. Text Only Entry (wjmsec, ) (Entered: 09/30/2020) |
| 09/30/2020 | 30 | MOTION to Withdraw as Attorney by Plaintiff Rebecca Brigham. (Grimes, Evan) (Entered: 09/30/2020) |
| 09/10/2020 | 29 | MINUTE ENTRY for Telephonic Discovery Hearing held before Magistrate Judge Scott T. Varholak on 9/10/2020. FTR: 402. (morti, ) (Entered: 09/10/2020) |
| 09/02/2020 | 28 | MINUTE ORDER Per the request of the parties, this matter is set for a Telephonic Discovery Hearing on 9/10/2020 01:30 PM before Magistrate Judge Scott T. Varholak. The parties shall participate in the hearing by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. Pursuant to Magistrate Judge Varholak's Practice Standards, on or before 9/04/2020, the parties shall submit via email to Varholak_Chambers@cod.uscourts.gov a brief joint statement setting forth the issues in dispute. SO ORDERED, by Magistrate Judge Scott T. Varholak on 9/02/2020. Text Only Entry (stvlc1, ) (Entered: 09/02/2020) |

| | | |
|---|---|---|
| 08/25/2020 | 27 | MINUTE ENTRY for Telephonic Discovery Hearing held before Magistrate Judge Scott T. Varholak on 8/25/2020. FTR: 402. (morti, ) (Entered: 08/25/2020) |
| 07/30/2020 | 26 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Scott T. Varholak on 7/30/2020. (jgonz, ) (Entered: 07/30/2020) |
| 07/30/2020 | 25 | ORDER granting 21 Motion for Protective Order, by Magistrate Judge Scott T. Varholak on 7/30/2020. Text Only Entry(stvlc1, ) (Entered: 07/30/2020) |
| 07/30/2020 | 24 | ORDER granting 16 Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Discovery Requests and to Extend Expert Disclosure Deadlines, by Magistrate Judge Scott T. Varholak on 7/30/2020. Text Only Entry(stvlc1, ) (Entered: 07/30/2020) |
| 07/30/2020 | 23 | MEMORANDUM regarding 21 Unopposed MOTION for Protective Order filed by Frontier Airlines, Inc.. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 7/30/2020. Text Only Entry (wjmsec, ) (Entered: 07/30/2020) |
| 07/30/2020 | 22 | MEMORANDUM regarding 16 Unopposed MOTION for Extension of Time to *Respond to Plaintiff's Discovery Requests and to Extend Expert Disclosure Deadlines* filed by Frontier Airlines, Inc.. Motions referred to Magistrate Judge Scott T. Varholak by Judge William J. Martinez on 7/30/2020. Text Only Entry (wjmsec, ) (Entered: 07/30/2020) |
| 07/29/2020 | 21 | Unopposed MOTION for Protective Order by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A (Proposed Stipulated Protective Order))(Kitson, Danielle) (Entered: 07/29/2020) |
| 07/29/2020 | 20 | MINUTE ORDER Per the request of the parties, this matter is set for a Telephonic Discovery Hearing on 8/25/2020 01:30 PM before Magistrate Judge Scott T. Varholak. The parties shall participate in the hearing by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. On or before 8/14/2020, the parties shall submit via email to Varholak_Chambers@cod.uscourts.gov a coordinated joint brief and Defendant may separately submit via email the document at issue for in camera review. SO ORDERED, by Magistrate Judge Scott T. Varholak on 7/29/2020. Text Only Entry (stvlc1, ) (Entered: 07/29/2020) |
| 07/10/2020 | 19 | NOTICE of Entry of Appearance by Evan Scott Grimes on behalf of Rebecca BrighamAttorney Evan Scott Grimes added to party Rebecca Brigham(pty:pla) (Grimes, Evan) (Entered: 07/10/2020) |
| 06/16/2020 | 18 | MINUTE ENTRY for Telephonic Discovery Hearing held before Magistrate Judge Scott T. Varholak on 6/16/2020. FTR: 402. (morti, ) (Entered: 06/16/2020) |
| 06/03/2020 | 17 | MINUTE ORDER Per the request of the parties, this matter is set for a Telephonic Discovery Hearing on 6/16/2020 01:30 PM before Magistrate Judge Scott T. Varholak. The parties shall participate in the hearing by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. Pursuant to Magistrate Judge Varholak's Practice Standards, on or before 6/11/2020, the parties shall submit via email to Varholak_Chambers@cod.uscourts.gov a brief joint statement setting forth the issues in dispute, along with a copy of the Rule 30(b)(6) deposition topics at issue. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/03/2020. Text Only Entry (stvlc1, ) (Entered: 06/03/2020) |
