**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03417-WJM

REBECCA BRIGHAM,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**JOINT STIPULATION TO STAY BILL OF COSTS HEARING**

---

      Plaintiff Rebecca Brigham and Defendant Frontier Airlines, Inc., by and through their respective counsel, respectfully submit this Joint Stipulation, agreeing to stay the bill of costs hearing scheduled to take place on October 14, 2021 at 9:30 a.m. MST until after the U.S. Court of Appeals for the Tenth Circuit has ruled on Plaintiff's appeal. *See* ECF #62 (Notice by Clerk re Bill of Costs Hearing); #63 (Notice of Appeal). Defendant will notify the Clerk within fourteen (14) days after the Tenth Circuit rules on Plaintiff's appeal and if necessary, request that the Bill of Costs hearing be reset.

      Respectfully submitted this 11th day of October 2021.

<table>
<tr>
<td>

*s/ John R. Crone*
John R. Crone, #48284
The Law Office of John R. Crone, LLC
4550 E. Cherry Creek Drive South, #1003
Glendale, CO 80246
Telephone: (303) 598-3526
Email: john@crone-law.com

*Attorneys for Plaintiff*

</td>
<td>

*s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
Email: dkitson@littler.com
      catheis@littler.com
*Attorneys for Defendant*

</td>
</tr>
</table>