UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 24, 2023**

Christopher M. Wolpert
Clerk of Court

_____

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1335
(D.C. No. 1:19-CV-03417-WJM-STV)
(D. Colo.)

_____

**JUDGMENT**
_____

Before **BACHARACH**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk