IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03417-WJM

REBECCA BRIGHAM,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## STIPULATION REGARDING BILL OF COSTS [ECF # 61]

    Plaintiff Rebecca Brigham ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant"), by and through its undersigned counsel, respectfully submits this Stipulation Regarding Bill of Costs, pursuant to D.C.COLO.LCivR 54.1:

    1.    Defendant filed its Proposed Bill of Costs [ECF #61] on September 10, 2021, after this Court granted Defendant's Motion for Summary Judgment [ECF #59].

    2.    A hearing on Defendant's Proposed Bill of Costs [ECF #61] was scheduled to take place on October 14, 2021 [ECF #62].

    3.    Shortly thereafter, Plaintiff filed a Notice of Appeal [ECF #63].

    4.    After conferring, the parties filed a Joint Stipulation to Stay Bill of Costs Hearing [ECF #66] pending the outcome of Plaintiff's appeal to the Tenth Circuit.

    5.    The Court entered a Minute Order on October 11, 2021 [ECF #67], staying the Bill of Costs Hearing and ordering Defendant to notify the Clerk within fourteen (14) days after the outcome of the appeal if Defendant sought to reset the hearing.

6.    On January 24, 2023, the Tenth Circuit affirmed this Court's decision to grant summary judgment. [ECF #70].

7.    Undersigned counsel has conferred with Plaintiff's counsel regarding Defendant's Proposed Bill of Costs. Plaintiff's counsel agrees to stipulate in full to the costs sought in the Proposed Bill of Costs, in the amount of $9,031.22, without the need for a hearing.

WHEREFORE, the parties jointly request that the Clerk of the Court award Defendant its costs in the amount set forth in the Proposed Bill of Costs [ECF # 61], which is $9,031.22.

Respectfully submitted this 6th day of February, 2023.

| /s/ John Reily Crone | /s/ David C. Gartenberg |
|---|---|
| John Reily Crone | David C. Gartenberg |
| Law Office of John R. Crone | Carolyn B. Theis |
| 2015 Meander Drive | LITTLER MENDELSON, P.C. |
| Anchorage, AK 99516 | 1900 Sixteenth Street, Suite 800 |
| Telephone: (907) 223-4316 | Denver, CO 80202 |
| john@crone-law.com | Tel.: 303.629.6200 |
|  | Fax: 415.520.6685 |
| *Attorney for Plaintiff* | dgartenberg@littler.com |
|  | catheis@littler.com |
|  |  |
|  | *Attorneys for Defendant* |