**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

FILED
United States Court of Appeals
Tenth Circuit

March 2, 2023

Christopher M. Wolpert
Clerk of Court

_____

No. 21-1335
Brigham v. Frontier Airlines, Inc.,
(D.C. No.1:19-CV-03417-WJM-STV)

_____

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellee and against appellant.  *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

| | |
|---|---|
| Docket Fees | $  0.00 |
| **PRINTING EXPENSE:** | |
| Appellees' Brief and Supplemental Appendix printing and binding $45.00 and $35.00 | |
| **TOTAL PRINTING EXPENSE** | $  45.00 |
| **OTHER COSTS:** | |
| Binding | $  35.00 |
| **GRAND TOTAL, STATEMENT OF COSTS** | $  80.00 |

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court