**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number: 19-cv-3417-WJM-STV

REBECCA BRIGHAM,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**JOHN R. CRONE'S UNOPPOSED MOTION TO WITHDRAW**

---

John R. Crone, with the consent of Plaintiff Rebecca Brigham, hereby submits his Unopposed Motion to Withdraw. This Motion is submitted pursuant to D.C.COLO.LAttyR 5(b). The undersigned counsel has conferred with his client, Rebecca Brigham, and counsel for Defendant regarding the relief requested herein and neither Plaintiff nor Defendant oppose the same.

The scope of services for which the undersigned was retained has been completed. Therefore, good cause exists for the undersigned's withdrawal. Additionally, the undersigned's withdrawal may be completed without a material adverse effect on the client pursuant to Colo. R. P. Conduct 1.16(b)(1).

This Motion has been served on Plaintiff Rebecca Brigham, and Ms. Brigham has been advised that should this Motion be granted, she is responsible for complying with any court orders or time limitations set by any applicable rule or statute.

For the foregoing reasons, the undersigned hereby respectfully requests the Court grant this Motion thereby allowing the undersigned's withdrawal of representation of Plaintiff Rebecca Brigham.

Respectfully submitted this 23rd day of March, 2023.

/s/John R. Crone
John R. Crone
CO Bar No. 48284
THE LAW OFFICE OF JOHN R. CRONE, LLC
2015 Meander Drive
Anchorage, Alaska 99516
Telephone: (907) 223-4316
john@crone-law.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which also electronically served Defendant through his attorney of record.

By:   /s/ John R. Crone
John R. Crone