| 04/15/2020 | 16 | Unopposed MOTION for Extension of Time to *Respond to Plaintiff's Discovery Requests and to Extend Expert Disclosure Deadlines* by Defendant Frontier Airlines, Inc.. (Kitson, Danielle) (Entered: 04/15/2020) |
| 02/13/2020 | 15 | SCHEDULING ORDER: by Magistrate Judge Scott T. Varholak on 2/13/2020. (morti, ) (Entered: 02/13/2020) |
| 02/13/2020 | 14 | MINUTE ENTRY for Scheduling Conference held before Magistrate Judge Scott T. Varholak on 2/13/2020. Discovery due by 9/1/2020. Dispositive Motions due by |

|  |  |  |
|---|---|---|
|  |  | 10/15/2020. Final Pretrial Conference set for 12/14/2020 10:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. FTR: 402. (morti, ) (Entered: 02/13/2020) |
| 02/03/2020 | 13 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Frontier Airlines Holdings, Inc. for Frontier Airlines, Inc.. (Theis, Carolyn) (Entered: 02/03/2020) |
| 02/03/2020 | 12 | ANSWER to 1 Complaint, Attorney Danielle L. Kitson added to party Frontier Airlines, Inc.(pty:dft) by Frontier Airlines, Inc..(Kitson, Danielle) (Entered: 02/03/2020) |
| 02/03/2020 | 11 | Proposed Scheduling Order by Plaintiff Rebecca Brigham. (Crone, John) (Entered: 02/03/2020) |
| 01/09/2020 | 10 | **ORDER: Counsel for the parties and all counsel who may later enter an appearance shall review and familiarize themselves with the undersigned's Revised Practice Standards (as most recently revised effective December 1, 2019 and as they may be amended from time to time), which may be downloaded here.** SO ORDERED by Judge William J. Martinez on 1/ 9/2020. Text Only Entry (wjmsec, ) (Entered: 01/09/2020) |
| 01/09/2020 | 9 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Magistrate Judge Varohlak, or such other Magistrate Judge who may in the future be reassigned this case, is designated to conduct NDISPO proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b). Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the Magistrate Judge or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. SO ORDERED by Judge William J. Martinez on 1/9/2020. Text Only Entry (wjmsec, ) (Entered: 01/09/2020) |
| 01/09/2020 | 8 | MEMORANDUM RETURNING CASE by Judge Lewis T. Babcock on 01/09/2020. Case returned to Judge William J. Martinez for all further proceedings. All future pleadings should be designated at 19−cv−03417−WJM. (rvill, ) (Entered: 01/09/2020) |
| 01/08/2020 | 7 | CASE REASSIGNED pursuant to 6 Consent/Non−Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Lewis T. Babcock. All future pleadings should be designated as 19−cv−03417−LTB. (Text Only Entry) (jgonz, ) (Entered: 01/08/2020) |
| 01/07/2020 | 6 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Rebecca Brigham All parties do not consent.. (Crone, John) (Entered: 01/07/2020) |
| 12/12/2019 | 5 | WAIVER OF SERVICE Returned Executed by Rebecca Brigham. Frontier Airlines, Inc. waiver sent on 12/5/2019, answer due 2/3/2020. (Crone, John) (Entered: 12/12/2019) |
| 12/05/2019 | 4 | ORDER Setting Scheduling Conference for 2/13/2020 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Consent Form due by 1/30/2020. Proposed Scheduling Order due 2/6/2020, by Magistrate Judge Scott T. Varholak on 12/5/2019. (jgonz, ) (Entered: 12/05/2019) |
| 12/05/2019 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (rsams, ) (Entered: 12/05/2019) |
| 12/04/2019 | 2 | Case assigned to Magistrate Judge Scott T. Varholak. Text Only Entry. (rsams, ) (Entered: 12/05/2019) |
| 12/04/2019 | 1 | COMPLAINT *and Jury Demand* against Frontier Airlines, Inc. (Filing fee $ 400,Receipt Number 1082−7028319)Attorney John Reily Crone added to party Rebecca Brigham(pty:pla), filed by Rebecca Brigham. (Attachments: # 1 Exhibit Charge Discrimination dated May 10, 2016, # 2 Exhibit EEOC Determination dated June 4, 2019, # 3 Civil Cover Sheet, # 4 Summons)(Crone, John) (Entered: 12/04/2019) |